JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

2:25-CV-01882

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Hugh Brian Street

**DEFENDANTS**
Deputy Chuck Christi, Sheriff Sam Craft, Chief Calvin Turner, LSRMP

(b) County of Residence of First Listed Plaintiff: **Vernon Parish**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Vernon Parish**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se (Self Represented) 385 RC Stephens Rd
(337) 404-6465 Leesville, LA 71446

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **42 U.S.C. § 1983**
Brief description of cause: First Amendment Retaliation, Unlawful Seizure, Excessive Force, Conspiracy by Law Enforcement

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 6,000,000
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: 11/25/2025
SIGNATURE OF ATTORNEY OF RECORD: Bri