UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

VERIFIED EXHIBIT LIST

**Exhibit A:** Photographs of Plaintiff's Vehicle/License Plate (Screenshot from Video).

**Exhibit B:** Declaration Regarding Pending State Court Records (With Stamped Receipt).

**Exhibit C:** Preservation Notice Return Receipt.

**Exhibit D:** USB Drive (Manually Filed).

**Exhibit E:** Chronology of Events.

*[signature]*

Hugh Brian Street

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: _____

---

EXHIBIT A: PHOTOGRAPHIC EVIDENCE OF VEHICLE

(SCREENSHOTS FROM VIDEO EVIDENCE FILE 6)

---

**DESCRIPTION OF ATTACHED IMAGES:**

1. **IMAGE 1:** A true and accurate screenshot captured from "Video File 6" (contained on the USB Drive submitted as Exhibit D).

    * **Time Taken:** Immediately following the incident on November 18, 2025.

    * **Relevance:** This image demonstrates that the license plate on Plaintiff's vehicle was clearly legible, unobstructed, and fully visible from the rear.

    * **Probative Value:** refutes Deputy Christ's claim of "Obstructed License Plate" as a justification for the seizure.

2. **IMAGE 2 (Optional):** A true and accurate photograph of the vehicle's position relative to the roadway.

    * **Relevance:** Demonstrates the vehicle was parked safely off the roadway.

[ATTACH PRINTED PHOTOS/SCREENSHOTS BEHIND THIS PAGE]

1 of 2

Respectfully submitted,

Hugh Brian Street



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA


EXHIBIT B: DECLARATION REGARDING STATE COURT RECORDS


**STATUS:**

On the morning of **November 24, 2025**, Plaintiff appeared in person at the Vernon Parish Clerk of Court (30th JDC) to obtain Certified Copies of the records regarding the 2013 incident (Case Numbers 86287-86292).


**CLERK'S ADVISEMENT:**

The Minutes Clerk advised Plaintiff that due to the age of the records (2013), the physical file must be retrieved from archives.

* The Clerk stated she would attempt to have the records prepared by **Wednesday, November 26, 2025**.

* Consequently, the certified dismissal paperwork is not physically available at the time of this filing.


**PROOF OF DILIGENCE:**

Attached hereto is a copy of Plaintiff's **Formal Written Request**, time-stamped "RECEIVED" by the Vernon Parish Clerk of Court on this date, proving that the retrieval process has been initiated.


**NOTICE OF SUPPLEMENTATION:**

Plaintiff will return to the State Courthouse on Wednesday to retrieve the records. Plaintiff will immediately file the Certified Copies into this Federal record via a "Notice of Supplementation of Exhibit B."


I declare under penalty of perjury that the foregoing is true and correct.

_____

Hugh Brian Street

**FILED**

NOV 2 4 2025

**CLERK OF COURT
VERNON PARISH, LA**

Hugh Brian Street

385 RC Stephens Rd

Leesville, LA 71446

337 404 6465

November 24, 2025

HAND DELIVERED

Honorable Clerk of Court

30th Judicial District Court

Vernon Parish

215 South 4th Street

Leesville, LA 71446

RE: URGENT PUBLIC RECORDS REQUEST & REQUEST FOR CERTIFICATION

Defendant: Hugh Brian Street

Date of Incident: May 14, 2013

Case Numbers: 86287, 86288, 86289, 86290, 86291, 86292

To the Clerk of Court:

I am the Defendant in the above-referenced historical matters. I am currently involved in Federal Civil Rights litigation regarding this incident and require official documentation immediately.

Pursuant to the Louisiana Public Records Act, I request **CERTIFIED COPIES** (Stamped "True Copy") of the following documents from these case files:

1. **The Bill of Information:** Showing the specific charges filed.

2. **The Affidavit of Arrest:** The sworn statement by Deputy Chuck Christ detailing his version of the events.

3. **The Minutes:** The court log showing appearances.

4. **The Final Disposition:** The document proving these charges were **DISMISSED** or Nolle Prosequied.

5. Motion to quash

1 of 2

I am prepared to pay the statutory copying and certification fees immediately.

Sincerely,

*[signature]*

Hugh Brian Street

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: _____

---

EXHIBIT C: PROOF OF SERVICE OF SPOLIATION NOTICE

(CERTIFIED MAIL RECEIPT)

---

**DESCRIPTION OF ATTACHED DOCUMENT:**

Attached hereto is the **USPS Certified Mail Receipt** confirming that the "Urgent Spoliation Notice / Preservation of Evidence" was mailed to Defendant SHERIFF SAM CRAFT on this date.

**DETAILS:**

* **Recipient:** Sheriff Sam Craft / Vernon Parish Sheriff's Office.

* **Address:** P.O. Box 649, Leesville, LA 71496.

* **Date Mailed:** November 25, 2025.

