RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 25 2025

DANIEL J. McCOY, CLERK
BY: A.S

Hugh Brian Street

385 RC Stephens Rd

Leesville, LA 71446

337 404 6465

November 25, 2025

HAND DELIVERED

Clerk of Court

United States District Court

Western District of Louisiana

611 Broad Street

Lake Charles, LA 70601

RE: FILING OF NEW CIVIL RIGHTS COMPLAINT & EMERGENCY MOTIONS

Plaintiff: Hugh Brian Street

Dear Clerk of Court:

Please find enclosed for immediate filing the following documents regarding a new Civil Rights action (42 U.S.C. § 1983). They are organized into four groups for efficient processing:

**GROUP I: INITIATING DOCUMENTS (TO OPEN CASE)**

1. **Civil Cover Sheet** (JS 44).

2. **Filing Fee:** $402.00.

3. **Verified Complaint for Damages** (Original + 2 Copies).

    **Includes Exhibits A, B, C, D, E attached.*

4. **Certificate of Interested Parties** (Required for Conflict Check).

5. **Plaintiff's Demand for Trial by Jury**.

6. **Summonses** (4) to be issued (Christ, Turner, Craft, LSRMP).

**GROUP II: EMERGENCY MOTIONS (REQUIRE IMMEDIATE JUDICIAL REVIEW)**

*(Please bring these to the Judge immediately due to the Thanksgiving Evidence Destruction Deadline)*

7. **Plaintiff's Emergency Motion for Temporary Restraining Order (TRO)**.

   * *Attached:* **Affidavit in Support of TRO** (Doc 31).

   * *Attached:* **Memorandum of Law in Support of TRO**.

   * *Attached:* **[Proposed] Order Granting TRO**.

8. **Plaintiff's Emergency *Ex Parte* Motion for Preservation of Evidence**.

   * *Attached:* **Rule 65 Certification** (Why Notice Not Required).

   * *Attached:* **[Proposed] Order Preserving Evidence**.


**GROUP III: MARSHAL SERVICE & EXPEDITED DISCOVERY**

*(These must be processed together to ensure proper service)*

9. **Plaintiff's Urgent Motion for Service by U.S. Marshal *Within 24 Hours***.

   * *Attached:* **[Proposed] Order Directing Marshal Service Forthwith**.

   * *Attached:* **Marshal Service Instruction Sheet** (Doc 40).

10. **Plaintiff's Motion for Expedited Discovery**.

    * *Attached:* **Plaintiff's First Request for Production** (Doc 25).

    * *Note:* The Proposed Marshal Order requests that this Discovery document be served simultaneously with the Summons.


**GROUP IV: EVIDENTIARY NOTICES**

11. **Plaintiff's Motion for Appointment of Counsel**.

12. **Notice of Manual Filing of Exhibit D** (Video Evidence on USB).

    * *Hand Delivered:* **USB Drive** containing **6 sequential video files**.

    * *Attached:* **Affidavit of Authentication of Video Evidence** (Doc 19).

13. **Affidavit of Fact Regarding "Interference" Allegations** (Doc 35).

14. **Plaintiff's Notice of Filing Federal & State Criminal Referrals** (Doc 34).

15. **Notice of Submission of Courtesy Copy to Chambers** (Doc 39).


Respectfully submitted,

_/s/ [signature]_

Hugh Brian Street