RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 2 5 2025

DANIEL A McCOY, CLERK
BY: A.S

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES    DIVISION

Hugh Brian Street

Plaintiff

VS.

Deputy Chuck Christ, Chief of Operation

Defendant

Civil Action No. 2:25-cv-1882

Judge Cain

Magistrate Judge LeBlanc

### NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| ATTACHMENTS TO: | Affidavit of Authentication of Video Evidence |
| DESCRIPTION: | Exhibit D |
| FILED BY: | Hugh Brian Street |
| FILE DATE: | 11/25/25 |

********************************* NOTICE *********************************

**The attached document is an *original* manual attachment that could not be converted into PDF and uploaded to CM/ECF. A PDF version of this notice should accompany the related e-filing as an attachment.**

**INSTRUCTIONS FOR FILER:**
The original manual attachment must be delivered to the divisional Clerk's Office of the presiding judge. Chambers personnel may obtain the manual attachment from the Clerk's Office.[1] The manual attachment will be maintained at this location until expiration of appeal delays.

Attachment sent to    LAKE CHARLES    DIVISION.

Prepared by: ALICIA SAVOY

---

[1] **Chambers Personnel:** When finished reviewing the manual attachment, please return to the Clerk's Office.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

AFFIDAVIT OF AUTHENTICATION OF VIDEO EVIDENCE

(SEQUENTIAL FILE INDEX)

STATE OF LOUISIANA

PARISH OF VERNON

I, HUGH BRIAN STREET, being first duly sworn, depose and state:

1. I personally recorded the video footage contained on the USB Drive (**Exhibit D**).

2. **FILE 1:** Captures the initial "Drive off" order. *Visual obstructed by phone case, audio clear.*

3. **FILE 2:** Captures Deputy Christ handing my ID back without running a check and ordering me to drive off.

4. **FILE 3:** Captures the second encounter (10:30 AM) and the threat of arrest for "Interfering."

5. **FILES 4-5:** Captures the weapon reach. Gaps are due to my attempts to make emergency calls for help. My narration ("Look at him, his hand is on his weapon") is contemporaneous.

6. **FILE 6:** Video of License Plate proving visibility.

7. These files are **unedited**.

_____

HUGH BRIAN STREET (Affiant)

SWORN TO AND SUBSCRIBED BEFORE ME, this 24th day of November, 2025.

_____

NOTARY PUBLIC

```
SANDRA COSIO
Notary Public - State of Louisiana
Notary ID Number 65648
```

1 of 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL FILING OF EXHIBIT D (VIDEO EVIDENCE)

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and hereby gives notice that **Exhibit D** (Video Evidence) cannot be filed electronically.

**DESCRIPTION OF EXHIBIT:**

A USB Flash Drive containing **6 sequential digital video files** recorded on November 18, 2025.

The original USB Drive has been delivered to the Clerk of Court for the Western District of Louisiana on this date.

Respectfully submitted,

*/s/ Hugh Brian Street*

Hugh Brian Street

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and moves this Court to appoint counsel to represent him in this civil rights action pursuant to **28 U.S.C. § 1915(e)(1)**.

I. ARGUMENT

1. **Type and Complexity of Case:** This case involves complex issues of "Monell" municipal liability, Conspiracy, and "Class of One" Equal Protection.

2. **Safety Risks:** Plaintiff alleges a credible threat of physical retaliation ("fixing to find out") and a departmental policy of impunity. Litigating *Pro Se* requires Plaintiff to personally interact with the very officers he alleges are threatening him. An attorney would act as a necessary buffer to ensure safety.

Respectfully submitted,

*/s/ signature*

Hugh Brian Street