RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 2 5 2025

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: _____

---

AFFIDAVIT OF FACT REGARDING "INTERFERENCE" ALLEGATIONS

(Pre-Emptive Rebuttal to La. R.S. 14:108 Defense)

---

STATE OF LOUISIANA

PARISH OF VERNON

BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH BRIAN STREET**

Who, being duly sworn, did depose and state:

1. **Purpose:** I make this affidavit to proactively address and refute any potential claim by Defendants that my detention was justified by "Interference with a Law Enforcement Investigation" (La. R.S. 14:108).

2. **First Encounter (9:40 AM):** During the initial stop, I remained inside or immediately adjacent to my vehicle on an adjacent roadway. I did not cross the fog line of the traffic stop, nor did I speak to the subject of the stop.

3. **Second Encounter (10:30 AM):** During the second interaction, I was positioned on foot at a distance of **greater than 50 yards** from Deputy Christ.

4. **Geometry of the Scene:** At this distance, it is factually impossible for my presence to physically obstruct, delay, or interfere with the Deputy's duties.

5. **Silence:** I did not shout at the Deputy or the suspect during the investigation. The only verbal exchange occurred when Deputy Christ initiated contact by shouting threats at me ("fixing to find out").

6. **Corroboration:** My distance and lack of interference can be verified by the Dash Camera footage of the Transport Deputy who arrived on scene, which I have requested be preserved.

7. **Conclusion:** Any claim by Deputy Christ that I was "interfering" is a fabrication used to punish my protected First Amendment activity (Filming).

_/s/ B.S._

HUGH BRIAN STREET (Affiant)


SWORN TO AND SUBSCRIBED BEFORE ME, this 24th day of November, 2025.

_Sandra Cosio_

NOTARY PUBLIC

State of Louisiana

My Commission Expires: _with life_

SANDRA COSIO
Notary Public - State of Louisiana
Notary ID Number 65648