RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 2 5 2025

DANIEL J. McCOY, CLERK
BY_____A.S_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

PLAINTIFF'S NOTICE OF FILING OF ADMINISTRATIVE AND

CRIMINAL COMPLAINTS TO FEDERAL AND STATE AGENCIES

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and hereby gives Notice that Plaintiff has formally referred these allegations to:

* **Criminal Complaint:** Louisiana State Police Troop E.

* **Color of Law Complaint:** Federal Bureau of Investigation (FBI).

* **Administrative Complaint:** U.S. Department of Justice, Office for Civil Rights.

* **Criminal Referral:** United States Attorney (Western District of Louisiana).

* **Decertification Complaint:** Louisiana P.O.S.T. Council.

Respectfully submitted,

_[signature]_

Hugh Brian Street