RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 2 5 2025

DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

PLAINTIFF'S EMERGENCY *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER

TO PRESERVE EVIDENCE (IMMINENT DESTRUCTION)

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and moves this Honorable Court for an IMMEDIATE *Ex Parte* Order directing Defendants to seize and preserve electronic evidence.

I. IMMINENT DANGER OF SPOLIATION (THE 10-DAY DEADLINE)

1. **The Admission:** On November 21, 2025, Chief of Operations Calvin Turner explicitly informed Plaintiff that **Administrative Building Security Video** is automatically deleted/overwritten after **ten (10) days**.

2. **The Holiday Risk:** This 10-day deadline expires on **December 1, 2025** (The Monday immediately following Thanksgiving). Administrative offices will be closed.

3. **The Inadequacy of Promises:** While Chief Turner verbally agreed to preserve it, the automated nature of the system combined with the holiday closure creates a high risk that the video will be purged before staff returns.

4. **Necessity of Order:** Without a specific Court Order directing the IT Administrator to disable the auto-delete function immediately, the evidence of the "No Investigation" policy will be destroyed.

II. RELIEF REQUESTED

Plaintiff requests an Order requiring Defendants to **disable the auto-delete function** for all relevant video evidence immediately.

Respectfully submitted,

*/s/ signature/*

Hugh Brian Street, Plaintiff Pro Se

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

PLAINTIFF'S CERTIFICATION PURSUANT TO FED. R. CIV. P. 65(b)(1)(B)

REGARDING WHY NOTICE SHOULD NOT BE REQUIRED

I, HUGH BRIAN STREET, Plaintiff Pro Se, hereby certify the following to the Court regarding my application for an *Ex Parte* Emergency Order to Preserve Evidence:

1. **Efforts to Give Notice:** I have not provided advance notice to the Defendants regarding this specific Motion for Preservation.

2. **Reasons Notice Should Not Be Required:**

    A. **Imminent Automated Destruction:** The Defendants admitted that their building security video is subject to an automated deletion cycle of **10 days**.

    B. **The Holiday Gap:** The 10th day falls on December 1, 2025. The Sheriff's administrative offices will be closed for Thanksgiving.

    C. **Risk of Spoliation:** If I provide notice to the Defendants *before* this Court issues an Order, it will alert them that this specific video is the key evidence. Given that Chief Turner stated, "We do not investigate our own," I believe notice would encourage them to allow the automated system to purge the file over the holiday.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Hugh Brian Street/*

Hugh Brian Street