UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 2 5 2025

DANIEL J. McCOY, CLERK
BY: _____A.S_____

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: _____

PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

AND PRELIMINARY INJUNCTION

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, moving this Honorable Court for an Emergency Temporary Restraining Order (TRO) against the Vernon Parish Sheriff's Office (VPSO) and Deputy Chuck Christ.

I. IMMINENT DANGER

1. **The Threat:** Plaintiff alleges Aggravated Assault by Deputy Christ. Deputy Christ threatened lethal force ("fixing to find out") and reached for his weapon while Plaintiff was compliant.

2. **The Vendetta:** Deputy Christ admitted to a pre-existing grudge ("...before Brian") stemming from a 2013 incident.

3. **The Context:** Plaintiff has a reasonable fear of retaliation given the VPSO's community reputation regarding unresolved allegations of violence and suspicious deaths (e.g., the Bradley Stracener case).

4. **No Internal Protection:** The Administration admitted: "We do not investigate our own," removing any internal safety barrier.

II. RELIEF REQUESTED

Plaintiff requests this Court issue an Order:

1. Enjoining Deputy Chuck Christ from coming within 100 feet of Plaintiff, his home, or his vehicle.

2. Ordering the VPSO to dispatch a different agency (such as Louisiana State Police) or a different deputy for any bona fide calls for service regarding Plaintiff.

3. Ordering Defendants to preserve all video surveillance.


Respectfully submitted,

*[signature]*

Hugh Brian Street, Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446

337 404 6465

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

AFFIDAVIT IN SUPPORT OF EMERGENCY MOTION FOR

TEMPORARY RESTRAINING ORDER

STATE OF LOUISIANA

PARISH OF VERNON

BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH BRIAN STREET**

Who, being duly sworn, did depose and state:

1. **Personal Knowledge:** I am the Plaintiff in this action. The facts stated herein are within my personal knowledge.

2. **The Threat:** On November 18, 2025, Deputy Chuck Christ threatened me with physical harm, stating "Well you're fixing to find out" after I asserted my First Amendment rights. During the encounter, he reached for his weapon while I was compliant.

3. **The Vendetta:** Deputy Christ admitted to a pre-existing grudge, stating: "I done been through this shit with you before Brian." This refers to a 2013 incident where he assaulted me, but the charges against me were **DISMISSED**.

4. **The Policy of Impunity:** On November 21, 2025, I attempted to utilize the proper administrative remedy by filing a complaint with VPSO Chief of Operations Calvin Turner. He refused to accept it, stating: **"We do not investigate our own."**

5. **Imminent Danger:** Because the Department has explicitly refused to investigate or restrain Deputy Christ, and because of the VPSO's reputation regarding unresolved allegations (e.g., Bradley Stracener), I have a reasonable, objective fear that my life is in danger if I am subjected to a traffic stop or detention by this specific officer.

_____

HUGH BRIAN STREET (Affiant)

SWORN TO AND SUBSCRIBED BEFORE ME, this 24th day of November, 2025.

_____

SANDRA COSIO
Notary Public - State of Louisiana
Notary ID Number 65648

1 of 2

NOTARY PUBLIC

State of Louisiana

My Commission Expires: _with life_