RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 2 5 2025

DANIEL J. McCOY, CLERK
BY: A.S.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

I. INTRODUCTION

Plaintiff Hugh Brian Street seeks an Emergency TRO to protect his life and liberty from imminent retaliation by the Vernon Parish Sheriff's Office (VPSO).

II. ARGUMENT

To obtain a TRO, the Plaintiff must show: (1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable injury; (3) that the threatened injury outweighs the harm to the defendant; and (4) that granting relief will not disserve the public interest. *Canal Auth. of State of Fla. v. Callaway*, 489 F.2d 567 (5th Cir. 1974).

A. Substantial Likelihood of Success

Plaintiff's First Amendment right to record police is "clearly established" in the Fifth Circuit. *Turner v. Driver*, 848 F.3d 678 (5th Cir. 2017). Defendant Christ's admission ("I done been through this shit with you before Brian") proves the retaliatory motive.

B. Irreparable Injury (Objective Fear of Harm)

Plaintiff faces a credible threat of physical harm. Defendant Christ has already threatened lethal force ("fixing to find out"). Money damages cannot compensate for loss of life or liberty via pretextual arrest.

III. CONCLUSION

The Court should grant the TRO to preserve the status quo and protect the Plaintiff's life pending litigation.

Respectfully submitted,

*[signature]*

Hugh Brian Street, Plaintiff Pro Se