UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET, Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al., Defendants.

[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

Before the Court is Plaintiff's Emergency Motion for Temporary Restraining Order.

IT IS HEREBY ORDERED that, pending a full hearing on the Preliminary Injunction:

1. **No Contact:** Defendant DEPUTY CHUCK CHRIST is prohibited from initiating any contact, detention, traffic stop, or surveillance of the Plaintiff, HUGH BRIAN STREET, absent an active felony arrest warrant or exigent circumstances involving immediate threat to life.

2. **Dispatch Protocol:** Defendant VERNON PARISH SHERIFF'S OFFICE is ordered to flag Plaintiff's address and vehicle registration. In the event of a call for service involving Plaintiff, a Deputy *other than* Defendant Christ must be dispatched.

3. **Anti-Retaliation:** Defendants are prohibited from engaging in any acts of retaliation against Plaintiff for the filing of this lawsuit.

SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE