UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY

AND FOR SERVICE BY U.S. MARSHAL

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and moves this Court pursuant to *Fed. R. Civ. P. 26(d)(1)* for leave to serve limited discovery requests immediately.

I. GOOD CAUSE

1. **Spoliation Risk:** Defendants have admitted to a 10-day automated deletion policy.

2. **Preliminary Injunction:** The Court requires this evidence (Body Cam footage) to rule on the pending Motion for TRO.

II. RELIEF REQUESTED

Plaintiff requests an Order allowing the immediate service of the attached Discovery Request via the U.S. Marshal Service.

Respectfully submitted,

*[signature]*

Hugh Brian Street