UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

(EXPEDITED)

TO: Vernon Parish Sheriff's Office / Sheriff Sam Craft / Deputy Chuck Christ / Chief Turner

PRODUCE WITHIN 7 DAYS:

**REQUEST NO. 1 (VIDEO):**

Any and all Body Worn Camera (BWC) and In-Car Video files recorded by **Deputy Chuck Christ** and the **Transport Deputy** on November 18, 2025 (Native Format).

**REQUEST NO. 2 (GPS / AUDIO):**

The **AVL/GPS History** and actual digital **Radio Audio Recordings** (Voice) for Deputy Chuck Christ's patrol unit.

**REQUEST NO. 3 (AUDIT LOGS):**

The **MDT / NCIC / CAD Audit Logs** showing all queries run by Deputy Chuck Christ.

**REQUEST NO. 4 (PHONE RECORDS):**

**Call Detail Records (CDRs)** for the department-issued cell phones of Deputy Christ and Chief Turner for November 18, 2025 (9:30 AM - 11:00 AM).

**REQUEST NO. 5 (ADMIN VIDEO):**

Surveillance footage from the **VPSO Administration Building** (Chief Turner's Office/Hallway) for November 21, 2025 (12:45 PM – 3:30 PM).

**REQUEST NO. 6 (CITATION EVIDENCE):**

Any and all Body Worn Camera (BWC) footage associated with **Citation / Ticket Number [INSERT TICKET NUMBER HERE]**, issued by Deputy Chuck Christ on November 18, 2025.

**REQUEST NO. 7 (BRADY / GIGLIO LISTS):**

Any internal lists identifying officers with credibility issues.

**REQUEST NO. 8 (INSURANCE):**

A copy of the **Surety Bond** and **Certificate of Liability Insurance**.

_____

Hugh Brian Street