RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 2 5 2025

DANIEL J. McCOY, CLERK
BY: *H.S*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

PLAINTIFF'S URGENT MOTION FOR SERVICE OF PROCESS

BY UNITED STATES MARSHAL **INSTANTER** (IMMEDIATELY)

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and respectfully moves this Honorable Court to order **IMMEDIATE** service of the Summons, Complaint, and Emergency Orders by the United States Marshal Service.

I. URGENCY & GOOD CAUSE

1. **Imminent Spoliation:** Defendants have admitted to a 10-day automated deletion policy. That deadline expires on Dec 1, 2025. Service must be effected immediately to ensure the Preservation Order is received before the holiday.

2. **Safety:** Plaintiff alleges Aggravated Assault by a Deputy Sheriff. Personal service by the Plaintiff would create a high risk of confrontation.

3. **Simultaneous Discovery:** Plaintiff requests the Marshal serve the "Request for Production" simultaneously to prevent claims of non-receipt.

II. RELIEF REQUESTED

Plaintiff requests an Order directing the U.S. Marshal to serve the Defendants **FORTHWITH** (within 24 hours).

Respectfully submitted,

*/s/ Hugh Brian Street*

Hugh Brian Street