UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: _____

---

ORDER DIRECTING UNITED STATES MARSHAL TO EFFECT SERVICE

**WITHIN 24 HOURS** (PRIOR TO HOLIDAY CLOSURE)

---

Before the Court is Plaintiff's Urgent Motion for Service by U.S. Marshal. The Court finds that **good cause** exists for court-appointed service due to the imminent risk of spoliation of evidence over the upcoming Thanksgiving holiday closure.

IT IS HEREBY ORDERED:

1. The United States Marshal Service (USMS) is directed to effect service of process upon Defendants SHERIFF SAM CRAFT, CHIEF CALVIN TURNER, DEPUTY CHUCK CHRIST, and LSRMP **FORTHWITH**.

2. Due to the impending holiday administrative closures, service shall be attempted and completed no later than **24 HOURS** from the issuance of this Order, or **5:00 PM on Wednesday, November 26, 2025**, whichever is earlier.

3. The Marshal shall serve the following documents together as a single packet:

    * The Summons and Verified Complaint (with Exhibits).

    * The Emergency Motion for TRO and Memorandum.

    * The Emergency Motion for Preservation of Evidence.

* **Plaintiff's Motion for Expedited Discovery** (with the attached **First Request for Production**).

SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE

SERVICE OF PROCESS INSTRUCTIONS

CASE: STREET v. CHRIST, et al.

TO: UNITED STATES MARSHAL SERVICE

**SPECIAL INSTRUCTION:**

Please attempt **PERSONAL SERVICE** upon the individuals.

**DEFENDANT 1:** Deputy Chuck Christ (1203 South 4th Street, Leesville, LA)

**DEFENDANT 2:** Sheriff Sam Craft (1203 South 4th Street, Leesville, LA)

**DEFENDANT 3:** Chief Calvin Turner (1203 South 4th Street, Leesville, LA)

**DEFENDANT 4:** LSRMP Agent for Service (1175 Nicholson Drive, Baton Rouge, LA)

**DOCUMENTS TO SERVE (PER COURT ORDER):**

1. Summons & Verified Complaint (Includes Exhibits).
2. Emergency Motion for TRO & Memorandum.
3. Emergency Preservation Motion.
4. **Motion for Expedited Discovery** (Includes the **Request for Production**).

**URGENCY:**

Evidence destruction deadline is Dec 1, 2025. **IMMEDIATE SERVICE REQUESTED.**

*[signature]*

Hugh Brian Street, Plaintiff Pro Se