RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC - 1 2025

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION


HUGH BRIAN STREET,

Plaintiff,


v.


DEPUTY CHUCK CHRIST, et al.,

Defendants.


Case No.: [Insert Case Number from your Receipt, e.g. 2:25-cv-XXXX]

_____


NOTICE OF FILING PROOF OF SERVICE / ACTUAL NOTICE

(VERBAL WAIVER OF SERVICE BY SHERIFF CRAFT)

_____


COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and hereby files the attached **Affidavit of Service** into the record.


**SUMMARY OF SERVICE:**

1. On Wednesday, November 26, 2025, Plaintiff caused a copy of the Complaint, Emergency Motion for TRO, and Emergency Preservation Motion to be hand-delivered to the Vernon Parish Sheriff's Office.

2. As detailed in the attached Affidavit, Defendant **SHERIFF SAM CRAFT** personally took possession of the documents.

3. **Verbal Waiver:** Upon receiving the documents, Sheriff Craft verbally acknowledged receipt and stated to the process server: **"Well, consider me served."**

**LEGAL SIGNIFICANCE:**

Plaintiff asserts that this interaction constitutes:

1. **Actual Notice** of the pending litigation and the duty to preserve evidence under *Fed. R. Civ. P. 37(e)*, effective prior to the Thanksgiving holiday administrative closure.

2. **Waiver of Formal Service** under *Fed. R. Civ. P. 4(d)* regarding Defendant Sheriff Sam Craft.

Respectfully submitted,

_____

Hugh Brian Street

Plaintiff Pro Se

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _1st_ day of December, 2025, a true and correct copy of the foregoing Notice and the attached Affidavit was served upon the Defendants via **United States Mail**, postage prepaid, directed to:

Sheriff Sam Craft

Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446

Hugh Brian Street