RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC - 1 2025

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: [Insert Case # if known, or "FILED NOV 25 - PENDING"]

---

AFFIDAVIT OF SERVICE AND VERBAL ACCEPTANCE

---

STATE OF LOUISIANA

PARISH OF VERNON

BEFORE ME, the undersigned authority, personally came and appeared:

Shadrick Taylor
**[NAME OF FRIEND]**

Who, being duly sworn, did depose and state:

1. **Non-Party Status:** I am over the age of 18, competent to testify, and I am not a party to this lawsuit.

2. **The Delivery:** On **Wednesday, November 26, 2025**, at approximately [INSERT TIME] 9:15 AM/PM, I went to the Vernon Parish Sheriff's Office at 1203 South 4th Street, Leesville, LA.

3. **The Interaction:**

   * I approached the window clerk, who directed me to bring the documents "around the corner to Mrs. Christie."

   * I handed the sealed packet containing the **Notice of Filing** and **Emergency Preservation Motion** to Mrs. Christie.

   * Mrs. Christie reviewed the documents. A male individual then approached and identified himself as **Sheriff Sam Craft**.

   * Mrs. Christie handed the documents to Sheriff Craft.

4. **The Verbal Exchange:**

   * Sheriff Craft asked: "What is this?"

   * I replied: "It is a notice of a federal lawsuit."

   * Sheriff Craft stated: "Hugh Street paid you to bring this up here to me."

   * I replied: "Yes sir."

   * Sheriff Craft stated: "I hope the pay's good. You must be tight, huh?"

   * I replied: "Yes sir."

   * Sheriff Craft stated: **"I thought Hugh Street served me the other day."** (Acknowledging prior receipt of notice).

5. **Acceptance of Service:**

   * I asked Sheriff Craft: "Do you want to sign for it?"

* Sheriff Craft replied: **"Well, consider me served."**

* Sheriff Craft then pointed toward the door, and I exited the premises.

6. **Conclusion:** Sheriff Sam Craft is in physical possession of the documents and verbally accepted service on this date.

I declare under penalty of perjury that the foregoing is true and correct.

*S. Taylor*

[Signature of Friend / Affiant]

Shadrich Taylor

[Printed Name of Friend]

---

SWORN TO AND SUBSCRIBED BEFORE ME, this __1__ day of ~~November~~ December, 2025.

*Shirley Vasseur*

NOTARY PUBLIC

State of Louisiana

My Commission Expires: Life

SHIRLEY VASSEUR
Notary Public - Louisiana
Beauregard Parish
Notary ID 67457