RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 2 2025

BY:_____ DANIEL J. McCOY, CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

2:25-cv-1882

Case No.: [Insert Case Number] Filed Nov 25th pending

NOTICE OF FILING SUPPLEMENTAL EXHIBIT B

(EVIDENCE OF PRIOR ANIMUS & FIRST AMENDMENT RETALIATION)

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and hereby supplements the record with **Exhibit B**.

**1. SUBMISSION OF EVIDENCE:**

Attached hereto are **true and correct copies** of the Certified Case File from the 30th Judicial District Court (Vernon Parish) regarding *State of Louisiana v. Hugh Brian Street* (Case Nos. 86287-86292).

**2. NOTE ON FORMATTING:**

The original certified records were issued on Legal-sized paper (8.5" x 14"). To comply with Local Civil Rule 10.1, Plaintiff has submitted reduced photocopies. Plaintiff retains the originals with the **Raised Clerk's Seal** for inspection.

**3. RELEVANCE (ORIGIN OF THE VENDETTA):**

These records serve a critical evidentiary purpose under *Fed. R. Evid. 404(b)* regarding M

otive and Intent. They establish that Deputy Christ's actions on November 18, 2025, were not random, but rooted in a specific history of **First Amendment Retaliation**:

* **A. Protected Activity (The "Berating"):** The underlying 2013 incident involved Plaintiff witnessing Deputy Christ physically assault Plaintiff's mother. In response, Plaintiff **verbally berated and opposed** Deputy Christ for this abuse of power. Criticism of police conduct is protected speech under the First Amendment (*City of Houston v. Hill*).

* **B. The Retaliatory Response:** Deputy Christ responded to Plaintiff's verbal opposition not with law enforcement protocols, but with **physical violence against the Plaintiff** and by filing retaliatory charges of "Resisting an Officer with Force or Violence."

* **C. The Vindication:** The attached records confirm that these violent charges were **DISMISSED / NOLLE PROSEQUIED** by the State, proving the Deputy's narrative was rejected.

* **D. The Reactivation (2025):** Despite zero contact for 12 years, Deputy Christ's immediate aggression and statement on Nov 18, 2025 (**"I done been through this shit with you before, Brian"**) prove that he is still seeking retribution for Plaintiff's prior opposition. The pattern is identical: Plaintiff challenges the Deputy's authority (by speaking or filming), and the Deputy responds with force and false imprisonment.

Respectfully submitted,

*/s/ B. Street*

Hugh Brian Street

Plaintiff Pro Se

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December, 2025, a true and correct copy of the foregoing Notice and attached Exhibits was served upon the Defendants via **United States Mail**, postage prepaid, directed to:

Sheriff Sam Craft

Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446

*/s/ B. Street*
_____

Hugh Brian Street