**NO. 86287 AMENDED**
**BILL OF INFORMATION**

## State of Louisiana – Parish of Vernon
### THIRTIETH JUDICIAL DISTRICT COURT

BE IT REMEMBERED, That ASA A. SKINNER, District Attorney, Thirtieth Judicial District, Vernon Parish, Louisiana, who prosecutes in the name and by the authority of the State of Louisiana, comes into Court and charges that:

### HUGH BRIAN STREET

**COUNT 1:** on or about May 14, 2013, did intentionally resist an individual acting in his official capacity and authorized by law to make a lawful arrest, detention or to serve any lawful process when the offender knows or has reason to know that said person arresting or detaining is acting in his official capacity, in violation of R.S. 14:108 (Misdemeanor).

**COUNT 2:** on or about May 14, 2013, did intentionally resist an individual acting in his official capacity and authorized by law to make a lawful arrest, detention or to serve any lawful process when the offender knows or has reason to know that said person arresting or detaining is acting in his official capacity, in violation of R.S. 14:108 (Misdemeanor).

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL.

*Lucy Roberts*

DY. CLERK OF COURT, VERNON PARISH, LA

## Recorded

contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Filed ___Sept 10,___ 2014

_____
Deputy Clerk

_____
Asa Skinner, District Attorney

_____
Assistant District Attorney

NO. 086287

### BILL OF INFORMATION

---

## State of Louisiana – Parish of Vernon
### THIRTIETH JUDICIAL DISTRICT COURT

BE IT REMEMBERED, That ASA A. SKINNER, District Attorney, Thirtieth Judicial District, Vernon Parish, Louisiana, who prosecutes in the name and by the authority of the State of Louisiana, comes into Court and charges that:

### HUGH BRIAN STREET

COUNT 1:  on or about May 14, 2013 did resist a police officer with force or violence while being arrested or detained before being restrained and after notice was given that he was under arrest or detention, in violation of R.S. 14:108.2.A.(1) (Felony)

COUNT 2:  on or about May 14, 2013 did resist a police officer with force or violence to the arresting officer after being arrested but before being incarcerated in jail, in violation of R.S. 14:108.2.A.(2) (Felony)

DIVISION A



FILED

# Recorded

contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Filed _____ 2014

_____
Deputy Clerk

Asa Skinner, District Attorney

_____
Assistant District Attorney

NO. **086288**
**BILL OF INFORMATION**

## State of Louisiana – Parish of Vernon
THIRTIETH JUDICIAL DISTRICT COURT

BE IT REMEMBERED, That ASA A. SKINNER, District Attorney, Thirtieth Judicial District, Vernon Parish, Louisiana, who prosecutes in the name and by the authority of the State of Louisiana, comes into Court and charges that:

**HUGH BRIAN STREET**

on or about May 14, 2013, did intentionally damage a vehicle belonging to the Vernon Parish Sheriff's Office, in violation of R.S. 14:56 (Misdemeanor)



# Recorded

contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Filed _____ 2014

_____          _____
                                    Asa Skinner, District Attorney

_____          _____
Deputy Clerk                        Assistant District Attorney

NO. **086289**

**BILL OF INFORMATION**

## State of Louisiana – Parish of Vernon
### THIRTIETH JUDICIAL DISTRICT COURT

BE IT REMEMBERED, That ASA A. SKINNER, District Attorney, Thirtieth Judicial District, Vernon Parish, Louisiana, who prosecutes in the name and by the authority of the State of Louisiana, comes into Court and charges that:

**HUGH BRIAN STREET**

on or about May 14, 2013, being the driver and operator of a vehicle did fail to stop at an intersection, in violation of R.S. 32:123.B. (Misdemeanor)

Recorded

contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Filed _____ 2014

_____
Deputy Clerk

_____
Asa Skinner, District Attorney

_____
Assistant District Attorney

NO. ___086290___

**BILL OF INFORMATION**

## State of Louisiana – Parish of Vernon
THIRTIETH JUDICIAL DISTRICT COURT

BE IT REMEMBERED, That ASA A. SKINNER, District Attorney, Thirtieth Judicial District, Vernon Parish, Louisiana, who prosecutes in the name and by the authority of the State of Louisiana, comes into Court and charges that:

**HUGH BRIAN STREET**

on or about May 14, 2013, did operate a motor vehicle with cancelled plates, in violation of R.S. 47:536.(2) (Misdemeanor)

FILED

# Recorded

contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Filed _____ 2014

_____
Asa Skinner, District Attorney

_____
Deputy Clerk

_____
Assistant District Attorney

NO. **086291**

**BILL OF INFORMATION**

---

## State of Louisiana – Parish of Vernon
### THIRTIETH JUDICIAL DISTRICT COURT

    BE IT REMEMBERED, That ASA A. SKINNER, District Attorney, Thirtieth Judicial District, Vernon Parish, Louisiana, who prosecutes in the name and by the authority of the State of Louisiana, comes into Court and charges that:

               **HUGH BRIAN STREET**

on or about May 14, 2013, did operate a motor vehicle with no proof of insurance, in violation of R.S. 32:863.1. (Misdemeanor)



FILED

**Recorded**

contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Filed _____ 2014

_____
          Deputy Clerk

_____
    Asa Skinner, District Attorney

_____
    Assistant District Attorney

NO. **086292**

**BILL OF INFORMATION**

## State of Louisiana – Parish of Vernon
THIRTIETH JUDICIAL DISTRICT COURT

BE IT REMEMBERED, That ASA A. SKINNER, District Attorney, Thirtieth Judicial District, Vernon Parish, Louisiana, who prosecutes in the name and by the authority of the State of Louisiana, comes into Court and charges that:

**HUGH BRIAN STREET**

on or about May 14, 2014 did operate a motor vehicle with switched plates, in violation of R.S. 47:536.(8) (Misdemeanor)



**Recorded**

contrary to the law of the State of Louisiana and against the peace and dignity of the same.

Filed _____ 2014

_____
Deputy Clerk

Asa Skinner, District Attorney

_____
Assistant District Attorney

# WARRANT

Docket # 86,287-288

In the name of the State of Louisiana, to All and Singular the Sheriffs and others with power of arrest of the

State of Louisiana:

WHEREAS, _____ Kenneth W. Pollard _____ has this day advised this Court that on

the __2nd__ day of__December__, A.D. 2014, one _Hugh Street_ hereinafter referred to as

the aforesaid, was convicted of the offense (s) of _Simp Criminal Damage Property U/$500, Resisting an Officer (2 Counts)_ .

in the _____ 30th Judicial District _____ Court of _____ Vernon _____ Parish,

which Court suspended the execution of sentence and placed the aforesaid on probation for a term of

_Six (6 months)___ in accordance with the provisions of Articles 893-901 of the Louisiana Criminal

Code of Procedure and that the aforesaid has not properly conducted himself/herself, but has violated

the conditions of his/her probation in a material respect by failing to obey the instructions of the Court.

| | |
|---|---|
| TRUE NAME: | Hugh Brian Street |
| RACE/SEX: | White/Male |
| DOB: | 9-9-82 |
| HEIGHT: | N/A |
| WEIGHT: | 150 |
| HAIR: | Black |
| EYES: | Hazel |
| COMPLEXION: | Medium |
| TATTOOS/SCAR: | N/A |
| SSN #: | 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 |
| DRIVER'S LICENSE #: | 007773198 |
| LAST KNOWN ADDRESS: | 385 RC Stephens Road. Leesville, LA 71446 |
| MISCELLANEOUS: | |

THESE ARE, THEREFORE, to command you to arrest instanter the aforesaid _Hugh Street_

and bring him/her before me to be dealt with according to law.

Given under my hand and seal this _14_ day of ___May___, A.D. 2015.

Honorable Vernon B. Clark
Judge of the 30th Judicial District Court
in and for Vernon Parish.

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL.

DY. CLERK OF COURT, VERNON PARISH, LA

| STATE OF LOUISIANA | : | 30TH JUDICIAL DISTRICT COURT |
|---|---|---|
| VERSUS NO. 86,287; 86,288 | : | PARISH OF VERNON |
| HUGH B STREET | : | STATE OF LOUISIANA |

................................................................

## PETITION FOR UNSATISFACTORY TERMINATION OF PROBATION

Todd Tarjick, 30th Judicial District Court Probation Office, Vernon Parish, presenting an official report on the conduct and attitude of probationer **HUGH B STREET** who was placed on probation by the Honorable **TONY BENNETT**, District Judge, on **DECEMBER 2, 2014**, for **SIMPLE CRIMINAL DAMAGE PROPERTY UNDER $500.00 AND RESISTING AN OFFICER (2 COUNTS)**, who set the original period of probation AT **SIX (6) MONTHS** and imposed the terms and conditions previously adopted by the Court.

**AND RESPECTFULLY** presenting petition for action of the Court for cause as follows:

Probationer failed to report as directed.
Probationer failed to make payment in accordance with established pay plan.

**DISPOSITION:**
On **NOVEMBER 16, 2023,** received full payment on all monies owed in connection with this docket.

**I PRAY** that the Court will order the warrant issued on **MAY 14, 2015,** to be recalled and that the probation of **HUGH B STREET** be **TERMINATED UNSATISFACTORILY.**

Respectfully submitted,

Todd Tarjick
30th J.D.C. Probation Office
December 4, 2023

................................................................

## ORDER OF THE COURT

**CONSIDERING THE** foregoing report of the Probation Officer, **IT IS ORDERED BY THE COURT** that the warrant issued on MAY 14, 2015, be recalled and that the probation of *HUGH B STREET* BE TERMINATED UNSATISFACTORILY.

This was done on the _____6____ day of ___December___, 2023.

TONY BENNETT, DISTRICT JUDGE
DIVISION "A"

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL.

DY. CLERK OF COURT, VERNON PARISH, LA

Tuesday, December 2, 2014

MINUTES OF COURT
THIRTIETH JUDICIAL DISTRICT COURT
VERNON PARISH, LOUISIANA

86287 AM     STATE OF LOUISIANA vs HUGH B STREET

Leesville, Louisiana
Tuesday, December 2, 2014

The Thirtieth Judicial District Court, Honorable Vernon B. Clark,
presiding  Court Reporter: Carol Hetland, Bailiff: Johnny Rhodes, Minute
Clerk: Kenneth Cryer) convened and proceeded as follows:

| | | |
|---|---|---|
| 86287Am | State of Louisiana vs Hugh Brian Street | |
| | Counts 1 & 2: Resisting an Officer | |
| 86288 | State of Louisiana vs Hugh Brian Street | |
| | Simple Criminal Damage to Property | |
| 86289 | State of Louisiana vs Hugh Brian Street | Fail to Stop at an Intersection |
| 86290 | State of Louisiana vs Hugh Brian Street | Cancelled Plates |
| 86291 | State of Louisiana vs Hugh Brian Street | No Proof of Insurance |
| 86292 | State of Louisiana vs Hugh Brian Street | Switched Plates |

The defendant was present in open Court in proper person. The State was
represented by Assistant District Attorney Ronald Seastrunk. The
defendant moved to withdraw his former pleas of not guilty and enter
pleas of guilty to 86287 amended, counts 1 & 2 and 86288, simple
criminal damage to property. The Court accepted the pleas and sentenced
the defendant as follows, to-wit: 83287 Am, counts 1 & 2: ON EACH
count: Pay a fine of $100.00 plus cost of Court and serve 30 days in the
parish jail. 83288, Simple criminal damage to property: Pay a fine of
$300.00 plus cost of Court and serve 60 days in the parish jail. The Court
suspended the jail sentences and placed the defendant on supervised
probation for a period of 6 months. The Court fixed the supervision fee at
$60.50 per month. Jail sentence and probation periods are to run
concurrent. On motion of the State, the Court ordered 86289, 86290,
86291 & 86292 DISMISSED. The defendant was remanded to the
temporary custody of the sheriff.

A TRUE COPY OF THE MINUTE ENTRY.

Leesville, Louisiana                    12.2.25

Deputy Clerk of Court

APPROVED BY
/s/ VERNON B CLARK
Division A
DISTRICT JUDGE

State of Louisiana

Versus                                                    Vernon Parish

Hugh B. Street                                            86287-292

### Certification of Indigence
### And
### Notice of Appointment of Counsel

As provided by La. R.S. 15:147 and La. R.S. 15:148, the 30th Judicial District Court ordered the above Defendant to be interviewed by the Public Defender Office for a determination of indigence.

The 30th Judicial District Public Defender, through the District Public Defender, has determined the above Defendant is indigent and has made the following appointment of counsel.

**Wesley R Bailey**
P. O. Box 779 Leesville, LA
337-404-7716

The charge(s) against the defendant is/are
        Resisting an officer w/ force or violence, Resisting an officer w/ force or violence; SCDP-m; Fail to Stop at Intersection; Cancelled Plates; No Insurance; Switched Plates

By copy of this filing, your client, the Clerk of Court and the District Attorney are so advised and informed of your appointment.



By: _____
District Public Defender
09/22/2014

## NOTICE OF FIXING ON DEFENDANT'S PRO-SE MOTION TO QUASH VIA COURT ORDER

OFFICE OF THE CLERK OF THE 30TH JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF VERNON
STATE OF LOUISIANA

NUMBER: 86287-292

STATE OF LOUISIANA

VS.

HUGH BRIAN STREET

TO: DISTRICT ATTORNEY
P. O. BOX 1188
LEESVILLE, LA

HUGH BRIAN STREET
385 R C STEPHENS ROAD
LEESVILLE, LA 71446

WES BAILEY
609 SOUTH 4TH STREET
LEESVILLE, LA 71446

NOTICE IS HEREBY GIVEN that the above numbered and entitled case has been set for HEARING on Tuesday, December 2, 2014 at 9:00 o'clock A.M., at Leesville, Louisiana.

SEE ATTACHED COURT ORDER FIXING CASE FOR HEARING

Judge: VERNON B. CLARK

Notice Issued this 14th day of November, 2014

_____
DEPUTY CLERK OF COURT

11-18-14
Winston Cooper

**NOTICE ON MOTION FOR BILL OF PARTICULARS and MOTION FOR DISCOVERY AND INSPECTION**

STATE OF LOUISIANA                    30TH JUDICIAL DISTRICT COURT

VERSUS 86287-86292                    PARISH OF VERNON

HUGH BRIAN STREET                    STATE OF LOUISIANA

TO: DISTRICT ATTORNEY
    P. O. BOX 1188
    LEESVILLE, LA 71446

    HUGH BRIAN STREET
    385 RC STEPHENS ROAD
    LEESVILLE, LA 71446

    Notice is hereby given that the above numbered and entitled matter, has been signed by Judge Vernon B. Clark, Division "A". Certified copy attached hereto.

**XXXX:  NOTICE ON MOTION FOR BILL OF PARTICULARS and MOTION FOR DISCOVERY AND INSPECTION**

**I hereby certify that the foregoing notice was this day placed the District Attorney's box.  Said box is located at the Office of the Clerk of Court. Defendant's notice mail via U. S. mail with postage pre-paid. Issued by the Clerk of Court this 25th day of November, 2014.

                                 _____
                                   Deputy Clerk of Court

COPY

Document No. 0009 v 1.0    Filed 11/24/2014  Page 1 of 6

**Case No. 86287 - 86292**

# IN THE THIRTIETH JUDICIAL DISTRICT COURT

## STATE OF LOUISIANA

### Vs.

### HUGH BRIAN STREET

---

### Motion For Discovery and Inspection

Comes Now, Hugh-Brian: Street; in proprium persona, sui juris, ad hoc actum herein after defendent and with all due respect to parties, shows that this prosecution is scheduled for trial in the Parish of Vernon, State of Louisiana and this Motion for Discovery and Inspection is made and filed in excess of the time limitation set forth in Article 521(A) of the Criminal Code of Procedure of 15 days after arraignment, but pursuant to Article 521(B) and (C) of the Criminal Code of Procedure is made and filed in the interests of justice and more than (10) days before the currently scheduled trial date of December 10th, 2014. Accordingly, defendant moves the Court to order the State to furnish him with the following discovery information, to wit:

1.

That the District Attorney furnish the defendant a copy of all affidavits, bills of information, or true bills of indictment filed against defendant.

2.

That the District Attorney furnish the defendant a copy of all Arrest Warrants and/or Search Warrants and all supporting affidavits submitted to the Court in its

issuance of said warrants.

3.

Pursuant to State vs. Lingle, 436 So.2d 456 (La. 1983), that the Court order the District Attorney to furnish him a copy of the initial police report that was prepared and filed in connection with this case.

4.

Pursuant to State vs. Shropshire, 471 So.2d 707 (La. 1985), the Court to order the District Attorney to furnish him a copy of the initial police report that was prepared and filed in connection with this case.

5.

Pursuant to Article 716 of the Louisiana Code of Criminal Procedure, the defendant moves that the Court order the District Attorney to permit and authorize the defendant to inspect and reproduce any relevant written or recorded statement of any nature of the defendant in the possession custody control or knowledge of the District Attorney.

6.

Pursuant to Article 716 of the Louisiana Code of Criminal Procedure, the defendant moves that the Court order the District Attorney to inform the defendant of the existence, but not the contents, of any oral confession or statement of any nature of the defendant in the possession, custody, control or knowledge of the District Attorney.

7.

Pursuant to Article 716 of the Louisiana Code of Criminal Procedure, the

defendant moves that the Court order the District Attorney to inform the defendant of the existence, but not the content of any oral statements or confessions of any nature made by the defendant which the District Attorney intends to offer into evidence at the trial of this prosecution, with the information as to when, where, and to whom such oral statements were made.

8.

Pursuant to Article 716 of the Louisiana Code of Criminal Procedure, the defendant moves that the court order the District Attorney to inform the defendant of the substance of any oral statements which the State intends to offer into evidence made by the defendant in response to interrogation by any person then known to the defendant to be a law enforcement officer.

9.

Pursuant to Article 716 of the Louisiana Code of Criminal Procedure the defendant moves that the Court order the Distict Attorney, or the appropriate law enforcement agency to furnish to the defendant a copy of any record of his criminal arrests or convictions that is in their possession or custody.

10.

Pursuant to Article 718 of the Louisiana Code of Criminal Procedure, the defendant moves that the Court order the District Attorney to permit and authorize the defendant to inspect, copy, examine, test scientifically, photograph, or otherwise reproduce books, papers, documents, photographs, tangible objects, buildings, places or copies or portions thereof, which are within the possession, custody or control of the District Attorney, and which:

(a) Are favorable to the defendant and which are material and relevant to the

3

issue of guilt or punishment, or

(b) Are intended for use by the District Attorney as evidence at the trial, or

(c) Were obtained from or belonging to the defendant.

11.

Pursuant to Article 719 of the Louisiana Code of Criminal Procedure, the defendant moves that the Court order the District Attorney to permit or authorize the defendant to inspect and copy, photogaph, or otherwise reproduce any results or reports, or copies thereof, of scientific tests or experiments made in connection with or material to the particular case that are in the possession, custody, control or knowledge of the District Attorney and intended for use at trial.

12.

Pursuant to Article 719 of the Louisiana Code of Criminal Procedure, the defendant moves that the Court order the District Attorney to permit and authorize the defendant to inspect and copy, photograph, or otherwise reproduce any results or reports, or copies thereof of scientific tests or experiments made in connection with or material to the particular case, that are in the possession, custody or knowledge of the District Attorney, and which are exculpatory as to the defendant.

13.

Pursuant to Article 720 of the Louisiana Code of Criminal Procedure, the defendant moves that the Court order the District Attorney to inform the defendant of the State's intent to offer evidence of the commission of any other crime admissible under the authority of R.S. 15:446, which offenses or crimes are not part of the res gestae of this offense.

4

14.

Pursuant to Article 721 of the Louisiana Code of Criminal Procedure, the defendant moves that the Court order the District Attorney to inform the defendant of the State's intent to use hearsay statements of coconspirators, if any, pursuant to R.S. 15:455.

15.

Pursuant to Article 722 of the Louisiana Code of Criminal Procedure, the defendant moves that the Court order the State Attorney to permit and authorize the defendant to inspect and copy or reproduce any relevant written or recorded confession or inculpatory statements made by a co-defendant in these proceedings and intended for use at trial. The defendant further moves that this Court order the District Attorney to product and permit and authorize the defendant to inspect and reproduce all exculpatory evidence of any kind, whether intended for use at trial or not, by the District Attorney.

16.

The defendant moves that the Court order the District Attorney to file a return herein and to attach to said return copies of all items, documents, statements and responses furnished for discovery and inspection pursuant to and in compliance with this Motion and the further orders of the Court.

17.

The defendant moves that the Court order the District Attorney to identify by name and address any and all witnesses who will testify on behalf of the State of Louisiana either in the case in chief or the case in rebuttal, with whom the State has entered into a plea bargain and/or grant of immunity in exchange for or in

consideration of the witness appearing and testifying on behalf of the State of Louisiana; to reveal in detail the terms, conditions and provisions of said "Plea Bargain" or offer of immunity made with or entered into with each such witness.

18.

Pursuant to Article 717(A) of the Louisiana Code of Criminal Procedure, the defendant moves that the Court order the District Attorney to furnish to defendant a copy of the arrest and conviction record of all witnesses who will appear and testify on behalf of the State at any stage during any proceeding held in this prosecution, particularly, but no limited to, the Trial of the Merits of this prosecution.

**WHEREFORE THE DEFENDANT PRAYS** that he be granted the appropriate Orders of Discovery and Inspection as set forth above; that a return date be fixed by this Court before which the State Attorney must comply with the Orders issued pursuant to this Motion for Discovery and Inspection at the office of the District Attorney after appropriate written notice to this defendant, through his/her Attorney of Record, as to the date and time of such compliance and that on said return date, the District Attorney must file herein a return on this Motion for Discovery and Inspection, attaching thereto copies of all times, documents, and materials delivered for discovery and inspection in compliance with the Orders of this Court.

Respectfully Submitted By,

Hugh-Brian: Street;
385 RC Stephens Rd.
Leesville, La
Near [71446]
Tel: (210)-585-0979
Defendant

Document No. 0009 v 2.0      Filed 11/24/2014   Page 1 of 1

**Case No. 86287 - 86292**

# IN THE THIRTIETH JUDICIAL DISTRICT COURT

## STATE OF LOUISIANA

Vs.

## HUGH BRIAN STREET

---

### Order for Discovery and Inspection

Considering defendants forgoing Motion for Discovery and Inspection.

IT IS ORDERED that the State of Louisiana comply with the defendant's Motion for Discovery and Inspection on or prior to 5ᵗʰ day of December 2014, at 9:00 o'clock A.M., or show cause on the said date why the said motion should not be complied with.

SO ORDERED in (Chambers / ~~Open Court~~) in Leesville, Parish of Vernon, State of Louisiana, Louisiana this 25 day of November 2014

/s/ _Vernon B Clark_
Presiding Judge

1

Hugh-Brian: Street;                                Document No. 0009 v  3.0
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**Certificate of Service**

I, Hugh-Brian: Street; do hereby certify with my signature that a copy of the forgoing Motion for

Discovery and Inspection No. 0009 v. 1.0 has been duly provided upon plaintiff's counsel of

record and all parties listed below, by:

(X) Hand-Delivery on this _24th_ day of _November_ , 20_14_.

DATE: _11/24/2014_                         _B. R_____
                                           Hugh-Brian: Street;

Asa A. Skinner,
Vernon Parish Deputy Prosecutor
208 S 3rd Street
Leesville, Louisiana
Near [71446]

district court of louisiana the parish of vernon state of louisiana.
215 S 3rd Street
Leesville, Louisiana
Near [71446]

1

Document No. 0010 v 1.0      Filed 11/25/2014   Page 1 of 5

**Case No. 86287 - 86292**

# IN THE THIRTIETH JUDICIAL DISTRICT COURT

## STATE OF LOUISIANA

## Vs.

## HUGH BRIAN STREET

---

### Motion For Bill of Particulars

Comes Now, Hugh-Brian: Street; in proprium persona, sui juris, ad hoc actum herein after defendent, who moves this court for an Order granting this application for a Bill of Particulars which is made and filed in excess of the time limitation set forth in Article 521(A) of the Criminal Code of Procedure of 15 days after arraignment, but pursuant to Article 521(B) of the Criminal Code of Procedure is made and filed in the interests of justice and more than (10) days before the currently scheduled trial date of December 10th, 2014. Accordingly, defendant pleads that he is unable to properly prepare his defense based upon the Bill of Information filed against him, unless and until he is furnished with the following particulars, to wit:

1.

Please state the date and time it is contended that the defendant committed the offense(s) charged in the above captioned matter.

2.

Within what parish, and within what specific place or location within such parish was the alleged offense(s) committed.

1

3.

Upon what statute is the prosecution based, and if the prosecution is based upon a statute consisting of sections, parts, paragraphs, or division of any kind, upon what specific section, part paragraph or division is the prosecution based.

4.

If the defendant is charged with an offense against the person as defined in the Criminal Code, Chapter 1, Part II, please state with specificity those alleged facts which constitute each and every element of the offense for which the defendant is charged, including but not limited to the following, to wit:

a)    Name of person against whom the offense was committed;

b)    Description of dangerous weapon(s), if applicable;

c)    Description of additional offense(s) included in the offense charged, if applicable;

d)    Act or acts of defendant which constitute specific intent, or criminal negligence, as applicable;

e)    Specific criminal consequences allegedly constituting the crime for which the defendant is charged.

5.

If the defendant is charged with an offense against property as defined in Criminal Code, Chapter 1, Part III, please state with specificity those alleged facts which constitute each and every element of the offense for which the defendant is charged, including but not limited to the following to wit:

a)    Describe with all possible specificity the property against which the offense was committed;

b)    Describe with all possible specificity the weapon, tools, or other instruments used by the defendant in the commission of the alleged offense;

c)    Name of the owner of the property against which the offense was committed;

2

d)     Description of additional offense(s) included in the offense charged, if applicable;

e)     Act or acts of defendant which constitute specific intent, general intent or criminal negligence, as applicable;

f)     Specific criminal consequences allegedly constituting the crime for which the defendant is charged.

6.

State when and if the defendant was apprised of his constitutional rights, including specifically his right to remain silent, his right to an attorney, if defendant was charged with any felonies his right to a preliminary examination, and a warning that anything he said might be used against him. To each of the rights mentioned herein, please state:

a)     The name of the person(s) advising him of such rights, when and where he was so advised, and the name of any persons present when the defendant was so advised;

b)     If the defendant was advised on more than one occasion, specify as to each time the defendant was apprised of said rights and by whom.

7.

Please state whether or not any fingerprints of the defendant were taken for use in the investigation and/or preparation of the charge and if so, by whom, on what date and what time.

a) Prior to the fingerprinting of defendant, was defendant apprised that said fingerprints could be used as evidence against him, and if so, the name of the person(s) advising him of such rights, when and where he was so advised, and the name of any persons present when the defendant was so advised.

8.

Please list and describe in detail all items seized and/or held in custody by or for and on behalf of the State as potential evidence in the prosecution of the defendant. Please name all persons who have had custody of said items.

3

9.

Please state whether or not any tests were performed on any items of evidence listed in the previous question and, if so, state the nature of the tests, the name of the person/agency conducting the tests, and the results of such tests.

10.

Please state whether or not a physical lineup which included the defendant was employed by the State, and if so, state the names of the person in said physical lineup, the names of all persons present and whether the attorney for the defendant was notified.

11.

State whether the defendant was arrested pursuant to a warrant. If not, state with particularity the grounds upon which the arresting officer(s) detained the defendant. State the name(s) of the arresting officer(s) and by which law enforcement agency he/they are employed.

12.

State whether any evidence listed herein, seized from the defendant includes hair (facial, pubic, or otherwise), blood, skin, fingernail scrapings, urine, and seminal fluid of the defendant. If so, did the defendant provide written consent for seizure thereof, indicating the date, time and persons present when said consent was perfected.

13.

Please state whether or not a weapon was used in the commission of the offense(s) charged and if so, please give a description of the weapon and state the

4

name and address of the person having custody of it, if known.

14.

Please State with specificity the Corpus Delecti, Actus Reus, and Mens Rea of the offense(s) charged and who and/or what has been injured by the criminal act(s) of the defendant.

**WHEREFORE THE DEFENDANT PRAYS** that he be granted the appropriate Order(s) for a Bill of Particulars as set forth above; that a return date be fixed by this Court before which the State Attorney must comply with the Order(s) issued pursuant to this Motion for Bill of Particulars and after appropriate written notice to the defendant, as to the date and time of such compliance and that on said return date, the District Attorney shall file herein a return on this Motion for Bill of Particulars, attaching thereto copies of all times, documents, and materials delivered to the defendant in compliance with said Order(s) of this Court.

Respectfully Submitted By,

Hugh-Brian: Street;
385 RC Stephens Rd.
Leesville, La
Near [71446]
Tel: (210)-585-0979
Defendant

5

Document No. 0010 v 2.0      Filed 11/25/2014   Page 1 of 1

**Case No. 86287 - 86292**

# IN THE THIRTIETH JUDICIAL DISTRICT COURT

## STATE OF LOUISIANA

## Vs.

## HUGH BRIAN STREET

### Order for Bill of Particulars

Considering defendants forgoing Motion for Bill of Particulars.

IT IS ORDERED that the State of Louisiana comply with the defendant's Motion for Bill of Particulars on or prior to 5 day of December 2014 at 9:00 o'clock A.M., or show cause on the said date why the said motion should not be complied with.

SO ORDERED in (Chambers / ~~Open Court~~) in Leesville, Parish of Vernon, State of Louisiana, Louisiana this 25 day of November 2014

/s/ _Vern B Clark_
            Presiding Judge

1

Hugh-Brian: Street;                                    Document No. 0010 v  3.0
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

## Certificate of Service

I, Hugh-Brian: Street; do hereby certify with my signature that a copy of the forgoing Motion for
Bill of Particulars No. 0010 v. 1.0 has been duly provided upon plaintiff's counsel of record and
all parties listed below, by:

(X) Hand-Delivery on this _28th_ day of _November_ , 20_14_.

DATE: _11/25/2014_                    _____
                                      Hugh-Brian: Street;

Asa A. Skinner,
Vernon Parish Deputy Prosecutor
208 S 3rd Street
Leesville, Louisiana
Near [71446]

district court of louisiana the parish of vernon state of louisiana.
215 S 3rd Street
Leesville, Louisiana
Near [71446]

1

## NOTICE OF FIXING ON DEFENDANT'S PRO-SE MOTION TO QUASH VIA COURT ORDER

OFFICE OF THE CLERK OF THE 30TH JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF VERNON
STATE OF LOUISIANA

NUMBER: 86287-292

STATE OF LOUISIANA

VS.

HUGH BRIAN STREET

TO: DISTRICT ATTORNEY
P. O. BOX 1188
LEESVILLE, LA

HUGH BRIAN STREET
385 R C STEPHENS ROAD
LEESVILLE, LA 71446

WES BAILEY
609 SOUTH 4TH STREET
LEESVILLE, LA 71446

NOTICE IS HEREBY GIVEN that the above numbered and entitled case has been set

for HEARING on Tuesday, December 2, 2014 at 9:00 o'clock A.M., at Leesville,

Louisiana.

SEE ATTACHED COURT ORDER FIXING CASE FOR HEARING

Judge: VERNON B. CLARK

Notice Issued this 14th day of November, 2014

_____
DEPUTY CLERK OF COURT

Personal Service
Date: 11/14/14
Deputy _____ Vernon Parish, LA

Domiciliary Service
Date: _____
Service Made
Through: _____
Deputy _____ Vernon Parish, LA
Mileage: _____

**NOTICE OF FIXING ON DEFENDANT'S PRO-SE MOTION TO QUASH VIA COURT ORDER**

OFFICE OF THE CLERK OF THE 30TH JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF VERNON
STATE OF LOUISIANA

NUMBER: 86287-292

STATE OF LOUISIANA

VS.

HUGH BRIAN STREET

TO: DISTRICT ATTORNEY
P. O. BOX 1188
LEESVILLE, LA

HUGH BRIAN STREET
385 R C STEPHENS ROAD
LEESVILLE, LA 71446

~~WES BATES~~
609 SOUTH 4TH STREET
LEESVILLE, LA 71446

NOTICE IS HEREBY GIVEN that the above numbered and entitled case has been set

for HEARING on Tuesday, December 2, 2014 at 9:00 o'clock A.M., at Leesville,

Louisiana.

SEE ATTACHED COURT ORDER FIXING CASE FOR HEARING

Judge: VERNON B. CLARK

Notice Issued this 14th day of November, 2014

_____
DEPUTY CLERK OF COURT

Personal Service
Date: 11-18-14
Deputy POLLARD Vernon Parish, LA

Domiciliary Service

Date: _____
Service Made
Through: _____
Deputy _____ Vernon Parish, LA
Mileage: _____

## NOTICE OF FIXING ON DEFENDANT'S PRO-SE MOTIONS VIA COURT ORDER

OFFICE OF THE CLERK OF THE 30th JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF VERNON
STATE OF LOUISIANA

NUMBER: 86287-292

STATE OF LOUISIANA

VS.

HUGH BRIAN STREET

TO: DISTRICT ATTORNEY
P. O. BOX 1188
LEESVILLE, LA

HUGH BRIAN STREET
385 R C STEPHENS ROAD
LEESVILLE, LA 71446

NOTICE IS HEREBY GIVEN that the above numbered and entitled case has been set

for HEARING on Wednesday, November 19, 2014 at 9:00 o'clock A.M., at Leesville,

Louisiana.

SEE ATTACHED COURT ORDER FIXING CASE FOR HEARING

Judge: VERNON B. CLARK

Notice Issued this 6th day of November, 2014

_____
DEPUTY CLERK OF COURT

Personal Service
Date: _____ Vernon Parish, LA
Deputy J. Wilson

Domiciliary Service

Date: _____
Service Made _____
Through _____ Vernon Parish, LA
Deputy _____
Mileage: _____

RETURN

## NOTICE OF FIXING ON DEFENDANT'S PRO-SE MOTIONS VIA COURT ORDER

OFFICE OF THE CLERK OF THE 30TH JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF VERNON
STATE OF LOUISIANA

NUMBER: 86287-292

STATE OF LOUISIANA

VS.

HUGH BRIAN STREET

TO: DISTRICT ATTORNEY
P. O. BOX 1188
LEESVILLE, LA

~~HUGH BRIAN STREET~~
385 R C STEPHENS ROAD
LEESVILLE, LA 71446

NOTICE IS HEREBY GIVEN that the above numbered and entitled case has been set

for HEARING on Wednesday, November 19, 2014 at 9:00 o'clock A.M., at Leesville,

Louisiana.

SEE ATTACHED COURT ORDER FIXING CASE FOR HEARING

Judge: VERNON B. CLARK

Notice Issued this 6th day of November, 2014

_____
DEPUTY CLERK OF COURT

Personal Service
Date: 11-7-14
Deputy POLLARD Vernon Parish, LA

Domiciliary Service

Date:
Service Made
Through:
Deputy_____Vernon Parish, LA
Mileage:

<u>NOTICE OF FIXING ON DEFENDANT'S PRO-SE MOTION TO QUASH VIA COURT ORDER</u>

OFFICE OF THE CLERK OF THE 30TH JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF VERNON
STATE OF LOUISIANA

NUMBER: 86287-292

STATE OF LOUISIANA

VS.

HUGH BRIAN STREET

TO: DISTRICT ATTORNEY
P. O. BOX 1188
LEESVILLE, LA

HUGH BRIAN STREET
385 R C STEPHENS ROAD
LEESVILLE, LA 71446

WES BAILEY
609 SOUTH 4TH STREET
LEESVILLE, LA 71446

NOTICE IS HEREBY GIVEN that the above numbered and entitled case has been set for HEARING on Tuesday, December 2, 2014 at 9:00 o'clock A.M., at Leesville, Louisiana.

SEE ATTACHED COURT ORDER FIXING CASE FOR HEARING

Judge: <u>VERNON B. CLARK</u>

Notice Issued this 14th day of November, 2014

_____
DEPUTY CLERK OF COURT

COPY

NUMBERS 86287-86292

STATE OF LOUISIANA            :    30TH JUDICIAL DISTRICT COURT

VERSUS                        :    STATE OF LOUISIANA

HUGH BRIAN STREET             :    PARISH OF VERNON

---

### *ORDER*

IT IS ORDERED that the pleading entitled "Motion to Quash" filed herein by defendant on November 13, 2014, be set for hearing on December 2, 2014 at 1:30 P.M.

Let notice be served on the District Attorney and defendant as well as his stand-by counsel, Wes Bailey.

SO ORDERED this 14th day of November, 2014, in Leesville, Vernon Parish, Louisiana.

_____
VERNON B. CLARK
DISTRICT JUDGE
DIVISION A

Hugh-Brian: Street;
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office



## IN THE district court of louisiana the parish of vernon state of louisiana

|  |  |
|---|---|
| | ) Cause Numbers 86287-86292 |
| | ) Document No. 0008 v. 1.0 |
| | ) |
| | ) Judicial Notices |
| | ) |
| | ) Challenging Jurisdiction and Standing |
| | ) |
| | ) Motion To Quash Indictment or Information |
| | ) For: |
| | ) (a) Lack of Jurisdiction and/or Standing |
| STATE OF LOUISIANA, | ) (b) Failure to state a claim entitled to relief |
| | ) (c) Failure to obtain consent for action |
| Plaintiff, | ) (d) Violations of USC 18 § 241 & 242 |
| | ) (e) Violations of US Constitution |
| | ) (f) Denial of due process of law |
| | ) (g) Contempt of court by Plaintiff |
| vs. | ) (h) Plaintiff is Fictitious |
| | ) (i) Action is Fictitious |
| | ) |
| | ) Notice of Respondent's Demands |
| Hugh-Brian: Street;, | ) 1. Demand for Court Reporter |
| | ) 2. Demand for Natural Law |
| Respondent, | ) 3. Demand for Jury Trial |
| | ) 4. Demand for Discovery |
| | ) 5. Demand for indictment by grand jury |
| | ) 6. Demand for right to confront plaintiff |
| | ) 7. Demand for full panopoly of criminal due |
| | ) process procedures and rights. |
| | ) 8. Demand for Judge |
| | ) 9. Demand for proof that Judge has taken oath |
| | ) of office |
| | ) 10. Demand for proposed jury instructions a |
| | ) month in advance of trial |
| | ) 11. Demand for permission to obtain and keep |
| | ) video recordings of all this action's hearings. |
| | ) |

## MOTION TO QUASH

Comes now, Hugh-Brian: Street; (hereinafter Respondent) in Proprium Personam, Sui Juris, Ad Hoc Actum and herein moves this court to quash the indictments and/or informations against him.

**Respondent At All Times, Waives Any/All Benefits, Known or Unknown, Compelled or Not.**

**Respondent Does Not** at any time **Consent to this action nor does Respondent Waive** any of his **Unalienable Rights. Further, Gentlemen Respondent Does Not Waive Political Jurisdiction or Standing at any time.**

1

Respondent by filing this document **in the interests of justice** hereby **amends** and/or **replaces** his **Motions to Dismiss** Document Numbers 0001 (v1.0-3.0) - 0006 (v1.0-3.0) with this **Motion to Quash** Document Number 0008 v1.0-3.0.

## RIGHT TO SELF-GOVERNANCE

"**Every man** is **independent of all laws**, except those **prescribed by nature**. He is **not bound** by any institutions **formed by his fellowmen without his consent**"
*Cruden v. Neale 2N.C.*, 2 SE 70 (1796)

"Under **our system of government** upon the **individuality** and **intelligence of the citizen**, the **state does not claim** to **control him/her**, except as **his/her conduct to others**, leaving **him/her the sole judge** as to all that **affects himself/herself**."
*Mugler v. Kansas*, 123 U.S. 623, 659-60.

"**Sovereignty** itself is, of course, **not subject to law**, for it is the **author** and **source of law**; but in **our** system, while **sovereign powers** are **delegated** to the **agencies of government**, **sovereignty** itself **remains with the people**, by whom and for whom all government exists and acts And the **law** is the **definition and limitation** of **power**." ...
"For, the very idea that **man may be compelled** to hold his **life**, or the **means of living**, or **any material right essential to the enjoyment of life**, at the mere **will of another**, seems to be **intolerable** in **any country** where **freedom prevails**, as being the **essence of slavery** itself."
*Yick Wo v. Hopkins*, 118 US 356, 370

"**All codes, rules**, and **regulations** are for **government authorities only**, not **human/Creators** in **accordance with God's laws**. **All codes, rules**, and **regulations** are **unconstitutional** and **lacking due process**... "
*Rodrigues v. Ray Donavan (U.S. Department of Labor)* 769 F. 2d 1344, 1348 (1985)

"The **assertion of federal rights**, when **plainly** and **reasonably made**, is **not to be defeated** under the **name of local practice**."
*Davis v. Wechsler*, 263 US 22, at 24

"The **people** of this state have the **sole** and **exclusive right** of **governing themselves** as a **free and sovereign state**; and do, and forever hereafter shall, exercise and enjoy **every power, jurisdiction, and right**, pertaining thereto, which is not, or may not hereafter be, by them expressly delegated to the United States of America in congress assembled."
*The State of Louisiana's Constitution of 1974*, Article 1 §26.

"The **enumeration** in **this constitution** of **certain rights** shall not **deny** or **disparage other rights retained** by the **individual citizens** of the state."
*The State of Louisiana's Constitution of 1974*, Article 1 §24.

"The **enumeration in the Constitution**, of **certain rights**, shall not be construed to **deny** or **disparage others retained** by the **people**."
*The Constitution of the United States of America*, 9th Amendment.

"**No law** shall **curtail** or **restrain** the **freedom of speech** or of the press. Every person may **speak**, **write**, and **publish** his sentiments on **any subject**, but **is responsible for abuse** of **that freedom**."
*The State of Louisiana's Constitution of 1974*, Article 1 §7.

"**No law** shall **be enacted respecting** an establishment of **<u>religion</u>** or **prohibiting** the **free exercise** thereof."
*The State of Louisiana's Constitution of 1974*, Article I §8.

"Congress shall make **no law** respecting an **establishment of religion**, or **prohibiting** the **free exercise thereof**; or **abridging the freedom of speech**, or of the **press**; or the **right of the people** peaceably to assemble, and to **petition the government for a redress of grievances**."
*The Constitution of the United States of America*, 1st Amendment.

WHEREAS, the right of expatriation is a **Natural** and **Inherent** right of **all people**, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness ; and whereas in the recognition of this principle this government has freely received emigrants from all nations, and invested them with the rights of citizenship ; and whereas it is claimed that such American citizens, with their decendents, are subjects of foreign states, owing allegiance to the governments thereof ; and wherein it is necessary to the maintenance or public peace that this claim of foreign allegiance should be promptly and finally disavowed: Therefore, Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That any declaration, instruction, opinion, order, or decision of any officer of this government which denies, restricts, impairs or questions the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government. And be it further enacted, all naturalized citizens of the naturalized foreign in foreign United States, while in foreign states, shall be entitled to, and shall states receive from this government, the same protection of persons and property that is accorded to native-born citizens in like situations and circumstances."
*Fortieth Congress in the Statutes at Large*, (1868), Session II, Chapter 249, §1 & §2

By the laws of nature, the supreme law as it is the nature of law and natural creator of all laws, every man is equal and inherently possesses the right to govern and conduct himself in the way he decides is most enjoyable to his pursuit of liberty and happiness. He may at anytime choose to expatriate himself from any rule of any institution which he decides tyrannical, he is independent to choose which of his fellowmen's laws he will obey, and is only bound to obey the laws of nature of which he was created and without which he would not exist. Man exists in independence of the existence of human law, therefore if any man is considered free or to be the equal of all other men, or has any liberty, or has any right to seek justice for his injuries, he may not also be considered as subject to any dictations or laws created by another man or group of men of which he does not freely wish to obey.

In America, its declaration of independence, constitution(specifically 9th amendment), and laws were originally written to guarantee all natural rights to all men, even in Louisiana's constitution(specifically Article I, §24 and §26) all of a man's natural rights, including his right to govern himself are promised to be held inviolate by this state.

"Quid unum facit, unum imperium." What one creates, one controls, and since Natural Persons, i.e. men and women, are not "formed by human laws", they are therefore, not subject to "human laws". It is obvious, (to Respondent at least), that Respondent did not form himself, just as governments did not form themselves, therefore neither or us may create "our own law", we are both subject to the law of our creator. So, it takes no stretch of the imagination to realize that if Natural Persons are formed by nature then they are only subject to the Law of Nature, the Natural Law.

## FREEDOM OF SPEECH AND EXPRESSION

There is a legal maxim concerning speech, "res, non verba" which is most popularly quoted as "Actions speak louder than words". Actions speak because they are actual expressions of a humans personality. Words speak because they are verbal expressions of a humans personality. All human expressions are forms of speech, actions speak louder than words because they are actual expressions having substance and directly causing physical effects in the real world or Ad Hoc Actum. Laws that restrict a mans actions are laws that curtail, restrain and abridge that man's expressions thereby violating his constitutional right to freedom of speech. If a law prevents a man from expressing himself in any way he desires, by restricting his speech whether spoken by his actions or words, his right to freedom of speech is curtailed, restrained and abridged.

3

## FREEDOM TO EXCERCISE RELIGION

There is a legal maxim concerning religion in law, "Summa Ratio Est Quae Pro Religione Facit" meaning "The highest rule is that which advances religion". Mr. Justice Sutherland said this of religion in United States v. Macintosh, 283 US 605 (1931) "The essence of religion is belief in a relation to God involving duties superior to those arising from any human relation. As was stated by Mr. Justice Field, in Davis v. Beason, 133 U.S. 333, 342: 'The term 'religion' has reference to one's views of his relations to his Creator, and to the obligations they impose of reverence for his being and character, and of obedience to his will.' One cannot speak of religious liberty, with proper appreciation of its essential and historic significance, without assuming the existence of a belief in supreme allegiance to the will of God."

The famous concept regarded as the Golden Rule, the lex talionis, or "ethic of reciprocity" exists of some form in all religions, do unto others what you would want them to do to you, and ab alio expectes alteri quod feceris meaning expect from others what you did to them, and is the most essential basis for the modern concept of human rights, in which each individual has a right to just treatment, and a reciprocal responsibility to ensure justice for others. It's by this concept of natural law that we perceive an injured man is due from the man who caused his injuries, just compensation equal in value to that lost of his injuries. It's also a man's moral duty to obey his creator, and to love his neighbor as he loves himself. So far as morality is based upon the conception of man as a free agent existing peacefully in his community, a man stands in need neither of the idea of a State to control his actions nor of a supreme being nor of any incentive other than the law of nature itself, for him to know and do his moral duty and exist peacefully in his community. The excercise of a man's natural right to do his moral duty or to obey the will of his creator as prescribed to him by the laws of nature, is an excercise of his religion.

The federal constitution, as well as constitutions of the individual states, prevent our governments from encroaching on the free exercise of religion, and from sponsoring, supporting, or actively involving itself with a particular religion or religion in general. Consequently, in the United States, there can be no state sponsored, supported, or mandated religion. Neither can there be any kind of government-imposed control on any type of religious belief (or non-belief). Nor can there be any discrimination against any individual or group on the basis of religion. There is absolute freedom of religious belief and non-belief. In addition, religious expression and practice is generally unfettered, subject only to those limits clearly necessary for society's protection--and those limits are subject to the strict scrutiny of the Courts.

Free exercise of religion is protected throughout the United States if the belief is sincerely held and is a religious belief of any kind. The belief or practice need not be part of an organized religion or sect, and the belief need not even include a belief in Deity. Thus, non-traditional religions--including individualistic religions, indigenous religions, polytheism, secular humanism, agnosticism, and atheism--are all protected to the same degree as traditional organized monotheistic religions. See Church of the Lukumi Babalu Aye, Inc. v. City of Hialeah, 113 S.Ct. 2217 (1993), Frazee v. Illinois Dept. of Employment Security, 489 U.S. 829 (1989); Callahan v. Woods, 658 F.2d 679 (9th Cir. 1981). Courts will not judge the truth or falsity of any belief or doctrine. U.S. v. Ballard, 322 U.S. 78 (1944)

Free exercise of religion is protected by the First Amendment from intentional encroachment by the government under all circumstances. The government may not single out religion or a particular religion for the imposition of special burdens unless the law or governmental decision is the least restrictive means of furthering a compelling governmental interest. The same compelling interest test applies under the First Amendment when the government inadvertently encroaches on religious exercise through neutral and generally applicable laws but results in substantial burdening of religious exercise. See Church of the Lukumi Babalu Aye, Inc. v. City of Hialeah, supra; Employment Division, Department of Human Resources of Oregon v. Smith, 494 U.S. 872 (1990); Wisconsin v. Yoder, 406 U.S. 205 (1972); Sherbert v. Verner, 374 U.S. 398 (1963). See also Religious Freedom Restoration Act, 42 U.S.C. 2000bb (1993); Lawson v. Dugger, 844 F.Supp. 1538 (S.D. Fla. 1994).

The United States Supreme Court has interpreted the Non- Establishment Clause (also known as the Establishment Clause) of the First Amendment to prohibit official sponsorship of, support of, or active involvement in, religious activity. The Non- Establishment Clause promotes religious freedom in the United States by limiting the influence of

4

federal, state, and local governments on religious thought and practice, whether the influence originates in the legislative, executive, or judicial branch of government. This clause recognizes the right of an individual or group to be free from laws and governmental decisions which aid one religion, aid all religions, or prefer one religion over another. See Walz v. Tax Commission, 397 U.S. 664 (1970); Everson v. Board of Education, 330 U.S. 1 (1947). To pass constitutional muster, the law or decision must meet the following requirements: (1) It must have a legitimate secular purpose, (2) its principal effect must be one that neither advances nor inhibits a particular religion or religion generally, and (3) it must not foster excessive government entanglements with religion. See Lemon v. Kurtzman, 403 U.S. 602 (1971).

The United States is a multi-faith society in which all the world's religions are practiced. Freedom to practice all these religions is constitutionally guaranteed. No religion has official preference or support from any governmental entity in the United States. Discrimination on the basis of religion is illegal. Each person may believe and express those beliefs according to his or her own conscience without any support or hindrance from the government. Any law that prevents a man from expressing his religious will in the way he desires or in any way hinders his natural rights to do his moral duty, to obey his creator or to live at peace, subject only to natural law and those whom he has injured, denies and substantially burden's his constitutional right to freely exercise his religion.

Under the Religious Freedom Restoration Act (RFRA), 42 U.S.C. 2000bb (1993), a person who alleges that his or her rights of free exercise of religion have been violated may assert that violation as a claim or defense in a judicial proceeding and obtain appropriate relief--including injunctive relief--against a governmental entity. See 42 U.S.C. 2000bb-1(c). See also Campos v. Coughlin, 854 F.Supp. 194 (S.D.N.Y. 1994); Western Presbyterian Church v. Board of Zoning Adjustment of District of Columbia, 849 F.Supp. 77 (D.D.C. 1994).

## RULES FOR EVIDENCE

**FRCP Rule 201**. Judicial Notice of Adjudicative Facts(d) When mandatory. **A court shall take judicial notice if requested by a party and supplied with the necessary information.**

**Louisiana Code of Evidence, Art. 202.** Judicial notice of legal matters
**A. Mandatory.** A court, whether requested to do so or not, shall take judicial notice of the laws of the United States, of every state, territory, and other jurisdiction of the United States, and of the ordinances enacted by any political subdivision within the court's territorial jurisdiction whenever certified copies of the ordinances have been filed with the clerk of that court.
**B. Other legal matters.**
(1) A court shall take judicial notice of the following if a party requests it and provides the court with the information needed by it to comply with the request, and may take judicial notice without request of a party of:
(a) Proclamations of the President of the United States and the governor of this state.
(b) Rules of boards, commissions, and agencies of this state that have been duly published and promulgated in the Louisiana Register.
(c) Ordinances enacted by any political subdivision of the State of Louisiana.
(d) Rules which govern the practice and procedure in a court of the United States or of any state, territory, or other jurisdiction of the United States, and which have been published in a form which makes them readily accessible.
(e) Rules and decisions of boards, commissions, and agencies of the United States or of any state, territory, or other jurisdiction of the United States which have been duly published and promulgated and which have the effect of law within their respective jurisdictions.
(f) Law of foreign countries, international law, and maritime law.
(2) A party who requests that judicial notice be taken and the court, if notice is taken without request shall give reasonable notice during trial to all other parties.
**C. Information by court.** The court may inform itself of any of the foregoing legal matters in such manner as it may deem proper, and the court may call upon counsel to aid it in obtaining such information.
**D. Time of taking notice.** Judicial notice of the foregoing legal matters may be taken at any stage of the proceeding, provided that before taking judicial notice of a matter in its instructions to the jury, the court shall inform the parties before closing arguments begin.

**E. Question for court.** The determination of the foregoing legal matters shall be made by the court. Acts 1988, No. 515, §1, eff. Jan. 1, 1989.

## MANDATORY JUDICIAL NOTICE

**Judge, Vernon B. Clark, Prosecuting Attorney, Asa A. Skinner and all offices of the district court of louisiana the parish of vernon state of louisiana shall take Mandatory Judicial Notice to the following:**

1. **This Court takes Mandatory Judicial Notice of Judge, Vernon B. Clark and Prosecuting Attorney, Asa A. Skinner's "Oath of Office" to Uphold and Protect The Constitution of the United States.**

2. **This Court takes Mandatory Judicial Notice of United States Code Title 18 § 241: Conspiracy Against Rights:**
   If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;
   or
   If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

3. **This Court takes Mandatory Judicial Notice of United States Code Title 18 § 242: Deprivation of Rights Under Color of Law:**
   Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

   For the purpose of 18 U.S.C. § 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

4. **This Court takes Mandatory Judicial Notice of United States Code Title 42 § 1983: Civil Action for Deprivation of Rights:**
   "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory

6

or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia."

5. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Article IV § 4:**
"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."

6. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XI:**
"The Judicial Power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."

7. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XIII § 1:**
"Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."

8. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment VI:**
"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense."

9. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment VII:**
"In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law."

10. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XIV:**
"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States, and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

11. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Article VI § 2:**
"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."

12. **This Court takes Mandatory Judicial Notice of Rule 2 of The Federal Rules of Civil Procedure:**

"There is one form of action—the civil action." and the relevent notes of the advisory committee on rules of 1937 concerning FRCP rule 2: "Reference to actions at law or suits in equity in all statutes should now be treated as referring to the civil action prescribed in these rules."

## JUDICIAL NOTICE OF OTHER LEGAL MATTERS

**Judge, Vernon B. Clark, Prosecuting Attorney, Asa A. Skinner and all offices of the district court of louisiana the parish of vernon state of louisiana shall take Judicial Notice to the following legal matters:**

1. **This Court takes Judicial Notice of ALL unrebutted facts in Respondent's filed Affidavit:** Document No. 0007 v.1.0, AFFIDAVIT OF IDENTITY, DECLARATION OF STATUS, DENIAL OF CORPORATE EXISTENCE, and NOTICE OF LACK OF JURISDICTION.

The questions respondent herein presents to this court by judicial notice for its determination pursuant to Louisiana's Code of Evidence, Article 202, Paragraph (E) is: Are each of the 50 facts in Respondent's aforementioned affidavit true or false? and: What effect does each true fact in Respondent's affidavit have in this action?

## STATEMENT OF FACTS

1. On May 14th, 2013 respondent left his home, traveling towards a friends home. Upon turning right onto Fal Rd from RC Stephens Rd, responded noticed a vehicle marked, vernon parish sheriff's office with its emergency lights on.

2. Respondent turned his vehicle around and pulled over parallel to the drivers window of the vehicle marked, vernon parish sheriff's office and rolled down his window.

3. The driver of the vehicle, marked vernon parish sheriff's office also rolled down his window and the responded informed the driver that if he would like to speak with him, he would need to follow the respondent to his home where there could be a witness to their conversation.

4. The driver of the vehicle, marked vernon parish sheriff's office responded to the respondent by shouting aggressively: "No you stop right there".

5. The respondent feeling threatend and intimidated by the drivers aggressive response, drove his vehicle away from the scene, towards his home where there would be a witness to any violence the driver of the vehicle, marked vernon parish sheriff's office, may have intended to inflict upon the respondent.

6. The respondent arrived at his home, parked then exited his vehicle, and noticed the same vehicle, marked vernon parish sheriff's office entering his driveway.

7. The respondent went out to greet the driver of the vehicle, marked vernon parish sheriff's office and upon reaching the respondents hand to shake hands with the driver; the driver grabbed the respondents arm, violently twisted it behind his back, lifted him off of the ground by his arm, leaned him over his truck, and restrained him in handcuffs.

8. The respondent asked the driver of the vehicle, marked vernon parish sheriff's office why he was being greeted with violence and the driver identified himself as Deputy Sheriff Charles Christ and stated that he was placing respondent under arrest.

9. Deputy Sheriff Charles Christ further restrained respondent in the rear seat of the vehicle, marked vernon parish sheriff's office and immediately entered respondents vehicle and rummaged through the respondents property.

10. Respondents mother heard the voices from outside and exited her home to see her son bent over his truck being placed in handcuffs and asked Deputy Sheriff Charles Christ: "hey, what's going on?" and did not recieve a reply.

11. Respondents mother witnessed Deputy Sheriff Charles Christ assault and restrain her son and when the deputy entered respondents vehicle, she attempted to inform him that he would need a warrant if he wished to search private property and needed to leave her home. To which the deputy demanded: "Maam, go back into your house".

12. Respondents mother complied with the Deputy Sheriff Charles Christ's demand to go into her home. She changed her clothes, grabbed her bible and returned outside to read it under the shade of the oak tree in her front lawn.

13. Deputy Sheriff Charles Christ was still rummaging through the respondents things and stopped what he was doing to watch respondents mother walk to her chair, sit down, and begin reading her bible.

14. Respondent witnessed Deputy Sheriff Charles Christ walk toward his mother, say something to her of threatening appearance, violently pick her and the chair she sat in off the ground, throw both her and the chair to his left accross the lawn, then jump on top of her, and begin to throw punches at her.

15. Upon witnessing Deputy Sheriff Charles Christ beating respondents mother, respondent kicked the window out of the vehicle that was restraining him in an attempt to defend his mother from further harm.

16. Two men dressed in costumes, marked Louisiana Wildlife and Fisheries Management Association, prevented respondent who was still restrained in handcuffs from crawling out of the vehicle he was restrained in.

17. Another vehicle, marked vernon parish sheriff's office appeared at the scene and deputy sheriff Charles Christ restrained respondents mother in that vehicle.

18. Deputy sheriff Charles Christ opened the door of the vehicle that was restraining respondent and violently demanded that respondent exit the vehicle.

19. Deputy sheriff Charles Christ grabbed respondents leg and began trying to drag him from the vehicle and the respondent attempted to defend himself by kicking toward the deputy.

20. Respondents kick missed the deputy and deputy sheriff Charles Christ grabbed respondents legs and pulled him from the vehicle. Respondent was handcuffed, but regained his footing and stood up, then deputy Charles Christ punched respondent multiple times in the head, threw him back into the vehicle, violently slammed the door of the vehicle closed with respondents head between its door and frame, and pushed respondent into the backseat and closed the door to again restrain respondent in the back seat of the deputy's vehicle.

21. Deputy Charles Christ instructed the owner of AAA Towing to enter respondents private property, and steal the respondents vehicle.

22. The owner of AAA Towing entered respondents private property and used his towing truck to steal respondents vehicle.

23. Deputy Charles Christ escorted respondent to the Vernon Parish Jail where respondent was booked for the charges alleged in this action, and forced to serve an involuntary sentence, without due process of law, prior to conviction for any crime.

24. The Vernon Parish Sheriff's Office demanded ransom in the amount of $3,030 for respondents temperary release from involuntary servitude and respondents mother used her property as collateral for the demanded ransom.

25. Respondent was released from involuntary servitude, pending adjudication of this action for attempting to defend himself and his family from the imminent harm being viciously perpetrated upon him and his family at their home by sheriff Charles Christ.

26. AAA Towing charged respondent another ransom of approximately $350 for release of respondents stolen vehicle from his impound lot.

27. Respondent recieved an INITIAL ARRAIGNMENT Notice from the Vernon Parish Sheriff's to appear in court on May 6th, 2014 at 9:00AM for arraignment or other legal proceedings to wit.

28. Respondent appeared in Judge John Fords court for arraignment and verbally informed the court that he did not meet the requirements for the benefit of entering a plea into the action, because the respondent is not owned by the state nor public property.

29. Judge John Ford entered a plea into this action on, "the behalf of the defendant". Respondent objected to the judges actions on the grounds that the respondent has never consented to allowing Judge John Ford any powers of attorney or authority to make legal decisions on behalf of the respondent.

30. Judge John Ford overruled the respondents objection, and entered a plea into this action without respondents consent, stating that he did not "understand" what the respondent was telling him.

31. The court set a pre-trial date in the felony matters for September 3rd, 2014 and trial for September 15th, 2014, in the misdemeanor matters a trial date was fixed for September 5th, 2014.

32. Respondent filed motions to dismiss Document Numbers 0001 (v1.0-3.0) - 0006 (v.1.0-3.0) and Judge Vernon B. Clark ordered a hearing on September 5th, 2014 to determine whether respondent's motions should be heard by the court.

33. At the hearing on September 5th, 2014 Judge Vernon B. Clark ruled Respondent sufficiently competent to represent himself in these criminal matters, continued the trial of the misdemeanor matters, and ordered a motions hearing on September 10th, 2014 for Respondents motions to dismiss.

34. At the motions hearing on September 10th, 2014, the attorneys for the State of Louisiana moved to amend the felony matters to their misdimeanor grade offenses. Respondent did not object to the State's motion and the State was ordered to file its written motion to amend the felonys to misdimeanors within 10 days. The court continued its hearing of Respondent's motion to dismiss without date. Respondent moved to consolidate the matters for trial, and without objection the matters were consolidated.

35. An arraignment notice was delivered to Respondent that an arraignment date for the amended offenses was fixed for September 29th, 2014.

36. Respondent appeared in Judge Vernon B. Clark's court for arraignment and informed the court that he does not consent to this action. Judge Vernon B. Clark entered a plea into this action on "the behalf of the defendent" and fixed a motions hearing for Respondent's motion to dismiss on November 19th, 2014 and set a trial date on December 10th, 2014.

37. On November 5th, 2014 Respondent filed an Affidavit of Identity, Declaration of Status, Denial of Corporate Existence, and Notice of Lack of Jurisdiction Document Number 0007 v.1.0 .

38. On November 6th, 2014 Judge Vernon B. Clark ordered Respondents affidavit be heard and set a date for hearing on November 19th, 2014.

**REVOCATION OF SIGNATURE AND RESCISSION OF CONTRACT**

Respondent hereby extinguish, rescind, revoke, cancel, abrogate, annul, nullify, discharge and make void ab initio all signatures, belonging to respondent, on all previously and all powers of attorneys real and implied, connected thereto to **CAUSE NUMBERS: 86287-86292**, on the grounds that respondents purported consent was not voluntarily and freely obtained, but was made through mistake, duress, fraud, and undue influence exercised by officers of the STATE OF LOUISIANA. Respondent was induced by fraud and duress to sign such forms and was denied full disclosure of the voluntary nature of such forms. Respondent was mislead by those who knew, or should have known, into believing that filing such forms was mandatory and/or implied, where inconscionable and grossly unfair to respondent. Respondent was unduly influenced by the stronger bargaining power of officers of the court of the STATE OF LOUISIANA and acted under an implied threat and fear of potential imprisonment for non-compliance.

Any alleged consent is null and void as it was given under duress, by mistake, and by fraud. Notwithstanding any information which the THIRTIETH JUDICIAL DISTRICT COURT may have to the contrary, any forms that have been filed in this cause, and any implied quasi contracts that the STATE OF LOUISIANA for this cause may feel it may have with respondent, were filed illegally and unlawfully and are without force and effect. Respondent further revoke, rescind, and make void ab initio all powers of attorney pertaining to respondent from officers for the STATE OF LOUISIANA and for any and all governmental/quasi/colorable agencies and/or Departments created under the authority of Art. I, Sec. 8, Cl 17, and or Art. IV, Sec 3, Cl 2 of the Constitution of the United States.

## DEMAND FOR PLAINTIFF'S PROOF OF JURISDICTION AND STANDING

**With all due respect to parties**, I now demand that the Prosecuting Attorney, Asa A. Skinner and the district court of louisiana the parish of vernon state of louisiana **Certify adhering to Strict-Proof in Writing its Jurisdiction and Standing** for this case to proceed.

## CHALLENGING JURISDICTION

"When it **clearly appears** that the court **lacks jurisdiction**, the court has **no authority** to reach the merits. In such a situation the **action should be dismissed** for **want of jurisdiction**."
*Melo v. U.S.* 505 F 2d 1026

"If **it is law**, it will be **found in our books**. If it is not be found there, **it is not law**."
*Entick v. Carrington*, 19 Howell's St. Tr., Col. 1029, 1065-1066 (1765)

"Where there is **no jurisdiction** over the **subject matter**, there is, as well, **no discretion** to **ignore** that **lack of jurisdiction**."
*Joyce v. U.S.*, 474 2D 215 (1973)

"It is **necessary**, therefore, to **challenge the jurisdiction** of the **trial court** in that court, by **demurrer, motion, plea** or other **objection of some kind**, so that **that court** may **preliminarily decide** the question **whether it has jurisdiction** to proceed."
*Rescue Army v. Municipal Court*, 28 Cal. 2d 460, 464, (1946)

"When, however, the **trial court** has **heard** and **determined the jurisdictional challenge**, and has **decided in favor of its own jurisdiction**, and then **proceeds to act**, that is, to **try the case on its merits**, the situation is entirely different. It then may be **properly claimed** that a **court without jurisdiction** is **purporting to exercise it**. At this stage, **jurisdiction to determine jurisdiction** has been **exercised**, and the **higher courts will**, in an **appropriate case**, **restrain** the lower court from acting in **excess of jurisdiction** (see, e.g., Greenberg v. Superior Court, 19 Cal.2d 319 [121 P.2d 713]; Abelleira v. District Court of Appeal, 17 Cal.2d 280 [109 P.2d 942, 132 A.L.R. 715]; Jackson v. Superior Court, 10 Cal.2d 350 [74 P.2d 243, 113 A.L.R. 1422].) The **petition** should **affirmatively allege** that the **challenge to jurisdiction** was **raised in the lower court**."
*Rescue Army v. Municipal Court*, 28 Cal. 2d 460, 465, (1946)

"Generally, a plaintiff's **allegations of jurisdiction** are sufficient, but **when they are questioned**, as **in this case**, the **burden** is on the **plaintiff** to **prove jurisdiction**. McNutt v. General Motors Acceptance Corp., 1936, 298 U.S. 178, 56 S.Ct. 780, 80 L.Ed. 1135; Welsh v. American Surety Co., 5 Cir. 1951, 186 F 2d 16; 5 C. Wright & A. Miller, supra § 1363 at 653."
*Rosemound Sand & Gravel Co. v. Lambert Sand & Gravel Co.*, *469 F. 2d 416, 418 (1972)*

"if the **issue is presented** in **any way** the **burden of proving jurisdiction** rests **upon him who invokes it**."
*Town of Lantana, Fla. v. Hopper*, 102 F. 2d 118, 119 (1939)

"Concepts of **justiciability** have been developed to **identify appropriate occasions for judicial action**. The central concepts often are elaborated into more specific categories of justiciability – advisory opinions, feigned and collusive cases, **standing**, ripeness, mootness, political questions, and administrative questions."
*13 Charles Alan Wright et al.*, Federal Practice and Procedure §5 3529, 278-79 (3d. ed. 1984)

"Inferior courts" are those whose **jurisdiction is limited** and **special** and whose proceedings are **not according to the course of the common law**. **Criminal courts** proceed according to **statutory law**. **Jurisdiction** and **procedure** is **defined by statute**. Likewise, **civil courts** and **admiralty courts** proceed **according to statutory law**. **Any court** proceeding **according to statutory law** is **not a court of record** (which only proceeds **according to common law**); **it is an inferior court**. The term "inferior court" may denote any court subordinate to the chief appellate tribunal in the particular judicial system; but it is commonly used as the designation of a court of special, limited, or statutory jurisdiction, whose record must show the existence and attaching of jurisdiction in any given case, in order to give presumptive validity to its judgment. See Ex parte Cuddy, 131 U. S. 280, 9 Sup. Ct. 703, 33 L. Ed. 154; Kempe v. Kennedy, 5 Cranch, 185, 3 L. Ed. 70; Grignon v. Astor, 2 How. 341, 11 L. Ed. 283 ; Swift v. Wayne Circuit Judges. 64 Mich. 479, 31 N. W. 434; *Kirkwood v. Washington County*, 32 Or. 568, 52 Pac. 568.

"If there is a **total want of jurisdiction**, the **proceedings are void** and a **mere nullity**, and **confer no right**, and **afford no justification**, and **may be rejected** when collaterally **drawn in question**."
*Thompson v. Tolmie*, 27 US 163, (1829)

Respondent now requests and demands that Prosecuting Attorney, Asa  A. Skinner,  show **Strict-Proof in Writing** The State's **Political Jurisdictions** for this case to proceed.

## CHALLENGING STANDING

**The Supreme Court said**, "The requirement of standing, however, has a **core component** derived directly from the **constitution**. A **plaintiff** must allege **personal injury** fairly traceable to the defendant's allegedly **wrongful conduct** and likely to be redressed by the requested relief.
*Allen v. Wright*, 468 U.S. 737, 751 (1984).

If a plaintiff **lacks standing**, then the courts, all courts, are **legally and constitutionally incapable of proceeding because**: "courts only adjudicate justiciable controversies".
*United States v. Interstate Commerce Commission*, 337 US 426, 430.

The plaintiff must show that he has **sustained** or is **immediately in danger of sustaining** some **direct injury** as the result of the challenged official conduct and the **injury or threat of injury** must be both real and immediate, **not conjectural or hypothetical**.
*City of Los Angeles v. Lyons*, 461 U.S. 95, 101-102 (1983),
*Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992).

[Standing requires that plaintiff allege] "such a **personal stake** in the outcome of the controversy as **to assure that concrete adverseness** which **sharpens the presentation of issues** upon which the court so largely depends for **illumination of difficult constitutional issues**."
*Baker v. Carr*, 369 U.S. 186, 204 (1962)

Even when the plaintiff has **alleged injury sufficient** to meet the "case or controversy" requirment, the Court has generally held that the plaintiff generally must **asset his own legal rights and interests**, and **cannot** rest his claim to relief on the **legal rights or interests of third parties**."
*Warth v. Seldin*, 422 US 499.

"**No State** shall **make or enforce any law** which shall **abridge the privileges or immunities** of **citizens** of the United States; nor shall any State **deprive any person of life, liberty, or property** without **due process of law**; nor deny to any person within its jurisdiction the **equal protection of the laws**.

It is **State action** of a particular character that is **prohibited**. Individual invasion of individual rights is not the subject matter of the amendment. It has a deeper and broader scope. It **nullifies and makes void all State legislation**, and **State action of every kind**, which **impairs the privileges and immunities** of citizens of the United States or **which injures them in life, liberty or property** without **due process of law**, or which denies to any of them the **equal protection of the laws**. It not only does this, but, in order that the national will, thus declared, may not be a mere brutum fulmen, the last section of the amendment invests Congress with power to **enforce it by appropriate legislation**."
*Civil Rights Cases*, 109 US 3 (1883)

"An action **must be prosecuted** in the name of the **real party** in interest."
*FRCP Rule 17 (a)(1)*

"For a **crime to exist**, there **must** be an **injured party**. There can be **no sanction** or **penalty** imposed upon one because of this **exercise of Constitutional rights**."

*Sherar v. Cullen*, 481 F. 945.

"**All laws**, **rules** and **practices** which are **repugnant to the Constitution** are **null and void**"
*Marbury v. Madison*, 5th US (2 Cranch) 137, 180

The **common law is the real law**, the **Supreme Law of the land**, the **code**, **rules**, **regulations**, **policy** and **statutes** are **"not the law"**
*Self v. Rhay*, 61 Wn (2d) 261

"The **general rule** is that an **unconstitutional statute**, though having the **form** and **name of law**, **is in reality no law**, but is **wholly void** and **ineffective** for **any purpose**, since its **unconstitutionality** dates from the **time of its enactment**... In legal contemplation, it is as **inoperative** as if it had never been passed... Since an **unconstitutional law** is **void**, the **general principles** follow that it **imposes no duties**, **confers no right**, **creates no office**, **bestows no power** or **authority** on **anyone**, **affords no protection** and **justifies no acts performed under it**... A **void act cannot** be **legally consistent** with a **valid one**. An **unconstitutional law cannot operate to supersede any existing law**. Indeed insofar as a **statute** runs **counter to the fundamental law of the land**, (the Constitution) it is **superseded thereby**. **No one** is **bound** to **obey an unconstitutional law** and **no courts** are **bound to enforce it**."
*Bonnett v. Vallier*, 116 N.W. 885, 136 Wis. 193 (1908);
*NORTON v. SHELBY COUNTY*, 118 U.S. 425 (1886)

"**Statutes** that **violate** the plain and obvious principles of **common right** and **common reason** are **null and void**."
*Bennett v. Boggs*, 1 Baldw 60

"A **State may not impose a charge** for the **enjoyment** of a **right** granted by the **Federal Constitution**."
*Murdock v. Pennsylvania*, 319 U.S. 105, at 113

"**The State cannot diminish rights of the people.**"
*Hertado v. California*, 110 U.S. 516
"The **Claim** and **exercise** of a Constitutional Right **cannot be converted into a crime**."
*Miller v. U.S.*, 230 F 2d 486, 489

"If the **state converts a liberty into a privilege** the **citizen** can **engage in the right with impunity**"
*Shuttlesworth v Birmingham*, 373 USs 262

The constitution and laws of the united states, rules of procedure, and rulings of its high courts have formed my competent conclusion that: **Laws** are **made for us**; **we** are not **made for the laws**. Government Is **Foreclosed from Parity** with **Real People**. Inasmuch as **every government** is an **artificial person**, an **abstraction**, and a **creature of the mind** only, a **government** can **interface** only with other **artificial persons**. The **imaginary**, having **neither actuality nor substance**, is **foreclosed** from **creating and attaining parity** with the **tangible**. The **legal manifestation** of this is that **no government**, as well as any **law**, **agency**, **aspect**, **court**, **etc.** can **concern itself** with anything other than **corporate**, **artificial persons** and the **contracts between them**.

13

The Respondent now requests and demands that Prosecuting Attorney, Asa A. Skinner, show **Strict Proof in Writing The State's Standing** for this case to proceed.

The State is a Corporation, a Legal Fiction, nothing more than paper and as such cannot claim that the Respondent has caused a Harm or Injury to it. The State cannot be a Plaintiff without Standing. Once **Again Gentlemen, I do not Stand Under any Statutes, Acts, Bills or Orders. I Do Not Consent to any of such Actions.**

## THE SCIENCE OF PEACE

The science of mine and thine --- the science of justice --- is the science of all human rights; of all a man's rights of person and property; of all his rights to life, liberty, and the pursuit of happiness.

It is the science which alone can tell any man what he can, and cannot, do; what he can, and cannot, have; what he can, and cannot, say, without infringing the rights of any other person.

It is the science of peace; and the only science of peace; since it is the science which alone can tell us on what conditions mankind can live in peace, or ought to live in peace, with each other.

These conditions are simply these: first, that each man shall do, towards every other, all that justice requires him to do; as, for example, that he shall pay his debts, that he shall return borrowed or stolen property to its owner, and that he shall make reparation for any injury he may have done to the person or property of another.

The second condition is, that each man shall abstain from doing so another, anything which justice forbids him to do; as, for example, that he shall abstain from committing theft, robbery, arson, murder, or any other crime against the person or property of another.

So long as these conditions are fulfilled, men are at peace, and ought to remain at peace, with each other. But when either of these conditions is violated, men are at war. And they must necessarily remain at war until justice is re-established.

Through all time, so far as history informs us, wherever mankind have attempted to live in peace with each other, both the natural instincts, and the collective wisdom of the human race, have acknowledged and prescribed, as an indispensable condition, obedience to this one only universal obligation: viz., that each should live honestly towards every other.

The ancient maxim makes the sum of a man's legal duty to his fellow men to be simply this: "To live honestly, to hurt no one, to give to every one his due."

This entire maxim is really expressed in the single words, to live honestly; since to live honestly is to hurt no one, and give to every one his due.

Man, no doubt, owes many other moral duties to his fellow men; such as to feed the hungry, clothe the naked, shelter the homeless, care for the sick, protect the defenceless, assist the weak, and enlighten the ignorant. But these are simply moral duties, of which each man must be his own judge, in each particular case, as to whether, and how, and how far, he can, or will, perform them. But of his legal duty --- that is, of his duty to live honestly towards his fellow men --- his fellow men not only may judge, but, for their own protection, must judge. And, if need be, they may rightfully compel him to perform it. They may do this, acting singly, or in concert. They may do it on the instant, as the necessity arises, or deliberately and systematically, if they prefer to do so, and the exigency will admit of it.

Although it is the right of anybody and everybody --- of any one man, or set of men, no less than another --- to repel injustice, and compel justice, for themselves, and for all who may be wronged, yet to avoid the errors that are liable to result from haste and passion, and that everybody, who desires it, may rest secure in the assurance of protection, without a resort to force, it is evidently desirable that men should associate, so far as they freely and voluntarily can do so, for the maintenance of justice among themselves, and for mutual protection against other wrong-doers. It is

also in the highest degree desirable that they should agree upon some plan or system of judicial proceedings, which, in the trial of causes, should secure caution, deliberation, thorough investigation, and, as far as possible, freedom from every influence but the simple desire to do justice.

Yet such associations can be rightful and desirable only in so far as they are purely voluntary. No man can rightfully be coerced into joining one, or supporting one, against his will. His own interest, his own judgement, and his own conscience alone must determine whether he will join this association, or that, or whether he will join any. If he chooses to depend, for the protection of his own rights, solely upon himself, and upon such voluntary assistance as other persons may freely offer to him when the necessity for it arises, he has a perfect right to do so. And this course would be a reasonably safe one for him to follow, so long as he himself should manifest the ordinary readiness of mankind, in like cases, to go to the assistance and defence of injured persons; and should also himself "live honestly, hurt no one, and give to every one his due." For such a man is reasonably sure of always giving friends and defenders enough in case of need, whether he shall have joined any association, or not.

Certainly no man can rightfully be required to join, or support, an association whose protection he does not desire. Nor can any man be reasonably or rightfully expected to join, or support, any association whose plans, or method of proceeding, he does not approve, as likely to accomplish its professed purpose of maintaining justice, and at the same time itself avoid doing injustice. To join, or support, one that would, in his opinion, be inefficient, would be absurd. To join or support one that, in his opinion, would itself do injustice, would be criminal. He must, therefore, be left at the same liberty to join, or not to join, an association for this purpose, as for any other, according as his own interest, discretion, or conscience shall dictate.

An association for mutual protection against injustice is like an association for mutual protection against fire or shipwreck. And there is no more right or reason in compelling any man to join or support one of these associations, against his will, his judgement, or his conscience, than there is in compelling him to join or support any other, whose benefits (if it offer any) he does not want, or whose purposes or methods he does not approve.

No objection can be made to these voluntary associations upon the ground that they would lack that knowledge of justice, as a science, which would be necessary to enable them to maintain justice, and themselves avoid doing injustice. Honesty, justice, natural law, is usually a very plain and simple matter, easily understood by common minds. Those who desire to know what it is, in any particular case, seldom have to go far to find it. It is true, it must be learned, like any other science. But it is also true that it is very easily learned. Although as illimitable in its applications as the infinite relations and dealings of men with each other, it is, nevertheless, made up of a few simple elementary principles, of the truth and justice of which every ordinary mind has an almost intuitive perception. And almost all men have the same perceptions of what constitutes justice, or of what justice requires, when they understand alike the facts from which their inferences are to be drawn.

Men living in contact with each other, and having intercourse together, cannot avoid learning natural law, to a very great extent, even if they would. The dealings of men with men, their separate possessions and their individual wants, and the disposition of every man to demand, and insist upon, whatever he believes to be his due, and to resent and resist all invasions of what he believes to be his rights, are continually forcing upon their minds the questions, Is this act just? or is it unjust? Is this thing mine? or is it his? And these are questions of natural law; questions which, in regard to the great mass of cases, are answered alike by the human mind everywhere.

Children learn the fundamental principles of natural law at a very early age. Thus they very early understand that one child must not, without just cause, strike or otherwise hurt, another; that one child must not assume any arbitrary control or domination over another; that one child must not, either by force, deceit, or stealth, obtain possession of anything that belongs to another; that if one child commits any of these wrongs against another, it is not only the right of the injured child to resist, and, if need be, punish the wrongdoer, and compel him to make reparation, but that it is also the right, and the moral duty, of all other children, and all other persons, to assist the injured party in defending his rights, and redressing his wrongs. These are fundamental principles of natural law, which govern the most important transactions of man with man. Yet children learn them earlier than they learn that three and three are six, or five and five ten. Their childish plays, even, could not be carried on without a constant regard to them; and it is equally impossible for persons of any age to live together in peace on any other conditions.

It would be no extravagance to say that, in most cases, if not in all, mankind at large, young and old, learn this

natural law long before they have learned the meanings of the words by which we describe it. In truth, it would be impossible to make them understand the real meanings of the words, if they did not understand the nature of the thing itself. To make them understand the meanings of the words justice and injustice before knowing the nature of the things themselves, would be as impossible as it would be to make them understand the meanings of the words heat and cold, wet and dry, light and darkness, white and black, one and two, before knowing the nature of the things themselves. Men necessarily must know sentiments and ideas, no less than material things, before they can know the meanings of the words by which we describe them.

## THE SCIENCE OF JUSTICE

If justice be not a natural principle, it is no principle at all. If it be not a natural principle, there is no such thing as justice. If it be not a natural principle, all that men have ever said or written about it, from time immemorial, has been said and written about that which had no existence. If it be not a natural principle, all the appeals for justice that have ever been heard, and all the struggles for justice that have ever been witnessed, have been appeals and struggles for a mere fantasy, a vagary of the imagination, and not for a reality.

If justice be not a natural principle, then there is no such thing as injustice; and all the crimes of which the world has been the scene, have been no crimes at all, but only simple events, like the falling of the rain, or the setting of the sun; events of which the victims had no more reason to complain than they had to complain of the running of the streams, or the growth of vegetation.

If justice be not a natural principle, governments (so-called) have no more right or reason to take cognizance of it, or to pretend or profess to take cognizance of it, than they have to take cognizance, or to pretend or profess to take cognizance, of any other nonentity; and all their professions of establishing justice, or of maintaining justice, or of rewarding justice, are simply the mere gibberish of fools, or the frauds of imposters.

But if justice be a natural principle, then it is necessarily an immutable one; and can no more be changed --- by any power inferior to that which established it --- than can the law of gravitation, the laws of light, the principles of mathematics, or any other natural law or principle whatever; and all attempts or assumptions, on the part of any man or body of men --- whether calling themselves governments, or by any other name --- to set up their own commands, wills, pleasure, or discretion, in the place of justice, as a rule of conduct for any human being, are as much an absurdity, an usurpation, and a tyranny, as would be their attempts to set up their own commands, wills, pleasure, or discretion in the place of any and all the physical, mental, and moral laws of the universe.

If there be any such principle as justice, it is, of necessity, a natural principle; and, as such, it is a matter of science, to be learned and applied like any other science. And to talk of either adding to, or taking from, it, by legislation, is just as false, absurd, and ridiculous as it would be to talk of adding to, or taking from, mathematics, chemistry, or any other science, by legislation.

If there be in nature such a principle as justice, nothing can be added to, or taken from, its supreme authority by all the legislation of which the entire human race united are capable. And all the attempts of the human race, or of any portion of it, to add to, or take from, the supreme authority of justice, in any case whatever, is of no more obligation upon any single human being than is the idle wind.

If there be such a principle as justice, or natural law, it is the principle, or law, that tells us what rights were given to every human being at his birth; what rights are, therefore, inherent in him as a human being, necessarily remain with him during life; and, however capable of being trampled upon, are incapable of being blotted out, extinguished, annihilated, or separated or eliminated from his nature as a human being, or deprived of their inherent authority or obligation.

On the other hand, if there be no such principle as justice, or natural law, then every human being came into the world utterly destitute of rights; and coming into the world destitute of rights, he must necessarily forever remain so. For if no one brings any rights with him into the world, clearly no one can ever have any rights of his own, or give any to another. And the consequence would be that mankind could never have any rights; and for them to talk of any such things as their rights, would be to talk of things that never had, never will have, and never can have any

16

existence.

If there be such a natural principle as justice, it is necessarily the highest, and consequently the only and universal, law for all those matters to which it is naturally applicable. And, consequently, all human legislation is simply and always an assumption of authority and dominion, where no right of authority or dominion exists. It is, therefore, simply and always an intrusion, an absurdity, an usurpation, and a crime.

On the other hand, if there be no such natural principle as justice, there can be no such thing as dishonesty; and no possible act of either force or fraud, committed by one man against the person or property of another, can be said to be unjust or dishonest; or be complained of, or prohibited, or punished as such. In short, if there be no such principle as justice, there can be no such acts as crimes; and all the professions of governments, so called, that they exist, either in whole or in part, for the punishment or prevention of crimes, are professions that they exist for the punishment or prevention of what never existed, nor ever can exist. Such professions are therefore confessions that, so far as crimes are concerned, governments have no occasion to exist; that there is nothing for them to do, and that there is nothing that they can do. They are confessions that the governments exist for the punishment and prevention of acts that are, in their nature, simple impossibilities.

If there be in nature such a principle as justice, such a principle as honesty, such principles as we describe by the words mine and thine, such principles as men's natural rights of person and property, then we have an immutable and universal law; a law that we can learn, as we learn any other science; a law that tells us what is just and what is unjust, what is honest and what is dishonest, what things are mine and what things are thine, what are my rights of person and property and what are your rights of person and property, and where is the boundary between each and all of my rights of person and property and each and all of your rights of person and property. And this law is the paramount law, and the same law, over all the world, at all times, and for all peoples; and will be the same paramount and only law, at all times, and for all peoples, so long as man shall live upon the earth.

But if, on the other hand, there be in nature no such principle as justice, no such principle as honesty, no such principle as men's natural rights of person or property, then all such words as justice and injustice, honesty and dishonesty, all such words as mine and thine, all words that signify that one thing is one man's property and that another thing is another man's property, all words that are used to describe men's natural rights of person or property, all such words as are used to describe injuries and crimes, should be struck out of all human languages as having no meanings; and it should be declared, at once and forever, that the greatest force and the greatest frauds, for the time being, are the supreme and only laws for governing the relations of men with each other; and that, from henceforth, all persons and combinations of persons --- those that call themselves governments, as well as all others --- are to be left free to practice upon each other all the force, and all the fraud, of which they are capable.

If there be no such science as justice, there can be no science of government; and all the rapacity and violence, by which, in all ages and nations, a few confederated villains have obtained the mastery over the rest of mankind, reduced them to poverty and slavery, and established what they called governments to keep them in subjection, have been as legitimate examples of government as any that the world is ever to see.

If there be in nature such a principle as justice, it is necessarily the only political principle there ever was, or ever will be. All the other so-called political principles, which men are in the habit of inventing, are not principles at all. They are either the mere conceits of simpletons, who imagine they have discovered something better than truth, and justice, and universal law; or they are mere devices and pretences, to which selfish and knavish men resort as means to get fame, and power, and money.


## NATURAL LAW vs. LEGISLATION

Law of nature, is a rule of conduct arising out of the natural relations of human beings established by the Creator, and existing prior to any positive precept. Thus it is a law of nature, that one man should not injure another, and murder and fraud would be crimes, independent of any prohibition from a supreme power.
*Webster's American Dictionary of the English Language*, (1828).

This law of nature, being coeval with mankind and dictated by God himself, is of course superior in obligation to any

other. It is binding over all the globe in all countries, and at all times: no human laws are of any validity, if contrary to this; and such of them as are valid derive all their force, and all their authority, mediately or immediately, from this original.
*William Blackstone's Commentaries*, at 41

The law of nature is superior in obligation to any other. It is binding in all countries and at all times. No human laws are valid if opposed to this, and all which are binding derive their authority either directly or indirectly from it. *Institutes of American Law by John Bouvier*, (1851), Part I, Title II, No. 9

Natural law, natural justice, being a principle that is naturally applicable and adequate to the rightful settlement of every possible controversy that can arise among men; being too, the only standard by which any controversy whatever, between man and man, can be rightfully settled; being a principle whose protection every man demands for himself, whether he is willing to accord it to others, or not; being also an immutable principle, one that is always and everywhere the same, in all ages and nations; being self-evidently necessary in all times and places; being so entirely impartial and equitable towards all; so indispensable to the peace of mankind everywhere; so vital to the safety and welfare of every human being; being, too, so easily learned, so generally known, and so easily maintained by such voluntary associations as all honest men can readily and rightfully form for that purpose --- being such a principle as this, these questions arise, viz.: Why is it that it does not universally, or well nigh universally, prevail? Why is it that it has not, ages ago, been established throughout the world as the one only law that any man, or all men, could rightfully be compelled to obey? Why is it that any human being ever conceived that anything so self-evidently superfluous, false, absurd, and atrocious as all legislation necessarily must be, could be of any use to mankind, or have any place in human affairs?

The answer is, that through all historic times, wherever any people have advanced beyond the savage state, and have learned to increase their means of sub-sistence by the cultivation of soil, a greater or less number of them have associated and organized themselves as robbers, to plunder and enslave all others, who had either accumulated any property that could be seized, or had shown, by their labor, that they could be made to contribute to the support or pleasure of those who should enslave them.

These bands of robbers, small in number at first, have increased their power by uniting with each other, inventing warlike weapons, disciplining themselves, and perfecting their organizations as military forces, and dividing their plunder (including their captives) among themselves, either in such proportions as have been previously agreed on, or in such as their leaders (always desirous to increase the number of their followers) should prescribe.

The success of these bands of robbers was an easy thing, for the reason that those whom they plundered and enslaved were comparatively defenceless; being scattered thinly over the country, engaged wholly in trying, by rude implements and heavy labor, to extort a subsistence from the soil; having no weapons of war, other than sticks and stones; having no military discipline or organization, and no means of concentrating their forces, or acting in concert, when suddenly attacked. Under these circumstances, the only alternative left them for saving even their lives, or the lives of their families, was to yield up not only the crops they had gathered, and the lands they had cultivated, but themselves and their families also as slaves.

Thenceforth their fate was, as slaves, to cultivate for others the lands they had before cultivated for themselves. Being driven constantly to their labor, wealth slowly increased; but all went into the hands of their tyrants.

These tyrants, living solely on plunder, and on the labor of their slaves, and applying all their energies to the seizure of still more plunder, and the enslavement of still other defenceless persons; increasing, too, their numbers, perfecting their organizations, and multiplying their weapons of war, they extend their conquests until, in order to hold what they have already got, it becomes necessary for them to act systematically, and cooperate with each other in holding their slaves in subjection.

But all this they can do only by establishing what they call a government, and making what they call laws.

All the great governments of the world --- those now existing, as well as those that have passed away --- have been of this character. They have been mere bands of robbers, who have associated for purposes of plunder, conquest, and the enslavement of their fellow men. And their laws, as they have called them, have been only such agreements as they have found it necessary to enter into, in order to maintain their organizations, and act together in plundering and

enslaving others, and in securing to each his agreed share of the spoils.

All these laws have had no more real obligation than have the agreements which brigands, bandits, and pirates find it necessary to enter into with each other, for the more successful accomplishment of their crimes, and the more peaceable division of their spoils.

Thus substantially all the legislation of the world has had its origin in the desires of one class --- of persons to plunder and enslave others, and hold them as property.

In process of time, the robber, or slaveholding, class --- who had seized all the lands, and held all the means of creating wealth --- began to discover that the easiest mode of managing their slaves, and making them profitable, was not for each slaveholder to hold his specified number of slaves, as he had done before, and as he would hold so many cattle, but to give them so much liberty as would throw upon themselves (the slaves) the responsibility of their own subsistence, and yet compel them to sell their labor to the land-hodling class --- their former owners --- for just what the latter might choose to give them.

Of course, these liberated slaves, as some have erroneously called them, having no lands, or other property, and no means of obtaining an independent subsistence, had no alternative --- to save themselves from starvation --- but to sell their labor to the landholders, in exchange only for the coarsest necessaries of life; not always for so much even as that.

These liberated slaves, as they were called, were now scarcely less slaves than they were before. Their means of subsistence were perhaps even more precarious than when each had his own owner, who had an interest to preserve his life. They were liable, at the caprice or interest of the landholders, to be thrown out of home, employment, and the opportunity of even earning a subsistence by their labor. They were, therefore, in large numbers, driven to the necessity of begging, stealing, or starving; and became, of course, dangerous to the property and quiet of their late masters.

The consequence was, that these late owners found it necessary, for their own safety and the safety of their property, to organize themselves more perfectly as a government and make laws for keeping these dangerous people in subjection; that is, laws fixing the prices at which they should be compelled to labor, and also prescribing fearful punishments, even death itself, for such thefts and tresspasses as they were driven to commit, as their only means of saving themselves from starvation.

These laws have continued in force for hundreds, and, in some countries, for thousands of years; and are in force to-day, in greater or less everity, in nearly all the countries on the globe.

The purpose and effect of these laws have been to maintain, in the hands of the robber, or slave holding class, a monopoly of all lands, and, as far as possible, of all other means of creating wealth; and thus to keep the great body of laborers in such a state of poverty and dependence, as would compel them to sell their labor to their tyrants for the lowest prices at which life could be sustained.

The result of all this is, that the little wealth there is in the world is all in the hands of a few --- that is, in the hands of the law-making, slave-holding class; who are now as much slaveholders in spirit as they ever were, but who accomplish their purposes by means of the laws they make for keeping the laborers in subjection and dependence, instead of each one's owning his individual slaves as so many chattels.

Thus the whole business of legislation, which has now grown to such gigantic proportions, had its origin in the conspiracies, which have always existed among the few, for the purpose of holding the many in subjection, and extorting from them their labor, and all the profits of their labor.

And the real motives and spirit which lie at the foundation of all legislation --- notwithstanding all the pretences and disguises by which they attempt to hide themselves --- are the same to-day as they always have been. They whole purpose of this legislation is simply to keep one class of men in subordination and servitude to another.

What, then, is legislation? It is an assumption by one man, or body of men, of absolute, irresponsible dominion over all other men whom they call subject to their power. It is the assumption by one man, or body of men, of a right to subject all other men to their will and their service. It is the assumption by one man, or body of men, of a right to

abolish outright all the natural rights, all the natural liberty of all other men; to make all other men their slaves; to arbitrarily dictate to all other men what they may, and may not, do; what they may, and may not, have; what they may, and may not, be. It is, in short, the assumption of a right to banish the principle of human rights, the principle of justice itself, from off the earth, and set up their own personal will, pleasure, and interest in its place. All this, and nothing less, is involved in the very idea that there can be any such thing as human legislation that is obligatory upon those upon whom it is imposed.

## DEFINITIONS

"Fictional Plaintiff" - A person appearing in the writ, complaint, or record as the plaintiff in a suit, but who in reality does not exist, or who is ignorant of the suit and of the use of his name in it. It is a contempt of court to sue in the name of a fictitious party.
*Black's Law Dictionary*, 6th ed. Pg. 624

"Fictional Action" - An action brought for the sole purpose of obtaining the opinion of the court on a point of law, not for the settlement of any actual controversy between the parties.
*Black's Law Dictionary*, 6th ed. Pg. 624

"Fictitious Name" - A counterfeit, alias, feigned, or pretended name taken by a person, differing in some essential particular from his true name (consisting of Christian name and patronymic [surname]), with the implication that it is meant to deceive or mislead."
*Black's Law Dictionary*, 6th ed. Pg. 624

"Fraudulent Claim" - A claim that is dishonest in fact or that is made principally for a patently improper purpose, such as to harass the opposing party.
*Louisiana Revised Statutes*, Fraudulent or frivolous claims, R.S. 13:5241 (B)

"Natural Law" - The rule and dictate of right reason, showing the moral deformity or moral necessity there is in any act, according to a reasonable nature.
*Black's Law Dictionary*, 1st ed. Pg. 801

"Natural Rights" - All men have certain natural, essential, and inherent rights - among which are, the enjoying and defending life and liberty; acquiring, possessing, and protecting, property; and, in a word, of seeking and obtaining happiness.
*The State of New Hampshire's Constitution*, Article II.

"Natural Liberty" - The power of acting as one thinks fit, without any restraint or control, unless [except] by the LAW OF NATURE. The RIGHT which nature gives to all mankind of disposing of their persons and property after the manner they judge most consistent with their happiness, on condition of their acting within the limits of the LAW OF NATURE, and so as not to interfere with an equal exercise of the same RIGHTS by other men.
*Black's Law Dictionary*, 6th ed. Pg. 918

"Jurisdiction" - the power to make, declare or apply the law.
*Webster's American Dictionary of the English Language*, (1828)

"Standing" - the status of being qualified to assert or enforce legal rights or duties in a judicial forum because one has a sufficient and protectable interest in the outcome of a justiciable controversy and usu. has suffered or is threatened with actual injury.
*Merriam-Webster's Dictionary of Law*, Merriam-Webster, (1996)

## RESPONDENT'S CONCLUSIONS

**WHEREAS,** There can be no doubt that Respondent has advised this court of his natural right to pursue happiness

and enjoy all blessings and/or cursings of his natural liberty and that the Prosecuting Attorney, Asa A. Skinner, STATE OF LOUISIANA and the THIRTIETH JUDICIAL DISTRICT COURT lack Standing and Jurisdiction for this case to proceed, further that the Respondent is not a **U.S. Citizen**, **Person**, **Juridical Person**, **Alien**, **Resident**, **Legal Fiction**, **Corporation**, **Beneficiary**, **Trustee** or any kind of **Creaturae Lex**, and rightfully denies the existence of any such fictional creations of law as the juridical corporate personality addressed by the State when it chose to address Respondent in a fictitious name which refers to an entirely separate non-existing juridical corporate person and is not Respondent, bearing mere similarity of sound to Respondent's christian name on the STATE OF LOUISIANA'S indictment and/or information, Respondent is a very real and natural person and man created of nature, and existing independently of human law, that this Honorable Court may not justly act upon without first gaining **Consent** and further showing a real rather than hypothetical or conjectural **Harm** or **Injury** has occurred to another real person which is not the case in this action.

**WHEREAS**, Respondent has filed his Affidavit with the clerk for this court denying the existense of all corporations mentioned on the STATE OF LOUISIANA's filed indictment or bill of information including his denial of the juridical defendent in this action pursuant to La R.S. 15:429, the court by allowing this action to proceed to trial lacking proof on its record that each corporation mentioned in his Affidavit currently exists, denys to Respondent his statutory rights under La R.S. 15:429 and violates Respondent's constitutional right to access the courts for redress of his grievances under the due process of law.

**WHEREAS**, Natural events respect no human laws which cannot exist without nature, this leaves no doubt that natural law retains sovereignty over human law in all cases, notwithstanding anything in human law to the contrary. The STATE OF LOUISIANA has initiated substantial injury to the enjoyment of Respondent's natural and constitutional rights causing undue harm to Respondent and has deprived him of his life, liberty and/or property and now **owes Respondent a reparation for his injuries according to laws of nature as justice requires.**

**WHEREAS**, the Prosecuting Attorney representing the fictitional plaintiff, STATE OF LOUISIANA; has filed an indictment or information commencing a fictitional action in the name of a fictitious party against Respondent in which the he has wrongfully addressed Respondent in a fictitous name and is thus guilty of filing a fraudulent claim in this court, is in blatant contempt of this court as it has filed a suit in the name of a fictitious party, has filed an action with malicious intent, in violation of his oath of office, in doing so commits treason against our republican form of government, and has done so in an attempt to seemingly justify real violent crimes which have been committed against Respondent by the unlawful and violent actions of the State's law enforcement officers, has engaged in waging war upon Respondent's natural rights and seeks to enslave Respondent to the legislative whims of the

Juridical Person, STATE OF LOUISIANA; contrary to Respondent's constitutional right to protection from application of the legislature, and in this action has further asked this court to deny Respondent his natural rights to justice, liberty and the pursuit of happiness, and further the THIRTIETH JUDICIAL DISTRICT COURT by allowing this fictious action to continue in lue of the evidence herein presented, <u>assists, aids and abets the prosecutor in his crimes, frauds, treasons and violates the Judicial Notice given under United States Code Title 18, §241, §242 and Title 42 §1983</u>.

WHEREAS, the plaintiff in this action, STATE OF LOUISIANA; by asking this court to hear the absurd claim that a man has commited the impossible task of injuring the dignity of an entity that does not exist ad hoc actum <u>clearly fails to state a claim upon which relief can be granted</u>. Further, that since the Plaintiff in this action is fiction, an artificial and imaginary person without intellect and perpetually unavailable for cross-examination; the Respondent is denied his constitutional right to confront the witness against him which <u>violates the Judicial Notice given under the Constitution of the United States; Amendment VI</u>

WHEREAS, the fictional plaintiff in this action is in contempt of this court by filing a fraudulent claim therein seeking compensation for injuries impossible to have occured and is further in contempt by failing to exist and/or failing to appear in this court and state the Jurisdiction, Standing or even his Claim in this action. Respondent now demands that the plaintiff in this action appear in this court and properly state his Jurisdiction, Standing, and Claim or that his representatives abandon their fraudulent allegations against Respondent, pay restitution, and return to him his natural and constitutional rights to decide all that pertains to his life, liberty, and pursuit of happiness.

WHEREAS, the STATE OF LOUISIANA  through this action has subjected Respondent to <u>involuntary servitude</u> (<i>jail</i>) prior to any conviction for any crime, which blatantly denys Respondent constitutional right to the due process of law and his right to be presumed innocent(unpunished and not to be deprived of life, liberty, or property) until proven guilty of a crime by due process of law and by its unlawful practice of requiring surety for release of a man unproven to be any immediate or violent threat to the public has committed and become accessory to the following violent crimes against Respondent: assault by a man bearing a deadly weapon, kidnapping, extortion, false imprisonment, holding Respondent hostage at gun point and charging randsom and forcing Respondent to sign contracts he does not understand to regain his life, liberty, and/or property and any court allowing such abuses of State Power to exist in its district blatantly <u>violates the Judicial Notice given under the Constitution of the United States; Amendment XIII § 1</u>.

WHEREAS, in this action the STATE OF LOUISIANA is seeking to deny and disparage Respondent's full

enjoyment of his unalienable natural rights, his freedom of speech and freedom to excercise his religion, and in doing so **violates The Constitution of the United States: Amendment I and IX and The State of Louisiana's Constitution of 1974; Article I §7, §24 and §26**.

**WHEREAS**, the THIRTIETH JUDICIAL DISTRICT COURT by allowing this action to continue dispite the fact that the plaintiff in this action, STATE OF LOUISIANA is a fictional entity and cannot appear for cross-examination, denys Respondent his constitutional right to question the main witness against him, his accuser and **Violates the Judicial Notice given under The Constitution of the United States, Amendment VI**.

**WHEREAS**, Respondent has challenged the validity of this court's jurisdiction, this court by allowing this action to proceed without unrebuttable proof on its record of all the facts related to how it has obtained its jurisdiction, how its jurisdiction has lawfully become attached to Respondent, and how the plaintiff has obtained standing to initiate a claim against Respondent, **Violates its oath of office, acts in excess of its jurisdiction, and lacks presumtive validity for its judgments. All its judgements and decrees notwithstanding force or effect as all such judgements are described throughout American Jurisprudence as being void ab initio.**

**WHEREAS**, There is no doubt Respondent has advised this court of the natural sciences of both peace and justice as well as many usurpations of the powers eligible to have been rightfully delegated to the STATE OF LOUISIANA, which lacks certain proofs required for trial, and the involvement of the State's agents and representatives participating with deputies of the Vernon Parish Sheriff's Office, in having directly committed many "real" violent crimes against Respondent, are the only parties who can rightfully be said to have inflicted any crime or injury ad hoc actum, and said State has continued in its criminal enterprise, filing a fraudulent action asking this court to make decisions in iniquity, to weigh justice in unbalanced parties, and is seeking to inflict further harm to Respondent and deny his life, liberty, property, constitutional rights, natural rights, and/or the pursuit of happiness and decietfully attempts to pursuade this court to consider Respondent a criminal by accussing Respondent of commiting several impossible to commit crimes which are only capable of causing injury to an imaginary party in an imaginary world.

**THEREFORE**, If this court considers Respondent entitled to any artifice of justice, it will certainly consider Respondent's statements, evidences, judicial notices, challenges to jurisdiction and standing, affidavits and motions and upon hearing Respondent's pleas for justice will find that it should promptly move to protect Respondent's natural, constitutional and statutory rights by quashing the indictment and/or information commencing this action.

## MOTION TO QUASH

Respondent, humbly **Moves** this **Court** to **Quash** the STATE OF LOUISIANA'S fraudulent claims against Respondent as alleged in its filed indictment or bill or information commencing this action and to dismiss this case with **Prejudice** and further issue a **Protective Order** against the Vernon Parish Sheriff's Office to prevent the subjection of Respondent to any further harm by employees of this agency or to **Show Cause** in **Writing** why his **Unalienable Rights** under the **Republic** form of **Government** should not be **Honored** and/or **Protected** by this Court as your "**Oath of Office**" Demands.

Submitted by

_Bri̇̃ _____

Hugh-Brian: Street;
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210)-585-0979

Hugh-Brian: Street;
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

## IN THE district court of louisiana the parish of vernon state of louisiana

| | |
|---|---|
| STATE OF LOUISIANA INC, | ) |
| | ) |
| Plaintiff, | ) Cause Numbers 86287-86292 |
| | ) Document No. 0008 v. 2.0 |
| | ) |
| | ) |
| vs. | ) Proposed Order To Quash |
| | ) |
| | ) Supporting Motion No. 0008 v. 1.0 |
| | ) |
| Hugh-Brian: Street;, | ) |
| | ) |
| Respondent, | ) |

### ORDER TO QUASH

Comes now, Hugh-Brian: Street; herein after, Respondent in Cause Numbers 86287-86292, as himself the Living Soul in flesh and blood, in Proprium Persona, Sui Juris, Ad Hoc Actum and requests this Court consider his Motion to Quash No. 0008 v 1.0 under natural law and Quash the indictment or information commencing Cause Numbers 86287-86292. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states, and for good reason, now finds that the indictment or information commencing Cause Numbers 86287-86292 should be quashed.

IT IS THEREFORE, ORDERED that the Respondent's Motion to Quash No. 0008 v 1.0 is granted and the indictment or information commencing Cause Numbers 86287-86292 is hereby quashed.

Done, in (Open Court/Chambers) in Leesville, Louisiana, Parish of Vernon, this _____ day of _____, 2014.


_____
Signature of Presiding Judge


Entered on the Record ( ) Date: _____

1

Hugh-Brian: Street;
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

## IN THE district court of louisiana the parish of vernon state of louisiana

|  |  |
|---|---|
| Hugh-Brian: Street;, | ) |
| | ) |
| Respondent, | ) Cause Numbers 86287-86292 |
| | ) Document No. 0008 v. 2.1 |
| | ) |
| | ) Proposed Protective Order |
| | ) |
| vs. | ) Supporting Motion No. 0008 v. 1.0 |
| | ) |
| | ) |
| Vernon Parish Sheriff's Office, | ) |
| | ) |
| Defendant, | ) |
| | ) |

### PROTECTIVE ORDER

Comes now, Hugh-Brian: Street; herein after, Respondent in Cause Numbers 86287-86292, as himself the Living Soul in flesh and blood, in Proprium Persona, Sui Juris, Ad Hoc Actum, and requests that this Court consider his Motion No. 0008 v 1.0 and issue this Protective Order against the Vernon Parish Sheriff's Office and its deputies from causing further harm to the Respondent. This Court, being duly advised and for good reason, now finds that a Protective Order should be issued to protect the Respondent from further domestic violence, injury, abuse or harrassment that may be inflicted upon him by the deputies of the Vernon Parish Sheriff's Office.

1

IT IS THEREFORE, ORDERED that the Respondent's Motion No. 0008 v 1 0 requesting a Protective Order is granted and all deputies of the Vernon Parish Sheriff's Office are hereby ordered to indefinitely refrain from abusing, harassing, or interfering with the respondent or his employment or going near the residence or place of employment of the respondent pursuant to R.S. 46:2136.

Done, in (Open Court/Chambers) in Leesville, Louisiana, Parish of Vernon, this _____ day of _____, 2014.

_____

Signature of Presiding Judge

Entered on the Record ( ) Date: _____

"A PERSON WHO VIOLATES THIS ORDER MAY BE PUNISHED FOR CONTEMPT OF COURT BY A FINE OF NOT MORE THAN $500 OR BY CONFINEMENT IN JAIL FOR AS LONG AS SIX MONTHS, OR BOTH, AND MAY BE FURTHER PUNISHED UNDER THE CRIMINAL LAWS OF THE STATE OF LOUISIANA. THIS ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS AND COURTS OF THE STATE OF LOUISIANA."

Hugh-Brian: Street;
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

## IN THE district court of louisiana the parish of vernon state of louisiana

STATE OF LOUISIANA INC,

        Plaintiff,

vs.

Hugh-Brian: Street;,

        Respondent,

)
)
)
)
) Cause Numbers 86287-86292
) Document No. 0008 v. 2.2
)
)
) Proposed Order To Show Cause For Denial Of
) Constitutional Rights
)
) Supporting Motion No. 0008 v. 1.0
)
)
)
)
)

## ORDER TO SHOW CAUSE FOR DENIAL OF CONSTITUTIONAL RIGHTS

Comes now, Ziggy: Burning herein after, Respondent in Cause Numbers 86287-86292, as himself the Living Soul in flesh and blood, in Proprium Persona, Sui Juris, Ad Hoc Actum, and requests that this court consider his Motion No. 0008 v. 1.0 under the natural law and, if denied, show cause in writing why his unalienable rights under the republican form of government should not be honored or protected by this court as your "Oath of Office" demands. This court; being duly advised, having sworn an oath to support the constitution of the united states of america, and for good reason, now finds that Motion No. 0008 v.1.0 should be denied and the respondent be provided this Court's opinion in writing the reasons why the respondent's Motion No. 0008 v.1.0 is being denied and the reasons his constitutional rights are not being protected or honored by this Court.

IT IS THEREFORE, ORDERED that the Respondent's Motion to Quash No. 0008 v 1.0 is hereby denied and the Respondent shall be provided this Court's opinion in writing for its denial of Motion to Quash No. 0008 v. 1.0 and the reasons the Respondent's constitutional rights are not being protected or honored by this Court, no later than 10 days from the execution of this order.

Done, in (Open Court/Chambers) in Leesville, Louisiana, Parish of Vernon, this _____ day of _____, 2014.

_____
Signature of Presiding Judge

Entered on the Record ( ) Date: _____

1

Hugh-Brian: Street;                                      Document No. 0008 v 3.0
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office


## Certificate of Service


I, Hugh-Brian: Street do hereby certify with my signature that a copy of the forgoing Motion to Quash No. 0008 v. 1.0
has been duly provided upon plaintiff's counsel of record and all parties listed below, by:


(X) Hand-Delivery on this _13th_ day of _November_ , 20_14_



DATE: _11/13/2014_                           _Bri A____
                                             Hugh-Brian: Street;



Asa A. Skinner,

Vernon Parish Deputy Prosecutor

208 S 3rd Street

Leesville, Louisiana

Near [71446]


district court of louisiana the parish of vernon state of louisiana.

215 S 3rd Street

Leesville, Louisiana

Near [71446]


1

## NOTICE OF FIXING ON DEFENDANT'S PRO-SE MOTIONS VIA COURT ORDER

OFFICE OF THE CLERK OF THE 30TH JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF VERNON
STATE OF LOUISIANA

NUMBER: 86287-292

STATE OF LOUISIANA

VS.

HUGH BRIAN STREET

TO: DISTRICT ATTORNEY
P. O. BOX 1188
LEESVILLE, LA

HUGH BRIAN STREET
385 R C STEPHENS ROAD
LEESVILLE, LA 71446

NOTICE IS HEREBY GIVEN that the above numbered and entitled case has been set

for HEARING on Wednesday, November 19, 2014 at 9:00 o'clock A.M., at Leesville,

Louisiana.

SEE ATTACHED COURT ORDER FIXING CASE FOR HEARING

Judge: VERNON B. CLARK

Notice Issued this 6th day of November, 2014

_____
DEPUTY CLERK OF COURT

COPY

NO. 86,287-292

| | | |
|---|---|---|
| STATE OF LOUISIANA | : | 30TH JUDICIAL DISTRICT COURT |
| VERSUS | : | STATE OF LOUISIANA |
| HUGH BRIAN STREET | : | PARISH OF VERNON |

## O R D E R

IT IS HEREBY ORDERED that the motions filed by defendant, Hugh Brian Street, on this date are set for hearing on November 19, 2014 at 9:00 AM.

Let notice be served on all counsel and/or parties herein.

SO ORDERED this 5th day of November, 2014 in Leesville, Vernon Parish, Louisana.

_____
VERNON B. CLARK
DISTRICT JUDGE
DIVISION A

Hugh-Brian: Street;
385 RC Stephens Rd.
Lafayette, LA
Near [71446]
Office: (210) 585 - 0979

## IN THE district court of louisiana the parish of vernon state of louisiana



STATE OF LOUISIANA,                    )
                                       )
    Fictitious Plaintiff,              )
                                       ) Cause Numbers: 86287 - 86292
                                       )
                                       ) Document No. 0007 v  1.0
                                       )
vs.                                    )
                                       ) Affidavit of Identity, Declaration of Status,
                                       ) Denial of Corporate Existense, and Notice of
                                       ) Lack of Jurisdiction
Hugh-Brian: Street;,                   )
                                       )
    Secured Party,                     )
                                       )
_____       )

## AFFIDAVIT OF IDENTITY, DECLARATION OF STATUS, DENIAL OF CORPORATE EXISTENCE, and NOTICE OF LACK OF JURISDICTION

KNOW ALL MEN BY THESE PRESENTS:

THAT I, Hugh-Brian: Street (hereinafter "Secured Party"), am a natural and living man appearing in Proprium Personam, Sui Juris, Ad Hoc Actum and do hereby declare and affirm the following facts to be true, correct and complete to the best of my knowledge and belief.

1.  The STATE OF LOUISIANA through its agents and/or representatives has knowingly and with malicious intent fraudulently created a fictitious Juridical Person for the purposes of creating for its advantage, a distinct, separate, and fictitious entity, creaturae lex, which it intends to treat without rights, in a legal capacity as a Corporate or Partnership Personality of a Natural Person which is unlawful on its face as it was created without full disclosure of the facts, terms, or conditions the effects the existense of this separate fictitious personality has in regards to the rights and duties of Secured Party, the Sovereign Natural Person of whom the STATE OF LOUISIANA is attempting to fraudulently hold Secured Party responsible for the impossible acts of a separate fictitious entity, known only to law as an unincorporated, Corporate Juridical Personality. (See CC 24: Kinds of Persons)

2.  The Civil Laws are and must be considered as applicable to all Criminal Actions because all Criminal Laws are derivatives of Civil Laws. Evidence of this fact can be found in Rule 2 of the FRCP: "There is one form of action - the civil action." and the Notes of Advisory Commitee on Rules (1937) had this to say about Rule 2: "Reference to actions at law or suits in equity in all statutes should now be treated as referring to the civil action prescribed in these rules."

3.  Juridical Persons are defined in CC 24 as fictitious legal entities to be used by the state as an unincorporated corporate personality for legal purposes, creaturae lex, and, they are inherently subject to the statutory laws of the STATE OF LOUISIANA because they are entities that would not exist in absense of its absurd statutes. The legal maxim concerning the difference between Juridical Persons and Human Beings is "Homo vocabulum est

1

naturae; persona juris civilis", Man is a term of nature; person of civil law.

4.  Because Juridical Persons are fictitious and do not have any tangible form Ad Hoc Actum, they do not share the same rights as Natural Persons, and may only speak through their representatives or "Pro Se" in which the defendant's Natural Person is considered the Juridical Persons representative. (See Roberts v. Sewerage and Water Bd., 634 So. 2d 341, 346, 347, La (1994) ) which says: "The important determination with respect to the juridical status or legal capacity of an entity is not its creator, nor its size, shape, or label. Rather the determination that must be made in each particular case is whether the entity can appropriately be regarded as an additional and separate government unit for the particular purpose at issue ... when the organic law grants it the legal capacity to function independently ... Such a determination will depend on an analysis of specifically what the entity is legally empowered to do."

5.  Only Natural Persons may appear and speak without representation in Proprium Personam, Sui Juris, they exist Ad Hoc Actum, and are subject only to god's laws which are prescribed by nature, they may not be held subject to the institutions of their fellowmen which are created without their consent. (See Cruden vs. Neale 2 S.E. 70)

6.  Juridical Persons, like all legal fictions such as Citizens have strictly enumerated and certainly alienable civil rights and duties, which are either, constitutionally and statutorily defined as, "privileges and immunities". (See The 14th Amendment to the Constitution of The United States of America) Juridical Persons enjoy "civil liberty" as creatures to civil law and defined in Black's Law Dictionary, 6th ed. Pg. 918 as: "The liberty of a member of a society, being a man's natural liberty, so far restrained by HUMAN LAWS (and no further) as is necessary and expedient for the general advantage of the public [the state]"

7.  Natural Persons have natural rights and duties. (See CC 27) Natural Persons enjoy "natural liberty" as creatures subject only to natural law and defined in Black's Law Dictionary, 6th ed. Pg. 918 as: "The power of acting as one thinks fit, without any restraint or control, unless [except] by the LAW OF NATURE. The RIGHT which nature gives to all mankind of disposing of their persons and property after the manner they judge most consistent with their happiness, on condition of their acting within the limits of the LAW OF NATURE, and so as not to interfere with an equal exercise of the same RIGHTS by other men."

8.  There is a maxim of law concerning the difference between rights and privileges which states "Qui sentit commodum, sentire debet et onus. He who enjoys the benefit, ought also to bear the burden. He who enjoys the advantage of a right takes the accompanying disadvantage - a privilege is subject to its condition or conditions." (Bouvier's Maxims of Law (1856))

9.  Natural Persons are considered sovereign states which are inherently foreign to the fictitious Juridical Person, STATE OF LOUISIANA and are NOT subject to the statutory or constitutional mandates of the fictitious Juridical Person known as THE STATE OF LOUISIANA, as evidenced by its own constitution, The State of Louisiana's Constitution of 1974, Article I § 26. "The people of this state have the sole and exclusive right of governing themselves as a free and sovereign state; and do, and forever hereafter shall, exercise and enjoy every power, jurisdiction, and right, pertaining thereto, which is not, or may not hereafter be, by them expressly delegated to the United States of America in congress assembled." this fact is further evidenced by declaration of the Fortieth Congress in the Statutes at Large during Session II, Chapter 249, Sections 1 & 2 in 1868: "WHEREAS, the right of expatriation is a **Natural and Inherent** right of **all people**, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness ; and whereas in the recognition of this principle this government has freely received emigrants from all nations, and invested them with the rights of citizenship ; and whereas it is claimed that such American citizens, with their decendents, are subjects of foreign states, owing allegiance to the governments thereof ; and wherein it is necessary to the maintenance or public peace that this claim of foreign allegiance should be promptly and finally disavowed: Therefore,

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That any declaration, instruction, opinion, order, or decision of any officer of this government which denies, restricts, impairs or questions the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

And be it further enacted, all naturalized citizens of the naturalized foreign in foreign United States, while in

2

foreign states, shall be entitled to, and shall states receive from this government, the same protection of persons and property that is accorded to native-born citizens in like situations and circumstances."

10. Since Natural Persons are tangible, real and exist Ad Hoc Actum they are obviously on the face sovereign and superior to non-tangible fictitious Juridical Persons who's only claim to existence is its definition in law. In any impartial Judicial Review of this fact, the court must find it absurd to consider that Juridical Persons are capable of attaining the right to exercise jurisdiction over any sovereign and superior Natural Persons. It is absolute lunacy to consider that any non-existent entity may exercise jurisdiction over an existing one. Thus, Secured Party enjoys and herein asserts, the exclusive right and freedom to exercise his sovereign will and superior jurisdiction Sui Juris, over any Juridical Person and in toto alter or abolish any custom, rule, code, statute, or policy created by any Juridical Person subject to his rightful jurisdiction as a Free and Sovereign State, Natural Person and living man. Legal maxim for this fact: "Lex autem respicit formam, quam substantia" The law respects form less than substance. The bible reiterates this fact in John 15:20 and Matt 10:24, "A servant is not greater than his master."

11. The superior Natural Person has lawful capacity to make all sorts of Juridical Acts (see CC 28), but the fictitious Juridical Persons being foreclosed from reality and nature, may never possess any capacity to make any sort of Natural Act, neither can it claim any benefit or injury in regards to any non-fictitious attributes of the real and natural world.

12. Natural Persons are not restricted in their rights and duties, as they are enumerated in the constitution of the Juridical Persons, STATE OF LOUISIANA; and UNITED STATES OF AMERICA; as Natural Persons are NOT subject to nor restricted by any of the Constitution's enumerated rights which deny or disparage any unenumerated right which were previously prescribed by God and Nature ONLY to Natural Persons. (See The State of Louisiana's Constitution of 1974, Article I §24 and The 9th Amendment to the Constitution of the United States of America.)

13. Natural Persons may lawfully engage in any act Sui Juris, which does not violate, encroach upon or abridge the rights and duties of another Natural Person lawfully acting Sui Juris and may do so with impunity and without liability to any Juridical Government Persons such as the STATE OF LOUISIANA who was originally created by the Natural People existing within the territories statutorily defined as the territorial jurisdiction of the fictitious Juridical Person, STATE OF LOUISIANA; to protect and guarantee to all Natural Persons the full enjoyment of their aforesaid rights and duties, (See The State of Louisiana's Constitution of 1974, Article I §1.) but have since created a myraid of fraudulent statutes, privileges, benefits or immunities contrary to the protection of Natural Persons which deny and disparage the Natural Person in his enjoyment of said rights and duties.

14. It is both colorable and fraudulent for a Natural Person as the original delegator of rights and duties to delegate to a delegatee by written constitution or otherwise the authority to become a secondary delegator that may delegate to another delegatee being likewise a Natural Person or Juridical Person any power, duty, or right which was not possessed by the original delegator as a Natural Person at the time of the original delegation. (see CC 31) To say otherwise would be a lunacy, as it is the equivelent of saying that a Banker who has no right or duty to steal money from his Account Holders, may lawfully delegate to his favorite Charity the authority to force his Account Holders to Donate all of the money stored in his Bank to the Charity, so the Banker and Charity may share in the profits. Thus a Judicial Review of the facts concerning delegations of rights and duties; must find that a Natural Person is incapable of delegating to a written constitution the power to delegate to an executive, judiciary, or legislature any power, duty, or right in which the Natural Person as the original delegator did not possess at the time of the original delegation. The legal maxims of this are: "Derativa potestas non potest esse major primitiva", the power which is derived cannot be greater than that from which it is derived, and "Delegata potestas non potest delegari", A delegated authority cannot be again delegated, and "Nemo plus juris ad alienum transfere potest, quam ispe habent", One cannot transfer to another a right which he has not.

15. It is both colorable and fraudulent to claim a Natural Person has violated the dignity of any fictitious Juridical Person, such as the STATE OF LOUISIANA, because fictitious Juridical Persons do not exist Ad Hoc Actum and as such non existent entities are foreclosed from possessing dignity which is an attribute of Actum and as

3

such is applicable only to tangible Natural Persons.

16. The plaintiff a Juridical Person, STATE OF LOUISIANA, in cause numbers 86287 - 86292, has filed a claim in this court and although plaintiff has sent representatives to this court on his behalf, this cannot be confirmed and Secured Party must assume the plaintiff has lawfully abandoned his claim by failing to appear in this court and state that his claim is truly his claim and the authority by which it was filed. The proof of this fact is found in the legal maxims: "Idem non esse et non apparet." It is the same thing not to exist and not to appear, and "De non apparentibus et non existntibus eadem est ratio" The reason is the same respecting things which do not appear, and those which do not exist.

17. Natural Persons and Juridical Persons are legally and distinctly identifiable by their names. In contemplation of this fact we must observe the legal maxim. "Ad recte docendum oportet, primum inquirere nomina, quia rerum cognitio a nominibus rerum dependet." In order rightly to comprehend a thing, inquire first into the names, for a right knowledge of things depends upon their names.

18. Law is extremely precise. Every letter, capitalization, punctuation mark, etc., in a legal document is utilized for a specific reason and has legal (i.e. deadly force) consequences. If, for instance, one attempts to file articles of incorporation in the office of a Secretary of State of a State, if the exact title of the corporation - down to every jot and tittle - is not exactly the same each and every time the corporation is referenced in the documents to be filed, the Secretary of State will refuse to file the papers. This is because each time the name of the corporation is referenced it must be set forth identically in order to express the same legal entity. The tiniest difference in the name of the corporation identifies an entirely different legal person.

19. The aforementioned precise requirements of law (see Fact 18) in names are evidenced by conventional use of American English Grammer, the editors of, The Chicago Manual of Style (14th) Edition, published by the University of Chicago Press were quoted as saying "Writing names in all caps is not conventional; it is not Chicago style to put anything in all caps. For instance, even if 'GONE WITH THE WIND' appears on the title page all in caps, we would properly render it 'Gone with the Wind' in a bibliography. The only reason we can think of to do so is if you are quoting some material where it is important to the narrative to preserve the casing of the letters."

20. Natural Persons exist Ad Hoc Actum and are properly addressed in Proprium Personam in their Proprium Nomen. The names of Natural People appear on legal documents spelled with capital first letters; the balance of each spelled with lower case letters by the customs of American English grammer and the style of Propria on all legal documents as evidenced by "Manual on Usage & Style," Eighth Edition published by Texas Law Review in 1995. Section D, CAPITALIZATION, paragraph D. 1:1 says: "Always capitalize proper nouns.. [Proper nouns], independent of the context in which they are used, refer to specific persons, places, or things (e.g., Dan, Austin, Rolls Royce).", and Paragraph D: 3:2 of Section D states: "Capitalize People, State, and any other terms used to refer to the government as a litigant (e.g., the People's case, the State's argument), but do not capitalize other words used to refer to litigants (e.g., the plaintiff, defendant Manson).", and the US Government Style Manual published by The Government Printing Office, March 2000 edition says this in Chapter 3, "Capitalization," at ' 3.2, prescribes rules for proper names: "Proper names are capitalized. [Examples given are] Rome, Brussels, John Macadam, Macadam family, Italy, Anglo-Saxon.", it is reiterated in Chapter 17, "Courtwork, the rules of capitalization," at ' 17.9 which says: "In the titles of cases the first letter of all principal words are capitalized, but not such terms as defendant and appellee."

21. Juridical Persons are non-existent legal fictions and since legal fictions are fictitious entities, creaturae lex, they are properly addressed in legal documents under a fictitious name (see fact 22) such as the fictitious plaintiff (see fact 23) and fictitious Juridical Person, STATE OF LOUISIANA.

22. A "fictitious name" is defined in Black's Law Dictionary, 6th ed. Pg. 624 as "A counterfeit, alias, feigned, or pretended name taken by a person, differing in some essential particular from his true name (consisting of Christian name and patronymic [surname], with the implication that it is meant to deceive or mislead."

23. On the same page, (see fact 22) under "fictitious plaintiff" in Black's Law Dictionary, 6th ed. Pg. 624 is defined as "A person appearing in the writ, complaint, or record as the plaintiff in a suit, but who in reality does not exist,

4

or who is ignorant of the suit and of the use of his name in it." in comments of this definition is found: "It is a contempt of court to sue in the name of a fictitious party."

24. Again, on the same page, (see facts 22, 23) in Black's Law Dictionary, 6th ed. Pg. 624 "fictitious action" is defined as "An action brought for the sole purpose of obtaining the opinion of the court on a point of law, not for the settlement of any actual controversy between the parties."

25. The word Capitalize is defined in Merriam-Webster's Dictionary as a verb in 2.(a) "to convert into capital." in 2.(b) "to treat as an amortizable investment in long-term capital assets rather than as an ordinary operating expense to be charged against revenue for the period in which it is incurred." and its 4th definition as an instransitive verb means: "to gain by turning something to advantage" through 1. "to write or print with an initial capital or in capitals. In Gregg's Manual of English is found: "A name spelled in all capital letters or a name initialed, is not a proper noun denoting a specific person, but is a fictitious name, or a name of a dead person, or a nom de guerre." and the Oxford Dictionary defines "Nom de guerre" as "War name. A name assumed by or assigned to a person engaged in some action or enterprise."

26. Secured party must assume the indictment or information commencing this action is a falso clamore de nominibus fictis, addressing a creaturae lex, as by failing to write or print Secured Party's Christian name, Sarah-Marissa: Pruitt; in its proper form and choosing to capitalize each letter of Secured Party's Christian name, it must be assumed that the Juridical Person, STATE OF LOUISIANA and fictitious plaintiff (see fact 23) has sought "to gain by turning something to advantage" and by capitalizing all of the letters is properly addressing a creaturae lex, a non-existent fictitious Juridical Person to deceive and mislead through the use of a Natural Person's "fictitious name" (see fact 22). This practice is evidenced in Snider v. Newell 44 SE 354 "Fictitious names exist for a purpose. Fictions are invented to give courts jurisdiction." There is a legal maxim concerning this practice: "Ac etiam, necesse pretendit fictitous causa agendi et dare iurisdictionem in atrio per obsequia praecepta", and the need to allege a cause of action and give jurisdiction to the court of compliance with the statutes. Whoa be unto lawyers and judges who condone or allow this practice as the holy bible explains in 2 Peter 2:3, "And through covetousness shall they with feigned words make merchandise of you: whose judgment now of a long time lingereth not, and their damnation slumbereth not."

27. Only Juridical Persons and Corporate Personalities are addressed in all capital lettering because corporations are incorporated under de jure corporate law, i.e. by bona fide express contract between real beings capable of contracting, it is a legal fact. Using the juristic artifice of "presumption," or "assumption" (a device known as a "legal fiction"), implied contract, constructive trusts, another entirely separate entity can be created using the name of the bona fide corporate legal fact (the name of the corporation) by altering the name of the Natural Person into some other corrupted format, such as ALL-CAPITAL LETTERS or abbreviated words in the name. Such corporations exist in law, but have arbitrarily been assigned another NAME. No such corporation (legal fact), nor any valid law, nor even a valid legal fiction, can be created under the "law of necessity," i.e. under "no law." Likewise, the arbitrary use of the legal-fiction artifice of "right of presumption" (over unwary, uninformed, and usually blindly trusting people) can be legitimately exercised under "no law." Anything whatsoever done under alleged authority of naked criminal aggression, i.e. law of necessity, can be rendered legitimate.

28. Whatever is done through necessity, is done without any intention, and as the act is done without will, and is compulsory, the agent is not legally responsible. Hence the maxim, necessity has no law; indeed necessity is itself a law which cannot be avoided nor infringed. Maxims of law describing "necessity" include: "Necessitas non habet legem", Necessity has no law, and "In bello silent leges", In time of war, laws are silent, and "Quia necessitas legem regit", Necessity overrules the law, and "Quod est necessarium est licitum", What is necessary is lawful. It follows, then, that the acts of a man in violation of any law. Or even to the injury of another, may be justified by necessity, because the actor has no will to do or not to do the thing, he is a mere tool; but, it is conceived, this necessity must be absolute and irresistible, in fact, or so presumed in point of law. In the bible in Romans 4:15 is found this concerning necessity: "but where there is no law, there also is no violation." and in Romans 5:13, "but sin is not charged against anyone's account where there is no law."

29. Secured Party is a Natural Person and Living Man exists only in Ad Hoc Actum and is NOT the Juridical Person addressed in the fraudulent indictment or bill of information filed by agents and representatives of the Juridical

Person, STATE OF LOUISIANA;

30. The Juridical Person, STATE OF LOUISIANA'S use of all caps in place of Propria is absolutely no mistake. It signifies an internal ("legal") rule and authority. Its foundation is pure artifice and the results have compounded into more deceit in the form of created, promulgated, instituted, administered, and enforced rules, codes, statutes, and policy - all such laws are merely colorable. i.e. "the laws that appear to be but are not, never were, and never can be."

31. The agents and/or representatives of the Juridical Person, STATE OF LOUISIANA; are in contempt of this court and have filed a fraudulent action (see fact 24) and is claiming an impossible to commit crime has occured and that a fictitous Juridical Person has in some impossible way through the actions of a separate Natural Person caused some kind of impossible injury to the dignity and peace of a non-existent and mere fictitious plaintiff and Juridical Person lacking any manner of dignity or form in Ad Hoc Actum. An synonymous statement of this fact can be found in the bible in Galations 2:4-5, "But it was because of the false brethren secretly brought in, who had sneaked in to spy out our liberty which we have in Christ Jesus, in order to bring us into bondage. But we did not yield in subjection to them for even an hour, so that the truth of the gospel would remain with you."

32. Dignity and peace are attributes of reality only belonging to Natural Persons in Ad Hoc Actum and are in toto impossible for fictitious Juridical Persons to possess or claim as having been injured. (see fact 11)

33. According to the Juridical Person, STATE OF LOUISIANA'S revised statutes, in a criminal action, whenever a defendant files an affidavit prior to trial denying the existense of any fictitious, Juridical, or Corporate Persons mentioned in the indictment or information, burden of proof is placed upon the plaintiff who must prove the existense of each fictitious, Juridical, or Corporate Person in which the defense has alleged in his affidavit to not exist prior to any trial of the merits. (see La R.S. 15:429, Corporate existence presumed unless affidavit of denial filed before trial)

34. Secured Party being ONLY a Natural Person appearing herein Proprium Personam, Sui Juris, Ad Hoc Actum by this affidavit of facts herein affirmed and subscribed to be true by wet-ink signature of Secured Party and is both true and correct to the best of Secured Party's knowledge and belief, Secured Party does hereby specifically deny the existance of each of the following fictitious, Juridical, Corporate Persons or any other entity which is or may have been mentioned on the fraudulent Indictment or Bill of Information filed in cause numbers 86287 - 86292, submitted to this court by the agents and/or representatives of the fictitious Juridical Person, STATE OF LOUISIANA and which may be considered Juridical, unincorporated or non-existent: HUGH BRIAN STREET, HUGH B STREET, HUGH STREET, BRIAN STREET, H BRIAN STREET, H B STREET, THE STATE OF LOUISIANA, STATE OF LOUISIANA, THIRTIETH JUDICIAL DISTRICT COURT, THE THIRTIETH JUDICIAL DISTRICT COURT, VERNON PARISH SHERIFF'S OFFICE, VPSO, VERNON PARISH, VERNON PARISH SHERIFF, LOUISIANA STATE HIGHWAY PATROL, STATE OF LOUISIANA HIGHWAY PATROL, LOUISIANA HIGHWAY PATROL, LHP, LOUISIANA STATE HWY PATROL, STATE OF LOUISIANA HWY PATROL, LOUISIANA HWY PATROL, LOUISIANA HP, STATE OF LOUISIANA HP, LOUISIANA STATE HP, UNITED STATES, UNITED STATES OF AMERICA, THE UNITED STATES, and THE UNITED STATES OF AMERICA. THE LOUISIANA STATE BAR ASSOCIATION, LOUISIANA STATE BAR ASSOCIATION, LOUISIANA BAR ASSOCIATION, THE LOUSIANA BAR ASSOCIATION, THE LOUISIANA BAR, LOUISIANA STATE BAR, LOUISIANA BAR, LOUISIANA SUPREME COURT, THE SUPREME COURT OF LOUSIANA, and THE LOUISIANA SUPREME COURT. This fact shall be further construed to assert the intent of Secured Party to deny the existense of any and every de facto entity, creaturae lex, or entity otherwise capable of being considered non-existent, corporate, juridical, or fictional that is mentioned on any negotiable instrument, document, indictment, or bill of information, for which there may be any fraudulent claim or fraudulent assumption of liability or contract considered to exist against or with Secured Party's Natural Person or Body, or which stand as contrary to the Dignity or Peace of the same Natural Person, Sui Juris as prescribed by Nature.

35. Secured Party is a Natural Person and enjoys the lawful Status of any Free and Sovereign State appearing to declare this fact in Proprium Persona, Sui Juris, Ad Hoc Actum, and as such an entity is sovereign and immune to all whims, constitutions and laws of the fictitious Juridical Person, STATE OF LOUISIANA; which may deny or disparage any of his rights as they have been prescribed to him by his Creator. Natural Persons in the

enjoyment of their Sovereign Status, are thus immune to all suits in both law and equity commenced by any foreign Juridical Persons. (see 11th Amendment to The Constitution of the United States of America). The legal maxim of this immunity is: "Frustr feruntur legis nisi subditis et obedientibus." Laws are made to no purpose unless for those who are subject and obedient. Further explaination of this fact is found in William Blackstone's Commentaries at 41, "This law of nature, being coeval with mankind and dictated by God himself, is of course superior in obligation to any other. It is binding over all the globe in all countries, and at all times: no human laws are of any validity, if contrary to this; and such of them as are valid derive all their force, and all their authority, mediately or immediately, from this original." and in Institutes of American Law by John Bouvier, 1851, Part I, Title II, No. 9, "The law of nature is superior in obligation to any other. It is binding in all countries and at all times. No human laws are valid if opposed to this, and all which are binding derive their authority either directly or indirectly from it." the legal maxim of whether nature's law or human law is superior is: "Quod prius est verius est; et quod prius est tempore potius est jure." What is first is truest; and what comes first in time, is best in law.

36. The true purpose for the 11th Amendment was to ensure that, Juridical and other non-existing Persons are foreclosed from attaining parity and interfacing in suits at law and equity, with Natural Persons who through being real, possessing Actum, and being created of tangible substance, can never be considered as equal as any person without such attributes, and cannot file suits against each other in any court because a conflict is not valid unless each party is provided the equal protection of the laws. Juridical Persons and Natural Persons are not equal and any suit between them could never be considered to enjoy a fair trial because their rights or privileges which entitle the parties to the protection of the laws are defined separately and by their parity in an action, would present an immense imbalance in the scales of justice as the two parties at conflict, do not share an equal balance of the rights, duties, privileges or immunities in the law. (see 14th Amendment to The Constitution of the United States of America) The legal maxims of this fact: "Disparata non debent jungi", Unequal things ought not to be joined, and "Dissimilum dissimiles est ratio", Of disimilars the rule is dissimilar, and "Aequalitas est aequitas", Equality is equity.

37. In all criminal actions the accused defendant is entitled to a fair and impartial trial by a jury of his peers, If the parties to an action may not interact in the realm of their existense, as such is the case when one exists fictitiously and one is real, they are not peers nor are they equal in any sense of being, especially so in their forms of reality, an equal protection of the laws as related to the parties involved does not exist, and no trial between unequal parties may justly be considered a balanced or impartial one, and no competent court should attempt to hear such aburd controversies. (See The State of Louisiana's Constitution of 1974, Article I §16.)

38. Any Person whether considered Juridical or Natural who attempts with intent to restrict, infringe, or otherwise deter the actions of another Natural Person behaving Sui Juris which does not constitute an attempt with intent to restrict, infringe, or otherwise deter the actions of another Natural Person behaving Sui Juris, does so through malicious intent abridge a Natural Person's 1st Amendment rights to Freedom of Speech because actions are a form of expression and all forms of expression are inherently forms of speech. This interpretation of the constitutions text is self-evident under any strict and impartial judicial review of the fact, and is evidenced by legal maxim: "res, non verba" actions, not words, and this maxim's famous quotation: "Actions speak louder than words." For further illumination of this fact of liberty, observe the legal maxim concerning interpretations: "Quotiens dubia interpretatio libertatis est, secundum libertatem respondendum erit." Whenever there is a doubt between liberty and slavery, the decision must be in favor of liberty.

39. Any Person whether considered Juridical or Natural who attempts with intent to restrict, infringe, deny, disparage, or otherwise deter a Natural Person's actions in the enjoyment of any right or duty as endowed to him by his Creator or Nature, does so through malicious intent abridge a Natural Person's 1st Amendment rights to Freedom of Religion because the free exercise of his religious will to obey his creator is prohibited. It is the very nature of law, quid unum creat, unum controllata, what one creates, one controls. The holy bible says in Isaiah 33:22, "For the LORD is our judge, the LORD is our lawgiver, the LORD is our king; he will save us." in James 4:12, "There is only one Lawgiver and Judge, the one who is able to save and destroy. But you--who are you to judge your neighbor?" in Galations 5:1, "It was for freedom that Christ set us free; therefore keep standing firm and do not be subject again to a yoke of slavery." in Acts 5:29, "We must obey God rather than men." in Galations 3:13, "Christ redeemed us from the curse of the law by becoming a curse for us".

7

40. This court is a colorable court when it only recognizes colorable Juridical Persons or allows a spurious action as such is any case in which a colorable Juridical Person accuses an unequal party such as a Natural Person behaving Sui Juris in the free excercise of his rights and duties as endowed to him by his Creator of whom is the only Authority Secured Party and Natural Persons are subject to obey as "All Men are Created Equal" (see The Declaration of Independence) and only man's Creator is superior, having jurisdiction over men as their creator.

41. A Natural Person having form Ad Hoc Actum which no Equal Man and especially no Less than Equal Juridical Person may assume or delegate any such right in which the delagator has never possessed, as such is the absurdity and case when the Juridical Person, STATE OF LOUISIANA, fraudulently declares itself superior or attempts to assume a role of Authority without having first being delgatee of a Natural Person(victim) who has sustained some type of loss or injury to his rights or duties Ad Hoc Actum as a direct result of some willful Natural Act of the Natural Person(criminal) which was done with malicious or criminal intent. The legal maxim concerning this fact is: "Nemo dat quod habet", no one gives what he does not have.

42. This court lacks in personam jurisdiction in cause numbers 86287 - 86292 because for in personam jurisdiction to exist the now Sovereign Natural Person(victim) (See fact 40) must delegate to this court his Authority and Personal Jurisdiction to reclaim his full rights and duties from the now Subject Natural Person(criminal) who rightfully owes restoration of the Natural Person(victim) to his full rights and duties as the cause of the Sovereign Natural Person's(victim) loss or injury in his rights or duties. The legal maxims concerning the superior status of the victim are: "Quis autem iniquitatem aequitati non", He who has committed iniquity, shall not have equity, and "Qui aequitate rei habere , erit in eodem iudicio", He who will have equity done to him, must do equity to the same person. Which is further expounded by the "golden rule" from the bible in Luke 6:31, "Do to others as you would have them do to you." It seems quite obvious to Secured Party that in every just resolution to conflict, every party is restored to perfect equality, having regained just compensation of all that which ill will have lost or injured.

43. Justice is represented by the symbol of a perfectly balanced scale because a controversy is not settled and justice has not prevailed until the weights of each party in their rights, duties and merits have been restored to a perfect balance and any ruling to the contrary of this perfect balance is on its face, a biased ruling. There are legal maxims for this fact: "Judex ante occulos aequitatem semper habere debet" A judge ought always to have equity before his eyes, and "Jus respicit aequitatem", Law regards equity, and "Lex aequitate guadet; appetit perfectum; est norma recti" The law delights in equity; it covets perfection; it is a rule of right, and "Lex fingit ubi subsistit aequitas", Law feigns where equity subsists. The bible explains the role of perfect balance to justice in Proverbs 11:1, "A false balance is abomination to the LORD: but a just weight is his delight." in Proverbs 16:11 "A just weight and balance are the LORD'S: all the weights of the bag are his work." in Ezekiel 45:10 "Ye shall have just balances, and a just ephah, and a just bath." in Deuteronomy 25:13 "Thou shalt not have in thy bag divers weights, a great and a small." Leviticus 19:35 "Ye shall do no unrighteousness in judgment, in meteyard, in weight, or in measure." and Deuteronomy 25:15 "But thou shalt have a perfect and just weight, a perfect and just measure shalt thou have: that thy days may be lengthened in the land which the LORD thy God giveth thee." the bible also warns of the danger in using unbalanced weights to acheive justice in Hosea 12:7 "He is a merchant, the balances of deceit are in his hand: he loveth to oppress." in Micah 6:11 "Shall I count them pure with the wicked balances, and with the bag of deceitful weights?"

44. This court lacks subject matter jurisdiction in cause numbers 86287 - 86292 because for criminal subject matter jurisdiction to exist there must also exist a real(not hypothetical or conjectural) criminal subject matter. No subject matter lacking conflict Ad Hoc Actum is justiciable or may be considered a valid subject matter to adjudicate. It is a simple concept that a controversy with a party that does not exist, is a controversy that does not exist. "For a crime(criminal subject matter) to exist, there must be an injured party." Sherar vs. Cullen, 481 F. 945. Without an injured party, the crime(criminal subject matter) does not exist. Injury and loss only occur Ad Hoc Actum, which makes it impossible for a Juridical Person who does not exist Ad Hoc Actum to experience. (See facts 11 & 32)

45. In personam and subject matter jurisdiction may be validly obtained only by implicit consent through a criminal action of a Person which causes loss or injury to the rights of another Person or by written consent of a Natural Person(willing subject) through his free and voluntary decision in which the Natural Person(willing subject) shall

8

have been provided full disclosure of all terms and conditions related to his lunatic act in granting another Natural Person(willing sovereign) or Juridical Person(willing sovereign) the right to be his superior and the Natural Person shall have been fully warned and made aware of all dangers involved in granting such tyrannical Authority over his Natural Person(willing subject).

46. According to Bouvier the word appearance means, "The formal proceeding by which a defendant submits himself to the jurisdiction of the court". Considering, full disclosure of the fact that his appearance in this court is not mandatory was never provided to Secured Party and further that Secured Party's only reason for appearing in this court is for threat of duress as his life, liberty, property, and other rights have been threatened by the officers of this court should she fail to appear in this court, she would face being tied up and dragged into it or other deprivations of life, liberty or property, therefore all his appearances must hereby and forever be considered strictly as optional and special, and shall not be construed as Secured Party submitting herself to any jurisdiction of this court. Secured Party absolutely rejects any and all such deceptive practices such lacking full disclosure of the terms and conditions his actions may subject him to. This court may not construe an undisclosed obligation, as an acceptance of a colorable jurisdiction. To comprehend this fact, observe these legal maxims: "Id quod nostrum est, sine facto nostro ad alium transferi non potest ", What belongs to us cannot be transferred to another without our consent, and "Quod meum est sine me auferri non potest", What is mine cannot be taken away without my consent, and "Non videtur consensum retinuisse si quis ex praescripto minantis aliquid immutavit" He does not appear to have retained his consent, if he have changed anything through the means of a party threatening, and "Non consentit qui errat" He who errs does not consent.

47. Any Government whose only purpose of creation is to protect Natural Persons in the free exercise of their full rights and duties inherently lacks every Authority or Jurisdiction except those of protecting the rights and duties of Natural Persons as so endowed by their Creator. (see The State of Louisiana's Constitution of 1974, Article I §1) The Juridical Person, STATE OF LOUISIANA, lacks Authority and/or Jurisdiction to make and/or enforce any law which denies the full enjoyment of Secured Party's creator given rights and duties, as so truthfully and humbly declared in this affidavit and must allow Secured Party to actively pursue a life abundant in liberty and happiness, the meanings of which are left to Secured Party's opinion, Sui Juris, Ad Hoc Actum.

48. Louisiana's statutory laws are not valid laws and this court further lacks subject matter jurisdiction because even in countries with the most tyrannical laws, for as many ages as laws have been known to exist, laws are not considered valid laws without first being declared to the public with an enacting clause on its face. In Louisiana including the enacting clause is mandated by it's own constitution. "The style of a law enacted by the legislature shall be, "Be it enacted by the Legislature of Louisiana." It shall be unnecessary to repeat the enacting clause after the first section of an act." The State of Louisiana's Constitution of 1974, Article I §16

49. It is not sufficient for the enacting clause to appear in the "act" creating the law, but omitted from the publicly published statutes because no person is required to obey a law to which he is not subject and laws which do not state by who's authority it has been created, have no authority. No person is capable of determining whether he is subject to a law which does not clearly state its authority. This court may find evidence of this fact in this citing: "It is necessary that every law should show on its face the authority by which it is adopted and promulgated, and that it should clearly appear that it is intended by the legislative power that enacts it that it should take effect as law" People vs. Dettenthaler, 77 N.W. 450, 451, 118 Mich. 585 (1898), citing Swann vs. Buck, 40 Miss. 270.

50. All of Louisiana's statutes which deny or disparage a Natural Person in the enjoyment of any right or duty as endowed by his creator are not only void ab initio, but by its enforcement denies a Natural Person who has become an unfortunate victim of the law enforcement officer who through enforcement of said laws has become the truthful criminal causing an actual injury to a Natural Person in his person, property, reputation, or to other rights of the Natural Person including the constitutionally enumerated right to access the courts for an adequate remedy of said injuries by due process of law and justice, administered without denial, partiality, or unreasonable delay. (see The State of Louisiana's Constitution of 1974, Article I §22) When the laws prevent the only party who has sustained a real injury to person, property, reputation or other rights Ad Hoc Actum, from accessing the courts to reclaim the things which were lost or injured as the result of another Natural Persons(law enforcement officer "in the performance of his duties") intentional actions Ad Hoc Actum, the real injured party and victim of the crime is denied his right to access the court for the due process of law of a remedy to his injury. To afford

9

Juridical Persons the right to claim his non-existent injury warrants a real injury to a Natural Person is to deny this constitutional right to all Natural Persons.

WHEREFORE, Secured Party, without malice, do hereby declare and affirm, that any and all alleged contracts, legal documents, or instruments existing or presumed to exist with or in relation to the artificial Juridical Person represented as "HUGH BRIAN STREET", "HUGH B STREET", "H BRIAN STREET", "HUGH STREET", "BRIAN STREET", "H B STREET", or any other deviation from my proper Christian name, Hugh-Brian: Street; with or without wet-ink signature, refer to an entirely different fictitious legal entity, known as defined in civil law as a Juridical Person, designed without full disclosure by various agencies as separate legal fictions known also as Juridical Person's, all lacking Actum are lawfully subject to the jurisdiction of Secured Party as a Natural Person, Sui Juris as a Free and Sovereign State.

Secured Party further declares and affirms that any and all negotiable instruments, documents, or conventions issued by the fictitious Juridical Person, STATE OF LOUISIANA; or any other Juridical Persons, that Secured Party may use, including but not limited to, "Birth Certificate", "Passport", "Federal Reserve Notes", "Social Security Account Number", "Bank Account", "Utility Service", "Postal Address", "Postal ('Zip') Code", "Street Address", etc. are used under threat of duress and/or coercion with alternative remedy disabling and harmfully mitigating normal, regular and daily commerce. Secured Party declares all rights to life, liberty, and the pursuit of happiness which includes but is not limited to the right to acquire and own property, estate, holdings, and wealth, on behalf of Secured Party, Secured Party's family and other Natural Persons acting in accordance with the rights and duties endowed to Natural Persons by their creator, god and nature.

This Declaration constitutes Secured Party's Affidavit of Identity, Declaration of Natural Status, Denial of Corporate Existense, and Judicial Notice to all Courts, Agents, and/or Representatives of the fictitious Juridical Persons, STATE OF LOUISIANA or THIRTIETH JUDICIAL DISTRICT COURT of their lack of jurisdiction and standing to hear arguments, hear testimony, admit evidence, reach merits, or issue judgements in suits of law or equity involving claims against their superior Natural Person, who is herein now and forever shall be, Identified by his proper Christian name written in the form of: Sarah-Marissa: Pruitt; and further is NOT, has never been and shall never be a fictitious Juridical Person or any other entity, which may be considered as subject to any inferior jurisdictions of the fictitious Juridical Persons, STATE OF LOUISIANA or THIRTIETH JUDICIAL DISTRICT COURT.

Until and unless this Affidavit is in toto rebutted by counter-affidavit, point-for-point or should any single point of this Affidavit be successfully rebutted, all remaining points not similarly rebutted, it stands as truth in law. If any man or woman desiring to answer this affidavit, please answer in the manner of this affidavit, with notarized affidavit, using your Christian or family name for signature, and file with the clerk for the district court of louisiana the parish of vernon state of louisiana for acceptance, within ten (10) days or default presumption of fact will lie as complete truth upon all predecessors and successors. So Secured Party does herein affirm and humbly declare these truths, before the goodness of his Creator. In Proprium Persona, Sui Juris, Without prejudice and all rights resereved.

DATE: 11/05/14                                    /s/  _____
                                                        Hugh-Brian: Street; All Rights Reserved


Secured Party hereby certifies that a copy of this Affidavit has been duly provided to all parties listed below, by (X) Hand Delivery on this __5th__ day of _November_, 20_14_.

Asa A. Skinner,
Vernon Parish Deputy Prosecutor
208 S 3rd Street
Leesville, Louisiana
Near [71446]

10

district court of louisiana the parish of vernon state of louisiana.
215 S 3rd Street
Leesville, Louisiana
Near [71446]

DATE: __11|05|2014__                    /s/ _____Bri_____
                                             Hugh-Brian: Street; All Rights Reserved

IN THE parish of vernon, state of louisiana

I, the undersigned Notary Public, do hereby affirm that Hugh-Brian: Street; personally appeared before me, a notary, and attested to the truth of this affidavit with his signature, on this __5th__ day of _____Nov___, 20 _14_, as his free and voluntary act and deed.

                                    /s/ ___Raetta Hay, #6983_____
                                             Notary Public
                                        __at death_____
                                             My Commission Expires

1

2

3         THIRTIETH JUDICIAL DISTRICT COURT

4               PARISH OF VERNON

5             STATE OF LOUISIANA

6

7

8

9

10

11

12

13

14         ST

15

16           H

17   DOCKET NUMBER'S:             6,290
           86,291

18

19

20

21

22

23

24

25

26   HEARING ON A PRO SE MOTION AND MISDEMEANOR TRIAL

27   Leesville, Louisiana
   September 5, 2014

28

29   Reported by:

30   Carol C. Hetland
   Court Reporter

31   Division A

32

BY MR. SEASTRUNK:

Your Honor, I'm going to go ahead and call 86,287, through 292, "State of Louisiana versus Hugh Brian Street" -- Hugh Brian Street.

BY THE COURT:

Good morning. Now, what case is set for trial today, Mr. Seastrunk?

BY MR. SEASTRUNK:

It would be bills of information 86,288, 86,289, 86,290, 86,291, 86,292, which are all misdemeanors, Your Honor.

BY THE COURT:

All right, sir. Okay. Mr. Street is present. We've brought in Mr. Bailey as well because there is confusion and we want to clear that up on the record as well. All right. Mr. Street, you have two things set for today. You have misdemeanor cases that are set for trial today.

BY MR. STREET:

Yes.

BY THE COURT:

And, Mr. Seastrunk has called those numbers. And then, there's also set for today a hearing pursuant to some motions that you filed pro se that I set a hearing on today -- not on the motions themselves but a hearing to determine -- well, at the time that I set them, I thought and believed Mr. Bailey was your counsel and it was to determine whether you wanted to keep him as your counsel or with -- let him -- or discharge him and choose to represent yourself on all these charges, including not only the ones set for today but the felony

1    charges that are set for trial on the 15th.

2    BY MR. STREET:

3        Yes, sir.

4    BY THE COURT:

5        Okay.  Did you follow all that?

6    BY MR. STREET:

7        I believe so.

8    BY THE COURT:

9        Okay.  So, first of all, Mr. Seastrunk has --

10    well, you haven't actually made your motion yet.

11    Well, let me -- let me deal with the counsel thing

12    first and then we can go with, with everything else.

13    All right.  The DA's docket shows that Mr. Bailey

14    represents you on all these charges -- the ones that

15    are set for today as well as the felony charges.

16    When we were taking pleas -- Wednesday I think -- I

17    think it was learned or it's asserted that Mr.

18    Bailey does not represent you on these charges that

19    are set for today or the felony charges set week

20    after next.  Is that your understanding?

21    BY MR. STREET:

22        Yes, sir.

23    BY THE COURT:

24        Okay.  Mr. Bailey, . . .

25    BY MR. BAILEY:

26        . . .yes, sir . . .

27    BY THE COURT:

28        . . .is that your understanding?

29    BY MR. BAILEY:

30        Yes, sir.

31    BY THE COURT:

32        Okay.  All right.  Now, you understand that you

1    have felony charges pending against you that are set

2    for trial on September the 15th?

3    BY MR. STREET:

4        Yes, sir.

5    BY THE COURT:

6        And, you are wanting to represent yourself on

7    those and not have counsel?

8    BY MR. STREET:

9        Yes, sir.

10   BY THE COURT:

11       Okay.

12   INTERROGATORIES PROPOUNDED TO AND ANSWERED BY THE

13   DEFENDANT, MR. HUGH BRIAN STREET, AS TO REPRESENTING

14   HIMSELF IN CASES PENDING AGAINST HIM:

15  BY THE COURT:

16  Q.  Before you can do that, I have to make sure, under

17  the law, that you understand your right to counsel and

18  your right to represent yourself and then I have to be

19  satisfied that you -- you're competent enough to

20  represent yourself.

21  A.  Yes, sir.

22  Q.  Do you understand that?

23  A.  (NO VERBAL RESPONSE)

24  Q.  The Court can say I just don't think you can

25  represent yourself solely . . .

26  A.  . . .right . . .

27  Q.  . . .and I may -- I may force the Public Defender's

28  Office -- probably Mr. Bailey . . .

29  A.  . . .I, I know . . .

30  Q.  . . .to be what we call counsel to assist you.  You

31  understand that?

32  A.  I'm sorry to interrupt you.  I had -- I have with me

1   the Supreme Court . . .

2   Q.   . . .stand up, sir, when you address the Court.

3   A.   I said I have with me the Supreme Court ruling

4   concerning that matter of your . . .

5   Q.   . . .I've reviewed all those, those cases myself

6   . . .

7   A.   . . .so I understand that . . .

8   Q.   . . .and what I just said is the law as I understand

9   it.

10  A.   Yes, sir.

11  Q.   You have the right to represent yourself.  If I find

12  that I don't think you would be best served by that, I

13  can order that counsel be appointed to assist you, not

14  to in your place to represent you . . .

15  A.   . . .yes, sir . . .

16  Q.   . . .but assist you if you need assistance.  In

17  other words it's, it's referred to in those cases as

18  "standby counsel."

19  A.   Yes.

20  Q.   You would have seen that phrase in those cases,

21  right?

22  A.   I saw that in the footnotes.

23  Q.   Okay.  And that's what I'm talking about.  Do you

24  understand that?

25  A.   Yes, sir.

26  Q.   Okay.  All right.  First of all, how old are you?

27  A.   I am thirty-one.

28  Q.   And, how far did you get in school?

29  A.   I have a GED.

30  Q.   How far did you get in school?

31  A.   Ninth grade.

32  Q.   Okay.  So, you've -- you were educated in the school

1  system 'til the ninth grade.  You took a GED test and

2  passed that test?

3  A.  Yes, sir.

4  Q.  So, you can read and write the English language?

5  A.  Yes.

6  Q.  Okay.  What kind of work have you done generally as

7  an adult?

8  A.  I -- I've done freelance computer programming, tree

9  climbing, mechanics, just anything I can really help

10  somebody do.

11  Q.  Okay.  All right, sir.  Okay.  And, have you had any

12  legal training?

13  A.  No, sir.

14  Q.  Okay.  This is your -- not, not your first time

15  before a Judge, is that correct?

16  A.  No sir, in fact I, I . . .

17  Q.  . . .okay.  We've dealt with you in other situation

18  before.  I've read your motions that you filed and

19  matter of fact I've read other things that you've filed

20  in other cases from time to time too of yours that were,

21  were -- come in previously.  You, you seem to have some

22  grasp of the legal system and what, what is entailed.

23  Now, regarding a trial, have you read any, any of the

24  law books regarding trial procedures such as the Code of

25  Criminal -- the Louisiana Code of Criminal Procedure?

26  A.  I, I have skimmed over it, yes.

27  Q.  "Skimmed", okay.  So, you've read just certain

28  pieces of it, or parts of it, or what?

29  A.  Yes, sir.

30  Q.  Okay.  Any, any other law books -- any other text

31  regarding the laws of Louisiana.

32  A.  The Constitution as well as -- I've read many of the

1  statutes.

2  Q.   I can't hear you.

3  A.   I've, I've read the Constitution of Louisiana and

4  I've read the -- many of the statutes.

5  Q.   Okay.  Now, you understand that if, if the case were

6  to go to trial on the felony grade charges that you

7  would be tried before a judge or a jury, you understand

8  that?

9  A.   Yes.

10 Q.   And, in the process of trying you, we'd select a

11 jury first.  Do you know anything about the process of

12 selecting a jury in a trial?

13 A.   Honestly, no.

14 Q.   Okay.  So, you don't know any of the rules that

15 apply such as . . .

16 A.   . . .I think it's twelve . . .

17 Q.   . . .how many jurors are, are -- you're entitled to

18 on a jury . . .

19 A.   . . .yes . . .

20 Q.   . . .how, how many -- what we call challenges you

21 have, who gets to go first, and how the selection

22 process takes place as to whether they're accepted or

23 not accepted?  Do you know anything about that?

24 A.   Yes sir, some of that.

25 Q.   "Some."  What part of that?

26 A.   The parts about how, how many jurors I'm entitled to

27 . . .

28 Q.   . . .okay.  Now, on the charges that you are -- the

29 felony charges, how many jurors would be in your jury

30 for that -- for those charges?

31 A.   Under the Louisiana law there would be six.

32 Q.   Okay.

1  A.  And, under the Supreme Court rulings, there, there

2  would be twelve to twenty-four.

3  Q.  Well, let me tell you Louisiana procedural law is

4  what controls here, not Federal jurisprudence at all or

5  Federal rules.

6  A.  Yes, sir.

7  Q.  In many of your filings that you have filed,

8  including the ones that I'm dealing with today, you have

9  quoted often Federal rules of Criminal Procedure.

10  A.  Yes, sir.

11  Q.  Do you think those are controlling in this -- in

12  this court on criminal cases under Louisiana State Law

13  charges?

14  A.  According to Article Six of the United States

15  Constitution, I believe they are.

16  Q.  Well, you're wrong.  Federal criminal court --

17  Federal court procedural rules apply to Federal courts.

18  A.  Right.

19  Q.  The states set their own procedures.  We have a book

20  called the Louisiana Code of Criminal Procedure.

21  A.  Right.

22  Q.  If you go try a case in Texas, they'll have a book

23  called the Louisiana Code of Criminal Procedure, or

24  something like that.

25  A.  Uh-hum.

26  Q.  In Louisiana we have a separate Code of Civil

27  Procedure that deals with civil cases and the U.S.

28  Supreme Court has said that each state can adopt their

29  own procedural rules as long they don't violate the U.S.

30  Constitution.  And so, in your case -- if your case is

31  one that -- where the, the possible sentence on your

32  charges would be with or without hard labor, you're

1  entitled to six jurors and only six.  You understand
2  that?
3  A.  Yes, sir.
4  Q.  Not twelve.
5  A.  Yes, sir.
6  Q.  If it says at hard labor only and there's no option
7  of with or without hard labor, then you're entitled to a
8  twelve person jury.  So, it would be determined by what
9  the possible penalty is in, in your case as to what the
10 number of jurors would be.  You understand that?
11 A.  Yes, sir.  Would it -- I'm sorry.  I'd have -- I'd
12 have to think about that question a little longer before
13 I . . .
14 Q.  . . .okay.  Do you know what, what -- for what
15 reasons you can challenge a juror to be excused under,
16 under the law?
17 A.  No, sir.
18 Q.  Okay.  Do you know anything about the rules of
19 evidence -- what is hearsay, what is not hearsay,
20 whether there are any exceptions to the hearsay rules
21 and those kinds of things?
22 A.  Yes, sir.
23 Q.  You do?
24 A.  I understand hearsay.
25 Q.  Okay.  And, how did you get that understanding?
26 A.  Just experience.
27 Q.  "Experience?"
28 A.  Yes, sir.  Yes.
29 Q.  Okay.  Have you read anything such as the Code of
30 Evidence -- the Louisiana Code of Evidence . . .
31 A.  . . .no sir, I haven't read that . . .
32 Q.  . . .that would -- that defines what hearsay is and

1  sets out the rules of hearsay, what the exceptions to

2  hearsay are and how you get in -- and how you introduce

3  evidence of that kind properly?

4  A.  No, sir.

5  Q.  Okay.  Have you read anything -- or what do you know

6  about the actual procedure in a trial?  In other words,

7  who gets to present what and when and in what order who

8  gets to go first, who gets to go last, who gets to go a

9  second time and who doesn't, those kinds of things?

10  A.  What know of that is what I have experienced in the

11  past . . .

12  Q.  . . . "in the past", okay . . .

13  A.  . . .representing myself in misdemeanor type cases.

14  Q.  In misdemeanors, right?

15  A.  Right.

16  Q.  Okay.  Okay.  Do you think that you could try a

17  felony case before a jury, pick a jury that would hear

18  your case, hear this -- the, the case and they'll decide

19  your guilt or innocence and represent yourself during

20  the trial and have on the other side of the case a

21  person who is prosecuting you who has gone to law

22  school, studied all these things, practiced law for a

23  number of years, tried other cases and things of that

24  kind so he has on the job training, more or less, and

25  experience? Do you think you could try a case -- a

26  felony case against that kind of person and feel like

27  you are able to defend yourself against that?

28  A.  Yes, Your Honor.  In fact, I have won a previous

29  misdemeanor trial.

30  Q.  Okay, misdemeanor trial.  Well, you understand a

31  misdemeanor trial you can go to jail for up to maybe six

32  months in most cases -- parish jail?

1  A.   Uh-huh.  Right.

2  Q.   On a felony you can go to prison for years?

3  A.   Yes, sir.

4  Q.   That's hard time.  That's what they call hard time.

5  You understand that?

6  A.   Yes, sir.

7  Q.   Okay.  And, you understand that, if you are

8  representing yourself and you are convicted, if you

9  appeal or you're going to apply for some kind of post-

10 conviction relief that one of the things you would not

11 be able to raise on an appeal or post-conviction relief

12 is I was my own counsel and I was ineffective, didn't

13 know what I was doing, I was out manned by someone who

14 knew a lot more about it; and, therefore, I want another

15 trial?  You couldn't raise that if, if you choose to

16 represent yourself and I let you.

17 A.   Yes, sir.

18 Q.   'Cause you're choosing to do it voluntarily and you

19 understand everything I'm explaining to you and you

20 still chose to represent yourself so you can't after the

21 fact, if you are convicted, say, well, I, I made a

22 mistake.  I shouldn't have been representing myself so I

23 want to do it over.  You can't -- you wouldn't be able

24 to raise that.

25 A.   Right.

26 Q.   You understand that?

27 A.   Yes, sir.

28 Q.   Okay.  Did you know that before I explained that to

29 you?

30 A.   Yes, sir.

31 Q.   Okay.  'Cause it's in those, those cases too . . .

32 A.   . . .right . . .

1  Q.  . . .that you may have read as well.  You understand

2  that?

3  A.  Yes, sir.

4  Q.  Okay.  Now, you understand about "standby counsel",

5  don't you?

6  A.  Yes, sir.

7  Q.  Okay.  You're saying you want to represent yourself

8  and, and you certainly have the right to if I find that

9  that's acceptable under the -- under the law.  But, you

10 also could have the "standby counsel" if I felt that was

11 necessary.

12 A.  Yes, sir.

13 Q.  But, you can't have both.  You can't represent

14 yourself and have co-counsel with you appointed by, by

15 the Court.  Do, do you understand that?

16 A.  Yes, sir.

17 Q.  So, if you want an -- a "standby counsel", you'd

18 have to say so and you'd have to convince me that it's

19 proper for me to make them provide that kind of counsel

20 as opposed to letting you just do it yourself.  You

21 understand?

22 A.  Yes, sir.

23 Q.  So, -- and also as -- and I haven't said this

24 directly, but I'm, I'm required to.  You understand that

25 you don't have to represent yourself, if you feel like

26 this is too much for me to handle, and there's too great

27 a risk involved, you know, the end result could be

28 pretty bad so I'm not willing to take that chance on

29 that on my own experience and knowledge of the law.  You

30 understand that if you qualify as an indigent you could

31 get appointed counsel who would be trained counsel,

32 educated counsel, experienced counsel to represent you?

1    You understand that?

2    A.    Yes, sir.

3    Q.    And, you could work with that individual in

4    preparing for the case.  You wouldn't be allowed to make

5    objections at trial.  You wouldn't be allowed to file

6    motions on your own and things of that kind.  You'd have

7    to do that through your attorney and your attorney would

8    be the one who would make the tactical decisions and the

9    final analysis.  Do you understand all that?

10   A.    Yes, sir.

11   Q.    Okay.  So, that's an option you have at this point

12   too as well.  You understand?

13   A.    Yes, sir.

14   Q.    Okay.  Have you understood everything that I've gone

15   over with you?

16   A.    I believe so.  Yes, sir.

17   Q.    Well, "believe so"?

18   A.    Yes, sir.

19   Q.    Is there something you're not sure about that I've

20   gone over with you?

21   A.    Just the particulars of what a "standby counsel"

22   exactly is.

23   Q.    "Standby counsel" would be somebody who would be

24   sitting there basically, probably on the first row

25   during the trial -- during the entire process and you'd

26   have a right to ask that person some questions from time

27   to time but he would not or she would not be actually

28   sitting at counsel table and speaking to the Court and

29   the jury on your behalf.

30   A.    Right.

31   Q.    Sort of like a, a quite advisor if you had any

32   questions.  You understand?

A.   I, I would welcome that.  That, that seems very

reasonable.

Q.   Okay.  Okay.  So, you understand that that -- that

"standby counsel" would be someone who if you -- if you

don't object to a question because it may be

objectionable or if you did object and the objection had

no basis, or if something was being done that may not

have been proper, that "standby counsel" wouldn't be

able to stand up and say, Judge, you know, we object.

You'd have to do that yourself.

A.   Right.

Q.   And that "standby counsel" wouldn't be whispering in

your ear every time, do this, do that.  You understand?

A.   Right.  He's, he's just there for my counsel . . .

Q.   . . .and it -- quite frankly, I wouldn't allow you

every time a question is asked by the State, or witness

says something, you wouldn't be given time to lean over

and say, okay, now, do I do anything about this or not.

A.   Yes.

Q.   You're not going to try it that way.  You understand

he'd be standby?

A.   Right.

Q.   And standby is basically this.  If you get into a

point where you feel during the trial I am just over my

head . . .

A.   . . .yes, sir . . .

Q.   . . .that person standing by -- and they're hear

listening to everything so they know what's going on and

you say I want counsel.  I want to have an appointed

attorney . . .

A.   . . .okay . . .

Q.   . . .that attorney would be appointed for you and

1  that attorney would step in as counsel of record at that

2  time and take over your defense and become your lawyer.

3  You would sit down and wouldn't be allowed to do

4  anything else representing yourself at that point.  The

5  lawyer would take over and represent you to the end of

6  the trial.  Do you understand that?

7  A.  Yes, sir.

8  Q.  Okay.  And they're called "standby" because they're

9  here.  They're listening.  They -- if you got into that

10  point, that attorney will know what's happened so we

11  wouldn't have to stop the trial and give that attorney

12  time to listen to all the testimony that's already

13  occurred and everything and then pick up the trial at a

14  later time.  We'd just say, all right, step to the --

15  step, step into the rail, sit in that chair and

16  represent him from this point forward.  We're going

17  forward with the trial at that point.  You understand?

18  A.  Yes, sir.

19  Q.  Okay.  Any question?

20  A.  No, sir.  I believe you covered it well.

21  Q.  Now, what is your decision . . .

22  A.  . . .I . . .

23  Q.  . . .or, what would you like to do? Let me put it

24  that way.

25  A.  As I mentioned, I, I would like the "standby

26  counsel" at the time.

27  Q.  You want to choose to represent yourself . . .

28  A.  . . .yes, sir . . .

29  Q.  . . .in the proceedings?

30  A.  I do want to represent myself.

31  Q.  As your own counsel?

32  A.  Yes, sir.

1  Q.   But, you would like the Court to consider appointing

2  or approving "standby counsel?"

3  A.   Yes, sir.

4  Q.   Okay.  All right.  First, I am convinced that you

5  have -- and let me say this too in the end and you've

6  seen this in a case probably.  I'm going to tell you

7  that I think you're making a mistake.  I think that it's

8  unwise for you to represent yourself on these charges.

9  I don't think you have enough knowledge of everything

10  that you need to know about jury trials and trying a

11  jury trial and that there may be some things that the

12  District Attorney will do that may be harmful or

13  prejudicial to your case that you would not object to or

14  that would be done and they would gain an advance

15  potentially in the -- in the -- in the case.

16  A.   Yes, sir.

17  Q.   Whereas, if you had counsel, that probably would not

18  happen.  However, I don't have to find that you are on

19  equal footing with a trained attorney to allow you to

20  represent yourself.

21  A.   Right.

22  Q.   There's an old saying, "a person who represents

23  themselves . . .

24  A.   . . .a fool . . .

25  Q.   . . .has a fool for a client".

26  A.   Right.

27  A.   You are entitled to try to prove during the trial

28  that you have not made a foolish decision to represent

29  yourself.  And, if you don't meet that standard and it

30  turns out that it was a foolish mistake, you're going to

31  have to suffer the consequences 'cause as I said you

32  can't raise how foolish a decision it was after the fact

1   to do this if you're convicted.  You understand that?

2   A.  Yes, sir.

3   Q.  Okay.  I'm going to find though and it's based on

4   what you filed and I -- you know, you're like some of

5   these, what we call "jailhouse lawyers", if you write

6   enough motions pro se and, and things of that kind, you

7   get to sound pretty good and use a lot of the right kind

8   of terms and terminology and yours are there other than

9   some certain things like I said where you quote rules

10  that are not applicable like the Federal rules of

11  procedure.

12  A.  Yes.

13  Q.  I don't know if you know this, but how you try cases

14  and, and the way you try cases -- that is the methods

15  that they're done.  The, the -- the procedures are

16  different in Federal court than they are in State

17  courts.  Picking a jury is different in Federal court.

18  They do it a lot differently than we do in State court.

19  A.  Yes.

20  Q.  But, their -- we're both doing it in a legal way.

21  But, those Federal rules don't apply to us.  Their way

22  of doing it is not binding in this court.  What is

23  binding is what is in the Louisiana Code of Criminal

24  Procedure and how we do those things and in the

25  Louisiana jurisprudence -- case law.  You understand

26  that?

27  A.  Yes, sir.  It's my understanding in a Civil

28  Procedure is the -- is not binding on the Court.

29  However, the Article . . .

30  Q.  . . .well, this is a criminal case.  None of the

31  civil procedure rules apply to this case at all.

32  A.  However, the U.S. Code and the Constitution should.

1  Q.   The U.S. Constitution applies.  The U.S. Code does

2  not apply 'cause the Code is just a book of laws that

3  Congress has passed . . .

4  A.   . . .uh-hum . . .

5  Q.   . . .dealing with Federal courts and Federal law.

6  A.   Right.

7  Q.   People are prosecuted in Federal court on Federal

8  laws and we don't have similar laws like that here in,

9  in the State courts.  For instance, lying to the FBI,

10  that's in the U.S. Code.  That's a Federal crime.

11  You're tried in Federal Court.  Louisiana doesn't have a

12  law that says if you lie to the FBI you could be

13  prosecuted in State court.  You understand that?

14  A.   (NO VERBAL RESPONSE)

15  Q.   So, there's differences.

16  A.   The thing I don't understand about that is when I

17  read the Article six, it, it says that all the laws of

18  the United States are binding upon all courts and all

19  jurisdictions . . .

20  Q.   . . .if you read the jurisprudence, that will --

21  that will be more defined for you clearly -- more

22  clearly.  The jurisprudence has held for years and years

23  -- ever since the Supreme Court has been making these

24  decisions -- that they are separate systems with their

25  own rules.  The U.S. constitutional guarantees such as

26  due process applied to all courts.

27  A.   Yes, sir.

28  Q.   And we do things differently but we've been -- it's

29  been determined that how we do it meets the due, due

30  process mandates under the U.S. Constitution.

31  A.   Right.

32  Q.   It's also been held that the way they do it in

1   Federal courts differently also meets the due process
2   requirements.  So, both systems have been found to be
3   constitutional under the U.S. Constitution even though
4   they're different.
5   A.   Okay.
6   Q.   There's more than one way to do something and, and
7   be constitutional and that's what the jurisprudence --
8   the case law -- the U.S. Supreme Courts have held over
9   the decades and centuries.  Okay?
10  A.   Right.
11  Q.   And, had you gone to law school, you would have
12  known that.  You see?  That's one of those things I'm
13  talking about where you aren't quite up to speed to
14  everything, but that's okay.  If you make objections or
15  file motions, I'll tell you if you're right or wrong and
16  then what you do with it after that is up to you.  You
17  know, there's appeal procedures.  There's writ
18  procedures and things like that that as your own
19  representative you would know how to handle if you
20  thought that was the way to handle those.  You
21  understand that?
22  A.   Yes, sir.
23  Q.   Okay.  All right.  I'm going to rule that I find
24  that he is voluntarily and knowingly waving his right to
25  counsel so I will allow him to represent himself.  I
26  also believe that "standby counsel" in this case would
27  be an appropriate measure to take and I'm going to order
28  the Public Defender's Office, first, to take your
29  application for that.  I don't know whether your
30  situation is the same as the last time you applied or
31  not.  They'll decide now whether under the circumstances
32  that exist now you are entitled to any kind of appointed

1  counsel.  If you are, they will provide "standby

2  counsel" for you on the felony charge.  Do you

3  understand that?

4  A.   Yes, sir.

5  Q.   And, -- but, it will be "standby counsel", not

6  counsel representing you on the charge as counsel of

7  record.  Do you understand that?

8  A.   Yes, sir.

9  Q.   Okay.  All right.  We've dealt with that then.  Now,

10 -- and that Mr. Street was what I set for today.  And,

11 quite frankly, I thought I was going to deal with it

12 differently 'cause I thought Mr. Bailey was your counsel

13 and I was going to advise you of some other things about

14 that.  Since that's not the facts, then your pro se

15 motions will be allowed that you filed on these charges,

16 but they're not set for today.  What was set for today

17 for the -- for today was that -- this exercise we went

18 through . . .

19 A.   . . .right . . .

20 Q.   . . .about you representing yourself in these

21 charges.

22 A.   I read the order . . .

23 Q.   . . .okay . . .

24 A.   . . .it stated just the . . .

25 Q.   . . .right . . .

26 A.   . . .whether that you're . . .

27 Q.   . . .now, your motions then that you filed are still

28 pending.  Now, you filed your motions, if I'm not

29 mistaken --

30      BY THE COURT:

31          Kenny, let me see the record please.

32      BY MINUTE CLERK:

1        (COMPLIES)

2    Q.   I think you filed your motions and you put numbers

3    86,287 . . .

4    A.   . . .uh-huh . . .

5    Q.   . . .wait a minute.  287.  Yeah.  287 through 292 so

6    you filed these motions to cover the misdemeanor cases

7    that I set for today and the felony cases that are set

8    for trial the week of the 15th, right?

9    A.   Yes, sir.

10   Q.   Okay.  So, they deal with today's cases and the

11   other cases.

12   A.   Yes, sir.

13   Q.   We'll need to hear these.  They're not set for today

14   but I will need to set them for hearing and I'm going to

15   do that now.

16   A.   Yes, sir.

17   Q.   Okay?

18        BY THE COURT:

19             Where's Mr. Seastrunk?

20        BY MR. SEASTRUNK:

21             Right here, Judge.

22        BY THE COURT:

23             Okay.  Mr. Seastrunk, are you Counsel on the

24   felony cases, too?

25        BY MR. SEASTRUNK:

26             Yes sir, Judge.

27        BY THE COURT:

28             Representing the State?

29        BY MR. SEASTRUNK:

30             Yes, sir.

31        BY THE COURT:

32             All right.  I'm going to set these hearings then

1   for next Wednesday.  Are you available that day, Mr.

2   Seastrunk?

3   BY MR. SEASTRUNK:

4       I think.  Yes, sir.

5   BY THE COURT:

6       Mr. Street?

7   BY MR. STREET:

8       Next Wednesday?

9   BY THE COURT:

10      Next Wednesday.  These motions that you filed

11  relating to this -- in this -- the numbers 85,287 to

12  292, we'll set those motions for hearing next

13  Wednesday at nine o'clock, okay . . .

14  BY MR. SEASTRUNK:

15     . . .what date is that on . . .

16  BY THE COURT:

17     . . . and then we'll take it from there.

18  BY MR. STREET:

19     Do you have date for when this . . .

20  BY MR. ANDERSON:

21     . . .it's September 10th, isn't it, Judge?

22  BY THE COURT:

23     Yes, sir.  I'm sorry.  Is Mr. Tillman here?

24  BY MR. MASON:

25     Yes, Your Honor.

26  BY MR. ANDERSON:

27     Yes, Your Honor, he is.

28  BY THE COURT:

29     Mr. Tillman?

30  BY MR. TILLMAN:

31     Yes, sir.

32  BY THE COURT:

1        Mr. Tillman.

2    BY MR. TILLMAN:

3        Yes, sir.

4    BY THE COURT:

5        In Mr. Street's cases, he has misdemeanors set

6    for today.  He has felonies set for the 15th.  He

7    has filed pro se motions that I -- that I didn't set

8    for hearing yet in all cases -- the misdemeanors and

9    the felonies.  I've gone through a colloquy with him

10    here about his right to represent himself and his

11    competency to represent himself.  I have found that

12    he is -- he is qualified or, or competent under the

13    law to represent himself.  He has requested and I

14    have granted his request for "standby counsel" on

15    the felony cases, correct?

16    BY MR. STREET:

17        Yes, sir.

18    BY THE COURT:

19        All right.  His motions that he filed are

20    motions that are numbered for all the misdemeanor

21    and felony cases so a hearing on those motions will

22    also deal with the felonies.

23    BY MR. STREET:

24        Right.

25    BY THE COURT:

26        I set that hearing for next Wednesday and his

27    felony cases are set for trial on the 15th of

28    September.  So, I would like your office first to

29    take an application if you think it's necessary and

30    see if he qualifies for, for appointed counsel.  If

31    he does, to appoint "standby counsel" for purposes

32    of the felony -- the felony cases, particularly, if

1    they go to trial and if and when they go to trial.

2    All right?

3    BY MR. TILLMAN:

4        I'll do his application.

5    BY THE COURT:

6        And I've explained to him what "standby counsel"

7    means.  It's not counsel.  It's counsel who would be

8    here, sitting there, hearing everything, answering

9    some questions if he may have some but, but not

10   representing him -- standing at the counsel table

11   with him and that if at some point during the trial

12   he feels that he needs counsel that, that "standby

13   counsel" would be required to step in and represent

14   him from that point forward in the trial.  That's

15   all in accordance with the jurisprudence.

16   BY MR. SEASTRUNK:

17       Judge, may make an entry on the record please?

18   BY THE COURT:

19       What's . . .

20   BY MR. SEASTRUNK:

21       . . .I was -- on Wednesday when doing plea

22   discussions on the felony charges, I learned that

23   this defendant didn't have counsel.  I just would

24   like the record to reflect that at that time I

25   offered this defendant a plea -- pleas on the felony

26   charges to misdemeanors and that that was rejected.

27   I'd just like for this defendant to acknowledge that

28   on the record that that's what the State offered.

29   BY THE COURT:

30       Well, I don't think that that is appropriate.

31   Negotiations or negotiations, they're not a matter

32   of record, Counsel.

1    BY MR. SEASTRUNK:

2        Yes, sir.

3    BY THE COURT:

4        What y'all talked about is between y'all and it

5    -- you know, it's -- whatever he decided to do

6    representing himself, it's, it's what it is.

7    BY MR. SEASTRUNK:

8        All right.

9    BY THE COURT:

10        'Cause that stuff would not be . . .

11    BY MR. SEASTRUNK:

12        . . .I understand . . .

13    BY THE COURT:

14        . . .ever heard by any jurors.

15    BY MR. SEASTRUNK:

16        Yes, sir.

17    BY THE COURT:

18        Okay.  All right.  Now, on these misdemeanors

19    today, they're set for trial but you have these

20    motions that deal with this -- these cases, too.

21    BY MR. STREET:

22        Yes, sir.

23    BY THE COURT:

24        So, obviously, we can't try them today 'cause we

25    haven't dealt with any motions . . .

26    BY MR. STREET:

27        . . .right . . .

28    BY THE COURT:

29        . . .before the trial.

30    BY MR. STREET:

31        I'll, I'll . . .

32    BY THE COURT:

1    . . .so this trial will be continued and is to

2    be refixed at a later date.  It'll be fixed upon

3    motion of the District Attorney.  Quite frankly, as

4    far as I'm concerned, what we need to do is deal

5    with these motions on Wednesday . . .

6    BY MR. STREET:

7        . . .yes, sir . . .

8    BY THE COURT:

9        . . .and then see where the chips fall on that

10   and then you need to get ready if they're still

11   pending for the felony charges . . .

12   BY MR. STREET:

13       . . .yes, sir . . .

14   BY THE COURT:

15       . . .which come very quickly.  You understand?

16   BY MR. STREET:

17       Yes, sir.

18   BY THE COURT:

19       All right, sir.  So, I'm going to order that

20   this -- the trials set for the misdemeanors today be

21   continued without date.  I'm setting all the motions

22   that he filed that are pending for next Wednesday,

23   the 10th, and his felony cases are still set for

24   trial on the 15th along with a lot of other

25   defendant's cases and he is representing himself on

26   all these cases with "standby counsel" on the felony

27   cases.  Okay?

28   BY MR. SEASTRUNK:

29       Yes sir, Judge.

30   BY THE COURT:

31       All right, Mr. Street, thank you, sir.  See you

32   next Wednesday.

1    BY MR. STREET:

2         Thank you, sir.

3    (PROCEEDING CONCLUDED)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

C E R T I F I C A T E

I, Carol C. Hetland, Court Reporter, Thirtieth Judicial District Court, Division A, Parish of Vernon, State of Louisiana, do hereby certify that the foregoing s twenty-seven (27) pages are a true and correct transcription of the Hearing on pro se motions to represent himself on his felony cases and misdemeanor cases held on the 5th day of September, 2014, in the matter entitled, "State of Louisiana versus Hugh Brian Street", bearing docket numbers 86,288, 76,287, 86,289, 86,290, 86,291, 86,292 and 86,287.

I also certify that the foregoing transcript was reported by me in the digital reporting method as required by R.S. 37:2554.

The Honorable Vernon B. Clark, District Judge, Division "A" presiding.

Appearances were as follows:

    Mr. Ronald Seastrunk
    Assistant District Attorney
    P. O. Box 1188
    Leesville, Louisiana 71496-1188

        Counsel for the State

    Mr. Hugh Brian Street
    385 R.C. Stephens Road
    Leesville, Louisiana 71446

        In Proper Person

I further certify that the original of this matter was filed with the Vernon Parish Clerk of Court's Office on the 8ᵗʰ day of September, 2014.

        Carol C. Hetland, Court Reporter
        Thirtieth Judicial District Court
        Division A
        CCR# 4752010

## NOTICE OF FIXING ON DEFENDANT'S PRO SE MOTIONS AND COURT ORDER

OFFICE OF THE CLERK OF THE 30TH JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF VERNON
STATE OF LOUISIANA

NUMBER: 86287-292

STATE OF LOUISIANA

VS.

HUGH BRIAN STREET

TO: DISTRICT ATTORNEY
P. O. BOX 1188
LEESVILLE, LA

WES BAILEY
609 SOUTH 4TH STREET
LEESVILLE, LA 71446

HUGH BRIAN STREET
385 R. C. STEPHENS ROAD
LEESVILLE, LA 71446

DEPUTY JOHNNY RHODES
C/O VERNON PARISH SHERIFF'S OFFICE
CRIMINAL RECORDS
LEESVILLE, LA 71446


NOTICE IS HEREBY GIVEN that the above numbered and entitled pro se motion and Court

order have been fixed for Friday, September 5, 2014 at 9:00 A.M.

Trial Judge: VERNON B. CLARK

Date of this Notice: August 28, 2014


_____
DEPUTY CLERK OF COURT


COPY

FILED

ＮＯＶ 28 Ｐ 3 Ø

**STATE O LOUISIANA**                    **30ᵀᴴ JUDICIAL DISTRICT COURT**

**VERSUS NO. 86,287-292**          :          **STATE OF LOUISIANA**

**HUGH BRIAN STREET**          :          **PARISH OF VERNON**

---

### ORDER

Pursuant to the procedures outlined in the jurisprudence of the Third Circuit Court of Appeals, and considering that these filings have been made pro se by defendant and further considering that defendant is represented by counsel, Mr. Wesley Bailey;

**IT IS ORDERED** that a hearing be held on September 5, 2014 at 9:00 A.M. to determine whether these motions should be heard or dismissed by the court.

Let notice of this order be served on the District Attorney, the defendant and his counsel of record.

**SO ORDERED** this 28ᵗʰ day of August, 2014.

**DONE AND SIGNED** in Chambers at Leesville, Vernon Parish, Louisiana.

**VERNON B. CLARK**
**DISTRICT JUDGE**
**DIVISION 'A'**

Hugh-Brian: Street
Rural Route 1 Box 225
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

FILED



**IN THE district court of louisiana the parish of vernon state of louisiana**

|  |  |
|---|---|
| | ) Case No. 86287 |
| | ) Document No. 0001 v. 1.0 |
| | ) |
| | ) Current Pre-trial date: September, 3rd 2014 |
| | ) Current Trial date: September 15th 2014 |
| | ) |
| STATE OF LOUISIANA INC, | ) Judicial Notice |
| | ) Challenging Jurisdiction and Standing |
| Plaintiff, | ) |
| | ) Motion To Dismiss |
| | ) For: |
| | ) (a) Lack of Jurisdiction and/or Standing |
| vs. | ) (b) Failure to state a claim entitled to relief |
| | ) (c) Failure to obtain consent for action |
| | ) (d) Violations of USC 18 § 241 & 242 |
| | ) (e) Violations of US Constitution |
| Hugh-Brian: Street, | ) (f) Denial of due process of law |
| | ) |
| Respondent, | ) |
| | ) Notice of Respondent's Demands |
| | ) 1. Demand for Court Reporter |
| | ) 2. Demand for Common Law |
| | ) 3. Demand for Jury Trial |
| | ) 4. Demand for Discovery |
| | ) 5. Demand for indictment by grand jury |
| | ) 6. Demand for right to confront plaintiff |
| | ) 7. Demand for full panoply of criminal due |
| | ) process procedures and rights. |
| | ) 8. Demand for Judge |
| | ) 9. Demand for proof that Judge has taken oath |
| | ) of office |
| | ) 10. Demand for proposed jury instructions a |
| | ) month in advance of trial |
| | ) 11. Demand for permission to obtain and keep |
| | ) video recordings of all this action's hearings. |
| | ) |

Comes now, Hugh-Brian: Street (hereinafter Respondent) as himself the Living Soul in flesh and blood. **I At All Times, Waive Any/All Benefits, Known or Unknown, Compelled or Not**.

I **Do Not** at any time **Consent to this action nor do I Waive** any of my **Unalienable Rights. Further, Gentlemen I Do Not Waive Political Jurisdiction or Standing at any time.**

1

"**Every man** is **independent of all laws**, except those **prescribed by nature**. He is **not bound** by any institutions **formed by his fellowmen without his consent**"
*Cruden v. Neale 2N.C.*, 2 SE 70 (1796)

"Under **our system of government** upon the **individuality** and **intelligence of the citizen**, the **state does not claim** to **control him/her**, except as **his/her conduct to others**, leaving **him/her the sole judge** as to all that **affects himself/herself**."
*Mugler v. Kansas*, 123 U.S. 623, 659-60.

"**Sovereignty** itself is, of course, **not subject to law**, for it is the **author** and **source of law**; but in **our** system, while **sovereign powers** are **delegated** to the **agencies of government**, **sovereignty** itself **remains with the people**, by whom and for whom all government exists and acts And the **law** is the **definition and limitation** of **power**." ...
"For, the very idea that **man may be compelled** to hold his **life**, or the **means of living**, or **any material right essential to the enjoyment of life**, at the mere **will of another**, seems to be **intolerable** in **any country** where **freedom prevails**, as being the **essence of slavery** itself."
*Yick Wo v. Hopkins*, 118 US 356, 370

"**All codes**, **rules**, and **regulations** are for **government authorities only**, not **human/Creators** in **accordance with God's laws**. **All codes**, **rules**, and **regulations** are **unconstitutional** and **lacking due process**..."
*Rodriques v. Ray Donavan (U.S. Department of Labor)* 769 F. 2d 1344, 1348 (1985)

"The **assertion of federal rights**, when **plainly** and **reasonably made**, is **not to be defeated** under the **name of local practice**."
*Davis v. Wechsler*, 263 US 22, at 24

**With all due respect to parties**, I now demand that the Prosecuting Attorney, Asa A. Skinner and the THIRTIETH JUDICIAL DISTRICT COURT **Certify adhering to Strict-Proof in Writing its Jurisdiction and Standing** for this case to proceed.

**FRCP Rule 201**. Judicial Notice of Adjudicative Facts(d) When mandatory. **A court shall take judicial notice if requested by a party and supplied with the necessary information.**

## MANDATORY JUDICIAL NOTICE

Judge, Vernon Clark,  Prosecuting Attorney, Asa A. Skinner and all offices of the THIRTIETH JUDICIAL DISTRICT COURT shall take Mandatory Judicial Notice to the following:

1. **This Court takes Mandatory Judicial Notice** of Judge, Vernon Clark's and Prosecuting Attorney, Asa A. Skinner's **"Oath of Office"** to **Uphold and Protect The Constitution of the United States.**

2. **This Court takes Mandatory Judicial Notice of United States Code Title 18 Section 241: Conspiracy Against Rights:**

   If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;

   or

   If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisonednot more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

3. **This Court takes Mandatory Judicial Notice of United States Code Title 18 Section 242: Deprivation of Rights Under Color of Law:**

   Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens,

3

shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

For the purpose of 18 U.S.C. Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within  their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

4. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Article IV Section 4:**

"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."

5. **This Court takes Mandatory Judicial Notice of The Constitution of the**

4

**United States: Amendment XI:**

"The Judicial Power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."

6.  **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XIII Section 1:**

    "Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."

7.  **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment VI:**

    "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense."

8.  **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment VII:**

    "In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law."

9.  **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XIV:**

    "All persons born or naturalized in the United States, and subject to the

5

jurisdiction thereof, are <u>citizens of the United States</u>, and of the state wherein they reside. <u>No state</u> shall make or <u>enforce any law</u> which shall abridge the <u>privileges or immunities</u> of citizens of the United States; nor shall any state <u>deprive any person of life, liberty, or property, without due process of law</u>; nor <u>deny to any person</u> within its jurisdiction the <u>equal protection of the laws</u>."

10. <u>**This Court takes Mandatory Judicial Notice of The Constitution of the United States; Article VI Section 2:**</u>

"This <u>Constitution</u>, and the <u>laws of the United States</u> which shall be made in pursuance thereof; and <u>all treaties made</u>, or which shall be made, <u>under the authority of the United States</u>, shall be the <u>supreme law of the land</u>; and the <u>judges in every state</u> shall be bound thereby, anything in the <u>Constitution</u> or <u>laws of any State</u> to the contrary <u>notwithstanding</u>."

## <u>STATEMENT OF FACTS</u>

1. On May 14th, 2013 respondent left his home, traveling towards a friends home. Upon turning right onto Fal Rd from RC Stephens Rd, responded noticed a vehicle marked, vernon parish sheriff's office with its emergency lights on.

2. Respondent turned his vehicle around and pulled over parallel to the drivers window of the vehicle marked, vernon parish sheriff's office and rolled down his window.

3. The driver of the vehicle, marked vernon parish sheriff's office also rolled down his window and the responded informed the driver that if he would like to speak with him, he would need to follow the respondent to his home where there could be a witness to their conversation.

4. The driver of the vehicle, marked vernon parish sheriff's office responded to the respondent by shouting aggressively: "No you stop right there".

5. The respondent feeling threatend and intimidated by the drivers aggressive response, drove his vehicle away from the scene, towards his home where there would be a witness to any violence the driver of the vehicle, marked vernon parish sheriff's office, may have intended to inflict upon the respondent.

6. The respondent arrived at his home, parked then exited his vehicle, and noticed the same vehicle, marked vernon parish sheriff's office entering his driveway.

7. The respondent went out to greet the driver of the vehicle, marked vernon parish sheriff's office and upon outreaching the respondents hand to shake hands with the driver; the driver grabbed the respondents arm, violently twisted it behind his back, lifted him off of the ground by his arm, leaned him over his truck, and restrained him in handcuffs.

8. The respondent asked the driver of the vehicle, marked vernon parish sheriff's office why he was being greeted with violence and the driver identified himself as Deputy Sheriff Charles Christ and stated that he was placing respondent under arrest.

9. Deputy Sheriff Charles Christ further restrained respondent in the rear seat of the vehicle, marked vernon parish sheriff's office and immediately entered respondents vehicle and rummaged through the respondents property.

10. Respondents mother heard the voices from outside and exited her home to see her son bent over his truck being placed in handcuffs and asked Deputy Sheriff Charles Christ: "hey, what's going on?" and did not recieve a reply.

11. Respondents mother witnessed Deputy Sheriff Charles Christ assault and restrain her son and when the deputy entered respondents vehicle, she attempted to inform him that he would need a warrant if he wished to search private property and needed to leave her home. To which the deputy demanded: "Maam, go back into your house".

12. Respondents mother complied with the Deputy Sheriff Charles Christ's demand to go into her home. She changed her clothes, grabbed her bible and returned outside

to read it under the shade of the oak tree in her front lawn.

13. Deputy Sheriff Charles Christ was still rummaging through the respondents things and stopped what he was doing to watch respondents mother walk to her chair, sit down, and begin reading her bible.

14. Respondent witnessed Deputy Sheriff Charles Christ walk toward his mother, say something to her of threatening appearance, violently pick her and the chair she sat in off the ground, throw both her and the chair to his left accross the lawn, then jump on top of her, and begin to throw punches at her.

15. Upon witnessing Deputy Sheriff Charles Christ beating respondents mother, respondent kicked the window out of the vehicle that was restraining him in an attempt to defend his mother from further harm.

16. Two men dressed in costumes, marked Louisiana Wildlife and Fisheries Management Association, prevented respondent who was still restrained in handcuffs from crawling out of the vehicle he was restrained in.

17. Another vehicle, marked vernon parish sheriff's office appeared at the scene and deputy sheriff Charles Christ restrained respondents mother in that vehicle.

18. Deputy sheriff Charles Christ opened the door of the vehicle that was restraining respondent and violently demanded that respondent exit the vehicle.

19. Deputy sheriff Charles Christ grabbed respondents leg and began trying to drag him from the vehicle and the respondent attempted to defend himself by kicking toward the deputy.

20. Respondents kick missed the deputy and deputy sheriff Charles Christ grabbed respondents legs and pulled him from the vehicle. Respondent was handcuffed, but regained his footing and stood up, then deputy Charles Christ punched respondent multiple times in the head, threw him back into the vehicle, violently slammed the door of the vehicle closed with respondents head between its door and frame, and pushed respondent into the backseat and closed the door to again

restrain respondent in the back seat of the deputy's vehicle.

21. Deputy Charles Christ instructed the owner of AAA Towing to enter respondents private property, and steal the respondents vehicle.

22. The owner of AAA Towing entered respondents private property and used his towing truck to steal respondents vehicle.

23. Deputy Charles Christ escorted respondent to the Vernon Parish Jail where respondent was booked for the charges alleged in this action, and forced to serve an involuntary sentence, without due process of law, prior to conviction for any crime.

24. The Vernon Parish Sheriff's Office demanded ransom in the amount of $3,030 for respondents temperary release from involuntary servitude and respondents mother used her property as collateral for the demanded ransom.

25. Respondent was released from involuntary servitude, pending adjudication of this action for attempting to defend himself and his family from the imminent harm being viciously perpetrated upon him and his family at their home by deputy sheriff Charles Christ.

26. AAA Towing charged respondent another ransom of approximately $350 for release of respondents stolen vehicle from his impound lot.

27. Respondent recieved an INITIAL ARRAIGNMENT Notice from the Vernon Parish Sheriff's to appear in court on May 6th at 9:00AM for arraignment or other legal proceedings to wit.

28. Respondent appeared in Judge John Fords court for arraignment and verbally informed the court that he did not meet the requirements for the benifit of entering a plea into the action, because the respondent is not owned by the state nor public property.

29. Judge John Ford entered a plea into this action on, "the behalf of the defendant". Respondent objected to the judges actions on the grounds that the respondent has

never consented to allowing Judge John Ford any powers of attorney or authority
to make legal decisions on behalf of the respondent.

30. Judge John Ford overruled the respondents objection, and entered a plea into this
action without respondents consent, stating that he did not "understand" what the
respondent was telling him.

## REVOCATION OF SIGNATURE AND RESCISSION OF CONTRACT

Respondent hereby extinguish, rescind, revoke, cancel, abrogate, annul, nullify, discharge
and make void ab initio all signatures, belonging to respondent, on all previously and all
powers of attorneys real and implied, connected thereto to **CAUSE NO. 86287**, on the
grounds that respondents purported consent was not voluntarily and freely obtained, but
was made through mistake, duress, fraud, and undue influence exercised by officers of the
STATE OF LOUISIANA.  Respondent was induced by fraud and duress to sign such
forms and was denied full disclosure of the voluntary nature of such forms.  Respondent
was mislead by those who knew, or should have known, into believing that filing such
forms was mandatory and/or implied, where inconscionable and grossly unfair to
respondent.  Respondent was unduly influenced by the stronger bargaining power of
officers of the court of the STATE OF LOUISIANA and acted under an implied threat
and fear of potential imprisonment for non-compliance.  Any alleged consent is null and
void as it was given under duress, by mistake, and by fraud.  Notwithstanding any
information which the THIRTIETH JUDICIAL DISTRICT COURT may have to the
contrary, any forms that have been filed in this cause, and any implied quasi contracts that
the STATE OF LOUISIANA for this cause may feel it may have with respondent, were
filed illegally and unlawfully and are without force and effect.  Respondent further
revoke, rescind, and make void ab initio all powers of attorney pertaining to respondent
from officers for the STATE OF LOUISIANA and for any and all
governmental/quasi/colorable agencies and/or Departments created under the authority of
Art. I, Sec. 8, Cl 17, and or Art. IV, Sec 3, Cl 2 of the Constitution of the United States.

## CHALLENGING JURISDICTION

"Once **jurisdiction is challenged**, the **court cannot proceed** when it clearly appears that the court lacks jurisdiction, the **court has no authority to reach merits**, but rather should **dismiss the action**."

*Melo v. U.S.* 505 F 2d 1026


"Once **jurisdiction** is challenged **it must be proven**."

*Hagins vs Levine*, 415 US 533 note 3 (1974)


"Concepts of **justiciability** have been developed to **identify appropriate occasions for judicial action**. The central concepts often are elaborated into more specific categories of justiciability – advisory opinions, feigned and collusive cases, **standing**, ripeness, mootness, political questions, and administrative questions."

*13 Charles Alan Wright et al.*, Federal Practice and Procedure §5 3529, 278-79 (3d. ed. 1984)


"Inferior courts" are those whose **jurisdiction is limited** and **special** and whose proceedings are **not according to the course of the common law**. **Criminal courts** proceed according to **statutory law**. **Jurisdiction** and **procedure** is **defined by statute**. Likewise, **civil courts** and **admiralty courts** proceed **according to statutory law**. **Any court** proceeding **according to statutory law** is **not a court of record** (which only proceeds **according to common law**); **it is an inferior court**.


The Respondent now requests and demands that Prosecuting Attorney, Asa A. Skinner,  show **Strict-Proof in Writing** The State's **Political Jurisdiction** for this case to proceed.

## CHALLENGING STANDING

**The Supreme Court said**, "The requirement of standing, however, has a **core component** derived directly from the **constitution**. A **plaintiff** must allege **personal injury** fairly traceable to the defendant's allegedly **wrongful conduct** and likely to be redressed by the requested relief.

*Allen v. Wright*, 468 U.S. 737, 751 (1984).

If a plaintiff **lacks standing**, then the courts, all courts, are **legally and constitutionally incapable of proceeding because**: "courts only adjudicate justiciable controversies".

*United States v. Interstate Commerce Commission*, 337 US 426, 430.

The plaintiff must show that he has **sustained** or is **immediately in danger of sustaining** some **direct injury** as the result of the challenged official conduct and the **injury or threat of injury** must be both real and immediate, **not conjectural or hypothetical**.

*City of Los Angeles v. Lyons*, 461 U.S. 95, 101-102 (1983),

*Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992).

[Standing requires that plaintiff allege] "such a **personal stake** in the outcome of the controversy as **to assure that concrete adverseness** which **sharpens the presentation of issues** upon which the court so largely depends for **illumination of difficult constitutional issues**."

*Baker v. Carr*, 369 U.S. 186, 204 (1962)

Even when the plaintiff has **alleged injury sufficient** to meet the "case or controversy" requirment, the Court has generally held that the plaintiff generally must **asset his own legal rights and interests**, and **cannot** rest his claim to relief on the **legal rights or interests of third parties**."

12

*Warth v. Seldin*, 422 US 499.

"**No State** shall **make or enforce any law** which shall **abridge the privileges or immunities** of **citizens** of the United States; nor shall any State **deprive any person of life, liberty, or property** without **due process of law**; nor deny to any person within its jurisdiction the **equal protection of the laws.**

It is **State action** of a particular character that is **prohibited**. Individual invasion of individual rights is not the subject matter of the amendment. It has a deeper and broader scope. It **nullifies and makes void all State legislation**, and **State action of every kind**, which **impairs the privileges and immunities** of citizens of the United States or **which injures them in life, liberty or property** without **due process of law**, or which denies to any of them the **equal protection of the laws**. It not only does this, but, in order that the national will, thus declared, may not be a mere brutum fulmen, the last section of the amendment invests Congress with power to **enforce it by appropriate legislation**."

*Civil Rights Cases*, 109 US 3 (1883)

"An action **must be prosecuted** in the name of the **real party** in interest."

*FRCP Rule 17 (a)(1)*

"For a **crime to exist**, there **must** be an **injured party**. There can be **no sanction** or **penalty** imposed upon one because of this **exercise of Constitutional rights**."

*Sherar v. Cullen*, 481 F. 945.

"**All laws**, **rules** and **practices** which are **repugnant to the Constitution** are **null and void**"

*Marbury v. Madison*, 5th US (2 Cranch) 137, 180

The **common law is the real law**, the **Supreme Law of the land**, the **code**, **rules**, **regulations**, **policy** and **statutes** are **"not the law"**

*Self v. Rhay*, 61 Wn (2d) 261

"The **general rule** is that an **unconstitutional statute**, though having the **form** and

13

**name of law, is in reality no law**, but is **wholly void** and **ineffective** for **any purpose**, since its **unconstitutionality** dates from the **time of its enactment**... In legal contemplation, it is as **inoperative** as if it had never been passed... Since an **unconstitutional law** is **void**, the **general principles** follow that it **imposes no duties, confers no right, creates no office, bestows no power** or **authority** on **anyone, affords no protection** and **justifies no acts performed under it**... A **void act cannot** be **legally consistent** with a **valid one**. An **unconstitutional law cannot operate to supersede any existing law**. Indeed insofar as a **statute** runs **counter to the fundamental law of the land, (the Constitution)** it is **superseded thereby. No one** is **bound** to **obey an unconstitutional law** and **no courts** are **bound to enforce it**."

*Bonnett v. Vallier*, 116 N.W. 885, 136 Wis. 193 (1908);

*NORTON v. SHELBY COUNTY*, 118 U.S. 425 (1886)

"**Statutes** that **violate** the plain and obvious principles of **common right** and **common reason** are **null and void**."

*Bennett v. Boggs*, 1 Baldw 60

"A **State may not impose a charge** for the **enjoyment** of a **right** granted by the **Federal Constitution**."

*Murdock v. Pennsylvania*, 319 U.S. 105, at 113

"**The State cannot diminish rights of the people.**"

*Hertado v. California*, 110 U.S. 516

"The **Claim** and **exercise** of a Constitutional Right **cannot be converted into a crime**."

*Miller v. U.S.*, 230 F 2d 486. 489

"If the **state converts a liberty into a privilege** the **citizen** can **engage in the right with impunity**"

*Shuttlesworth v Birmingham*, 373 USs 262

The constitution and laws of the united states, rules of procedure, and rulings of its

high courts have formed my competent conclusion that: **Laws** are **made for us**; **we** are not **made for the laws**. **Government** Is **Foreclosed from Parity** with **Real People**. Inasmuch as **every government** is an **artificial person**, an **abstraction**, and a **creature of the mind** only, a **government** can **interface** only with other **artificial persons**. The **imaginary**, having **neither actuality nor substance**, is **foreclosed** from **creating and attaining parity** with the **tangible**. The **legal manifestation** of this is that **no government**, as well as any **law**, **agency**, **aspect**, **court**, **etc.** can **concern itself** with anything other than **corporate**, **artificial persons** and the **contracts between them**.

The Respondent now requests and demands that Prosecuting Attorney, Asa A. Skinner, show **Strict Proof in Writing The State's Standing** for this case to proceed.

The State is a Corporation, a Legal Fiction, nothing more than paper and as such cannot claim that the Respondent has caused a Harm or Injury to it. The State cannot be a Plaintiff without Standing. Further, that since the Plaintiff in this action is fiction, an artificial and imaginary person without intellect and perpetually unavailable for cross-examination; the Respondent is being denied his constitutional right to confront the witness against him. Once **Again Gentlemen, I do not Stand Under any Statutes, Acts, Bills or Orders. I Do Not Consent to any of such Actions.**

**WHEREAS**, There can be no doubt that the Prosecuting Attorney, Asa A. Skinner, and the THIRTIETH JUDICIAL DISTRICT COURT lack Standing and Jurisdiction for this case to proceed, further that the Respondent is not a **U.S. Citizen**, **Person**, **Alien**, **Resident**, **Legal Fiction**, **Corporation**, **Beneficiary** or a **Trustee** that this Honorable Court may act upon without first gaining **Consent** and further showing a **Harm** or **Injury** has occurred which is not the case in this action. Further this action by the Prosecuting Attorney and the THIRTIETH JUDICIAL DISTRICT COURT **Violates the Judicial Notice given under United States Code Title 18, 241 and**

242. Further that plaintiff in this action. Prosecuting Attorney, Asa A. Skinner has **failed to state a claim upon which relief can be granted**. Further the action by the Vernon Parish Sheriff's Office to subject the Respondent to **involuntary servitude** (*jail*) without first obtaining a conviction for a crime under due process of law, **Violates the Judicial Notice given under The Constitution of the United States: Amendment XIII Section 1**.


The Respondent, **Moves** this **Court** to **Dismiss** this case with **Prejudice** and to issue a **Protective Order** against the Vernon Parish Sheriff's Office from causing any further harm to the Respondent or to **Show Cause** in **Writing** why his **Unalienable Rights** under the **Republic** form of **Government** should not be **Honored** and **Protected** by this Court as your "**Oath of Office**" Demands.


Submitted by

Hugh-Brian: Street
Rural Route 1 Box 225
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

16

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**

| | |
|---|---|
| STATE OF LOUISIANA INC, | ) |
| | ) |
| | ) |
| Plaintiff, | ) Case No. 86287 |
| | ) Document No. 0001 v. 2.0 |
| | ) |
| | ) Current Pre-trial date: September, 3rd 2014 |
| vs. | ) Current Trial date: September 15th 2014 |
| | ) |
| | ) Proposed Order To Dismiss |
| | ) |
| Hugh-Brian: Street, | ) Supporting Motion No. 0001 v. 1.0 |
| | ) |
| Respondent, | ) |

**ORDER DISMISSING CASE No. 86287**

Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86287, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion to Dismiss No. 0001 v 1.0 under the common law and Dismiss Case No. 86287 with prejudice. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states, and for good reason, now finds that Case No. 86287 should be dismissed with prejudice.

IT IS THEREFORE, ORDERED that the Respondent's Motion to Dismiss No. 0001 v 1.0 is granted and Case No. 86287 is hereby dismissed with prejudice.

Done in Leesville, Louisiana, Parish of Vernon, this _____ day of _____, 2014.


_____
Signature of Presiding Judge


Entered on the Record ( ) Date: _____

NOTARIZE

1

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**

|  |  |
|---|---|
| Hugh-Brian: Street, | ) |
| | ) |
| | ) |
| | ) |
| | ) Case No. 86287 |
| Respondent, | ) Document No. 0001 v. 2.1 |
| | ) |
| | ) Current Pre-trial date: September, 3rd 2014 |
| | ) Current Trial date: September 15th 2014 |
| | ) |
| vs. | ) |
| | ) Proposed Protective Order |
| | ) |
| | ) Supporting Motion No. 0001 v. 1.0 |
| Vernon Parish Sheriff's Office, | ) |
| | ) |
| Defendant, | ) |
| | ) |

**PROTECTIVE ORDER**

Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86287, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion No. 0001 v 1.0 and issue this Protective Order against the Vernon Parish Sheriff's Office and its deputies from causing further harm to the Respondent. This Court, being duly advised and for good reason, now finds that a Protective Order should be issued to protect the Respondent from further domestic violence, injury, abuse or harrassment that may be inflicted upon him by the deputies of the Vernon Parish Sheriff's Office.

IT IS THEREFORE, ORDERED that the Respondent's Motion No. 0001 v 1.0 requesting a Protective Order is granted and all deputies of the Vernon Parish Sheriff's Office are hereby ordered to indefinitely refrain from abusing, harassing, or interfering with the respondent or his employment or going near the residence or place of employment of the respondent pursuant to R.S. 46:2136.

Done in Leesville, Louisiana, Parish of Vernon, this ____ day of _____, 2014.

_____
Signature of Presiding Judge

Entered on the Record ( ) Date: _____



"A PERSON WHO VIOLATES THIS ORDER MAY BE PUNISHED FOR CONTEMPT OF COURT BY A FINE OF NOT MORE THAN $500 OR BY CONFINEMENT IN JAIL FOR AS LONG AS SIX MONTHS, OR BOTH, AND MAY BE FURTHER PUNISHED UNDER THE CRIMINAL LAWS OF THE STATE OF LOUISIANA. THIS ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS AND COURTS OF THE STATE OF LOUISIANA."

2

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office


**IN THE district court of louisiana the parish of vernon state of louisiana**


|  |  |
|---|---|
| STATE OF LOUISIANA INC, | ) |
| | ) |
| | ) |
| | ) |
| | ) Case No. 86287 |
| Plaintiff, | ) Document No. 0001 v. 2.2 |
| | ) |
| | ) Current Pre-trial date: September, 3rd 2014 |
| | ) Current Trial date: September 15th 2014 |
| vs. | ) |
| | ) Proposed Order To Show Cause For Denial Of |
| | ) Constitutional Rights |
| | ) |
| Hugh-Brian: Street, | ) Supporting Motion No. 0001 v. 1.0 |
| | ) |
| Respondent, | ) |
| | ) |


**ORDER TO SHOW CAUSE FOR DENIAL OF CONSTITUTIONAL RIGHTS**


Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86287, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion No. 0001 v. 1.0 under the common law and, if denied, show cause in writing why his unalienable rights under the republican form of government should not be honored or protected by this Court as your "Oath of Office" demands. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states of america, and for good reason, now finds that Motion No. 0001 v. 1.0 should be denied and the respondent be provided this Court's opinion in writing the reasons why the respondent's Motion No. 86287 is being denied and the reasons his constitutional rights are not being protected or honored by this Court.


1

IT IS THEREFORE, ORDERED that the Respondent's Motion to Dismiss No. 0001 v 1.0 is hereby denied and the Respondent shall be provided this Court's opinion in writing explaining the reasons for denial of Motion No. 0001 v. 1.0 and the reasons the Respondent's constitutional rights are not being protected or honored by this Court, no later than 10 days from the date of the execution of this order.

Done in Leesville, Louisiana, Parish of Vernon, this _____ day of _____, 2014.


_____
Signature of Presiding Judge


Entered on the Record ( ) Date: _____  

Hugh-Brian: Street                                          Document No. 0001 v  3.0
385 RC Stephens Rd
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office


**Certificate of Service**


I, Hugh-Brian: Street do hereby certify that a copy of the forgoing Motion No. 0001 v.

1.0, v. 2.0, v. 2.1 and v. 2.2 has been duly served upon counsel of record listed below, by

(X) Hand-Delivery on this 28th day of August, 2014.


DATE: _8/28/2014_                    _____

                                              Hugh-Brian: Street


Asa A. Skinner,

Vernon Parish Deputy Prosecutor

208 S 3rd Street

Leesville, Louisiana

Near [71446]


district court of louisiana the parish of vernon state of louisiana.

215 S 3rd Street

Leesville, Louisiana

Near [71446]


1

FILED

Hugh-Brian: Street
Rural Route 1 Box 225
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office



IN THE district court of louisiana the parish of vernon state of louisiana

|  |  |
|---|---|
| STATE OF LOUISIANA INC,<br><br>Plaintiff,<br><br>vs.<br><br>Hugh-Brian: Street,<br><br>Respondent, | ) Case No. 86288<br>) Document No. 0002 v. 1.0<br>)<br>) Current Trial date: September 5th 2014<br>)<br>) Judicial Notice<br>) Challenging Jurisdiction and Standing<br>)<br>) Motion To Dismiss<br>) For:<br>) (a) Lack of Jurisdiction and/or Standing<br>) (b) Failure to state a claim entitled to relief<br>) (c) Failure to obtain consent for action<br>) (d) Violations of USC 18 § 241 & 242<br>) (e) Violations of US Constitution<br>) (f) Denial of due process of law<br>)<br>) Notice of Respondent's Demands<br>) 1. Demand for Court Reporter<br>) 2. Demand for Common Law<br>) 3. Demand for Jury Trial<br>) 4. Demand for Discovery<br>) 5. Demand for indictment by grand jury<br>) 6. Demand for right to confront plaintiff<br>) 7. Demand for full panoply of criminal due<br>) process procedures and rights.<br>) 8. Demand for Judge<br>) 9. Demand for proof that Judge has taken oath<br>) of office<br>) 10. Demand for proposed jury instructions a<br>) month in advance of trial<br>) 11. Demand for permission to obtain and keep<br>) video recordings of all this action's hearings.<br>)<br>) |

Comes now, Hugh-Brian: Street (hereinafter Respondent) as himself the Living
Soul in flesh and blood. **I At All Times, Waive Any/All Benefits, Known or Unknown,
Compelled or Not.**

I **Do Not** at any time **Consent to this action nor do I Waive** any of my
**Unalienable Rights. Further, Gentlemen I Do Not Waive Political Jurisdiction or
Standing at any time.**

1

"__Every man__ is __independent of all laws__, except those __prescribed by nature__. He is __not bound__ by any institutions __formed by his fellowmen__ __without his consent__"
_Cruden v. Neale 2N.C.,_ 2 SE 70 (1796)

"Under __our system of government__ upon the __individuality__ and __intelligence of the citizen__, the __state does not claim__ to __control him/her__, except as __his/her conduct to others__, leaving __him/her the sole judge__ as to all that __affects himself/herself__."
_Mugler v. Kansas,_ 123 U.S. 623, 659-60.

"__Sovereignty__ itself is, of course, __not subject to law__, for it is the __author__ and __source of law__; but in __our__ system, while __sovereign powers__ are __delegated__ to the __agencies of government__, __sovereignty__ itself __remains with the people__, by whom and for whom all government exists and acts And the __law__ is the __definition and limitation__ of __power__." ... "For, the very idea that __man may be compelled__ to hold his __life__, or the __means of living__, or __any material right essential to the enjoyment of life__, at the mere __will of another__, seems to be __intolerable__ in __any country__ where __freedom prevails__, as being the __essence of slavery__ itself."
_Yick Wo v. Hopkins,_ 118 US 356, 370

"__All codes__, __rules__, and __regulations__ are for __government authorities only__, not __human/Creators__ in __accordance with God's laws__. __All codes__, __rules__, and __regulations__ are __unconstitutional__ and __lacking due process__..."
_Rodriques v. Ray Donavan (U.S. Department of Labor)_ 769 F. 2d 1344, 1348 (1985)

"The __assertion of federal rights__, when __plainly__ and __reasonably made__, is __not to be defeated__ under the __name of local practice__."
_Davis v. Wechsler,_ 263 US 22, at 24

__With all due respect to parties__, I now demand that the Prosecuting Attorney, Asa A. Skinner and the THIRTIETH JUDICIAL DISTRICT COURT __Certify adhering to Strict-Proof in Writing its Jurisdiction and Standing__ for this case to proceed.

__FRCP Rule 201__. Judicial Notice of Adjudicative Facts(d) When mandatory. __A court shall take judicial notice if requested by a party and supplied with the necessary information.__

## MANDATORY JUDICIAL NOTICE

Judge, Vernon Clark,  Prosecuting Attorney, Asa A. Skinner and all offices of the THIRTIETH JUDICIAL DISTRICT COURT shall take Mandatory Judicial Notice to the following:

1. **This Court takes Mandatory Judicial Notice** of Judge, Vernon Clark's and Prosecuting Attorney, Asa A. Skinner's **"Oath of Office"** to **Uphold and Protect The Constitution of the United States.**

2. **This Court takes Mandatory Judicial Notice of United States Code Title 18 Section 241: Conspiracy Against Rights:**

   If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

   If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisonednot more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

3. **This Court takes Mandatory Judicial Notice of United States Code Title 18 Section 242: Deprivation of Rights Under Color of Law:**

   Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens,

3

shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

For the purpose of 18 U.S.C. Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

4. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Article IV Section 4:**

"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."

5. **This Court takes Mandatory Judicial Notice of The Constitution of the**

4

**United States: Amendment XI:**

"The Judicial Power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."

6. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XIII Section 1:**

"Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."

7. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment VI:**

"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense."

8. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment VII:**

"In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law."

9. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XIV:**

"All persons born or naturalized in the United States, and subject to the

5

jurisdiction thereof, are <u>citizens of the United States</u>, and of the state wherein they reside. <u>No state</u> shall make or <u>enforce any law</u> which shall abridge the <u>privileges or immunities</u> of citizens of the United States; nor shall any state <u>deprive any person of life, liberty, or property, without due process of law</u>; nor <u>deny to any person</u> within its jurisdiction the <u>equal protection of the laws</u>."

10. <u>**This Court takes Mandatory Judicial Notice of The Constitution of the United States: Article VI Section 2:**</u>

"This <u>Constitution</u>, and the <u>laws of the United States</u> which shall be made in pursuance thereof; and <u>all treaties made</u>, or which shall be made, <u>under the authority of the United States</u>, shall be the <u>supreme law of the land</u>; and the <u>judges in every state</u> shall be bound thereby, anything in the <u>Constitution</u> or <u>laws of any State</u> to the contrary <u>notwithstanding</u>."

## STATEMENT OF FACTS

1. On May 14th, 2013 respondent left his home, traveling towards a friends home. Upon turning right onto Fai Rd from RC Stephens Rd, responded noticed a vehicle marked, vernon parish sheriff's office with its emergency lights on.

2. Respondent turned his vehicle around and pulled over parallel to the drivers window of the vehicle marked, vernon parish sheriff's office and rolled down his window.

3. The driver of the vehicle, marked vernon parish sheriff's office also rolled down his window and the responded informed the driver that if he would like to speak with him, he would need to follow the respondent to his home where there could be a witness to their conversation.

4. The driver of the vehicle, marked vernon parish sheriff's office responded to the respondent by shouting aggressively: "No you stop right there".

5. The respondent feeling threatend and intimidated by the drivers aggressive response, drove his vehicle away from the scene, towards his home where there would be a witness to any violence the driver of the vehicle, marked vernon parish sheriff's office, may have intended to inflict upon the respondent.

6. The respondent arrived at his home, parked then exited his vehicle, and noticed the same vehicle, marked vernon parish sheriff's office entering his driveway.

7. The respondent went out to greet the driver of the vehicle, marked vernon parish sheriff's office and upon outreaching the respondents hand to shake hands with the driver; the driver grabbed the respondents arm, violently twisted it behind his back, lifted him off of the ground by his arm, leaned him over his truck, and restrained him in handcuffs.

8. The respondent asked the driver of the vehicle, marked vernon parish sheriff's office why he was being greeted with violence and the driver identified himself as Deputy Sheriff Charles Christ and stated that he was placing respondent under arrest.

9. Deputy Sheriff Charles Christ further restrained respondent in the rear seat of the vehicle, marked vernon parish sheriff's office and immediately entered respondents vehicle and rummaged through the respondents property.

10. Respondents mother heard the voices from outside and exited her home to see her son bent over his truck being placed in handcuffs and asked Deputy Sheriff Charles Christ: "hey, what's going on?" and did not recieve a reply.

11. Respondents mother witnessed Deputy Sheriff Charles Christ assault and restrain her son and when the deputy entered respondents vehicle, she attempted to inform him that he would need a warrant if he wished to search private property and needed to leave her home. To which the deputy demanded: "Maam, go back into your house".

12. Respondents mother complied with the Deputy Sheriff Charles Christ's demand to go into her home. She changed her clothes, grabbed her bible and returned outside

7

to read it under the shade of the oak tree in her front lawn.

13. Deputy Sheriff Charles Christ was still rummaging through the respondents things and stopped what he was doing to watch respondents mother walk to her chair, sit down, and begin reading her bible.

14. Respondent witnessed Deputy Sheriff Charles Christ walk toward his mother, say something to her of threatening appearance, violently pick her and the chair she sat in off the ground, throw both her and the chair to his left accross the lawn, then jump on top of her, and begin to throw punches at her.

15. Upon witnessing Deputy Sheriff Charles Christ beating respondents mother, respondent kicked the window out of the vehicle that was restraining him in an attempt to defend his mother from further harm.

16. Two men dressed in costumes, marked Louisiana Wildlife and Fisheries Management Association, prevented respondent who was still restrained in handcuffs from crawling out of the vehicle he was restrained in.

17. Another vehicle, marked vernon parish sheriff's office appeared at the scene and deputy sheriff Charles Christ restrained respondents mother in that vehicle.

18. Deputy sheriff Charles Christ opened the door of the vehicle that was restraining respondent and violently demanded that respondent exit the vehicle.

19. Deputy sheriff Charles Christ grabbed respondents leg and began trying to drag him from the vehicle and the respondent attempted to defend himself by kicking toward the deputy.

20. Respondents kick missed the deputy and deputy sheriff Charles Christ grabbed respondents legs and pulled him from the vehicle. Respondent was handcuffed, but regained his footing and stood up, then deputy Charles Christ punched respondent multiple times in the head, threw him back into the vehicle, violently slammed the door of the vehicle closed with respondents head between its door and frame, and pushed respondent into the backseat and closed the door to again

8

restrain respondent in the back seat of the deputy's vehicle.

21. Deputy Charles Christ instructed the owner of AAA Towing to enter respondents private property, and steal the respondents vehicle.

22. The owner of AAA Towing entered respondents private property and used his towing truck to steal respondents vehicle.

23. Deputy Charles Christ escorted respondent to the Vernon Parish Jail where respondent was booked for the charges alleged in this action, and forced to serve an involuntary sentence, without due process of law, prior to conviction for any crime.

24. The Vernon Parish Sheriff's Office demanded ransom in the amount of $3,030 for respondents temperary release from involuntary servitude and respondents mother used her property as collateral for the demanded ransom.

25. Respondent was released from involuntary servitude, pending adjudication of this action for attempting to defend himself and his family from the imminent harm being viciously perpetrated upon him and his family at their home by deputy sheriff Charles Christ.

26. AAA Towing charged respondent another ransom of approximately $350 for release of respondents stolen vehicle from his impound lot.

27. Respondent recieved an INITIAL ARRAIGNMENT Notice from the Vernon Parish Sheriff's to appear in court on May 6th at 9:00AM for arraignment or other legal proceedings to wit.

28. Respondent appeared in Judge John Fords court for arraignment and verbally informed the court that he did not meet the requirements for the benifit of entering a plea into the action, because the respondent is not owned by the state nor public property.

29. Judge John Ford entered a plea into this action on, "the behalf of the defendant". Respondent objected to the judges actions on the grounds that the respondent has

never consented to allowing Judge John Ford any powers of attorney or authority to make legal decisions on behalf of the respondent.

30. Judge John Ford overruled the respondents objection, and entered a plea into this action without respondents consent, stating that he did not "understand" what the respondent was telling him.

## REVOCATION OF SIGNATURE AND RESCISSION OF CONTRACT

Respondent hereby extinguish, rescind, revoke, cancel, abrogate, annul, nullify, discharge and make void ab initio all signatures, belonging to respondent, on all previously and all powers of attorneys real and implied, connected thereto to **CAUSE NO. 86288**, on the grounds that respondents purported consent was not voluntarily and freely obtained, but was made through mistake, duress, fraud, and undue influence exercised by officers of the STATE OF LOUISIANA. Respondent was induced by fraud and duress to sign such forms and was denied full disclosure of the voluntary nature of such forms. Respondent was mislead by those who knew, or should have known, into believing that filing such forms was mandatory and/or implied, where inconscionable and grossly unfair to respondent. Respondent was unduly influenced by the stronger bargaining power of officers of the court of the STATE OF LOUISIANA and acted under an implied threat and fear of potential imprisonment for non-compliance. Any alleged consent is null and void as it was given under duress, by mistake, and by fraud. Notwithstanding any information which the THIRTIETH JUDICIAL DISTRICT COURT may have to the contrary, any forms that have been filed in this cause, and any implied quasi contracts that the STATE OF LOUISIANA for this cause may feel it may have with respondent, were filed illegally and unlawfully and are without force and effect. Respondent further revoke, rescind, and make void ab initio all powers of attorney pertaining to respondent from officers for the STATE OF LOUISIANA and for any and all governmental/quasi/colorable agencies and/or Departments created under the authority of Art. I, Sec. 8, Cl 17, and or Art. IV, Sec 3, Cl 2 of the Constitution of the United States.

## CHALLENGING JURISDICTION

"Once **jurisdiction is challenged**, the **court cannot proceed** when it clearly appears that the court lacks jurisdiction, the **court has no authority to reach merits**, but rather should **dismiss the action**."

*Melo v. U.S.* 505 F 2d 1026

"Once **jurisdiction** is challenged **it must be proven**."

*Hagins vs Levine*, 415 US 533 note 3 (1974)

"Concepts of **justiciability** have been developed to **identify appropriate occasions for judicial action**. The central concepts often are elaborated into more specific categories of justiciability – advisory opinions, feigned and collusive cases, **standing**, ripeness, mootness, political questions, and administrative questions."

*13 Charles Alan Wright et al.*, Federal Practice and Procedure §5 3529, 278-79 (3d. ed. 1984)

"Inferior courts" are those whose **jurisdiction is limited** and **special** and whose proceedings are **not according to the course of the common law**. **Criminal courts** proceed according to **statutory law**. **Jurisdiction** and **procedure** is **defined by statute**. Likewise, **civil courts** and **admiralty courts** proceed **according to statutory law**. **Any court** proceeding **according to statutory law** is **not a court of record** (which only proceeds **according to common law**); **it is an inferior court**.

The Respondent now requests and demands that Prosecuting Attorney, Asa A. Skinner, show **Strict-Proof in Writing** The State's **Political Jurisdiction** for this case to proceed.

## CHALLENGING STANDING

**The Supreme Court said**, "The requirement of standing, however, has a **core component** derived directly from the **constitution**. A **plaintiff** must allege **personal injury** fairly traceable to the defendant's allegedly **wrongful conduct** and likely to be redressed by the requested relief.

*Allen v. Wright*, 468 U.S. 737, 751 (1984).

If a plaintiff **lacks standing**, then the courts, all courts, are **legally and constitutionally incapable of proceeding because**: "courts only adjudicate justiciable controversies".

*United States v. Interstate Commerce Commission*, 337 US 426, 430.

The plaintiff must show that he has **sustained** or is **immediately in danger of sustaining** some **direct injury** as the result of the challenged official conduct and the **injury or threat of injury** must be both real and immediate, **not conjectural or hypothetical**.

*City of Los Angeles v. Lyons*, 461 U.S. 95, 101-102 (1983),

*Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992).

[Standing requires that plaintiff allege] "such a **personal stake** in the outcome of the controversy as **to assure that concrete adverseness** which **sharpens the presentation of issues** upon which the court so largely depends for **illumination of difficult constitutional issues**."

*Baker v. Carr*, 369 U.S. 186, 204 (1962)

Even when the plaintiff has **alleged injury sufficient** to meet the "case or controversy" requirment, the Court has generally held that the plaintiff generally must **asset his own legal rights and interests**, and **cannot** rest his claim to relief on the **legal rights or interests of third parties**."

12

*Warth v. Seldin*, 422 US 499.

"**No State** shall **make or enforce any law** which shall **abridge the privileges or immunities** of **citizens** of the United States; nor shall any State **deprive any person of life, liberty, or property** without **due process of law**; nor deny to any person within its jurisdiction the **equal protection of the laws**.

It is **State action** of a particular character that is **prohibited**. Individual invasion of individual rights is not the subject matter of the amendment. It has a deeper and broader scope. It **nullifies and makes void all State legislation**, and **State action of every kind**, which **impairs the privileges and immunities** of citizens of the United States or **which injures them in life, liberty or property** without **due process of law**, or which denies to any of them the **equal protection of the laws**. It not only does this, but, in order that the national will, thus declared, may not be a mere brutum fulmen, the last section of the amendment invests Congress with power to **enforce it by appropriate legislation**."

*Civil Rights Cases*, 109 US 3 (1883)

"An action **must be prosecuted** in the name of the **real party** in interest."

*FRCP Rule 17 (a)(1)*

"For a **crime to exist**, there **must** be an **injured party**. There can be **no sanction** or **penalty** imposed upon one because of this **exercise of Constitutional rights**."

*Sherar v. Cullen*, 481 F. 945.

"**All laws**, **rules** and **practices** which are **repugnant to the Constitution** are **null and void**"

*Marbury v. Madison*, 5th US (2 Cranch) 137, 180

The **common law is the real law**, the **Supreme Law of the land**, the **code**, **rules**, **regulations**, **policy** and **statutes** are **"not the law"**

*Self v. Rhay*, 61 Wn (2d) 261

"The **general rule** is that an **unconstitutional statute**, though having the **form** and

name of law, **is in reality no law**, but is **wholly void** and **ineffective** for **any purpose**, since its **unconstitutionality** dates from the **time of its enactment**... In legal contemplation, it is as **inoperative** as if it had never been passed... Since an **unconstitutional law** is **void**, the **general principles** follow that it **imposes no duties**, **confers no right**, **creates no office**, **bestows no power** or **authority** on anyone, **affords no protection** and **justifies no acts performed under it**... A **void act** **cannot** be **legally consistent** with a **valid one**. An **unconstitutional law** **cannot operate to supersede any existing law**. Indeed insofar as a **statute** runs **counter to the fundamental law of the land**, (**the Constitution**) it is **superseded thereby**. **No one** is **bound** to **obey an unconstitutional law** and **no courts** are **bound to enforce it**."

*Bonnett v. Vallier*, 116 N.W. 885, 136 Wis. 193 (1908);

*NORTON v. SHELBY COUNTY*, 118 U.S. 425 (1886)

"**Statutes** that **violate** the plain and obvious principles of **common right** and **common reason** are **null and void**."

*Bennett v. Boggs*, 1 Baldw 60

"A **State may not impose a charge** for the **enjoyment** of a **right** granted by the **Federal Constitution**."

*Murdock v. Pennsylvania*, 319 U.S. 105, at 113

"**The State cannot diminish rights of the people.**"

*Hertado v. California*, 110 U.S. 516

"The **Claim** and **exercise** of a Constitutional Right **cannot be converted into a crime**."

*Miller v. U.S.*, 230 F 2d 486. 489

"If the **state** **converts a liberty into a privilege** the **citizen** can **engage in the right with impunity**"

*Shuttlesworth v Birmingham*, 373 USs 262

The constitution and laws of the united states, rules of procedure, and rulings of its

14

high courts have formed my competent conclusion that: **Laws** are **made for us**; **we** are not **made for the laws**. **Government** Is **Foreclosed from Parity** with **Real People**. Inasmuch as **every government** is an **artificial person**, an **abstraction**, and a **creature of the mind** only, a **government** can **interface** only with other **artificial persons**. The **imaginary**, having **neither actuality nor substance**, is **foreclosed** from **creating and attaining parity** with the **tangible**. The **legal manifestation** of this is that **no government**, as well as any **law**, **agency**, **aspect**, **court**, **etc.** can **concern itself** with anything other than **corporate**, **artificial persons** and the **contracts between them**.

The Respondent now requests and demands that Prosecuting Attorney, Asa A. Skinner, show **Strict Proof in Writing The State's Standing** for this case to proceed.

The State is a Corporation, a Legal Fiction, nothing more than paper and as such cannot claim that the Respondent has caused a Harm or Injury to it. The State cannot be a Plaintiff without Standing. Further, that since the Plaintiff in this action is fiction, an artificial and imaginary person without intellect and perpetually unavailable for cross-examination; the Respondent is being denied his constitutional right to confront the witness against him. Once **Again Gentlemen, I do not Stand Under any Statutes, Acts, Bills or Orders.  I Do Not Consent to any of such Actions.**

**WHEREAS**, There can be no doubt that the Prosecuting Attorney, Asa A. Skinner, and the THIRTIETH JUDICIAL DISTRICT COURT lack Standing and Jurisdiction for this case to proceed, further that the Respondent is not a **U.S. Citizen**, **Person**, **Alien**, **Resident**, **Legal Fiction**, **Corporation**, **Beneficiary** or a **Trustee** that this Honorable Court may act upon without first gaining **Consent** and further showing a **Harm** or **Injury** has occurred which is not the case in this action. Further this action by the Prosecuting Attorney and the THIRTIETH JUDICIAL DISTRICT COURT **Violates the Judicial Notice given under United States Code Title 18, 241 and**

242. Further that plaintiff in this action, Prosecuting Attorney, Asa A. Skinner has **failed to state a claim upon which relief can be granted**. Further the action by the Vernon Parish Sheriff's Office to subject the Respondent to **involuntary servitude** (*jail*) without first obtaining a conviction for a crime under due process of law, **Violates the Judicial Notice given under The Constitution of the United States: Amendment XIII Section 1**.

The Respondent, **Moves** this **Court** to **Dismiss** this case with **Prejudice** and to issue a **Protective Order** against the Vernon Parish Sheriff's Office from causing any further harm to the Respondent or to **Show Cause** in **Writing** why his **Unalienable Rights** under the **Republic** form of **Government** should not be **Honored** and **Protected** by this Court as your "**Oath of Office**" Demands.

Submitted by

Hugh-Brian: Street
Rural Route 1 Box 225
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

16

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**

|  |  |
|---|---|
| STATE OF LOUISIANA INC, | ) |
| | ) |
| Plaintiff, | ) Case No. 86288 |
| | ) Document No. 0002 v. 2.0 |
| | ) |
| | ) Current Trial date: September, 5th 2014 |
| vs. | ) |
| | ) Proposed Order To Dismiss |
| | ) |
| | ) Supporting Motion No. 0002 v. 1.0 |
| Hugh-Brian: Street, | ) |
| | ) |
| Respondent, | ) |

**ORDER DISMISSING CASE No. 86288**

     Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86288, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion to Dismiss No. 0002 v 1.0 under the common law and Dismiss Case No. 86288 with prejudice. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states, and for good reason, now finds that Case No. 86288 should be dismissed with prejudice.

     IT IS THEREFORE, ORDERED that the Respondent's Motion to Dismiss No. 0002 v 1.0 is granted and Case No. 86288 is hereby dismissed with prejudice.

Done in Leesville, Louisiana, Parish of Vernon, this ____ day of _____, 2014.

_____
Signature of Presiding Judge

Entered on the Record ( ) Date: _____

1

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**



|  |  |
|---|---|
| Hugh-Brian: Street, | ) |
| Respondent, | ) Case No. 86288 |
|  | ) Document No. 0002 v. 2.1 |
|  | ) Current Trial date: September 5th 2014 |
| vs. | ) Proposed Protective Order |
|  | ) Supporting Motion No. 0002 v. 1.0 |
| Vernon Parish Sheriff's Office, | ) |
| Defendant, | ) |

**PROTECTIVE ORDER**

Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86288, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion No. 0002 v 1.0 and issue this Protective Order against the Vernon Parish Sheriff's Office and its deputies from causing further harm to the Respondent. This Court, being duly advised and for good reason, now finds that a Protective Order should be issued to protect the Respondent from further domestic violence, injury, abuse or harrassment that may be inflicted upon him by the deputies of the Vernon Parish Sheriff's Office.

1

IT IS THEREFORE, ORDERED that the Respondent's Motion No. 0002 v 1.0 requesting a Protective Order is granted and all deputies of the Vernon Parish Sheriff's Office are hereby ordered to indefinitely refrain from abusing, harassing, or interfering with the respondent or his employment or going near the residence or place of employment of the respondent pursuant to R.S. 46:2136.

Done in Leesville, Louisiana, Parish of Vernon, this ____ day of _____, 2014.

_____
Signature of Presiding Judge

Entered on the Record ( ) Date: _____  

"A PERSON WHO VIOLATES THIS ORDER MAY BE PUNISHED FOR CONTEMPT OF COURT BY A FINE OF NOT MORE THAN $500 OR BY CONFINEMENT IN JAIL FOR AS LONG AS SIX MONTHS, OR BOTH, AND MAY BE FURTHER PUNISHED UNDER THE CRIMINAL LAWS OF THE STATE OF LOUISIANA. THIS ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS AND COURTS OF THE STATE OF LOUISIANA."

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**



|  |  |
|---|---|
| STATE OF LOUISIANA INC, | ) |
| | ) |
| | ) |
| | ) |
| | ) Case No. 86288 |
| Plaintiff, | ) Document No. 0002 v. 2.2 |
| | ) |
| | ) Current Trial date: September 5th 2014 |
| | ) |
| vs. | ) Proposed Order To Show Cause For Denial Of |
| | ) Constitutional Rights |
| | ) |
| | ) Supporting Motion No. 0002 v. 1.0 |
| Hugh-Brian: Street, | ) |
| | ) |
| Respondent, | ) |
| | ) |

**ORDER TO SHOW CAUSE FOR DENIAL OF CONSTITUTIONAL RIGHTS**

Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86288, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion No. 0002 v. 1.0 under the common law and, if denied, show cause in writing why his unalienable rights under the republican form of government should not be honored or protected by this Court as your "Oath of Office" demands. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states of america, and for good reason, now finds that Motion No. 0002 v. 1.0 should be denied and the respondent be provided this Court's opinion in writing the reasons why the respondent's Motion No. 86288 is being denied and the reasons his constitutional rights are not being protected or honored by this Court.

IT IS THEREFORE, ORDERED that the Respondent's Motion to Dismiss No. 0002 v 1.0 is hereby denied and the Respondent shall be provided this Court's opinion in writing explaining the reasons for denial of Motion No. 0002 v. 1.0 and the reasons the Respondent's constitutional rights are not being protected or honored by this Court, no later than 10 days from the date of the execution of this order.

Done in Leesville, Louisiana, Parish of Vernon, this ____ day of _____, 2014.

_____
Signature of Presiding Judge

Entered on the Record ( ) Date: _____

2

Hugh-Brian: Street                                    Document No. 0002 v  3.0
385 RC Stephens Rd
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office


**Certificate of Service**


I, Hugh-Brian: Street do hereby certify that a copy of the forgoing Motion No. 0002 v.

1.0, v. 2.0, v. 2.1 and v. 2.2 has been duly served upon counsel of record listed below, by

(X) Hand-Delivery on this 28th day of August, 2014.


DATE: _8/28/2014_               _____
                                        Hugh-Brian: Street



Asa A. Skinner,

Vernon Parish Deputy Prosecutor

208 S 3rd Street

Leesville, Louisiana

Near [71446]


district court of louisiana the parish of vernon state of louisiana.

215 S 3rd Street

Leesville, Louisiana

Near [71446]


1

Hugh-Brian: Street
Rural Route 1 Box 225
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

FILED

IN THE district court of louisiana the parish of vernon state of louisiana

|  |  |
|---|---|
| STATE OF LOUISIANA INC,<br><br>Plaintiff,<br><br>vs.<br><br>Hugh-Brian: Street,<br><br>Respondent, | ) Case No. 86289<br>) Document No. 0003 v. 1.0<br>)<br>) Current Trial date: September 5th 2014<br>)<br>) Judicial Notice<br>) Challenging Jurisdiction and Standing<br>)<br>) Motion To Dismiss<br>) For:<br>) (a) Lack of Jurisdiction and/or Standing<br>) (b) Failure to state a claim entitled to relief<br>) (c) Failure to obtain consent for action<br>) (d) Violations of USC 18 § 241 & 242<br>) (e) Violations of US Constitution<br>) (f) Denial of due process of law<br>)<br>) Notice of Respondent's Demands<br>) 1. Demand for Court Reporter<br>) 2. Demand for Common Law<br>) 3. Demand for Jury Trial<br>) 4. Demand for Discovery<br>) 5. Demand for indictment by grand jury<br>) 6. Demand for right to confront plaintiff<br>) 7. Demand for full panoply of criminal due<br>) process procedures and rights.<br>) 8. Demand for Judge<br>) 9. Demand for proof that Judge has taken oath<br>) of office<br>) 10. Demand for proposed jury instructions a<br>) month in advance of trial<br>) 11. Demand for permission to obtain and keep<br>) video recordings of all this action's hearings.<br>)<br>) |

Comes now, Hugh-Brian: Street (hereinafter Respondent) as himself the Living

Soul in flesh and blood. **I At All Times, Waive Any/All Benefits, Known or Unknown,**

**Compelled or Not.**

I **Do Not** at any time **Consent to this action nor do I Waive** any of my

**Unalienable Rights.  Further, Gentlemen I Do Not Waive Political Jurisdiction or**

**Standing at any time.**

1

"**Every man** is **independent of all laws**, except those **prescribed by nature**. He is **not bound** by any institutions **formed by his fellowmen** **without his consent**" *Cruden v. Neale 2N.C.*, 2 SE 70 (1796)

"Under **our system of government** upon the **individuality** and **intelligence of the citizen**, the **state does not claim** to **control him/her**, except as **his/her conduct to others**, leaving **him/her the sole judge** as to all that **affects himself/herself**." *Mugler v. Kansas*, 123 U.S. 623, 659-60.

"**Sovereignty** itself is, of course, **not subject to law**, for it is the **author** and **source of law**; but in **our** system, while **sovereign powers** are **delegated** to the **agencies of government**, **sovereignty** itself **remains with the people**, by whom and for whom all government exists and acts And the **law** is the **definition and limitation** of **power**." ... "For, the very idea that **man may be compelled** to hold his **life**, or the **means of living**, or **any material right essential to the enjoyment of life**, at the mere **will of another**, seems to be **intolerable** in **any country** where **freedom prevails**, as being the **essence of slavery** itself." *Yick Wo v. Hopkins*, 118 US 356, 370

"**All codes**, **rules**, and **regulations** are for **government authorities only**, not **human/Creators** in **accordance with God's laws**. **All codes**, **rules**, and **regulations** are **unconstitutional** and **lacking due process**..." *Rodrigues v. Ray Donavan (U.S. Department of Labor)* 769 F. 2d 1344, 1348 (1985)

"The **assertion of federal rights**, when **plainly** and **reasonably made**, is **not to be defeated** under the **name of local practice**." *Davis v. Wechsler*, 263 US 22, at 24

**With all due respect to parties**, I now demand that the Prosecuting Attorney, Asa A. Skinner and the THIRTIETH JUDICIAL DISTRICT COURT **Certify adhering to Strict-Proof in Writing its Jurisdiction and Standing** for this case to proceed.

**FRCP Rule 201.** Judicial Notice of Adjudicative Facts(d) When mandatory. **A court shall take judicial notice if requested by a party and supplied with the necessary information.**

## MANDATORY JUDICIAL NOTICE

Judge, Vernon Clark,  Prosecuting Attorney, Asa A. Skinner and all offices of the

**THIRTIETH JUDICIAL DISTRICT COURT** shall take Mandatory Judicial Notice

to the following:

1. <u>This Court takes Mandatory Judicial Notice</u> of Judge, Vernon Clark's and Prosecuting Attorney, Asa A. Skinner's "<u>Oath of Office</u>" to <u>Uphold and Protect The Constitution of the United States.</u>

2. <u>This Court takes Mandatory Judicial Notice of United States Code Title 18 Section 241: Conspiracy Against Rights:</u>

   If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

   If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisonednot more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

3. <u>This Court takes Mandatory Judicial Notice of United States Code Title 18 Section 242: Deprivation of Rights Under Color of Law:</u>

   Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens,

3

shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

For the purpose of 18 U.S.C. Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

4. **This Court takes Mandatory Judicial Notice of The Constitution of the United States; Article IV Section 4:**
   "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."

5. **This Court takes Mandatory Judicial Notice of The Constitution of the**

4

**United States: Amendment XI:**

"The Judicial Power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."

6. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XIII Section 1:**

"Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."

7. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment VI:**

"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense."

8. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment VII:**

"In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law."

9. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XIV:**

"All persons born or naturalized in the United States, and subject to the

jurisdiction thereof, are <u>citizens of the United States</u>, and of the state wherein they reside. <u>No state</u> shall make or <u>enforce any law</u> which shall abridge the <u>privileges or immunities</u> of citizens of the United States; nor shall any state <u>deprive any person of life, liberty, or property, without due process of law</u>; nor <u>deny to any person</u> within its jurisdiction the <u>equal protection of the laws</u>."

10. <u>**This Court takes Mandatory Judicial Notice of The Constitution of the United States: Article VI Section 2:**</u>

"This <u>Constitution</u>, and the <u>laws of the United States</u> which shall be made in pursuance thereof; and <u>all treaties made</u>, or which shall be made, <u>under the authority of the United States</u>, shall be the <u>supreme law of the land</u>; and the <u>judges in every state</u> shall be bound thereby, anything in the <u>Constitution</u> or <u>laws of any State</u> to the contrary <u>notwithstanding</u>."

## STATEMENT OF FACTS

1. On May 14th, 2013 respondent left his home, traveling towards a friends home. Upon turning right onto Fal Rd from RC Stephens Rd, responded noticed a vehicle marked, vernon parish sheriff's office with its emergency lights on.

2. Respondent turned his vehicle around and pulled over parallel to the drivers window of the vehicle marked, vernon parish sheriff's office and rolled down his window.

3. The driver of the vehicle, marked vernon parish sheriff's office also rolled down his window and the responded informed the driver that if he would like to speak with him, he would need to follow the respondent to his home where there could be a witness to their conversation.

4. The driver of the vehicle, marked vernon parish sheriff's office responded to the respondent by shouting aggressively: "No you stop right there".

5. The respondent feeling threatend and intimidated by the drivers aggressive response, drove his vehicle away from the scene, towards his home where there would be a witness to any violence the driver of the vehicle, marked vernon parish sheriff's office, may have intended to inflict upon the respondent.

6. The respondent arrived at his home, parked then exited his vehicle, and noticed the same vehicle, marked vernon parish sheriff's office entering his driveway.

7. The respondent went out to greet the driver of the vehicle, marked vernon parish sheriff's office and upon outreaching the respondents hand to shake hands with the driver; the driver grabbed the respondents arm, violently twisted it behind his back, lifted him off of the ground by his arm, leaned him over his truck, and restrained him in handcuffs.

8. The respondent asked the driver of the vehicle, marked vernon parish sheriff's office why he was being greeted with violence and the driver identified himself as Deputy Sheriff Charles Christ and stated that he was placing respondent under arrest.

9. Deputy Sheriff Charles Christ further restrained respondent in the rear seat of the vehicle, marked vernon parish sheriff's office and immediately entered respondents vehicle and rummaged through the respondents property.

10. Respondents mother heard the voices from outside and exited her home to see her son bent over his truck being placed in handcuffs and asked Deputy Sheriff Charles Christ: "hey, what's going on?" and did not recieve a reply.

11. Respondents mother witnessed Deputy Sheriff Charles Christ assault and restrain her son and when the deputy entered respondents vehicle, she attempted to inform him that he would need a warrant if he wished to search private property and needed to leave her home. To which the deputy demanded: "Maam, go back into your house".

12. Respondents mother complied with the Deputy Sheriff Charles Christ's demand to go into her home. She changed her clothes, grabbed her bible and returned outside

7

to read it under the shade of the oak tree in her front lawn.

13. Deputy Sheriff Charles Christ was still rummaging through the respondents things and stopped what he was doing to watch respondents mother walk to her chair, sit down, and begin reading her bible.

14. Respondent witnessed Deputy Sheriff Charles Christ walk toward his mother, say something to her of threatening appearance, violently pick her and the chair she sat in off the ground, throw both her and the chair to his left accross the lawn, then jump on top of her, and begin to throw punches at her.

15. Upon witnessing Deputy Sheriff Charles Christ beating respondents mother, respondent kicked the window out of the vehicle that was restraining him in an attempt to defend his mother from further harm.

16. Two men dressed in costumes, marked Louisiana Wildlife and Fisheries Management Association, prevented respondent who was still restrained in handcuffs from crawling out of the vehicle he was restrained in.

17. Another vehicle, marked vernon parish sheriff's office appeared at the scene and deputy sheriff Charles Christ restrained respondents mother in that vehicle.

18. Deputy sheriff Charles Christ opened the door of the vehicle that was restraining respondent and violently demanded that respondent exit the vehicle.

19. Deputy sheriff Charles Christ grabbed respondents leg and began trying to drag him from the vehicle and the respondent attempted to defend himself by kicking toward the deputy.

20. Respondents kick missed the deputy and deputy sheriff Charles Christ grabbed respondents legs and pulled him from the vehicle. Respondent was handcuffed, but regained his footing and stood up, then deputy Charles Christ punched respondent multiple times in the head, threw him back into the vehicle, violently slammed the door of the vehicle closed with respondents head between its door and frame, and pushed respondent into the backseat and closed the door to again

restrain respondent in the back seat of the deputy's vehicle.

21. Deputy Charles Christ instructed the owner of AAA Towing to enter respondents private property, and steal the respondents vehicle.

22. The owner of AAA Towing entered respondents private property and used his towing truck to steal respondents vehicle.

23. Deputy Charles Christ escorted respondent to the Vernon Parish Jail where respondent was booked for the charges alleged in this action, and forced to serve an involuntary sentence, without due process of law, prior to conviction for any crime.

24. The Vernon Parish Sheriff's Office demanded ransom in the amount of $3,030 for respondents temperary release from involuntary servitude and respondents mother used her property as collateral for the demanded ransom.

25. Respondent was released from involuntary servitude, pending adjudication of this action for attempting to defend himself and his family from the imminent harm being viciously perpetrated upon him and his family at their home by deputy sheriff Charles Christ.

26. AAA Towing charged respondent another ransom of approximately $350 for release of respondents stolen vehicle from his impound lot.

27. Respondent recieved an INITIAL ARRAIGNMENT Notice from the Vernon Parish Sheriff's to appear in court on May 6th at 9:00AM for arraignment or other legal proceedings to wit.

28. Respondent appeared in Judge John Fords court for arraignment and verbally informed the court that he did not meet the requirements for the benifit of entering a plea into the action, because the respondent is not owned by the state nor public property.

29. Judge John Ford entered a plea into this action on, "the behalf of the defendant". Respondent objected to the judges actions on the grounds that the respondent has

9

never consented to allowing Judge John Ford any powers of attorney or authority to make legal decisions on behalf of the respondent.

30. Judge John Ford overruled the respondents objection, and entered a plea into this action without respondents consent, stating that he did not "understand" what the respondent was telling him.

## REVOCATION OF SIGNATURE AND RESCISSION OF CONTRACT

Respondent hereby extinguish, rescind, revoke, cancel, abrogate, annul, nullify, discharge and make void ab initio all signatures, belonging to respondent, on all previously and all powers of attorneys real and implied, connected thereto to **CAUSE NO. 86289**, on the grounds that respondents purported consent was not voluntarily and freely obtained, but was made through mistake, duress, fraud, and undue influence exercised by officers of the STATE OF LOUISIANA. Respondent was induced by fraud and duress to sign such forms and was denied full disclosure of the voluntary nature of such forms. Respondent was mislead by those who knew, or should have known, into believing that filing such forms was mandatory and/or implied, where inconscionable and grossly unfair to respondent. Respondent was unduly influenced by the stronger bargaining power of officers of the court of the STATE OF LOUISIANA and acted under an implied threat and fear of potential imprisonment for non-compliance. Any alleged consent is null and void as it was given under duress, by mistake, and by fraud. Notwithstanding any information which the THIRTIETH JUDICIAL DISTRICT COURT may have to the contrary, any forms that have been filed in this cause, and any implied quasi contracts that the STATE OF LOUISIANA for this cause may feel it may have with respondent, were filed illegally and unlawfully and are without force and effect. Respondent further revoke, rescind, and make void ab initio all powers of attorney pertaining to respondent from officers for the STATE OF LOUISIANA and for any and all governmental/quasi/colorable agencies and/or Departments created under the authority of Art. I, Sec. 8, Cl 17, and or Art. IV, Sec 3, Cl 2 of the Constitution of the United States.

## CHALLENGING JURISDICTION

"Once **jurisdiction is challenged**, the **court cannot proceed** when it clearly appears that the court lacks jurisdiction, the **court has no authority to reach merits**, but rather should **dismiss the action**."

*Melo v. U.S.* 505 F 2d 1026

"Once **jurisdiction** is challenged **it must be proven**."

*Hagins vs Levine*, 415 US 533 note 3 (1974)

"Concepts of **justiciability** have been developed to **identify appropriate occasions for judicial action**. The central concepts often are elaborated into more specific categories of justiciability – advisory opinions, feigned and collusive cases, **standing**, ripeness, mootness, political questions, and administrative questions."

*13 Charles Alan Wright et al.*, Federal Practice and Procedure §5 3529, 278-79 (3d. ed. 1984)

"Inferior courts" are those whose **jurisdiction is limited** and **special** and whose proceedings are **not according to the course of the common law**. **Criminal courts** proceed according to **statutory law**. **Jurisdiction** and **procedure** is **defined by statute**. Likewise, **civil courts** and **admiralty courts** proceed **according to statutory law**. **Any court** proceeding **according to statutory law** is **not a court of record** (which only proceeds **according to common law**); **it is an inferior court**.

The Respondent now requests and demands that Prosecuting Attorney, Asa A. Skinner, show **Strict-Proof in Writing** The State's **Political Jurisdiction** for this case to proceed.

11

## CHALLENGING STANDING

**The Supreme Court said,** "The requirement of standing, however, has a **core component** derived directly from the **constitution**. A **plaintiff** must allege **personal injury** fairly traceable to the defendant's allegedly **wrongful conduct** and likely to be redressed by the requested relief.

*Allen v. Wright*, 468 U.S. 737, 751 (1984).

If a plaintiff **lacks standing**, then the courts, all courts, are **legally and constitutionally incapable of proceeding because**: "courts only adjudicate justiciable controversies".

*United States v. Interstate Commerce Commission*, 337 US 426, 430.

The plaintiff must show that he has **sustained** or is **immediately in danger of sustaining** some **direct injury** as the result of the challenged official conduct and the **injury or threat of injury** must be both real and immediate, **not conjectural or hypothetical**.

*City of Los Angeles v. Lyons*, 461 U.S. 95, 101-102 (1983),

*Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992).

[Standing requires that plaintiff allege] "such a **personal stake** in the outcome of the controversy as **to assure that concrete adverseness** which **sharpens the presentation of issues** upon which the court so largely depends for **illumination of difficult constitutional issues**."

*Baker v. Carr*, 369 U.S. 186, 204 (1962)

Even when the plaintiff has **alleged injury sufficient** to meet the "case or controversy" requirment, the Court has generally held that the plaintiff generally must **asset his own legal rights and interests**, and **cannot** rest his claim to relief on the **legal rights or interests of third parties**."

12

_Warth v. Seldin_, 422 US 499.

"**No State** shall **make or enforce any law** which shall **abridge the privileges or immunities** of **citizens** of the United States; nor shall any State **deprive any person of life, liberty, or property** without **due process of law**; nor deny to any person within its jurisdiction the **equal protection of the laws.**

It is **State action** of a particular character that is **prohibited**. Individual invasion of individual rights is not the subject matter of the amendment. It has a deeper and broader scope. It **nullifies and makes void all State legislation**, and **State action of every kind**, which **impairs the privileges and immunities** of citizens of the United States or **which injures them in life, liberty or property** without **due process of law**, or which denies to any of them the **equal protection of the laws**. It not only does this, but, in order that the national will, thus declared, may not be a mere brutum fulmen, the last section of the amendment invests Congress with power to **enforce it by appropriate legislation**."

_Civil Rights Cases_, 109 US 3 (1883)

"An action **must be prosecuted** in the name of the **real party** in interest."

_FRCP Rule 17 (a)(1)_

"For a **crime to exist**, there **must** be an **injured party**. There can be **no sanction** or **penalty** imposed upon one because of this **exercise of Constitutional rights**."

_Sherar v. Cullen_, 481 F. 945.

"**All laws**, **rules** and **practices** which are **repugnant to the Constitution** are **null and void**"

_Marbury v. Madison_, 5th US (2 Cranch) 137, 180

The **common law is the real law**, the **Supreme Law of the land**, the **code**, **rules**, **regulations**, **policy** and **statutes** are "**not the law**"

_Self v. Rhay_, 61 Wn (2d) 261

"The **general rule** is that an **unconstitutional statute**, though having the **form** and

13

name of law, **is in reality no law**, but is **wholly void** and **ineffective** for **any purpose**, since its **unconstitutionality** dates from the **time of its enactment**... In legal contemplation, it is as **inoperative** as if it had never been passed... Since an **unconstitutional law** is **void**, the **general principles** follow that it **imposes no duties**, **confers no right**, **creates no office**, **bestows no power** or **authority** on **anyone**, **affords no protection** and **justifies no acts performed under it**... A **void act** **cannot** be **legally consistent** with a **valid one**. An **unconstitutional law** **cannot operate to supersede any existing law**. Indeed insofar as a **statute** runs **counter to the fundamental law of the land**, (**the Constitution**) it is **superseded thereby**. **No one** is **bound** to **obey an unconstitutional law** and **no courts** are **bound to enforce it**."

*Bonnett v. Vallier*, 116 N.W. 885, 136 Wis. 193 (1908);

*NORTON v. SHELBY COUNTY*, 118 U.S. 425 (1886)

"**Statutes** that **violate** the plain and obvious principles of **common right** and **common reason** are **null and void**."

*Bennett v. Boggs*, 1 Baldw 60

"A **State may not impose a charge** for the **enjoyment** of a **right** granted by the **Federal Constitution**."

*Murdock v. Pennsylvania*, 319 U.S. 105, at 113

"**The State cannot diminish rights of the people.**"

*Hertado v. California*, 110 U.S. 516

"The **Claim** and **exercise** of a Constitutional Right **cannot be converted into a crime**."

*Miller v. U.S.*, 230 F 2d 486. 489

"If the **state** **converts a liberty into a privilege** the **citizen** can **engage in the right with impunity**"

*Shuttlesworth v Birmingham*, 373 USs 262

The constitution and laws of the united states, rules of procedure, and rulings of its

high courts have formed my competent conclusion that: **Laws** are **made for us**; **we** are not **made for the laws**. **Government** Is **Foreclosed from Parity** with **Real People**. Inasmuch as **every government** is an **artificial person**, an **abstraction**, and a **creature of the mind** only, a **government** can **interface** only with other **artificial persons**. The **imaginary**, having **neither actuality nor substance**, is **foreclosed** from **creating and attaining parity** with the **tangible**. The **legal manifestation** of this is that **no government**, as well as any **law**, **agency**, **aspect**, **court**, **etc.** can **concern itself** with anything other than **corporate**, **artificial persons** and the **contracts between them**.

The Respondent now requests and demands that Prosecuting Attorney, Asa A. Skinner, show **Strict Proof in Writing The State's Standing** for this case to proceed.

The State is a Corporation, a Legal Fiction, nothing more than paper and as such cannot claim that the Respondent has caused a Harm or Injury to it. The State cannot be a Plaintiff without Standing. Further, that since the Plaintiff in this action is fiction, an artificial and imaginary person without intellect and perpetually unavailable for cross-examination; the Respondent is being denied his constitutional right to confront the witness against him. Once **Again Gentlemen, I do not Stand Under any Statutes, Acts, Bills or Orders.  I Do Not Consent to any of such Actions.**

**WHEREAS,** There can be no doubt that the  Prosecuting Attorney, Asa A. Skinner, and the THIRTIETH JUDICIAL DISTRICT COURT lack Standing and Jurisdiction for this case to proceed, further that the Respondent is not a **U.S. Citizen, Person, Alien, Resident, Legal Fiction, Corporation, Beneficiary** or a **Trustee** that this Honorable Court may act upon without first gaining **Consent** and further showing a **Harm** or **Injury** has occurred which is not the case in this action. Further this action by the Prosecuting Attorney and the THIRTIETH JUDICIAL DISTRICT COURT **Violates the Judicial Notice given under United States Code Title 18, 241 and**

15

**242**. Further that plaintiff in this action, Prosecuting Attorney, Asa A. Skinner has **failed to state a claim upon which relief can be granted**. Further the action by the Vernon Parish Sheriff's Office to subject the Respondent to **involuntary servitude** (*jail*) without first obtaining a conviction for a crime under due process of law, **Violates the Judicial Notice given under The Constitution of the United States: Amendment XIII Section 1**.

The Respondent, **Moves** this **Court** to **Dismiss** this case with **Prejudice** and to issue a **Protective Order** against the Vernon Parish Sheriff's Office from causing any further harm to the Respondent or to **Show Cause** in **Writing** why his **Unalienable Rights** under the **Republic** form of **Government** should not be **Honored** and **Protected** by this Court as your "**Oath of Office**" Demands.

Submitted by

*Brian*

Hugh-Brian: Street
Rural Route 1 Box 225
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

16

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**

| | |
|---|---|
| STATE OF LOUISIANA INC, | ) |
| | ) |
| Plaintiff, | ) Case No. 86289 |
| | ) Document No. 0003 v. 2.0 |
| | ) |
| | ) Current Trial date: September 5th 2014 |
| vs. | ) |
| | ) Proposed Order To Dismiss |
| | ) |
| | ) Supporting Motion No. 0003 v. 1.0 |
| Hugh-Brian: Street, | ) |
| | ) |
| Respondent, | ) |

**ORDER DISMISSING CASE No. 86289**

Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86289, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion to Dismiss No. 0003 v 1.0 under the common law and Dismiss Case No. 86289 with prejudice. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states, and for good reason, now finds that Case No. 86289 should be dismissed with prejudice.

IT IS THEREFORE, ORDERED that the Respondent's Motion to Dismiss No. 0003 v 1.0 is granted and Case No. 86289 is hereby dismissed with prejudice.

Done in Leesville, Louisiana, Parish of Vernon, this ____ day of _____, 2014.

_____
Signature of Presiding Judge



Entered on the Record ( ) Date: _____

1

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**



|  |  |
|---|---|
| Hugh-Brian: Street, | ) |
| Respondent, | ) Case No. 86289 |
|  | ) Document No. 0003 v. 2.1 |
|  | ) |
|  | ) Current Trial date: September 5th 2014 |
| vs. | ) Proposed Protective Order |
|  | ) Supporting Motion No. 0003 v. 1.0 |
| Vernon Parish Sheriff's Office, | ) |
| Defendant, | ) |

**PROTECTIVE ORDER**

Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86289, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion No. 0003 v 1.0 and issue this Protective Order against the Vernon Parish Sheriff's Office and its deputies from causing further harm to the Respondent. This Court, being duly advised and for good reason, now finds that a Protective Order should be issued to protect the Respondent from further domestic violence, injury, abuse or harrassment that may be inflicted upon him by the deputies of the Vernon Parish Sheriff's Office.

1

IT IS THEREFORE, ORDERED that the Respondent's Motion No. 0003 v 1.0 requesting a Protective Order is granted and all deputies of the Vernon Parish Sheriff's Office are hereby ordered to indefinitely refrain from abusing, harassing, or interfering with the respondent or his employment or going near the residence or place of employment of the respondent pursuant to R.S. 46:2136.

Done in Leesville, Louisiana, Parish of Vernon, this ____ day of _____, 2014.


_____
Signature of Presiding Judge


Entered on the Record ( ) Date: _____

"A PERSON WHO VIOLATES THIS ORDER MAY BE PUNISHED FOR CONTEMPT OF COURT BY A FINE OF NOT MORE THAN $500 OR BY CONFINEMENT IN JAIL FOR AS LONG AS SIX MONTHS, OR BOTH, AND MAY BE FURTHER PUNISHED UNDER THE CRIMINAL LAWS OF THE STATE OF LOUISIANA. THIS ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS AND COURTS OF THE STATE OF LOUISIANA."

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

IN THE district court of louisiana the parish of vernon state of louisiana



| | |
|---|---|
| STATE OF LOUISIANA INC, | ) |
| Plaintiff, | ) Case No. 86289 |
| | ) Document No. 0003 v. 2.2 |
| | ) Current Trial date: September 5th 2014 |
| vs. | ) Proposed Order To Show Cause For Denial Of |
| | ) Constitutional Rights |
| Hugh-Brian: Street, | ) Supporting Motion No. 0003 v. 1.0 |
| Respondent, | ) |

**ORDER TO SHOW CAUSE FOR DENIAL OF CONSTITUTIONAL RIGHTS**

Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86289, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion No. 0003 v. 1.0 under the common law and, if denied, show cause in writing why his unalienable rights under the republican form of government should not be honored or protected by this Court as your "Oath of Office" demands. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states of america, and for good reason, now finds that Motion No. 0003 v. 1.0 should be denied and the respondent be provided this Court's opinion in writing the reasons why the respondent's Motion No. 86289 is being denied and the reasons his constitutional rights are not being protected or honored by this Court.

1

IT IS THEREFORE, ORDERED that the Respondent's Motion to Dismiss No. 0003 v 1.0 is hereby denied and the Respondent shall be provided this Court's opinion in writing explaining the reasons for denial of Motion No. 0003 v. 1.0 and the reasons the Respondent's constitutional rights are not being protected or honored by this Court, no later than 10 days from the date of the execution of this order.

Done in Leesville, Louisiana, Parish of Vernon, this _____ day of _____, 2014.

_____
Signature of Presiding Judge

Entered on the Record ( ) Date: _____

2

Hugh-Brian: Street                                          Document No. 0003 v 3.0
385 RC Stephens Rd
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

## Certificate of Service

I, Hugh-Brian: Street do hereby certify that a copy of the forgoing Motion No. 0003 v.

1.0, v. 2.0, v. 2.1 and v. 2.2 has been duly served upon counsel of record listed below, by

(X) Hand-Delivery on this 28th day of August, 2014.

DATE: _08/28/2014_                    _____
                                            Hugh-Brian: Street


Asa A. Skinner,

Vernon Parish Deputy Prosecutor

208 S 3rd Street

Leesville, Louisiana

Near [71446]


district court of louisiana the parish of vernon state of louisiana.

215 S 3rd Street

Leesville, Louisiana

Near [71446]

1

Hugh-Brian: Street
Rural Route 1 Box 225
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

FILED

IN THE district court of louisiana the parish of vernon state of louisiana

|  |  |
|---|---|
| STATE OF LOUISIANA INC,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>Hugh-Brian: Street,<br><br>Respondent, | ) Case No. 86290<br>) Document No. 0004 v. 1.0<br>)<br>) Current Trial date: September 5th 2014<br>)<br>) Judicial Notice<br>) Challenging Jurisdiction and Standing<br>)<br>) Motion To Dismiss<br>) For:<br>) (a) Lack of Jurisdiction and/or Standing<br>) (b) Failure to state a claim entitled to relief<br>) (c) Failure to obtain consent for action<br>) (d) Violations of USC 18 § 241 & 242<br>) (e) Violations of US Constitution<br>) (f) Denial of due process of law<br>)<br>) Notice of Respondent's Demands<br>) 1. Demand for Court Reporter<br>) 2. Demand for Common Law<br>) 3. Demand for Jury Trial<br>) 4. Demand for Discovery<br>) 5. Demand for indictment by grand jury<br>) 6. Demand for right to confront plaintiff<br>) 7. Demand for full panoply of criminal due<br>) process procedures and rights.<br>) 8. Demand for Judge<br>) 9. Demand for proof that Judge has taken oath<br>) of office<br>) 10. Demand for proposed jury instructions a<br>) month in advance of trial<br>) 11. Demand for permission to obtain and keep<br>) video recordings of all this action's hearings.<br>)<br>) |

Comes now, Hugh-Brian: Street (hereinafter Respondent) as himself the Living

Soul in flesh and blood. **I At All Times, Waive Any/All Benefits, Known or Unknown,**

**Compelled or Not.**


I **Do** **Not** at any time **Consent to this action nor do I Waive** any of my

**Unalienable Rights.  Further, Gentlemen I Do Not Waive Political Jurisdiction or**

**Standing at any time.**

1

"<u>Every man</u> is <u>independent of all laws</u>, except those <u>prescribed by nature</u>. He is <u>not bound</u> by any institutions <u>formed by his fellowmen</u> <u>without his consent</u>"
<u>*Cruden v. Neale 2N.C.*</u>, 2 SE 70 (1796)

"Under <u>our system of government</u> upon the <u>individuality</u> and <u>intelligence of the citizen</u>, the <u>state does not claim</u> to <u>control him/her</u>, except as <u>his/her conduct to others</u>, leaving <u>him/her the sole judge</u> as to all that <u>affects himself/herself</u>."
<u>*Mugler v. Kansas*</u>, 123 U.S. 623, 659-60.

"<u>Sovereignty</u> itself is, of course, <u>not subject to law</u>, for it is the <u>author</u> and <u>source of law</u>; but in <u>our</u> system, while <u>sovereign powers</u> are <u>delegated</u> to the <u>agencies of government</u>, <u>sovereignty</u> itself <u>remains with the people</u>, by whom and for whom all government exists and acts And the <u>law</u> is the <u>definition and limitation</u> of <u>power</u>." ...
"For, the very idea that <u>man may be compelled</u> to hold his <u>life</u>, or the <u>means of living</u>, or <u>any material right essential to the enjoyment of life</u>, at the mere <u>will of another</u>, seems to be <u>intolerable</u> in <u>any country</u> where <u>freedom prevails</u>, as being the <u>essence of slavery</u> itself."
<u>*Yick Wo v. Hopkins*</u>, 118 US 356, 370

"<u>All codes</u>, <u>rules</u>, and <u>regulations</u> are for <u>government authorities only</u>, not <u>human/Creators</u> in <u>accordance with God's laws</u>. <u>All codes</u>, <u>rules</u>, and <u>regulations</u> are <u>unconstitutional</u> and <u>lacking due process</u>…"
<u>*Rodriques v. Ray Donavan (U.S. Department of Labor)*</u> 769 F. 2d 1344, 1348 (1985)

"The <u>assertion of federal rights</u>, when <u>plainly</u> and <u>reasonably made</u>, is <u>not to be defeated</u> under the <u>name of local practice</u>."
<u>*Davis v. Wechsler*</u>, 263 US 22, at 24

**With all due respect to parties**, I now demand that the Prosecuting Attorney, Asa A. Skinner and the THIRTIETH JUDICIAL DISTRICT COURT **Certify adhering to Strict-Proof in Writing its Jurisdiction and Standing** for this case to proceed.

**FRCP Rule 201**. Judicial Notice of Adjudicative Facts(d) When mandatory. **A court shall take judicial notice if requested by a party and supplied with the necessary information.**

## MANDATORY JUDICIAL NOTICE

Judge, Vernon Clark,  Prosecuting Attorney, Asa A. Skinner and all offices of the THIRTIETH JUDICIAL DISTRICT COURT shall take Mandatory Judicial Notice to the following:

1.  **This Court takes Mandatory Judicial Notice of Judge, Vernon Clark's and Prosecuting Attorney, Asa A. Skinner's "Oath of Office" to Uphold and Protect The Constitution of the United States.**

2.  **This Court takes Mandatory Judicial Notice of United States Code Title 18 Section 241: Conspiracy Against Rights:**

    If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

    If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisonednot more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

3.  **This Court takes Mandatory Judicial Notice of United States Code Title 18 Section 242: Deprivation of Rights Under Color of Law:**

    Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens,

3

shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

For the purpose of 18 U.S.C. Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

4. **This Court takes Mandatory Judicial Notice of The Constitution of the**
   **United States: Article IV Section 4:**
   "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."

5. **This Court takes Mandatory Judicial Notice of The Constitution of the**

4

**United States: Amendment XI:**

"The Judicial Power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."

6. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XIII Section 1:**

"Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."

7. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment VI:**

"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense."

8. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment VII:**

"In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law."

9. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XIV:**

"All persons born or naturalized in the United States, and subject to the

jurisdiction thereof, are <u>citizens of the United States</u>, and of the state wherein they reside. <u>No state</u> shall make or <u>enforce any law</u> which shall abridge the <u>privileges or immunities</u> of citizens of the United States; nor shall any state <u>deprive any person of life, liberty, or property, without due process of law</u>; nor <u>deny to any person</u> within its jurisdiction the <u>equal protection of the laws</u>."

10. **<u>This Court takes Mandatory Judicial Notice of The Constitution of the United States; Article VI Section 2:</u>**

"This <u>Constitution</u>, and the <u>laws of the United States</u> which shall be made in pursuance thereof; and <u>all treaties made</u>, or which shall be made, <u>under the authority of the United States</u>, shall be the <u>supreme law of the land</u>; and the <u>judges in every state</u> shall be bound thereby, anything in the <u>Constitution</u> or <u>laws of any State</u> to the contrary <u>notwithstanding</u>."

## <u>STATEMENT OF FACTS</u>

1. On May 14th, 2013 respondent left his home, traveling towards a friends home. Upon turning right onto Fal Rd from RC Stephens Rd, responded noticed a vehicle marked, vernon parish sheriff's office with its emergency lights on.

2. Respondent turned his vehicle around and pulled over parallel to the drivers window of the vehicle marked, vernon parish sheriff's office and rolled down his window.

3. The driver of the vehicle, marked vernon parish sheriff's office also rolled down his window and the responded informed the driver that if he would like to speak with him, he would need to follow the respondent to his home where there could be a witness to their conversation.

4. The driver of the vehicle, marked vernon parish sheriff's office responded to the respondent by shouting aggressively: "No you stop right there".

6

5. The respondent feeling threatend and intimidated by the drivers aggressive response, drove his vehicle away from the scene, towards his home where there would be a witness to any violence the driver of the vehicle, marked vernon parish sheriff's office, may have intended to inflict upon the respondent.

6. The respondent arrived at his home, parked then exited his vehicle, and noticed the same vehicle, marked vernon parish sheriff's office entering his driveway.

7. The respondent went out to greet the driver of the vehicle, marked vernon parish sheriff's office and upon outreaching the respondents hand to shake hands with the driver; the driver grabbed the respondents arm, violently twisted it behind his back, lifted him off of the ground by his arm, leaned him over his truck, and restrained him in handcuffs.

8. The respondent asked the driver of the vehicle, marked vernon parish sheriff's office why he was being greeted with violence and the driver identified himself as Deputy Sheriff Charles Christ and stated that he was placing respondent under arrest.

9. Deputy Sheriff Charles Christ further restrained respondent in the rear seat of the vehicle, marked vernon parish sheriff's office and immediately entered respondents vehicle and rummaged through the respondents property.

10. Respondents mother heard the voices from outside and exited her home to see her son bent over his truck being placed in handcuffs and asked Deputy Sheriff Charles Christ: "hey, what's going on?" and did not recieve a reply.

11. Respondents mother witnessed Deputy Sheriff Charles Christ assault and restrain her son and when the deputy entered respondents vehicle, she attempted to inform him that he would need a warrant if he wished to search private property and needed to leave her home. To which the deputy demanded: "Maam, go back into your house".

12. Respondents mother complied with the Deputy Sheriff Charles Christ's demand to go into her home. She changed her clothes, grabbed her bible and returned outside

7

to read it under the shade of the oak tree in her front lawn.

13. Deputy Sheriff Charles Christ was still rummaging through the respondents things and stopped what he was doing to watch respondents mother walk to her chair, sit down, and begin reading her bible.

14. Respondent witnessed Deputy Sheriff Charles Christ walk toward his mother, say something to her of threatening appearance, violently pick her and the chair she sat in off the ground, throw both her and the chair to his left accross the lawn, then jump on top of her, and begin to throw punches at her.

15. Upon witnessing Deputy Sheriff Charles Christ beating respondents mother, respondent kicked the window out of the vehicle that was restraining him in an attempt to defend his mother from further harm.

16. Two men dressed in costumes, marked Louisiana Wildlife and Fisheries Management Association, prevented respondent who was still restrained in handcuffs from crawling out of the vehicle he was restrained in.

17. Another vehicle, marked vernon parish sheriff's office appeared at the scene and deputy sheriff Charles Christ restrained respondents mother in that vehicle.

18. Deputy sheriff Charles Christ opened the door of the vehicle that was restraining respondent and violently demanded that respondent exit the vehicle.

19. Deputy sheriff Charles Christ grabbed respondents leg and began trying to drag him from the vehicle and the respondent attempted to defend himself by kicking toward the deputy.

20. Respondents kick missed the deputy and deputy sheriff Charles Christ grabbed respondents legs and pulled him from the vehicle. Respondent was handcuffed, but regained his footing and stood up, then deputy Charles Christ punched respondent multiple times in the head, threw him back into the vehicle, violently slammed the door of the vehicle closed with respondents head between its door and frame, and pushed respondent into the backseat and closed the door to again

8

restrain respondent in the back seat of the deputy's vehicle.

21. Deputy Charles Christ instructed the owner of AAA Towing to enter respondents private property, and steal the respondents vehicle.

22. The owner of AAA Towing entered respondents private property and used his towing truck to steal respondents vehicle.

23. Deputy Charles Christ escorted respondent to the Vernon Parish Jail where respondent was booked for the charges alleged in this action, and forced to serve an involuntary sentence, without due process of law, prior to conviction for any crime.

24. The Vernon Parish Sheriff's Office demanded ransom in the amount of $3,030 for respondents temperary release from involuntary servitude and respondents mother used her property as collateral for the demanded ransom.

25. Respondent was released from involuntary servitude, pending adjudication of this action for attempting to defend himself and his family from the imminent harm being viciously perpetrated upon him and his family at their home by deputy sheriff Charles Christ.

26. AAA Towing charged respondent another ransom of approximately $350 for release of respondents stolen vehicle from his impound lot.

27. Respondent recieved an INITIAL ARRAIGNMENT Notice from the Vernon Parish Sheriff's to appear in court on May 6th at 9:00AM for arraignment or other legal proceedings to wit.

28. Respondent appeared in Judge John Fords court for arraignment and verbally informed the court that he did not meet the requirements for the benifit of entering a plea into the action, because the respondent is not owned by the state nor public property.

29. Judge John Ford entered a plea into this action on, "the behalf of the defendant". Respondent objected to the judges actions on the grounds that the respondent has

never consented to allowing Judge John Ford any powers of attorney or authority to make legal decisions on behalf of the respondent.

30. Judge John Ford overruled the respondents objection, and entered a plea into this action without respondents consent, stating that he did not "understand" what the respondent was telling him.

## REVOCATION OF SIGNATURE AND RESCISSION OF CONTRACT

Respondent hereby extinguish, rescind, revoke, cancel, abrogate, annul, nullify, discharge and make void ab initio all signatures, belonging to respondent, on all previously and all powers of attorneys real and implied, connected thereto to **CAUSE NO. 86290**, on the grounds that respondents purported consent was not voluntarily and freely obtained, but was made through mistake, duress, fraud, and undue influence exercised by officers of the STATE OF LOUISIANA. Respondent was induced by fraud and duress to sign such forms and was denied full disclosure of the voluntary nature of such forms. Respondent was mislead by those who knew, or should have known, into believing that filing such forms was mandatory and/or implied, where inconscionable and grossly unfair to respondent. Respondent was unduly influenced by the stronger bargaining power of officers of the court of the STATE OF LOUISIANA and acted under an implied threat and fear of potential imprisonment for non-compliance. Any alleged consent is null and void as it was given under duress, by mistake, and by fraud. Notwithstanding any information which the THIRTIETH JUDICIAL DISTRICT COURT may have to the contrary, any forms that have been filed in this cause, and any implied quasi contracts that the STATE OF LOUISIANA for this cause may feel it may have with respondent, were filed illegally and unlawfully and are without force and effect. Respondent further revoke, rescind, and make void ab initio all powers of attorney pertaining to respondent from officers for the STATE OF LOUISIANA and for any and all governmental/quasi/colorable agencies and/or Departments created under the authority of Art. I, Sec. 8, Cl 17, and or Art. IV, Sec 3, Cl 2 of the Constitution of the United States.

10

## CHALLENGING JURISDICTION

"Once **jurisdiction is challenged**, the **court cannot proceed** when it clearly appears that the court lacks jurisdiction, the **court has no authority to reach merits**, but rather should **dismiss the action**."

*Melo v. U.S.* 505 F 2d 1026

"Once **jurisdiction** is challenged **it must be proven**."

*Hagins vs Levine*, 415 US 533 note 3 (1974)

"Concepts of **justiciability** have been developed to **identify appropriate occasions for judicial action**. The central concepts often are elaborated into more specific categories of justiciability – advisory opinions, feigned and collusive cases, **standing**, ripeness, mootness, political questions, and administrative questions."

*13 Charles Alan Wright et al.*, Federal Practice and Procedure §5 3529, 278-79 (3d. ed. 1984)

"Inferior courts" are those whose **jurisdiction is limited** and **special** and whose proceedings are **not according to the course of the common law**. **Criminal courts** proceed according to **statutory law**. **Jurisdiction** and **procedure** is **defined by statute**. Likewise, **civil courts** and **admiralty courts** proceed **according to statutory law**. **Any court** proceeding **according to statutory law** is **not a court of record** (which only proceeds **according to common law**); **it is an inferior court**.

The Respondent now requests and demands that Prosecuting Attorney, Asa A. Skinner,  show **Strict-Proof in Writing** The State's **Political Jurisdiction** for this case to proceed.

11

## CHALLENGING STANDING

**The Supreme Court said**, "The requirement of standing, however, has a **core component** derived directly from the **constitution**. A **plaintiff** must allege **personal injury** fairly traceable to the defendant's allegedly **wrongful conduct** and likely to be redressed by the requested relief.

*Allen v. Wright*, 468 U.S. 737, 751 (1984).

If a plaintiff **lacks standing**, then the courts, all courts, are **legally and constitutionally incapable of proceeding because**: "courts only adjudicate justiciable controversies".

*United States v. Interstate Commerce Commission*, 337 US 426, 430.

The plaintiff must show that he has **sustained** or is **immediately in danger of sustaining** some **direct injury** as the result of the challenged official conduct and the **injury or threat of injury** must be both real and immediate, **not conjectural or hypothetical**.

*City of Los Angeles v. Lyons*, 461 U.S. 95, 101-102 (1983),

*Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992).

[Standing requires that plaintiff allege] "such a **personal stake** in the outcome of the controversy as **to assure that concrete adverseness** which **sharpens the presentation of issues** upon which the court so largely depends for **illumination of difficult constitutional issues**."

*Baker v. Carr*, 369 U.S. 186, 204 (1962)

Even when the plaintiff has **alleged injury sufficient** to meet the "case or controversy" requirment, the Court has generally held that the plaintiff generally must **asset his own legal rights and interests**, and **cannot** rest his claim to relief on the **legal rights or interests of third parties**."

*Warth v. Seldin*, 422 US 499.

"**No State** shall **make or enforce any law** which shall **abridge the privileges or immunities** of **citizens** of the United States; nor shall any State **deprive any person of life, liberty, or property** without **due process of law**; nor deny to any person within its jurisdiction the **equal protection of the laws**.

It is **State action** of a particular character that is **prohibited**. Individual invasion of individual rights is not the subject matter of the amendment. It has a deeper and broader scope. It **nullifies and makes void all State legislation**, and **State action of every kind**, which **impairs the privileges and immunities** of citizens of the United States or **which injures them in life, liberty or property** without **due process of law**, or which denies to any of them the **equal protection of the laws**. It not only does this, but, in order that the national will, thus declared, may not be a mere brutum fulmen, the last section of the amendment invests Congress with power to **enforce it by appropriate legislation**."

*Civil Rights Cases*, 109 US 3 (1883)

"An action **must be prosecuted** in the name of the **real party** in interest."

*FRCP Rule 17 (a)(1)*

"For a **crime to exist**, there **must** be an **injured party**. There can be **no sanction** or **penalty** imposed upon one because of this **exercise of Constitutional rights**."

*Sherar v. Cullen*, 481 F. 945.

"**All laws**, **rules** and **practices** which are **repugnant to the Constitution** are **null and void**"

*Marbury v. Madison*, 5th US (2 Cranch) 137, 180

The **common law is the real law**, the **Supreme Law of the land**, the **code**, **rules**, **regulations**, **policy** and **statutes** are "**not the law**"

*Self v. Rhay*, 61 Wn (2d) 261

"The **general rule** is that an **unconstitutional statute**, though having the **form** and

13

name of law, **is in reality no law**, but is **wholly void** and **ineffective** for **any purpose**, since its **unconstitutionality** dates from the **time of its enactment**... In legal contemplation, it is as **inoperative** as if it had never been passed... Since an **unconstitutional law** is **void**, the **general principles** follow that it **imposes no duties**, **confers no right**, **creates no office**, **bestows no power** or **authority** on **anyone**, **affords no protection** and **justifies no acts performed under it**... A **void act** **cannot** be **legally consistent** with a **valid one**. An **unconstitutional law** **cannot operate to supersede any existing law**. Indeed insofar as a **statute** runs **counter to the fundamental law of the land**, **(the Constitution)** it is **superseded thereby**. **No one** is **bound** to **obey an unconstitutional law** and **no courts** are **bound to enforce it**."

*Bonnett v. Vallier*, 116 N.W. 885, 136 Wis. 193 (1908);

*NORTON v. SHELBY COUNTY*, 118 U.S. 425 (1886)

"**Statutes** that **violate** the plain and obvious principles of **common right** and **common reason** are **null and void**."

*Bennett v. Boggs*, 1 Baldw 60

"A **State may not impose a charge** for the **enjoyment** of a **right** granted by the **Federal Constitution**."

*Murdock v. Pennsylvania*, 319 U.S. 105, at 113

"**The State cannot diminish rights of the people**."

*Hertado v. California*, 110 U.S. 516

"The **Claim** and **exercise** of a Constitutional Right **cannot be converted into a crime**."

*Miller v. U.S.*, 230 F 2d 486. 489

"If the **state** **converts a liberty into a privilege** the **citizen** can **engage in the right with impunity**"

*Shuttlesworth v Birmingham*, 373 USs 262

The constitution and laws of the united states, rules of procedure, and rulings of its

high courts have formed my competent conclusion that: **Laws** are **made for us**; **we** are not **made for the laws**. **Government** Is **Foreclosed from Parity** with **Real People**. Inasmuch as **every government** is an **artificial person**, an **abstraction**, and a **creature of the mind** only, a **government** can **interface** only with other **artificial persons**. The **imaginary**, having **neither actuality nor substance**, is **foreclosed** from **creating and attaining parity** with the **tangible**. The **legal manifestation** of this is that **no government**, as well as any **law**, **agency**, **aspect**, **court**, **etc.** can **concern itself** with anything other than **corporate**, **artificial persons** and the **contracts between them**.

The Respondent now requests and demands that Prosecuting Attorney, Asa A. Skinner, show **Strict Proof in Writing The State's Standing** for this case to proceed.

The State is a Corporation, a Legal Fiction, nothing more than paper and as such cannot claim that the Respondent has caused a Harm or Injury to it. The State cannot be a Plaintiff without Standing. Further, that since the Plaintiff in this action is fiction, an artificial and imaginary person without intellect and perpetually unavailable for cross-examination; the Respondent is being denied his constitutional right to confront the witness against him. Once **Again Gentlemen, I do not Stand Under any Statutes, Acts, Bills or Orders. I Do Not Consent to any of such Actions.**

**WHEREAS,** There can be no doubt that the Prosecuting Attorney, Asa A. Skinner, and the THIRTIETH JUDICIAL DISTRICT COURT lack Standing and Jurisdiction for this case to proceed, further that the Respondent is not a **U.S. Citizen**, **Person**, **Alien**, **Resident**, **Legal Fiction**, **Corporation**, **Beneficiary** or a **Trustee** that this Honorable Court may act upon without first gaining **Consent** and further showing a **Harm** or **Injury** has occurred which is not the case in this action. Further this action by the Prosecuting Attorney and the THIRTIETH JUDICIAL DISTRICT COURT **Violates the Judicial Notice given under United States Code Title 18, 241 and**

15

242. Further that plaintiff in this action, Prosecuting Attorney, Asa A. Skinner has **failed to state a claim upon which relief can be granted**. Further the action by the Vernon Parish Sheriff's Office to subject the Respondent to **involuntary servitude** (*jail*) without first obtaining a conviction for a crime under due process of law. **Violates the Judicial Notice given under The Constitution of the United States: Amendment XIII Section 1**.

The Respondent, **Moves** this **Court** to **Dismiss** this case with **Prejudice** and to issue a **Protective Order** against the Vernon Parish Sheriff's Office from causing any further harm to the Respondent or to **Show Cause** in **Writing** why his **Unalienable Rights** under the **Republic** form of **Government** should not be **Honored** and **Protected** by this Court as your "**Oath of Office**" Demands.

Submitted by

Hugh-Brian: Street
Rural Route 1 Box 225
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**

| | |
|---|---|
| STATE OF LOUISIANA INC, | ) |
| | ) |
| Plaintiff, | ) Case No. 86290 |
| | ) Document No. 0004 v. 2.0 |
| | ) |
| | ) Current Trial date: September 5th 2014 |
| vs. | ) |
| | ) Proposed Order To Dismiss |
| | ) |
| | ) Supporting Motion No. 0004 v. 1.0 |
| Hugh-Brian: Street, | ) |
| | ) |
| Respondent, | ) |

**ORDER DISMISSING CASE No. 86290**

Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86290, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion to Dismiss No. 0004 v 1.0 under the common law and Dismiss Case No. 86290 with prejudice. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states, and for good reason, now finds that Case No. 86290 should be dismissed with prejudice.

IT IS THEREFORE, ORDERED that the Respondent's Motion to Dismiss No. 0004 v 1.0 is granted and Case No. 86290 is hereby dismissed with prejudice.

Done in Leesville, Louisiana, Parish of Vernon, this ____ day of _____, 2014.

_____
Signature of Presiding Judge

Entered on the Record ( ) Date: _____

1

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**

|  |  |
|---|---|
| Hugh-Brian: Street, | ) |
| Respondent, | ) Case No. 86290 |
|  | ) Document No. 0004 v. 2.1 |
|  | ) Current Trial date: September 5th 2014 |
| vs. | ) Proposed Protective Order |
|  | ) Supporting Motion No. 0004 v. 1.0 |
| Vernon Parish Sheriff's Office, | ) |
| Defendant, | ) |

**PROTECTIVE ORDER**

Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86290, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion No. 0004 v 1.0 and issue this Protective Order against the Vernon Parish Sheriff's Office and its deputies from causing further harm to the Respondent. This Court, being duly advised and for good reason, now finds that a Protective Order should be issued to protect the Respondent from further domestic violence, injury, abuse or harrassment that may be inflicted upon him by the deputies of the Vernon Parish Sheriff's Office.

1

IT IS THEREFORE, ORDERED that the Respondent's Motion No. 0004 v 1.0 requesting a Protective Order is granted and all deputies of the Vernon Parish Sheriff's Office are hereby ordered to indefinitely refrain from abusing, harassing, or interfering with the respondent or his employment or going near the residence or place of employment of the respondent pursuant to R.S. 46:2136.

Done in Leesville, Louisiana, Parish of Vernon, this ____ day of _____, 2014.


_____
Signature of Presiding Judge


Entered on the Record ( ) Date: _____

"A PERSON WHO VIOLATES THIS ORDER MAY BE PUNISHED FOR CONTEMPT OF COURT BY A FINE OF NOT MORE THAN $500 OR BY CONFINEMENT IN JAIL FOR AS LONG AS SIX MONTHS, OR BOTH, AND MAY BE FURTHER PUNISHED UNDER THE CRIMINAL LAWS OF THE STATE OF LOUISIANA. THIS  ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS AND  COURTS OF THE STATE OF LOUISIANA."

2

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

IN THE district court of louisiana the parish of vernon state of louisiana



|  |  |
|---|---|
| STATE OF LOUISIANA INC, | ) |
| Plaintiff, | ) Case No. 86290 |
|  | ) Document No. 0004 v. 2.2 |
|  | ) |
|  | ) Current Trial date: September 5th 2014 |
| vs. | ) |
|  | ) Proposed Order To Show Cause For Denial Of |
|  | ) Constitutional Rights |
|  | ) |
| Hugh-Brian: Street, | ) Supporting Motion No. 0004 v. 1.0 |
|  | ) |
| Respondent, | ) |
|  | ) |

**ORDER TO SHOW CAUSE FOR DENIAL OF CONSTITUTIONAL RIGHTS**

Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86290, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion No. 0004 v. 1.0 under the common law and, if denied, show cause in writing why his unalienable rights under the republican form of government should not be honored or protected by this Court as your "Oath of Office" demands. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states of america, and for good reason, now finds that Motion No. 0004 v. 1.0 should be denied and the respondent be provided this Court's opinion in writing the reasons why the respondent's Motion No. 86290 is being denied and the reasons his constitutional rights are not being protected or honored by this Court.

1

IT IS THEREFORE, ORDERED that the Respondent's Motion to Dismiss No. 0004 v 1.0 is hereby denied and the Respondent shall be provided this Court's opinion in writing explaining the reasons for denial of Motion No. 0004 v. 1.0 and the reasons the Respondent's constitutional rights are not being protected or honored by this Court, no later than 10 days from the date of the execution of this order.

Done in Leesville, Louisiana, Parish of Vernon, this ____ day of _____, 2014.

_____
Signature of Presiding Judge

Entered on the Record ( ) Date: _____

2

Hugh-Brian: Street                                    Document No. 0004 v 3.0
385 RC Stephens Rd
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**Certificate of Service**

I, Hugh-Brian: Street do hereby certify that a copy of the forgoing Motion No. 0004 v.

1.0, v. 2.0, v. 2.1 and v. 2.2 has been duly served upon counsel of record listed below, by

(X) Hand-Delivery on this 28th day of August, 2014.

DATE: 08/28/2014                    _____

                                                     Hugh-Brian: Street


Asa A. Skinner,

Vernon Parish Deputy Prosecutor

208 S 3rd Street

Leesville, Louisiana

Near [71446]


district court of louisiana the parish of vernon state of louisiana.

215 S 3rd Street

Leesville, Louisiana

Near [71446]

1

Hugh-Brian: Street
Rural Route 1 Box 225
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

FILED

2014 AUG 28 P 1:19

*Ben Tilley*

IN THE district court of louisiana the parish of vernon state of louisiana

|  |  |
|---|---|
| | ) Case No. 86291 |
| | ) Document No. 0005 v. 1.0 |
| | ) |
| | ) Current Trial date: September 5th 2014 |
| | ) |
| | ) Judicial Notice |
| STATE OF LOUISIANA INC, | ) Challenging Jurisdiction and Standing |
| | ) |
| Plaintiff, | ) Motion To Dismiss |
| | ) For: |
| | ) (a) Lack of Jurisdiction and/or Standing |
| | ) (b) Failure to state a claim entitled to relief |
| vs. | ) (c) Failure to obtain consent for action |
| | ) (d) Violations of USC 18 § 241 & 242 |
| | ) (e) Violations of US Constitution |
| | ) (f) Denial of due process of law |
| Hugh-Brian: Street, | ) |
| | ) Notice of Respondent's Demands |
| Respondent, | ) 1. Demand for Court Reporter |
| | ) 2. Demand for Common Law |
| | ) 3. Demand for Jury Trial |
| | ) 4. Demand for Discovery |
| | ) 5. Demand for indictment by grand jury |
| | ) 6. Demand for right to confront plaintiff |
| | ) 7. Demand for full panopoly of criminal due |
| | ) process procedures and rights. |
| | ) 8. Demand for Judge |
| | ) 9. Demand for proof that Judge has taken oath |
| | ) of office |
| | ) 10. Demand for proposed jury instructions a |
| | ) month in advance of trial |
| | ) 11. Demand for permission to obtain and keep |
| | ) video recordings of all this action's hearings. |
| | ) |
| | ) |

Comes now, Hugh-Brian: Street (hereinafter Respondent) as himself the Living Soul in flesh and blood. **I At All Times, Waive Any/All Benefits, Known or Unknown, Compelled or Not.**

I **Do Not** at any time **Consent to this action nor do I Waive** any of my **Unalienable Rights. Further, Gentlemen I Do Not Waive Political Jurisdiction or Standing at any time.**

1

"Every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent"
*Cruden v. Neale 2N.C.*, 2 SE 70 (1796)

"Under our system of government upon the individuality and intelligence of the citizen, the state does not claim to control him/her, except as his/her conduct to others, leaving him/her the sole judge as to all that affects himself/herself."
*Mugler v. Kansas*, 123 U.S. 623, 659-60.

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition and limitation of power." ... "For, the very idea that man may be compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another, seems to be intolerable in any country where freedom prevails, as being the essence of slavery itself."
*Yick Wo v. Hopkins*, 118 US 356, 370

"All codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process..."
*Rodrigues v. Ray Donavan (U.S. Department of Labor)* 769 F. 2d 1344, 1348 (1985)

"The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice."
*Davis v. Wechsler*, 263 US 22, at 24

With all due respect to parties, I now demand that the Prosecuting Attorney, Asa A. Skinner and the THIRTIETH JUDICIAL DISTRICT COURT Certify adhering to Strict-Proof in Writing its Jurisdiction and Standing for this case to proceed.

FRCP Rule 201. Judicial Notice of Adjudicative Facts(d) When mandatory. A court shall take judicial notice if requested by a party and supplied with the necessary information.

## MANDATORY JUDICIAL NOTICE

Judge, Vernon Clark, Prosecuting Attorney, Asa A. Skinner and all offices of the THIRTIETH JUDICIAL DISTRICT COURT shall take Mandatory Judicial Notice to the following:

1. **This Court takes Mandatory Judicial Notice** of Judge, Vernon Clark's and Prosecuting Attorney, Asa A. Skinner's **"Oath of Office"** to **Uphold and Protect The Constitution of the United States.**

2. **This Court takes Mandatory Judicial Notice of United States Code Title 18 Section 241: Conspiracy Against Rights:**
   If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or
   If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisonednot more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

3. **This Court takes Mandatory Judicial Notice of United States Code Title 18 Section 242: Deprivation of Rights Under Color of Law:**
   Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens,

3

shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

For the purpose of 18 U.S.C. Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

4. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Article IV Section 4:**

"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."

5. **This Court takes Mandatory Judicial Notice of The Constitution of the**

<u>United States: Amendment XI:</u>

"The Judicial Power of the United States <u>shall not</u> be construed to extend to <u>any suit in law or equity</u>, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."

6. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XIII Section 1:**

"Neither <u>slavery</u> nor <u>involuntary servitude</u>, except as a <u>punishment for crime</u> whereof the party shall have been <u>duly convicted</u>, shall exist within the United States, or any place subject to their jurisdiction."

7. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment VI:**

"In <u>all criminal prosecutions</u>, the accused shall enjoy the right to a speedy and public trial, <u>by an impartial jury</u> of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be <u>informed of the nature and cause of the accusation</u>; to be <u>confronted with the witnesses against him</u>; to have <u>compulsory process for obtaining witnesses</u> in his favor, and to have the <u>assistance of counsel</u> for his defense."

8. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment VII:**

"In <u>suits at common law</u>, where the <u>value in controversy shall exceed twenty dollars</u>, the <u>right of trial by jury shall be preserved</u>, and <u>no fact tried by a jury</u>, shall be otherwise <u>reexamined</u> in any court of the United States, than according to the <u>rules of the common law</u>."

9. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Amendment XIV:**

"All persons <u>born</u> or <u>naturalized</u> in the United States, and subject to the

jurisdiction thereof, are <u>citizens of the United States</u>, and of the state wherein they reside. <u>No state</u> shall make or <u>enforce any law</u> which shall abridge the <u>privileges or immunities</u> of citizens of the United States; nor shall any state <u>deprive any person of life, liberty, or property, without due process of law</u>; nor <u>deny to any person</u> within its jurisdiction the <u>equal protection of the laws</u>."

10. <u>This Court takes Mandatory Judicial Notice of The Constitution of the United States: Article VI Section 2:</u>

"This <u>Constitution</u>, and the <u>laws of the United States</u> which shall be made in pursuance thereof; and <u>all treaties made</u>, or which shall be made, <u>under the authority of the United States</u>, shall be the <u>supreme law of the land</u>; and the <u>judges in every state</u> shall be bound thereby, anything in the <u>Constitution</u> or <u>laws of any State</u> to the contrary <u>notwithstanding</u>."

<u>STATEMENT OF FACTS</u>

1. On May 14th, 2013 respondent left his home, traveling towards a friends home. Upon turning right onto Fal Rd from RC Stephens Rd, responded noticed a vehicle marked, vernon parish sheriff's office with its emergency lights on.

2. Respondent turned his vehicle around and pulled over parallel to the drivers window of the vehicle marked, vernon parish sheriff's office and rolled down his window.

3. The driver of the vehicle, marked vernon parish sheriff's office also rolled down his window and the responded informed the driver that if he would like to speak with him, he would need to follow the respondent to his home where there could be a witness to their conversation.

4. The driver of the vehicle, marked vernon parish sheriff's office responded to the respondent by shouting aggressively: "No you stop right there".

6

5. The respondent feeling threatend and intimidated by the drivers aggressive response, drove his vehicle away from the scene, towards his home where there would be a witness to any violence the driver of the vehicle, marked vernon parish sheriff's office, may have intended to inflict upon the respondent.

6. The respondent arrived at his home, parked then exited his vehicle, and noticed the same vehicle, marked vernon parish sheriff's office entering his driveway.

7. The respondent went out to greet the driver of the vehicle, marked vernon parish sheriff's office and upon outreaching the respondents hand to shake hands with the driver; the driver grabbed the respondents arm, violently twisted it behind his back, lifted him off of the ground by his arm, leaned him over his truck, and restrained him in handcuffs.

8. The respondent asked the driver of the vehicle, marked vernon parish sheriff's office why he was being greeted with violence and the driver identified himself as Deputy Sheriff Charles Christ and stated that he was placing respondent under arrest.

9. Deputy Sheriff Charles Christ further restrained respondent in the rear seat of the vehicle, marked vernon parish sheriff's office and immediately entered respondents vehicle and rummaged through the respondents property.

10. Respondents mother heard the voices from outside and exited her home to see her son bent over his truck being placed in handcuffs and asked Deputy Sheriff Charles Christ: "hey, what's going on?" and did not recieve a reply.

11. Respondents mother witnessed Deputy Sheriff Charles Christ assault and restrain her son and when the deputy entered respondents vehicle, she attempted to inform him that he would need a warrant if he wished to search private property and needed to leave her home. To which the deputy demanded: "Maam, go back into your house".

12. Respondents mother complied with the Deputy Sheriff Charles Christ's demand to go into her home. She changed her clothes, grabbed her bible and returned outside

7

to read it under the shade of the oak tree in her front lawn.

13. Deputy Sheriff Charles Christ was still rummaging through the respondents things and stopped what he was doing to watch respondents mother walk to her chair, sit down, and begin reading her bible.

14. Respondent witnessed Deputy Sheriff Charles Christ walk toward his mother, say something to her of threatening appearance, violently pick her and the chair she sat in off the ground, throw both her and the chair to his left accross the lawn, then jump on top of her, and begin to throw punches at her.

15. Upon witnessing Deputy Sheriff Charles Christ beating respondents mother, respondent kicked the window out of the vehicle that was restraining him in an attempt to defend his mother from further harm.

16. Two men dressed in costumes, marked Louisiana Wildlife and Fisheries Management Association, prevented respondent who was still restrained in handcuffs from crawling out of the vehicle he was restrained in.

17. Another vehicle, marked vernon parish sheriff's office appeared at the scene and deputy sheriff Charles Christ restrained respondents mother in that vehicle.

18. Deputy sheriff Charles Christ opened the door of the vehicle that was restraining respondent and violently demanded that respondent exit the vehicle.

19. Deputy sheriff Charles Christ grabbed respondents leg and began trying to drag him from the vehicle and the respondent attempted to defend himself by kicking toward the deputy.

20. Respondents kick missed the deputy and deputy sheriff Charles Christ grabbed respondents legs and pulled him from the vehicle. Respondent was handcuffed, but regained his footing and stood up, then deputy Charles Christ punched respondent multiple times in the head, threw him back into the vehicle, violently slammed the door of the vehicle closed with respondents head between its door and frame, and pushed respondent into the backseat and closed the door to again

8

restrain respondent in the back seat of the deputy's vehicle.

21. Deputy Charles Christ instructed the owner of AAA Towing to enter respondents private property, and steal the respondents vehicle.

22. The owner of AAA Towing entered respondents private property and used his towing truck to steal respondents vehicle.

23. Deputy Charles Christ escorted respondent to the Vernon Parish Jail where respondent was booked for the charges alleged in this action, and forced to serve an involuntary sentence, without due process of law, prior to conviction for any crime.

24. The Vernon Parish Sheriff's Office demanded ransom in the amount of $3,030 for respondents temperary release from involuntary servitude and respondents mother used her property as collateral for the demanded ransom.

25. Respondent was released from involuntary servitude, pending adjudication of this action for attempting to defend himself and his family from the imminent harm being viciously perpetrated upon him and his family at their home by deputy sheriff Charles Christ.

26. AAA Towing charged respondent another ransom of approximately $350 for release of respondents stolen vehicle from his impound lot.

27. Respondent recieved an INITIAL ARRAIGNMENT Notice from the Vernon Parish Sheriff's to appear in court on May 6th at 9:00AM for arraignment or other legal proceedings to wit.

28. Respondent appeared in Judge John Fords court for arraignment and verbally informed the court that he did not meet the requirements for the benifit of entering a plea into the action, because the respondent is not owned by the state nor public property.

29. Judge John Ford entered a plea into this action on, "the behalf of the defendant". Respondent objected to the judges actions on the grounds that the respondent has

9

never consented to allowing Judge John Ford any powers of attorney or authority

to make legal decisions on behalf of the respondent.

30. Judge John Ford overruled the respondents objection, and entered a plea into this

action without respondents consent, stating that he did not "understand" what the

respondent was telling him.

## REVOCATION OF SIGNATURE AND RESCISSION OF CONTRACT

Respondent hereby extinguish, rescind, revoke, cancel, abrogate, annul, nullify, discharge

and make void ab initio all signatures, belonging to respondent, on all previously and all

powers of attorneys real and implied, connected thereto to **CAUSE NO. 86291**, on the

grounds that respondents purported consent was not voluntarily and freely obtained, but

was made through mistake, duress, fraud, and undue influence exercised by officers of the

STATE OF LOUISIANA.  Respondent was induced by fraud and duress to sign such

forms and was denied full disclosure of the voluntary nature of such forms.  Respondent

was mislead by those who knew, or should have known, into believing that filing such

forms was mandatory and/or implied, where inconscionable and grossly unfair to

respondent.  Respondent was unduly influenced by the stronger bargaining power of

officers of the court of the STATE OF LOUISIANA and acted under an implied threat

and fear of potential imprisonment for non-compliance.  Any alleged consent is null and

void as it was given under duress, by mistake, and by fraud.  Notwithstanding any

information which the THIRTIETH JUDICIAL DISTRICT COURT may have to the

contrary, any forms that have been filed in this cause, and any implied quasi contracts that

the STATE OF LOUISIANA for this cause may feel it may have with respondent, were

filed illegally and unlawfully and are without force and effect.  Respondent further

revoke, rescind, and make void ab initio all powers of attorney pertaining to respondent

from officers for the STATE OF LOUISIANA and for any and all

governmental/quasi/colorable agencies and/or Departments created under the authority of

Art. I, Sec. 8, Cl 17, and or Art. IV, Sec 3, Cl 2 of the Constitution of the United States.

## CHALLENGING JURISDICTION

"Once **jurisdiction is challenged**, the **court cannot proceed** when it clearly appears that the court lacks jurisdiction, the **court has no authority to reach merits**, but rather should **dismiss the action**."

*Melo v. U.S.* 505 F 2d 1026

"Once **jurisdiction** is challenged **it must be proven**."

*Hagins vs Levine*, 415 US 533 note 3 (1974)

"Concepts of **justiciability** have been developed to **identify appropriate occasions for judicial action**. The central concepts often are elaborated into more specific categories of justiciability – advisory opinions, feigned and collusive cases, **standing**, ripeness, mootness, political questions, and administrative questions."

*13 Charles Alan Wright et al.*, Federal Practice and Procedure §5 3529, 278-79 (3d. ed. 1984)

"Inferior courts" are those whose **jurisdiction is limited** and **special** and whose proceedings are **not according to the course of the common law**. **Criminal courts** proceed according to **statutory law**. **Jurisdiction** and **procedure** is **defined by statute**. Likewise, **civil courts** and **admiralty courts** proceed **according to statutory law**. **Any court** proceeding **according to statutory law** is **not a court of record** (which only proceeds **according to common law**); **it is an inferior court**.

The Respondent now requests and demands that Prosecuting Attorney, Asa A. Skinner, show **Strict-Proof in Writing** The State's **Political Jurisdiction** for this case to proceed.

11

## CHALLENGING STANDING

**The Supreme Court said**, "The requirement of standing, however, has a **core component** derived directly from the **constitution**. A **plaintiff** must allege **personal injury** fairly traceable to the defendant's allegedly **wrongful conduct** and likely to be redressed by the requested relief.

*Allen v. Wright*, 468 U.S. 737, 751 (1984).

If a plaintiff **lacks standing**, then the courts, all courts, are **legally and constitutionally incapable of proceeding because**: "courts only adjudicate justiciable controversies".

*United States v. Interstate Commerce Commission*, 337 US 426, 430.

The plaintiff must show that he has **sustained** or is **immediately in danger of sustaining** some **direct injury** as the result of the challenged official conduct and the **injury or threat of injury** must be both real and immediate, **not conjectural or hypothetical**.

*City of Los Angeles v. Lyons*, 461 U.S. 95, 101-102 (1983),

*Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992).

[Standing requires that plaintiff allege] "such a **personal stake** in the outcome of the controversy as **to assure that concrete adverseness** which **sharpens the presentation of issues** upon which the court so largely depends for **illumination of difficult constitutional issues**."

*Baker v. Carr*, 369 U.S. 186, 204 (1962)

Even when the plaintiff has **alleged injury sufficient** to meet the "case or controversy" requirment, the Court has generally held that the plaintiff generally must **asset his own legal rights and interests**, and **cannot** rest his claim to relief on the **legal rights or interests of third parties**."

12

*Warth v. Seldin*, 422 US 499.

"**No State** shall **make or enforce any law** which shall **abridge the privileges or immunities** of **citizens** of the United States; nor shall any State **deprive any person of life, liberty, or property** without **due process of law**; nor deny to any person within its jurisdiction the **equal protection of the laws**.

It is **State action** of a particular character that is **prohibited**. Individual invasion of individual rights is not the subject matter of the amendment. It has a deeper and broader scope. It **nullifies and makes void all State legislation**, and **State action of every kind**, which **impairs the privileges and immunities** of citizens of the United States or **which injures them in life, liberty or property** without **due process of law**, or which denies to any of them the **equal protection of the laws**. It not only does this, but, in order that the national will, thus declared, may not be a mere brutum fulmen, the last section of the amendment invests Congress with power to **enforce it by appropriate legislation**."
*Civil Rights Cases*, 109 US 3 (1883)

"An action **must be prosecuted** in the name of the **real party** in interest."

*FRCP Rule 17 (a)(1)*

"For a **crime to exist**, there **must** be an **injured party**. There can be **no sanction** or **penalty** imposed upon one because of this **exercise of Constitutional rights**."

*Sherar v. Cullen*, 481 F. 945.

"**All laws, rules** and **practices** which are **repugnant to the Constitution** are **null and void**"
*Marbury v. Madison*, 5th US (2 Cranch) 137, 180

The **common law is the real law**, the **Supreme Law of the land**, the **code, rules, regulations, policy** and **statutes** are "**not the law**"
*Self v. Rhay*, 61 Wn (2d) 261

"The **general rule** is that an **unconstitutional statute**, though having the **form** and

13

name of law, is in reality no law, but is wholly void and ineffective for any purpose, since its unconstitutionality dates from the time of its enactment... In legal contemplation, it is as inoperative as if it had never been passed... Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no protection and justifies no acts performed under it... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing law. Indeed insofar as a statute runs counter to the fundamental law of the land, (the Constitution) it is superseded thereby. No one is bound to obey an unconstitutional law and no courts are bound to enforce it."

*Bonnett v. Vallier*, 116 N.W. 885, 136 Wis. 193 (1908);

*NORTON v. SHELBY COUNTY*, 118 U.S. 425 (1886)

"Statutes that violate the plain and obvious principles of common right and common reason are null and void."

*Bennett v. Boggs*, 1 Baldw 60

"A State may not impose a charge for the enjoyment of a right granted by the Federal Constitution."

*Murdock v. Pennsylvania*, 319 U.S. 105, at 113

"The State cannot diminish rights of the people."

*Hertado v. California*, 110 U.S. 516

"The Claim and exercise of a Constitutional Right cannot be converted into a crime."

*Miller v. U.S.*, 230 F 2d 486. 489

"If the state converts a liberty into a privilege the citizen can engage in the right with impunity"

*Shuttlesworth v Birmingham*, 373 USs 262

The constitution and laws of the united states, rules of procedure, and rulings of its

high courts have formed my competent conclusion that: **Laws** are **made for us**; **we** are not **made for the laws**. **Government Is Foreclosed from Parity** with **Real People**. Inasmuch as **every government** is an **artificial person**, an **abstraction**, and a **creature of the mind** only, a **government** can **interface** only with other **artificial persons**. The **imaginary**, having **neither actuality nor substance**, is **foreclosed** from **creating and attaining parity** with the **tangible**. The **legal manifestation** of this is that **no government**, as well as any **law, agency, aspect, court, etc.** can **concern itself** with anything other than **corporate, artificial persons** and the **contracts between them**.

The Respondent now requests and demands that Prosecuting Attorney, Asa A. Skinner, show **Strict Proof in Writing The State's Standing** for this case to proceed.

The State is a Corporation, a Legal Fiction, nothing more than paper and as such cannot claim that the Respondent has caused a Harm or Injury to it. The State cannot be a Plaintiff without Standing. Further, that since the Plaintiff in this action is fiction, an artificial and imaginary person without intellect and perpetually unavailable for cross-examination; the Respondent is being denied his constitutional right to confront the witness against him. Once **Again Gentlemen, I do not Stand Under any Statutes, Acts, Bills or Orders. I Do Not Consent to any of such Actions,**

**WHEREAS,** There can be no doubt that the Prosecuting Attorney, Asa A. Skinner, and the THIRTIETH JUDICIAL DISTRICT COURT lack Standing and Jurisdiction for this case to proceed, further that the Respondent is not a **U.S. Citizen, Person, Alien, Resident, Legal Fiction, Corporation, Beneficiary** or a **Trustee** that this Honorable Court may act upon without first gaining **Consent** and further showing a **Harm** or **Injury** has occurred which is not the case in this action. Further this action by the Prosecuting Attorney and the THIRTIETH JUDICIAL DISTRICT COURT **Violates the Judicial Notice given under United States Code Title 18, 241 and**

15

242. Further that plaintiff in this action, Prosecuting Attorney, Asa A. Skinner has **failed to state a claim upon which relief can be granted**. Further the action by the Vernon Parish Sheriff's Office to subject the Respondent to **involuntary servitude** (*jail*) without first obtaining a conviction for a crime under due process of law, **Violates the Judicial Notice given under The Constitution of the United States: Amendment XIII Section 1**.

The Respondent, **Moves** this **Court** to **Dismiss** this case with **Prejudice** and to issue a **Protective Order** against the Vernon Parish Sheriff's Office from causing any further harm to the Respondent or to **Show Cause** in **Writing** why his **Unalienable Rights** under the **Republic** form of **Government** should not be **Honored** and **Protected** by this Court as your "**Oath of Office**" Demands.

Submitted by

Hugh-Brian: Street
Rural Route 1 Box 225
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

16

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office


**IN THE district court of louisiana the parish of vernon state of louisiana**


STATE OF LOUISIANA INC,                       )
                                              )
                                              )
          Plaintiff,                          )  Case No. 86291
                                              )  Document No. 0005 v. 2.0
                                              )
                                              )  Current Trial date: September 5th 2014
      vs.                                     )
                                              )  Proposed Order To Dismiss
                                              )
                                              )  Supporting Motion No. 0005 v. 1.0
                                              )
Hugh-Brian: Street,                           )
                                              )
          Respondent,                         )


**ORDER DISMISSING CASE No. 86291**


     Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86291, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion to Dismiss No. 0005 v 1.0 under the common law and Dismiss Case No. 86291 with prejudice. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states, and for good reason, now finds that Case No. 86291 should be dismissed with prejudice.

     IT IS THEREFORE, ORDERED that the Respondent's Motion to Dismiss No. 0005 v 1.0 is granted and Case No. 86291 is hereby dismissed with prejudice.

Done in Leesville, Louisiana, Parish of Vernon, this \_\_\_\_ day of _____, 2014.


                                          _____
                                              Signature of Presiding Judge


Entered on the Record ( ) Date: _____

1

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**

| | |
|---|---|
| Hugh-Brian: Street, | ) |
| | ) |
| | ) |
| | ) |
| | ) Case No. 86291 |
| Respondent, | ) Document No. 0005 v. 2.1 |
| | ) |
| | ) Current Trial date: September 5th 2014 |
| | ) |
| vs. | ) Proposed Protective Order |
| | ) |
| | ) Supporting Motion No. 0005 v. 1.0 |
| | ) |
| Vernon Parish Sheriff's Office, | ) |
| | ) |
| Defendant, | ) |
| | ) |

**PROTECTIVE ORDER**

Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86291, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion No. 0005 v 1.0 and issue this Protective Order against the Vernon Parish Sheriff's Office and its deputies from causing further harm to the Respondent. This Court, being duly advised and for good reason, now finds that a Protective Order should be issued to protect the Respondent from further domestic violence, injury, abuse or harrassment that may be inflicted upon him by the deputies of the Vernon Parish Sheriff's Office.

1

IT IS THEREFORE, ORDERED that the Respondent's Motion No. 0005 v 1.0 requesting a Protective Order is granted and all deputies of the Vernon Parish Sheriff's Office are hereby ordered to indefinitely refrain from abusing, harassing, or interfering with the respondent or his employment or going near the residence or place of employment of the respondent pursuant to R.S. 46:2136.

Done in Leesville, Louisiana, Parish of Vernon, this _____ day of _____ , 2014.

_____

Signature of Presiding Judge

Entered on the Record ( ) Date: _____

"A PERSON WHO VIOLATES THIS ORDER MAY BE PUNISHED FOR CONTEMPT OF COURT BY A FINE OF NOT MORE THAN $500 OR BY CONFINEMENT IN JAIL FOR AS LONG AS SIX MONTHS, OR BOTH, AND MAY BE FURTHER PUNISHED UNDER THE CRIMINAL LAWS OF THE STATE OF LOUISIANA. THIS  ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS AND  COURTS OF THE STATE OF LOUISIANA."

2

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**



|  |  |
|---|---|
| STATE OF LOUISIANA INC, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) Case No. 86291 |
| Plaintiff, | ) Document No. 0005 v. 2.2 |
| | ) |
| | ) Current Trial date: September 5th 2014 |
| | ) |
| vs. | ) Proposed Order To Show Cause For Denial Of |
| | ) Constitutional Rights |
| | ) |
| | ) Supporting Motion No. 0005 v. 1.0 |
| Hugh-Brian: Street, | ) |
| | ) |
| Respondent, | ) |
| | ) |

**ORDER TO SHOW CAUSE FOR DENIAL OF CONSTITUTIONAL RIGHTS**

        Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86291, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion No. 0005 v. 1.0 under the common law and, if denied, show cause in writing why his unalienable rights under the republican form of government should not be honored or protected by this Court as your "Oath of Office" demands. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states of america, and for good reason, now finds that Motion No. 0005 v. 1.0 should be denied and the respondent be provided this Court's opinion in writing the reasons why the respondent's Motion No. 86291 is being denied and the reasons his constitutional rights are not being protected or honored by this Court.

1

IT IS THEREFORE, ORDERED that the Respondent's Motion to Dismiss No. 0005 v 1.0 is hereby denied and the Respondent shall be provided this Court's opinion in writing explaining the reasons for denial of Motion No. 0005 v. 1.0 and the reasons the Respondent's constitutional rights are not being protected or honored by this Court, no later than 10 days from the date of the execution of this order.

Done in Leesville, Louisiana, Parish of Vernon, this _____ day of _____, 2014.

_____

Signature of Presiding Judge

Entered on the Record ( ) Date: _____

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**

| | |
|---|---|
| STATE OF LOUISIANA INC, | ) |
| | ) |
| | ) |
| Plaintiff, | ) Case No. 86292 |
| | ) Document No. 0006 v. 2.0 |
| | ) |
| | ) Current Trial date: September 5th 2014 |
| vs. | ) |
| | ) Proposed Order To Dismiss |
| | ) |
| | ) Supporting Motion No. 0006 v. 1.0 |
| Hugh-Brian: Street, | ) |
| | ) |
| Respondent, | ) |

**ORDER DISMISSING CASE No. 86292**

Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86292, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion to Dismiss No. 0006 v 1.0 under the common law and Dismiss Case No. 86292 with prejudice. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states, and for good reason, now finds that Case No. 86292 should be dismissed with prejudice.

IT IS THEREFORE, ORDERED that the Respondent's Motion to Dismiss No. 0006 v 1.0 is granted and Case No. 86292 is hereby dismissed with prejudice.

Done in Leesville, Louisiana, Parish of Vernon, this ____ day of _____, 2014.


_____
Signature of Presiding Judge


Entered on the Record ( ) Date: _____



1

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office


IN THE district court of louisiana the parish of vernon state of louisiana


|  |  |  |
|---|---|---|
| Hugh-Brian: Street, | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 86292 |
| Respondent, | ) | Document No. 0006 v. 2.1 |
| | ) | |
| | ) | Current Trial date: September 5th 2014 |
| | ) | |
| vs. | ) | Proposed Protective Order |
| | ) | |
| | ) | Supporting Motion No. 0006 v. 1.0 |
| | ) | |
| Vernon Parish Sheriff's Office, | ) | |
| | ) | |
| Defendant, | ) | |


**PROTECTIVE ORDER**


Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86292, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion No. 0006 v 1.0 and issue this Protective Order against the Vernon Parish Sheriff's Office and its deputies from causing further harm to the Respondent. This Court, being duly advised and for good reason, now finds that a Protective Order should be issued to protect the Respondent from further domestic violence, injury, abuse or harrassment that may be inflicted upon him by the deputies of the Vernon Parish Sheriff's Office.

1

IT IS THEREFORE, ORDERED that the Respondent's Motion No. 0006 v 1.0 requesting a Protective Order is granted and all deputies of the Vernon Parish Sheriff's Office are hereby ordered to indefinitely refrain from abusing, harassing, or interfering with the respondent or his employment or going near the residence or place of employment of the respondent pursuant to R.S. 46:2136.

Done in Leesville, Louisiana, Parish of Vernon, this _____ day of _____, 2014.


_____
Signature of Presiding Judge


Entered on the Record ( ) Date: _____

"A PERSON WHO VIOLATES THIS ORDER MAY BE PUNISHED FOR CONTEMPT OF COURT BY A FINE OF NOT MORE THAN $500 OR BY CONFINEMENT IN JAIL FOR AS LONG AS SIX MONTHS, OR BOTH, AND MAY BE FURTHER PUNISHED UNDER THE CRIMINAL LAWS OF THE STATE OF LOUISIANA. THIS  ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS AND  COURTS OF THE STATE OF LOUISIANA."

Hugh-Brian: Street
385 RC Stephens Rd.
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**IN THE district court of louisiana the parish of vernon state of louisiana**



|  |  |
|---|---|
| STATE OF LOUISIANA INC, | ) |
| Plaintiff, | ) Case No. 86292 |
|  | ) Document No. 0006 v. 2.2 |
|  | ) Current Trial date: September 5th 2014 |
| vs. | ) Proposed Order To Show Cause For Denial Of |
|  | ) Constitutional Rights |
| Hugh-Brian: Street, | ) Supporting Motion No. 0006 v. 1.0 |
| Respondent, | ) |

**ORDER TO SHOW CAUSE FOR DENIAL OF CONSTITUTIONAL RIGHTS**

    Comes now, Hugh-Brian: Street herein after, Respondent in Case No. 86292, as himself the Living Soul in flesh and blood, and requests that this Court consider his Motion No. 0006 v. 1.0 under the common law and, if denied, show cause in writing why his unalienable rights under the republican form of government should not be honored or protected by this Court as your "Oath of Office" demands. This Court, being duly advised, having sworn an oath to uphold and protect the constitution of the united states of america, and for good reason, now finds that Motion No. 0006 v. 1.0 should be denied and the respondent be provided this Court's opinion in writing the reasons why the respondent's Motion No. 86292 is being denied and the reasons his constitutional rights are not being protected or honored by this Court.

1

IT IS THEREFORE, ORDERED that the Respondent's Motion to Dismiss No. 0006 v 1.0 is hereby denied and the Respondent shall be provided this Court's opinion in writing explaining the reasons for denial of Motion No. 0006 v. 1.0 and the reasons the Respondent's constitutional rights are not being protected or honored by this Court, no later than 10 days from the date of the execution of this order.

Done in Leesville, Louisiana, Parish of Vernon, this _____ day of _____, 2014.

_____

Signature of Presiding Judge

Entered on the Record ( ) Date: _____

2

Hugh-Brian: Street                              Document No. 0006 v 3.0
385 RC Stephens Rd
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

### Certificate of Service

I, Hugh-Brian: Street do hereby certify that a copy of the forgoing Motion No. 0006 v.
1.0, v. 2.0, v. 2.1 and v. 2.2 has been duly served upon counsel of record listed below, by
(X) Hand-Delivery on this 28th day of August, 2014.

DATE: *8/28/2014*                    _____
                                              Hugh-Brian: Street

Asa A. Skinner,

Vernon Parish Deputy Prosecutor

208 S 3rd Street

Leesville, Louisiana

Near [71446]

district court of louisiana the parish of vernon state of louisiana.

215 S 3rd Street

Leesville, Louisiana

Near [71446]

1

# RETURN

## SUBPOENA FOR WITNESS

STATE OF LOUISIANA

VERSUS

HUGH BRIAN STREET

STATE OF LOUISIANA

PARISH OF VERNON

IN THIRTIETH DISTRICT COURT

NO. 86287-292



TO:    SGT CURTIS BELTON, #106236
       Dept. of Wildlife and Fisheries
       Leesville, LA 71446
       c/o VPSO

YOU ARE HEREBY SUMMONED to appear before said Court, at the Courthouse of said Parish in the Thirtieth District Court on September 5, 2014 at 9:00 AM, then and there to testify to the truth in the above entitled cause on behalf of the State and continue to do so from day to day until discharged.

And herein fail not under penalty of the law.

By order of the Court, on this 19 day of August, 2014.

If you require accommodations for a disability, please contact Jeff Skidmore, Court ADA Coordinator, at 337-238-1384. Please make your request no more than five (5) working days from the date upon which the accommodation is needed.

*Barbara Cotton*
CLERK OF COURT

## SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of _____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his/her domicile in this parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

RETURNED    Parish of _____ this _____ day of
_____, _____.

SERVICE    $_____

MILEAGE    $_____                    BY: _____
                                                   Deputy Sheriff
TOTAL      $_____

CASE #179101                    S.O.        Date AUG 2 1 2014

PROCEEDING: Misdemeanor Trial               Dep *M. Parker*

Date
Served
Through
Deputy_____ Vernon Parish, LA
Mileage:_____

# RETURN

## SUBPOENA FOR WITNESS

STATE OF LOUISIANA              STATE OF LOUISIANA

VERSUS                         PARISH OF VERNON

HUGH BRIAN STREET              IN THIRTIETH DISTRICT COURT

NO. 86287-292

TO:   CHARLES CHRIST, #1026
      Vernon Parish Sheriff's Office
      Leesville, LA 71446

YOU ARE HEREBY SUMMONED to appear before said Court, at the Courthouse of

said Parish in the Thirtieth District Court on September 5, 2014 at 9:00 AM, then and there to

testify to the truth in the above entitled cause on behalf of the State and continue to do so from

day to day until discharged.

And herein fail not under penalty of the law.

By order of the Court, on this 19 day of August, 2014.

If you require accommodations for a disability, please contact Jeff Skidmore, Court ADA
Coordinator, at 337-238-1384.  Please make your request no more than five (5) working days from
the date upon which the accommodation is needed.

*Barbara Cotton*

dy CLERK OF COURT

## SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day
of _____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his/her domicile in
this parish in the hands of _____, a person apparently over
the age of seventeen years, living and residing in said domicile and whose name and other facts
connected with this service, I learned by interrogating the said person, said party herein being
absent from his/her residence at the time of said service.

RETURNED    Parish of _____ this _____ day of
_____, _____.

SERVICE     $_____

MILEAGE     $_____              BY: _____
                                                Deputy Sheriff
TOTAL       $_____

CASE #179101              S.O.

PROCEEDING:  Misdemeanor Trial

Date:
Deputy: M. Parker

Date:
Service
Through:                        Vernon Parish, LA
Deputy
Mileage:

# RETURN

## SUBPOENA FOR WITNESS

STATE OF LOUISIANA

VERSUS

HUGH BRIAN STREET

STATE OF LOUISIANA

PARISH OF VERNON

IN THIRTIETH DISTRICT COURT

NO. 86287-292

*(stamp: REC'D AUG 2014 VERNON PARISH SHERIFF DEPT)*

TO:    SR. ERIC DRODDY, #16156
Dept. of Wildlife and Fisheries
Leesville, LA 71446
c/o VPSO

YOU ARE HEREBY SUMMONED to appear before said Court, at the Courthouse of said Parish in the Thirtieth District Court on September 5, 2014 at 9:00 AM, then and there to testify to the truth in the above entitled cause on behalf of the State and continue to do so from day to day until discharged.

And herein fail not under penalty of the law.

By order of the Court, on this 19 day of August, 2014.

If you require accommodations for a disability, please contact Jeff Skidmore, Court ADA Coordinator, at 337-238-1384. Please make your request no more than five (5) working days from the date upon which the accommodation is needed.

*Barbara Cotton*
by _____ CLERK OF COURT

## SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of _____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his/her domicile in this parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

RETURNED    Parish of _____ this _____ day of
_____, _____.

SERVICE        $_____

MILEAGE        $_____                    BY:_____
                                                            Deputy Sheriff
TOTAL          $_____

CASE #179101                        S.O.

PROCEEDING:  Misdemeanor Trial

*(stamp: Personal Service AUG 2 0 2014)*
Date: _____
Deputy: M. Poster _____ Parish, LA
Deputy Sheriff

Date: _____
Service _____
Through: _____
Deputy: _____ Vernon Parish, LA
Mileage: _____

**RETURN**

**NOTICE OF FIXING ON DEFENDANT'S PRO SE MOTIONS AND COURT ORDER**

OFFICE OF THE CLERK OF THE 30TH JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF VERNON
STATE OF LOUISIANA

NUMBER: 86287-292

STATE OF LOUISIANA

VS.

HUGH BRIAN STREET

TO: DISTRICT ATTORNEY
    P. O. BOX 1188
    LEESVILLE, LA

    WES BAILEY
    609 SOUTH 4TH STREET
    LEESVILLE, LA 71446

    ~~HUGH BRIAN STREET~~
    385 R. C. STEPHENS ROAD
    LEESVILLE, LA 71446

    DEPUTY JOHNNY RHODES
    C/O VERNON PARISH SHERIFF'S OFFICE
    CRIMINAL RECORDS
    LEESVILLE, LA 71446

NOTICE IS HEREBY GIVEN that the above numbered and entitled pro se motion and Court order have been fixed for Friday, September 5, 2014 at 9:00 A.M.

Trial Judge: VERNON B. CLARK

Date of this Notice: August 28, 2014

_____
DEPUTY CLERK OF COURT

Personal Service
Date: 8-27-14
Deputy: Winston Cooper    Vernon Parish, La

Certified by Service
Date:
Certified Mail
No.:
Deputy: _____ Vernon Parish, La.
PR:

# RETURN

## NOTICE OF FIXING ON DEFENDANT'S PRO SE MOTIONS AND COURT ORDER

OFFICE OF THE CLERK OF THE 30TH JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF VERNON
STATE OF LOUISIANA

NUMBER: 86287-292

STATE OF LOUISIANA

VS.

HUGH BRIAN STREET

TO: DISTRICT ATTORNEY
P. O. BOX 1188
LEESVILLE, LA

WES BAILEY
609 SOUTH 4TH STREET
LEESVILLE, LA 71446

HUGH BRIAN STREET
385 R. C. STEPHENS ROAD
LEESVILLE, LA 71446

DEPUTY JOHNNY RHODES
C/O VERNON PARISH SHERIFF'S OFFICE
CRIMINAL RECORDS
LEESVILLE, LA 71446

NOTICE IS HEREBY GIVEN that the above numbered and entitled pro se motion and Court

order have been fixed for Friday, September 5, 2014 at 9:00 A.M.

Trial Judge: VERNON B. CLARK

Date of this Notice: August 28, 2014

_____
DEPUTY CLERK OF COURT

Personal Service

Date: _8/28/14_____
Deputy _J.J./18_ Vernon Parish, LA

_____
Domiciliary Service

Date:_____
Service Made
Through:_____
Deputy _____Vernon Parish, LA
Mileage:_____

# RETURN

**NOTICE OF FIXING ON DEFENDANT'S PRO SE MOTIONS AND COURT ORDER**

OFFICE OF THE CLERK OF THE 30TH JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF VERNON
STATE OF LOUISIANA

NUMBER: 86287-292

STATE OF LOUISIANA

VS.

HUGH BRIAN STREET

TO: DISTRICT ATTORNEY
P. O. BOX 1188
LEESVILLE, LA

WES BAILEY
609 SOUTH 4TH STREET
LEESVILLE, LA 71446

HUGH BRIAN STREET
385 R. C. STEPHENS ROAD
LEESVILLE, LA 71446

DEPUTY JOHNNY RHODES
C/O VERNON PARISH SHERIFF'S OFFICE
CRIMINAL RECORDS
LEESVILLE, LA 71446



NOTICE IS HEREBY GIVEN that the above numbered and entitled pro se motion and Court

order have been fixed for Friday, September 5, 2014 at 9:00 A.M.

Trial Judge: VERNON B. CLARK

Date of this Notice: August 28, 2014

_____
DEPUTY CLERK OF COURT

Personal Service
Date: 8/29/14
Deputy _____ Vernon Parish C.

Domiciliary Service

Date: _____
Service Made
Through: _____
Deputy: _____
Mileage: _____

# RETURN

## NOTICE OF FIXING ON DEFENDANT'S PRO SE MOTIONS AND COURT ORDER

OFFICE OF THE CLERK OF THE 30TH JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF VERNON
STATE OF LOUISIANA

NUMBER: 86287-292

STATE OF LOUISIANA

VS.

HUGH BRIAN STREET

TO: DISTRICT ATTORNEY
P. O. BOX 1188
LEESVILLE, LA

~~WES BAILEY~~
609 SOUTH 4TH STREET
LEESVILLE, LA 71446

HUGH BRIAN STREET
385 R. C. STEPHENS ROAD
LEESVILLE, LA 71446

DEPUTY JOHNNY RHODES
C/O VERNON PARISH SHERIFF'S OFFICE
CRIMINAL RECORDS
LEESVILLE, LA 71446

NOTICE IS HEREBY GIVEN that the above numbered and entitled pro se motion and Court

order have been fixed for Friday, September 5, 2014 at 9:00 A.M.

Trial Judge: VERNON B. CLARK

Date of this Notice: August 28, 2014



_____
DEPUTY CLERK OF COURT

Personal Service
Date: _8-29-14_____
Deputy _POllARD_ Vernon Parish, LA
_____

Domiciliary Service

Date:_____
Service Made
Through:_____
Deputy_____ Vernon Parish, LA
Mileage:_____

SUBPOENA FOR WITNESS

STATE OF LOUISIANA                STATE OF LOUISIANA

VERSUS                           PARISH OF VERNON

HUGH BRIAN STREET                IN THIRTIETH DISTRICT COURT

                                 NO.  86287-292

TO:     SGT CURTIS BELTON, #106236
        Dept. of Wildlife and Fisheries
        Leesville, LA 71446
        c/o VPSO

        YOU ARE HEREBY SUMMONED to appear before said Court, at the Courthouse of

said Parish in the Thirtieth District Court on September 5, 2014 at 9:00 AM, then and there to

testify to the truth in the above entitled cause on behalf of the State and continue to do so from

day to day until discharged.

        And herein fail not under penalty of the law.

        By order of the Court, on this 19 day of August, 2014.

        If you require accommodations for a disability, please contact Jeff Skidmore, Court ADA
Coordinator, at 337-238-1384.  Please make your request no more than five (5) working days from
the date upon which the accommodation is needed.

                                        CLERK OF COURT



CASE #179101                  DEPUTY CLERK

PROCEEDING:  Misdemeanor Trial

SUBPOENA FOR WITNESS

STATE OF LOUISIANA                    STATE OF LOUISIANA

VERSUS                               PARISH OF VERNON

HUGH BRIAN STREET                    IN THIRTIETH DISTRICT COURT

                                     NO. 86287-292

TO:     CHARLES CHRIST, #1026
        Vernon Parish Sheriff's Office
        Leesville, LA 71446

        YOU ARE HEREBY SUMMONED to appear before said Court, at the Courthouse of

said Parish in the Thirtieth District Court on September 5, 2014 at 9:00 AM, then and there to

testify to the truth in the above entitled cause on behalf of the State and continue to do so from

day to day until discharged.

        And herein fail not under penalty of the law.

        By order of the Court, on this 19 day of August, 2014.

        If you require accommodations for a disability, please contact Jeff Skidmore, Court ADA
Coordinator, at 337-238-1384. Please make your request no more than five (5) working days from
the date upon which the accommodation is needed.

                                        CLERK OF COURT

CASE #179101                    DEPUTY CLERK

PROCEEDING: Misdemeanor Trial



SUBPOENA FOR WITNESS

STATE OF LOUISIANA              STATE OF LOUISIANA

VERSUS                         PARISH OF VERNON

HUGH BRIAN STREET              IN THIRTIETH DISTRICT COURT

                               NO. 86287-292

TO:    SR. ERIC DRODDY, #16156
       Dept. of Wildlife and Fisheries
       Leesville, LA 71446
       c/o VPSO

       YOU ARE HEREBY SUMMONED to appear before said Court, at the Courthouse of

said Parish in the Thirtieth District Court on September 5, 2014 at 9:00 AM, then and there to

testify to the truth in the above entitled cause on behalf of the State and continue to do so from

day to day until discharged.

       And herein fail not under penalty of the law.

       By order of the Court, on this 19 day of August, 2014.

       If you require accommodations for a disability, please contact Jeff Skidmore, Court ADA
Coordinator, at 337-238-1384.  Please make your request no more than five (5) working days from
the date upon which the accommodation is needed.

                                        CLERK OF COURT

CASE #179101                   DEPUTY CLERK

PROCEEDING:  Misdemeanor Trial

RETURN

## SUBPOENA FOR WITNESS

STATE OF LOUISIANA

VERSUS

HUGH BRIAN STREET

STATE OF LOUISIANA

PARISH OF VERNON

IN THIRTIETH DISTRICT COURT

NO. 86287-292

AUG 2014
VERNON PARISH
SHERIFF DEPT.

TO:    SR. ERIC DRODDY, #16156
       Wildlife and Fisheries
       Leesville, LA 71446

YOU ARE HEREBY SUMMONED to appear before said Court, at the Courthouse of

said Parish in the Thirtieth District Court on September 15, 2014 at 9:00 AM, then and there to

testify to the truth in the above entitled cause on behalf of the State and continue to do so from

day to day until discharged.

And herein fail not under penalty of the law.

By order of the Court, on this 25 day of July, 2014.

If you require accommodations for a disability, please contact Jeff Skidmore, Court ADA
Coordinator, at 337-238-1384.  Please make your request no more than five (5) working days from
the date upon which the accommodation is needed.    *Barbara Cotton*
                                                     CLERK OF COURT

## SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day
of _____. _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his/her domicile in
this parish in the hands of _____, a person apparently over
the age of seventeen years, living and residing in said domicile and whose name and other facts
connected with this service, I learned by interrogating the said person, said party herein being
absent from his/her residence at the time of said service.

RETURNED    Parish of _____ this _____ day of
            _____, _____.

SERVICE     $_____

MILEAGE     $_____         BY: _____
                                          Deputy Sheriff
TOTAL       $_____

CASE #179101                    S.O.

PROCEEDING: Jury Trial

Personal Service
Date: _____ AUG 0 4 2014 _____
Deputy _____ Vernon Parish, LA
            Domiciliary Service
Date: _____
Service Made
Through: _____
Deputy _____ Vernon Parish, LA
Mileage: _____

Hugh-Brian: Street                                    Document No. 0005 v 3.0
385 RC Stephens Rd
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

**Certificate of Service**

I, Hugh-Brian: Street do hereby certify that a copy of the forgoing Motion No. 0005 v.
1.0, v. 2.0, v. 2.1 and v. 2.2 has been duly served upon counsel of record listed below, by
(X) Hand-Delivery on this 28th day of August, 2014.

DATE: 08/28/2014          _____
                              Hugh-Brian: Street

Asa A. Skinner,

Vernon Parish Deputy Prosecutor

208 S 3rd Street

Leesville, Louisiana

Near [71446]

district court of louisiana the parish of vernon state of louisiana.

215 S 3rd Street

Leesville, Louisiana

Near [71446]

1

Hugh-Brian: Street
Rural Route 1 Box 225
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

FILED

2014 FEB 28 P 1:19



IN THE district court of louisiana the parish of vernon state of louisiana

|  |  |
|---|---|
| STATE OF LOUISIANA INC,<br><br>Plaintiff,<br><br>vs.<br><br>Hugh-Brian: Street,<br><br>Respondent, | ) Case No. 86292<br>) Document No. 0006 v. 1.0<br>)<br>) Current Trial date: September 5th 2014<br>)<br>) Judicial Notice<br>) Challenging Jurisdiction and Standing<br>)<br>) Motion To Dismiss<br>) For:<br>) (a) Lack of Jurisdiction and/or Standing<br>) (b) Failure to state a claim entitled to relief<br>) (c) Failure to obtain consent for action<br>) (d) Violations of USC 18 § 241 & 242<br>) (e) Violations of US Constitution<br>) (f) Denial of due process of law<br>)<br>) Notice of Respondent's Demands<br>) 1. Demand for Court Reporter<br>) 2. Demand for Common Law<br>) 3. Demand for Jury Trial<br>) 4. Demand for Discovery<br>) 5. Demand for indictment by grand jury<br>) 6. Demand for right to confront plaintiff<br>) 7. Demand for full panoply of criminal due<br>) process procedures and rights.<br>) 8. Demand for Judge<br>) 9. Demand for proof that Judge has taken oath<br>) of office<br>) 10. Demand for proposed jury instructions a<br>) month in advance of trial<br>) 11. Demand for permission to obtain and keep<br>) video recordings of all this action's hearings.<br>)<br>) |

Comes now, Hugh-Brian: Street (hereinafter Respondent) as himself the Living

Soul in flesh and blood. **I At All Times, Waive Any/All Benefits, Known or Unknown,**

**Compelled or Not.**

I **Do Not** at any time **Consent to this action nor do I Waive** any of my

**Unalienable Rights.  Further, Gentlemen I Do Not Waive Political Jurisdiction or**

**Standing at any time.**

1

"**Every man** is **independent of all laws**, except those **prescribed by nature**. He is **not bound** by any institutions **formed by his fellowmen without his consent**"
*Cruden v. Neale 2N.C.*, 2 SE 70 (1796)

"Under **our system of government** upon the **individuality** and **intelligence of the citizen**, the **state does not claim** to **control him/her**, except as **his/her conduct to others**, leaving **him/her the sole judge** as to all that **affects himself/herself**."
*Mugler v. Kansas*, 123 U.S. 623, 659-60.

"**Sovereignty** itself is, of course, **not subject to law**, for it is the **author** and **source of law**; but in **our** system, while **sovereign powers** are **delegated** to the **agencies of government**, **sovereignty** itself **remains with the people**, by whom and for whom all government exists and acts And the **law** is the **definition and limitation** of **power**." ...
"For, the very idea that **man may be compelled** to hold his **life**, or the **means of living**, or **any material right essential to the enjoyment of life**, at the mere **will of another**, seems to be **intolerable** in **any country** where **freedom prevails**, as being the **essence of slavery** itself."
*Yick Wo v. Hopkins*, 118 US 356, 370

"**All codes**, **rules**, and **regulations** are for **government authorities only**, not **human/Creators** in **accordance with God's laws**. **All codes**, **rules**, and **regulations** are **unconstitutional** and **lacking due process**..."
*Rodriques v. Ray Donavan (U.S. Department of Labor)* 769 F. 2d 1344, 1348 (1985)

"The **assertion of federal rights**, when **plainly** and **reasonably made**, is **not to be defeated** under the **name of local practice**."
*Davis v. Wechsler*, 263 US 22, at 24

**With all due respect to parties**, I now demand that the Prosecuting Attorney, Asa A. Skinner and the THIRTIETH JUDICIAL DISTRICT COURT **Certify adhering to Strict-Proof in Writing its Jurisdiction and Standing** for this case to proceed.

**FRCP Rule 201**. Judicial Notice of Adjudicative Facts(d) When mandatory. **A court shall take judicial notice if requested by a party and supplied with the necessary information.**

## MANDATORY JUDICIAL NOTICE

2

Judge, Vernon Clark,  Prosecuting Attorney, Asa A. Skinner and all offices of the THIRTIETH JUDICIAL DISTRICT COURT shall take Mandatory Judicial Notice to the following:

1. **This Court takes Mandatory Judicial Notice** of Judge, Vernon Clark's and Prosecuting Attorney, Asa A. Skinner's **"Oath of Office"** to **Uphold and Protect The Constitution of the United States.**

2. **This Court takes Mandatory Judicial Notice of United States Code Title 18 Section 241: Conspiracy Against Rights:**

   If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;
   or
   If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisonednot more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

3. **This Court takes Mandatory Judicial Notice of United States Code Title 18 Section 242: Deprivation of Rights Under Color of Law:**

   Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens,

3

shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

For the purpose of 18 U.S.C. Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

4. **This Court takes Mandatory Judicial Notice of The Constitution of the United States: Article IV Section 4:**

   "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."

5. **This Court takes Mandatory Judicial Notice of The Constitution of the**

4

**United States: Amendment XI:**

"The Judicial Power of the United States shall not be construed to extend to any

suit in law or equity, commenced or prosecuted against one of the United States

by Citizens of another State, or by Citizens or Subjects of any Foreign State."

6. **This Court takes Mandatory Judicial Notice of The Constitution of the**

   **United States: Amendment XIII Section 1:**

   "Neither slavery nor involuntary servitude, except as a punishment for crime

   whereof the party shall have been duly convicted, shall exist within the United

   States, or any place subject to their jurisdiction."

7. **This Court takes Mandatory Judicial Notice of The Constitution of the**

   **United States: Amendment VI:**

   "In all criminal prosecutions, the accused shall enjoy the right to a speedy and

   public trial, by an impartial jury of the state and district wherein the crime shall

   have been committed, which district shall have been previously ascertained by

   law, and to be informed of the nature and cause of the accusation; to be

   confronted with the witnesses against him; to have compulsory process for

   obtaining witnesses in his favor, and to have the assistance of counsel for his

   defense."

8. **This Court takes Mandatory Judicial Notice of The Constitution of the**

   **United States: Amendment VII:**

   "In suits at common law, where the value in controversy shall exceed twenty

   dollars, the right of trial by jury shall be preserved, and no fact tried by a jury,

   shall be otherwise reexamined in any court of the United States, than according to

   the rules of the common law."

9. **This Court takes Mandatory Judicial Notice of The Constitution of the**

   **United States: Amendment XIV:**

   "All persons born or naturalized in the United States, and subject to the

5

jurisdiction thereof, are <u>citizens of the United States</u>, and of the state wherein they reside. <u>No state</u> shall make or <u>enforce any law</u> which shall abridge the <u>privileges or immunities</u> of citizens of the United States; nor shall any state <u>deprive any person of life, liberty, or property, without due process of law</u>; nor <u>deny to any person</u> within its jurisdiction the <u>equal protection of the laws</u>."

10. **<u>This Court takes Mandatory Judicial Notice of The Constitution of the United States: Article VI Section 2:</u>**

"This <u>Constitution</u>, and the <u>laws of the United States</u> which shall be made in pursuance thereof; and <u>all treaties made</u>, or which shall be made, <u>under the authority of the United States</u>, shall be the <u>supreme law of the land</u>; and the <u>judges in every state</u> shall be bound thereby, anything in the <u>Constitution</u> or <u>laws of any State</u> to the contrary <u>notwithstanding</u>."

## STATEMENT OF FACTS

1. On May 14th, 2013 respondent left his home, traveling towards a friends home. Upon turning right onto Fal Rd from RC Stephens Rd, responded noticed a vehicle marked, vernon parish sheriff's office with its emergency lights on.

2. Respondent turned his vehicle around and pulled over parallel to the drivers window of the vehicle marked, vernon parish sheriff's office and rolled down his window.

3. The driver of the vehicle, marked vernon parish sheriff's office also rolled down his window and the responded informed the driver that if he would like to speak with him, he would need to follow the respondent to his home where there could be a witness to their conversation.

4. The driver of the vehicle, marked vernon parish sheriff's office responded to the respondent by shouting aggressively: "No you stop right there".

6

5.  The respondent feeling threatend and intimidated by the drivers aggressive response, drove his vehicle away from the scene, towards his home where there would be a witness to any violence the driver of the vehicle, marked vernon parish sheriff's office, may have intended to inflict upon the respondent.

6.  The respondent arrived at his home, parked then exited his vehicle, and noticed the same vehicle, marked vernon parish sheriff's office entering his driveway.

7.  The respondent went out to greet the driver of the vehicle, marked vernon parish sheriff's office and upon outreaching the respondents hand to shake hands with the driver; the driver grabbed the respondents arm, violently twisted it behind his back, lifted him off of the ground by his arm, leaned him over his truck, and restrained him in handcuffs.

8.  The respondent asked the driver of the vehicle, marked vernon parish sheriff's office why he was being greeted with violence and the driver identified himself as Deputy Sheriff Charles Christ and stated that he was placing respondent under arrest.

9.  Deputy Sheriff Charles Christ further restrained respondent in the rear seat of the vehicle, marked vernon parish sheriff's office and immediately entered respondents vehicle and rummaged through the respondents property.

10. Respondents mother heard the voices from outside and exited her home to see her son bent over his truck being placed in handcuffs and asked Deputy Sheriff Charles Christ: "hey, what's going on?" and did not recieve a reply.

11. Respondents mother witnessed Deputy Sheriff Charles Christ assault and restrain her son and when the deputy entered respondents vehicle, she attempted to inform him that he would need a warrant if he wished to search private property and needed to leave her home. To which the deputy demanded: "Maam, go back into your house".

12. Respondents mother complied with the Deputy Sheriff Charles Christ's demand to go into her home. She changed her clothes, grabbed her bible and returned outside

7

to read it under the shade of the oak tree in her front lawn.

13. Deputy Sheriff Charles Christ was still rummaging through the respondents things and stopped what he was doing to watch respondents mother walk to her chair, sit down, and begin reading her bible.

14. Respondent witnessed Deputy Sheriff Charles Christ walk toward his mother, say something to her of threatening appearance, violently pick her and the chair she sat in off the ground, throw both her and the chair to his left accross the lawn, then jump on top of her, and begin to throw punches at her.

15. Upon witnessing Deputy Sheriff Charles Christ beating respondents mother, respondent kicked the window out of the vehicle that was restraining him in an attempt to defend his mother from further harm.

16. Two men dressed in costumes, marked Louisiana Wildlife and Fisheries Management Association, prevented respondent who was still restrained in handcuffs from crawling out of the vehicle he was restrained in.

17. Another vehicle, marked vernon parish sheriff's office appeared at the scene and deputy sheriff Charles Christ restrained respondents mother in that vehicle.

18. Deputy sheriff Charles Christ opened the door of the vehicle that was restraining respondent and violently demanded that respondent exit the vehicle.

19. Deputy sheriff Charles Christ grabbed respondents leg and began trying to drag him from the vehicle and the respondent attempted to defend himself by kicking toward the deputy.

20. Respondents kick missed the deputy and deputy sheriff Charles Christ grabbed respondents legs and pulled him from the vehicle. Respondent was handcuffed, but regained his footing and stood up, then deputy Charles Christ punched respondent multiple times in the head, threw him back into the vehicle, violently slammed the door of the vehicle closed with respondents head between its door and frame, and pushed respondent into the backseat and closed the door to again

8

restrain respondent in the back seat of the deputy's vehicle.

21. Deputy Charles Christ instructed the owner of AAA Towing to enter respondents private property, and steal the respondents vehicle.

22. The owner of AAA Towing entered respondents private property and used his towing truck to steal respondents vehicle.

23. Deputy Charles Christ escorted respondent to the Vernon Parish Jail where respondent was booked for the charges alleged in this action, and forced to serve an involuntary sentence, without due process of law, prior to conviction for any crime.

24. The Vernon Parish Sheriff's Office demanded ransom in the amount of $3,030 for respondents temperary release from involuntary servitude and respondents mother used her property as collateral for the demanded ransom.

25. Respondent was released from involuntary servitude, pending adjudication of this action for attempting to defend himself and his family from the imminent harm being viciously perpetrated upon him and his family at their home by deputy sheriff Charles Christ.

26. AAA Towing charged respondent another ransom of approximately $350 for release of respondents stolen vehicle from his impound lot.

27. Respondent recieved an INITIAL ARRAIGNMENT Notice from the Vernon Parish Sheriff's to appear in court on May 6th at 9:00AM for arraignment or other legal proceedings to wit.

28. Respondent appeared in Judge John Fords court for arraignment and verbally informed the court that he did not meet the requirements for the benifit of entering a plea into the action, because the respondent is not owned by the state nor public property.

29. Judge John Ford entered a plea into this action on, "the behalf of the defendant". Respondent objected to the judges actions on the grounds that the respondent has

9

never consented to allowing Judge John Ford any powers of attorney or authority to make legal decisions on behalf of the respondent.

30. Judge John Ford overruled the respondents objection, and entered a plea into this action without respondents consent, stating that he did not "understand" what the respondent was telling him.

## REVOCATION OF SIGNATURE AND RESCISSION OF CONTRACT

Respondent hereby extinguish, rescind, revoke, cancel, abrogate, annul, nullify, discharge and make void ab initio all signatures, belonging to respondent, on all previously and all powers of attorneys real and implied, connected thereto to **CAUSE NO. 86292**, on the grounds that respondents purported consent was not voluntarily and freely obtained, but was made through mistake, duress, fraud, and undue influence exercised by officers of the STATE OF LOUISIANA. Respondent was induced by fraud and duress to sign such forms and was denied full disclosure of the voluntary nature of such forms. Respondent was mislead by those who knew, or should have known, into believing that filing such forms was mandatory and/or implied, where inconscionable and grossly unfair to respondent. Respondent was unduly influenced by the stronger bargaining power of officers of the court of the STATE OF LOUISIANA and acted under an implied threat and fear of potential imprisonment for non-compliance. Any alleged consent is null and void as it was given under duress, by mistake, and by fraud. Notwithstanding any information which the THIRTIETH JUDICIAL DISTRICT COURT may have to the contrary, any forms that have been filed in this cause, and any implied quasi contracts that the STATE OF LOUISIANA for this cause may feel it may have with respondent, were filed illegally and unlawfully and are without force and effect. Respondent further revoke, rescind, and make void ab initio all powers of attorney pertaining to respondent from officers for the STATE OF LOUISIANA and for any and all governmental/quasi/colorable agencies and/or Departments created under the authority of Art. I, Sec. 8, Cl 17, and or Art. IV, Sec 3, Cl 2 of the Constitution of the United States.

## CHALLENGING JURISDICTION

"Once **jurisdiction is challenged**, the **court cannot proceed** when it clearly appears that the court lacks jurisdiction, the **court has no authority to reach merits**, but rather should **dismiss the action**."

*Melo v. U.S*, 505 F 2d 1026

"Once **jurisdiction** is challenged **it must be proven**."

*Hagins vs Levine*, 415 US 533 note 3 (1974)

"Concepts of **justiciability** have been developed to **identify appropriate occasions for judicial action**. The central concepts often are elaborated into more specific categories of justiciability – advisory opinions, feigned and collusive cases, **standing**, ripeness, mootness, political questions, and administrative questions."

*13 Charles Alan Wright et al.*, Federal Practice and Procedure §5 3529, 278-79 (3d. ed. 1984)

"Inferior courts" are those whose **jurisdiction is limited** and **special** and whose proceedings are **not according to the course of the common law**. **Criminal courts** proceed according to **statutory law**. **Jurisdiction** and **procedure** is **defined by statute**. Likewise, **civil courts** and **admiralty courts** proceed **according to statutory law**. **Any court** proceeding **according to statutory law** is **not a court of record** (which only proceeds **according to common law**); **it is an inferior court**.

The Respondent now requests and demands that Prosecuting Attorney, Asa  A. Skinner,  show **Strict-Proof in Writing** The State's **Political Jurisdiction** for this case to proceed.

11

## CHALLENGING STANDING

**The Supreme Court said**, "The requirement of standing, however, has a **core component** derived directly from the **constitution**. A **plaintiff** must allege **personal injury** fairly traceable to the defendant's allegedly **wrongful conduct** and likely to be redressed by the requested relief.

*Allen v. Wright*, 468 U.S. 737, 751 (1984).

If a plaintiff **lacks standing**, then the courts, all courts, are **legally and constitutionally incapable of proceeding because**: "courts only adjudicate justiciable controversies".

*United States v. Interstate Commerce Commission*, 337 US 426, 430.

The plaintiff must show that he has **sustained** or is **immediately in danger of sustaining** some **direct injury** as the result of the challenged official conduct and the **injury or threat of injury** must be both real and immediate, **not conjectural or hypothetical**.

*City of Los Angeles v. Lyons*, 461 U.S. 95, 101-102 (1983),

*Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992).

[Standing requires that plaintiff allege] "such a **personal stake** in the outcome of the controversy as **to assure that concrete adverseness** which **sharpens the presentation of issues** upon which the court so largely depends for **illumination of difficult constitutional issues**."

*Baker v. Carr*, 369 U.S. 186, 204 (1962)

Even when the plaintiff has **alleged injury sufficient** to meet the "case or controversy" requirment, the Court has generally held that the plaintiff generally must **asset his own legal rights and interests**, and **cannot** rest his claim to relief on the **legal rights or interests of third parties**."

12

*Warth v. Seldin*, 422 US 499.

"**No State** shall **make or enforce any law** which shall **abridge the privileges or immunities** of **citizens** of the United States; nor shall any State **deprive any person of life, liberty, or property** without **due process of law**; nor deny to any person within its jurisdiction the **equal protection of the laws**.

It is **State action** of a particular character that is **prohibited**. Individual invasion of individual rights is not the subject matter of the amendment. It has a deeper and broader scope. It **nullifies and makes void all State legislation**, and **State action of every kind**, which **impairs the privileges and immunities** of citizens of the United States or **which injures them in life, liberty or property** without **due process of law**, or which denies to any of them the **equal protection of the laws**. It not only does this, but, in order that the national will, thus declared, may not be a mere brutum fulmen, the last section of the amendment invests Congress with power to **enforce it by appropriate legislation**."

*Civil Rights Cases*, 109 US 3 (1883)

"An action **must be prosecuted** in the name of the **real party** in interest."

*FRCP Rule 17 (a)(1)*

"For a **crime to exist**, there **must** be an **injured party**. There can be **no sanction** or **penalty** imposed upon one because of this **exercise of Constitutional rights**."

*Sherar v. Cullen*, 481 F. 945.

"**All laws**, **rules** and **practices** which are **repugnant to the Constitution** are **null and void**"

*Marbury v. Madison*, 5th US (2 Cranch) 137, 180

The **common law is the real law**, the **Supreme Law of the land**, the **code**, **rules**, **regulations**, **policy** and **statutes** are "**not the law**"

*Self v. Rhay*, 61 Wn (2d) 261

"The **general rule** is that an **unconstitutional statute**, though having the **form** and

13

name of law, **is in reality no law**, but is **wholly void** and **ineffective** for **any purpose**, since its **unconstitutionality** dates from the **time of its enactment**... In legal contemplation, it is as **inoperative** as if it had never been passed... Since an **unconstitutional law** is **void**, the **general principles** follow that it **imposes no duties, confers no right, creates no office, bestows no power** or **authority** on **anyone, affords no protection** and **justifies no acts performed under it**... A **void act cannot** be **legally consistent** with a **valid one**. An **unconstitutional law cannot operate to supersede any existing law**. Indeed insofar as a **statute** runs **counter to the fundamental law of the land, (the Constitution)** it is **superseded thereby. No one** is **bound** to **obey an unconstitutional law** and **no courts** are **bound to enforce it**."

*Bonnett v. Vallier*, 116 N.W. 885, 136 Wis. 193 (1908);

*NORTON v. SHELBY COUNTY*, 118 U.S. 425 (1886)

"**Statutes** that **violate** the plain and obvious principles of **common right** and **common reason** are **null and void**."

*Bennett v. Boggs*, 1 Baldw 60

"A **State may not impose a charge** for the **enjoyment** of a **right** granted by the **Federal Constitution**."

*Murdock v. Pennsylvania*, 319 U.S. 105, at 113

"**The State cannot diminish rights of the people.**"

*Hertado v. California*, 110 U.S. 516

"The **Claim** and **exercise** of a Constitutional Right **cannot be converted into a crime**."

*Miller v. U.S.*, 230 F 2d 486. 489

"If the **state converts a liberty into a privilege** the **citizen** can **engage in the right with impunity**"

*Shuttlesworth v Birmingham*, 373 USs 262

The constitution and laws of the united states, rules of procedure, and rulings of its

high courts have formed my competent conclusion that: **Laws** are **made for us**; **we** are not **made for the laws**. **Government** Is **Foreclosed from Parity** with **Real People**. Inasmuch as **every government** is an **artificial person**, an **abstraction**, and a **creature of the mind** only, a **government** can **interface** only with other **artificial persons**. The **imaginary**, having **neither actuality nor substance**, is **foreclosed** from **creating and attaining parity** with the **tangible**. The **legal manifestation** of this is that **no government**, as well as any **law**, **agency**, **aspect**, **court**, **etc.** can **concern itself** with anything other than **corporate**, **artificial persons** and the **contracts between them**.

The Respondent now requests and demands that Prosecuting Attorney, Asa A. Skinner, show **Strict Proof in Writing The State's Standing** for this case to proceed.

The State is a Corporation, a Legal Fiction, nothing more than paper and as such cannot claim that the Respondent has caused a Harm or Injury to it. The State cannot be a Plaintiff without Standing. Further, that since the Plaintiff in this action is fiction, an artificial and imaginary person without intellect and perpetually unavailable for cross-examination; the Respondent is being denied his constitutional right to confront the witness against him. Once **Again Gentlemen, I do not Stand Under any Statutes, Acts, Bills or Orders. I Do Not Consent to any of such Actions.**

**WHEREAS**, There can be no doubt that the Prosecuting Attorney, Asa A. Skinner, and the THIRTIETH JUDICIAL DISTRICT COURT lack Standing and Jurisdiction for this case to proceed, further that the Respondent is not a **U.S. Citizen, Person, Alien, Resident, Legal Fiction, Corporation, Beneficiary** or a **Trustee** that this Honorable Court may act upon without first gaining **Consent** and further showing a **Harm** or **Injury** has occurred which is not the case in this action. Further this action by the Prosecuting Attorney and the THIRTIETH JUDICIAL DISTRICT COURT **Violates the Judicial Notice given under United States Code Title 18, 241 and**

15

**242**. Further that plaintiff in this action, Prosecuting Attorney, Asa A. Skinner has **failed to state a claim upon which relief can be granted**. Further the action by the Vernon Parish Sheriff's Office to subject the Respondent to **involuntary servitude** (*jail*) without first obtaining a conviction for a crime under due process of law, **Violates the Judicial Notice given under The Constitution of the United States: Amendment XIII Section 1**.


The Respondent, **Moves** this **Court** to **Dismiss** this case with **Prejudice** and to issue a **Protective Order** against the Vernon Parish Sheriff's Office from causing any further harm to the Respondent or to **Show Cause** in **Writing** why his **Unalienable Rights** under the **Republic** form of **Government** should not be **Honored** and **Protected** by this Court as your "**Oath of Office**" Demands.


Submitted by

Hugh-Brian: Street
Rural Route 1 Box 225
Leesville, Louisiana
Near [71446]
(210) 585-0979 Office

## SUBPOENA FOR WITNESS

STATE OF LOUISIANA                     STATE OF LOUISIANA

VERSUS                                 PARISH OF VERNON

HUGH BRIAN STREET                      IN THIRTIETH DISTRICT COURT

                                       NO. 86287-292

TO:    CHARLES CHRIST, #1026
       Vernon Parish Sheriff's Office
       Leesville, LA 71446

YOU ARE HEREBY SUMMONED to appear before said Court, at the Courthouse of

said Parish in the Thirtieth District Court on September 15, 2014 at 9:00 AM, then and there to

testify to the truth in the above entitled cause on behalf of the State and continue to do so from

day to day until discharged.

And herein fail not under penalty of the law.

By order of the Court, on this 25 day of July, 2014.

If you require accommodations for a disability, please contact Jeff Skidmore, Court ADA
Coordinator, at 337-238-1384. Please make your request no more than five (5) working days from
the date upon which the accommodation is needed.

                                       *Barbara Cotton*
                                       CLERK OF COURT

### SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day
of _____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his/her domicile in
this parish in the hands of _____, a person apparently over
the age of seventeen years, living and residing in said domicile and whose name and other facts
connected with this service, I learned by interrogating the said person, said party herein being
absent from his/her residence at the time of said service.

RETURNED      Parish of _____ this _____ day of
_____, _____.

SERVICE       $_____

MILEAGE       $_____        BY: _____
                                           Deputy Sheriff
TOTAL         $_____

    CASE #179101                S.O.

    PROCEEDING: Jury Trial

RETURN

## SUBPOENA FOR WITNESS

| STATE OF LOUISIANA | STATE OF LOUISIANA |
|---|---|
| VERSUS | PARISH OF VERNON |
| HUGH BRIAN STREET | IN THIRTIETH DISTRICT COURT |
| | NO. 86287-292 |

TO:    SGT CURTIS BELTON, #106236
Wildlife and Fisheries
Leesville, LA 71446

YOU ARE HEREBY SUMMONED to appear before said Court, at the Courthouse of

said Parish in the Thirtieth District Court on September 15, 2014 at 9:00 AM, then and there to

testify to the truth in the above entitled cause on behalf of the State and continue to do so from

day to day until discharged.

And herein fail not under penalty of the law.

By order of the Court, on this 25 day of July, 2014.

If you require accommodations for a disability, please contact Jeff Skidmore, Court ADA
Coordinator, at 337-238-1384. Please make your request no more than five (5) working days from
the date upon which the accommodation is needed.

*Barbara Colton*
CLERK OF COURT

## SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day
of _____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his/her domicile in
this parish in the hands of _____, a person apparently over
the age of seventeen years, living and residing in said domicile and whose name and other facts
connected with this service, I learned by interrogating the said person, said party herein being
absent from his/her residence at the time of said service.

RETURNED    Parish of _____ this _____ day of
_____, _____.

SERVICE    $_____

MILEAGE    $_____          BY: _____
                                              Deputy Sheriff
TOTAL    $_____

CASE #179101              S.O.

PROCEEDING: Jury Trial

Personal Service
Date: __AUG 0 4 2014__
Deputy __M. Parker__ Vernon Parish, LA

Domiciliary Service

Date: _____
Service Made
Through: _____
Deputy_____Vernon Parish, LA
Mileage: _____

## SUBPOENA FOR WITNESS

STATE OF LOUISIANA                    STATE OF LOUISIANA

VERSUS                                PARISH OF VERNON

HUGH BRIAN STREET                     IN THIRTIETH DISTRICT COURT

                                      NO. 86287-292

TO:    SGT CURTIS BELTON, #106236
       Wildlife and Fisheries
       Leesville, LA 71446

       YOU ARE HEREBY SUMMONED to appear before said Court, at the Courthouse of

said Parish in the Thirtieth District Court on September 15, 2014 at 9:00 AM, then and there to

testify to the truth in the above entitled cause on behalf of the State and continue to do so from

day to day until discharged.

       And herein fail not under penalty of the law.

       By order of the Court, on this 25 day of July, 2014.

       If you require accommodations for a disability, please contact Jeff Skidmore, Court ADA
Coordinator, at 337-238-1384.  Please make your request no more than five (5) working days from
the date upon which the accommodation is needed.

                                      CLERK OF COURT



CASE #179101                    DEPUTY CLERK

PROCEEDING:  Jury Trial

## SUBPOENA FOR WITNESS

STATE OF LOUISIANA

VERSUS

HUGH BRIAN STREET

STATE OF LOUISIANA

PARISH OF VERNON

IN THIRTIETH DISTRICT COURT

NO. 86287-292

TO:    CHARLES CHRIST, #1026
       Vernon Parish Sheriff's Office
       Leesville, LA 71446

YOU ARE HEREBY SUMMONED to appear before said Court, at the Courthouse of said Parish in the Thirtieth District Court on September 15, 2014 at 9:00 AM, then and there to testify to the truth in the above entitled cause on behalf of the State and continue to do so from day to day until discharged.

And herein fail not under penalty of the law.

By order of the Court, on this 25 day of July, 2014.

If you require accommodations for a disability, please contact Jeff Skidmore, Court ADA Coordinator, at 337-238-1384. Please make your request no more than five (5) working days from the date upon which the accommodation is needed.

CLERK OF COURT



CASE #179101                          DEPUTY CLERK

PROCEEDING: Jury Trial

SUBPOENA FOR WITNESS

STATE OF LOUISIANA                    STATE OF LOUISIANA

VERSUS                               PARISH OF VERNON

HUGH BRIAN STREET                    IN THIRTIETH DISTRICT COURT

                                     NO. 86287-292

TO:     SR. ERIC DRODDY, #16156
        Wildlife and Fisheries
        Leesville, LA 71446

        YOU ARE HEREBY SUMMONED to appear before said Court, at the Courthouse of

said Parish in the Thirtieth District Court on September 15, 2014 at 9:00 AM, then and there to

testify to the truth in the above entitled cause on behalf of the State and continue to do so from

day to day until discharged.

        And herein fail not under penalty of the law.

        By order of the Court, on this 25 day of July, 2014.

        If you require accommodations for a disability, please contact Jeff Skidmore, Court ADA
Coordinator, at 337-238-1384. Please make your request no more than five (5) working days from
the date upon which the accommodation is needed.

                                            CLERK OF COURT

                                            COPY

CASE #179101                 DEPUTY CLERK

PROCEEDING: Jury Trial

PROSECUTORbyKarpel

Page 1 of 1

## Person - Street, Hugh

| Party# | Last | | First | Middle | Suffix | | Entity |
|---|---|---|---|---|---|---|---|
| 30941 | Street | | Hugh | Brian | | | SSN 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 |

Address1 385 R C Stephens Road

Address2                                                    DOB 09-09-1982    31                      State ID 0002176847

City/State/Zip Leesville    LA  71446    Race  W    Sex  M    Height 5'07    Weight 135    Federal ID 123734DC9

Employer                                                    Hair  BRC   Eye  HAZ                      Inmate #

| Police | | Drivers Lic (State - F) | LA - 7773198 |
|---|---|---|---|

Unavailable    Police

| Deceased | Contact Info | Address Hist |
| Person Type | Alias | Notes |
| User Fields | Relations | Schools |
| | Gangs | Criminal Hist |

Add Case

| Defendant | Witness | CoDefendant | Documents | Subscriptions | PTI/Rest |
|---|---|---|---|---|---|

| Jurisdiction | Offense ▼ | Report# | File# | Count# | Charge | Severity | Status | Stage |
|---|---|---|---|---|---|---|---|---|
| Vernon | 05-14-2013 | VSO 13-01012 | 30D-173101 | | 14:56 - Simple Criminal Damage To Prop... | F | REVIEW | ARGN |
| Vernon | 04-23-2013 | VSO 13-0370 | 30D-178656 | | 14:110.1 - Jumping Bail on Felony Case ... | F | REVIEW | |
| Vernon | 10-27-2012 | LSP 1699227 | 30D-173032 | 84608-611 | 14:108 - Resisting an Officer - 14:108 | M | OPEN | TRIAL |
| Vernon | 12-01-2011 | VSO 11-1075 | 30D-200678 | 82800 | 14:110.1 - Jump Bail - 14:110.1 | M | DISPOSED | |
| Vernon | 07-11-2011 | VSO 11-01500 | 30D-200398 | 82473 | 14:67.6 - Theft Of Utility Service - 14:67.6 | M | DISPOSED | |
| Vernon | 05-15-2009 | LSP 9515023 | 30D-206990 | 77232 | 14:108B1A - Fight From An Officer - 141... | M | DISPOSED | |
| Vernon | 04-18-2007 | WLF 495051 | 30D-203473 | 72165 | 32:289 - Littering - 32:289 | F | DISPOSED | |
| Vernon | 05-07-2006 | VSO 0134484 | 30D-021668 | 70234 | 14:98 - Driving While Intoxicated - First T... | M | DISPOSED | |
| Vernon | 04-14-2004 | VSO 086924 | 30D-018672 | 66572 | 40:966D1 - Possession Of Marijuana -1St... | F | DISPOSED | |

| Exit | Payments | Victim Services | Reminders | Court | Person Display | Upload Mugshot | Delete | Update |
|---|---|---|---|---|---|---|---|---|

Last update by Rhonda Farris on 05-28-2013 at 02:45 PM

https://hostedbykarpel.com/PBKLA30/Core/DefendantInfo.aspx?DefendantId=30941

4/25/2014

VERNON PARISH SHERIFF DEPARTMENT

179101

## Arrest Report

Arrest # 13-0367



**ARRESTEE DETAILS**

| | | | | |
|---|---|---|---|---|
| Name | HUGH BRIAN STREET | | | |
| Address | 385 R C STEPHENS ROAD, LEESVILLE LA 71446 | | | |
| Phone | 337-296-2370 | SSN | 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 | DL | LA 7773198 |
| Race | W | Sex M | Age 30 | DOB 09/09/1982 |
| Height | 5'08" | Weight 140 | | Hair BLK |
| Eyes | BRO | JRN 00227 | | SID 002176847 |
| FBI | | MID | | |
| Resident | Y | Inc.# 13-01012 | | |
| Place of Birth | CALIFORNIA | | | |

**ARREST INFORMATION**

| | | | |
|---|---|---|---|
| Arrest Date-Time | 05/14/2013 - 08:35 | Hold Reason | WARRANTLESS/ON VIEW |
| Arrest Location | 835 R C STEPHENS ROAD  LEESVILLE LA 71446 | | |
| Arrest Agency | VERNON PARISH SHERIFFS | Release To | |
| Arrest Type | ON VIEW | Resist Arrest | Y | Arrested Before Y |
| Arrest Disp | JAILED ON BOND | Arrest Officer | C CHRIST |
| Supervisor | | Miranda Officer | C CHRIST |
| Arrest Condition | AGGRESSIVE | | |
| Armed With | UNARMED | | |

**ARREST CHARGES**

| | | | |
|---|---|---|---|
| Violation | CRIMINAL DAMAGE TO PROPERTY | | |
| Statute | 14:56 | | |
| Judgement | | | |
| Judge | | Court | |
| Disp Date | 05/14/2013 | Court Date | | Bond Amt $.00 |
| Warrant # | | Citation # | | Incident # 13-01012 |
| Disposition | JAILED ON BOND | Bond Type | |

| | | | |
|---|---|---|---|
| Violation | RESISTING A POLICE OFFICER WITH FORCE OR VIOLENCE | | |
| Statute | 14:108.2 | | |
| Judgement | | | |
| Judge | | Court | |
| Disp Date | 05/14/2013 | Court Date | | Bond Amt $.00 |
| Warrant # | | Citation # | | Incident # 13-01012 |
| Disposition | JAILED ON BOND | Bond Type | |

05/20/2013 13:41                    YATES, N                    1 of 2

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL.

*Lucy Roberts*

DY. CLERK OF COURT, VERNON PARISH, LA