RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 2 2025

BY: DANIEL J. McCOY, CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: 2:25-CV-1882 (Insert Case #)

PLAINTIFF'S MOTION FOR PERMISSION TO PARTICIPATE IN

ELECTRONIC FILING (CM/ECF)

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and respectfully requests permission to register as a user of the Court's Case Management/Electronic Case Files (CM/ECF) system.

**I. ARGUMENT FOR ELECTRONIC ACCESS**

1. **Judicial Economy & Efficiency:** This matter involves time-sensitive issues regarding the preservation of evidence and potential emergency orders. The inherent delay of United States Mail (3-5 days each way) creates a significant lag in the proceedings, prejudicing the Plaintiff's ability to receive and respond to Court Orders in a timely manner.

2. **Geographic Distance:** Plaintiff resides in Vernon Parish. The Divisional Courthouse is located in Lake Charles. Requiring physical travel to the Clerk's office for routine filings imposes an undue burden in terms of time and expense. Electronic filing eliminates this burden and streamlines the docketing process.

3. **Technical Competency:** Plaintiff certifies that he possesses the necessary computer hardware, software (PDF conversion tools), and high-speed internet access to comply with the Court's electronic filing requirements. Plaintiff is capable of filing documents that comply with the PDF/A standard and Local Civil Rules.

4. **Consent to Electronic Service:** Plaintiff consents to receive service of all filings and orders via electronic notification (NEF) at the email address listed below, waiving the right to service by U.S. Mail. This benefits the Clerk and the Defendants by reducing the administrative costs of service.

**II. CONCLUSION**

Plaintiff requests an Order authorizing the Clerk of Court to issue a CM/ECF login and password to Plaintiff immediately via email.

Respectfully submitted,

_/s/ Bri_

Hugh Brian Street, Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446

brian.street@southerntreeninjas.com

337-404-6465

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December, 2025, a true and correct copy of the foregoing Motion was served upon the Defendants via **United States Mail**, postage prepaid, directed to:

Sheriff Sam Craft

Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446

*/s/ Brian Street*

Hugh Brian Street