UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: _____

---

[PROPOSED] ORDER GRANTING CM/ECF ACCESS

---

Before the Court is Plaintiff's Motion for Permission to Participate in Electronic Filing. Finding good cause in the interests of judicial efficiency and docket management:

IT IS HEREBY ORDERED that:

1. Plaintiff Hugh Brian Street is granted permission to register as a Filing User in the CM/ECF system for the Western District of Louisiana.

2. The Clerk of Court is directed to **IMMEDIATELY TRANSMIT** the necessary login credentials and instructions to Plaintiff via email at **brian.street@southerntreeninjas.com**.

3. Electronic transmission of documents to the Plaintiff's registered email address shall constitute valid service of process going forward.

SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE