RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 3 2025

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: 2:25-CV-01882

Judge James D. Cain, Jr.

---

OMNIBUS NOTICE OF CORRECTION TO RECORD

(AMENDING COMPLAINT & CLARIFYING EXHIBIT B)

---

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and respectfully submits this Omnibus Notice to correct factual allegations in the Verified Complaint and to clarify the evidentiary record regarding the 2013 state court proceedings (*State v. Street*, Case Nos. 86287-86292).

**I. INCORPORATION OF EVIDENCE**

Plaintiff previously filed the **Certified Court Records** regarding the 2013 incident via a "Notice of Filing Supplemental Exhibit B."

* **Filing Date:** These records were filed with the Clerk of Court on **December 2, 2025**.

* **Reference:** Plaintiff incorporates those records herein by reference to avoid unnecessary duplication.

**II. CORRECTION TO VERIFIED COMPLAINT**

Based on the content of those Certified Records, Plaintiff corrects the allegations contained in **Paragraphs 11-14** of the Verified Complaint (Doc. 1) as follows:

* **Correction:** The 2013 charges were **not** dismissed in their entirety. The records reflect that the charges were amended and Plaintiff entered a plea resulting in a **Misdemeanor Conviction**.

* **Reason for Correction:** Plaintiff relied on lay memory of the 12-year-old proceedings when drafting the initial Complaint. This correction is made immediately upon review of the official certified records to ensure candor with the Court.

**III. CORRECTION TO EXHIBIT DESCRIPTION**

Plaintiff clarifies that the previous Notice of Filing describing Exhibit B as "Evidence of Dismissal" was technically incorrect based on the specific disposition found in the records. The Exhibit should be regarded as **"Evidence of Prior Altercation and Conviction."**

**IV. STATEMENT OF RELEVANCE**

Plaintiff asserts that this correction **does not alter the core Constitutional claim** regarding the 2025 incident:

* The existence of the 2013 physical altercation and prosecution confirms the **"Personal Animus"** and **"Vendetta"** referenced by Deputy Christ ("...before Brian").

* The Deputy's use of this 12-year-old history to justify **immediate hostility** and **threats of incarceration** in 2025 constitutes First Amendment Retaliation and Malice. The fact that the Plaintiff was convicted in 2013 does not grant the Deputy a permanent license to harass or threaten the Plaintiff in 2025 without new probable cause.

Respectfully submitted,

*[signature]*

Hugh Brian Street

Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of December, 2025, a true and correct copy of the foregoing Notice was served upon the Defendants via **United States Mail**, postage prepaid, directed to:

Sheriff Sam Craft

Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446

*[signature]*

Hugh Brian Street