RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 3 2025

BY: DANIEL A McCOY, CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: 2:25-CV-01882

Judge James D. Cain, Jr.

---

PLAINTIFF'S NOTICE OF CLARIFICATION OF RECORD

REGARDING "REASONABLE ANTICIPATION" OF LITIGATION

---

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and respectfully submits this Notice to clarify the factual record referenced in the Court's Memorandum Order of December 1, 2025.

The Court noted that *"Plaintiff apparently forwarded correspondence to LSP officials."* Plaintiff wishes to clarify that Defendants (VPSO) were provided with **Actual Notice** directly, triggering the duty to preserve *before* the filing of the Complaint.

**I. CHRONOLOGY OF NOTICE**

1. **NOVEMBER 21, 2025 (Dual Notice - The Incident):**

   * **Mail Service:** Plaintiff transmitted the "Urgent Spoliation Notice / Preservation of Evidence" regarding the Nov 18 traffic stop via Certified Mail to Sheriff Sam Craft.

   * **Hand Delivery:** Plaintiff subsequently met personally with **Sheriff Sam Craft** and **Chief Calvin Turner** at VPSO Headquarters. During this meeting, Plaintiff physically handed a copy of the same "Urgent Spoliation Notice" to Sheriff Craft.

   * **Chain of Custody:** Sheriff Craft reviewed the documents briefly, then handed them to Chief Turner, who retained possession of them.

   * **Legal Effect:** As of this moment, Defendants anticipated litigation regarding the traffic stop/assault. The duty to preserve BWC and Dash Cam footage attached immediately.

2. **NOVEMBER 21, 2025 (The New Violation):**

   * During this same meeting, Chief Turner refused to accept Plaintiff's criminal complaint and admitted to the "10-Day Auto-Delete" policy for building security video.

3. **NOVEMBER 24, 2025 (Specific Notice - The Building Video):**

   * Plaintiff transmitted Certified Mail notices to the Sheriff and IT Director specifically demanding the preservation of the **Administrative Building Video** referenced above.

4. **NOVEMBER 26, 2025 (The Service Waiver):**

   * Plaintiff caused a "Notice of Filing" to be hand-delivered to Sheriff Sam Craft by a **Non-Party Process Server** (Witness).

   * Sheriff Craft personally accepted the documents from the Server and verbally acknowledged receipt, stating: **"Consider me served."**

**II. CONCLUSION**

Defendants possessed actual knowledge of the potential litigation and the specific relevance of the evidence. Any destruction of the **Traffic Stop Evidence** after Nov 21, or the **Building Video** after Nov 24/26, constitutes a willful violation of the duty to preserve.

Respectfully submitted,

*[signature]*

Hugh Brian Street, Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of December, 2025, a true and correct copy of the foregoing Notice was served upon the Defendants via **United States Mail**, postage prepaid, directed to:

Sheriff Sam Craft

Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446

*[signature]*

Hugh Brian Street