* **Tracking Number:** [                                    ]

**RELEVANCE:**

This receipt proves that Defendants have been placed on formal written notice regarding their duty to preserve evidence, specifically the building security video scheduled for automated deletion on December 1, 2025.



Respectfully submitted,

_____

Hugh Brian Street



```
          UNITED STATES
          POSTAL SERVICE.
              LEESVILLE
            303 S 3RD ST
         LEESVILLE, LA 71446-9998
              www.usps.com
11/25/2025                      09:18 AM

            TRACKING NUMBERS
         9589 0710 5270 0758 0720 35

       TRACK STATUS OF ITEMS WITH THIS CODE
                 (UP TO 25 ITEMS)
```



```
          TRACK STATUS BY TEXT MESSAGE
        Send tracking number to 28777 (2USPS)
        Standard message and data rates may apply

              -TRACK STATUS ONLINE
           Visit https://www.usps.com/tracking
           Text and e-mail alerts available

                 PURCHASE DETAILS

Product              Qty    Unit       Price
                            Price

NCardinal#10R Env     2    $1.01       $2.02

First-Class Mail®     1                $0.78
Letter
    Leesville, LA 71496
    Weight: 0 lb 0.90 oz
    Estimated Delivery Date
        Mon 12/01/2025
    Certified Mail®                    $5.30
        Tracking #:
           9589 0710 5270 0758 0720 35
    Return Receipt                     $4.40
        Tracking #:
           9590 9402 9421 5069 4475 82
    Affixed Postage                   -$0.78
        Affixed Amount: $0.78
Total                                  $9.70

Grand Total:                          $11.72

Cash                                  $20.00
Change                                -$8.28

             TO REPORT AN ISSUE
        Visit https://emailus.usps.com

    All hazardous labels/markings on reused
           boxes MUST be completely
      removed/obliterated if they no longer
              match the contents.

        PREVIEW YOUR MAIL AND PACKAGES
              Sign up for FREE at
         https://informeddelivery.usps.com

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
            Thank you for your business.

               Customer Service
               1-800-ASK-USPS
               (1-800-275-8777)
      Agents do not have any additional
   information other than what is provided on
                  USPS.com.

         Tell us about your experience.
     Go to: https://postalexperience.com/Pos
     or scan this code with your mobile device.

              or call 1-800-410-7420.
```

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

EXHIBIT E: CHRONOLOGY OF EVENTS & RETALIATION

1. **MAY 14, 2013**

    * **Event:** Deputy Chuck Christ arrests Plaintiff. A violent physical altercation occurs.

    * **Outcome:** Plaintiff is charged with Resisting with Violence.

    * **Resolution:** The charges of Resisting with Violence are **DISMISSED** by the State. Deputy Christ harbors a grudge regarding this failed prosecution.

2. **NOVEMBER 18, 2025 (09:40 AM)**

    * **Event:** Plaintiff films Deputy Christ conducting a traffic stop.

    * **The "Trap":** Deputy Christ orders Plaintiff to "Drive off," then immediately detains him ("Hold up") when he complies.

    * **The Lie:** Deputy Christ claims "Suspended License" but **never runs the ID** to verify it.

    * **The Assault:** Deputy Christ reaches for his weapon while Plaintiff is compliant.

    * **The Admission:** Deputy Christ states: **"I done been through this shit with you before Brian,"** confirming the 2013 vendetta is the motive.

3. **NOVEMBER 18, 2025 (10:30 AM)**

    * **Event:** Plaintiff returns on foot (50+ yards away).

    * **The Threat:** Deputy Christ threatens arrest for "Interfering" (Factually impossible at that distance).

    * **The Supervision:** Deputy Christ is on the phone with **Chief Calvin Turner** during this interaction.

4. **NOVEMBER 21, 2025**

    * **Event:** Plaintiff meets with Sheriff Craft and Chief Turner.

    * **The Ratification:** Sheriff Craft refuses to view the video.

    * **The Policy:** Chief Turner refuses the complaint, stating: **"We do not investigate our own."**

*[signature]*

Hugh Brian Street

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA


CERTIFICATE OF INTERESTED PARTIES


The undersigned certifies that the following listed persons and entities are financially interested in the outcome of this litigation:


1. **Hugh Brian Street** (Plaintiff).
2. **Deputy Chuck Christ** (Defendant).
3. **Sheriff Sam Craft** (Defendant).
4. **Chief Calvin Turner** (Defendant).
5. **Vernon Parish Sheriff's Office** (Defendant Entity).
6. **Louisiana Sheriffs' Risk Management Program (LSRMP)** (Liability Insurer).
7. **ABC Insurance Company** (Unknown Surety/Excess Insurer).


Respectfully submitted,

/s/ Brian

Hugh Brian Street

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA


PLAINTIFF'S DEMAND FOR TRIAL BY JURY


COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, hereby demands a trial by jury on all issues so triable in the above-captioned matter.


Respectfully submitted,

_____

Hugh Brian Street