UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: 2:25-CV-01882

Judge James D. Cain, Jr.

Magistrate Judge LeBlanc

---

MASTER EXHIBIT LIST

(INCORPORATION BY REFERENCE PURSUANT TO FED. R. CIV. P. 10(c))

---

Plaintiff Hugh Brian Street hereby submits the following Exhibits in support of the First Amended Verified Complaint. Where noted, Plaintiff incorporates previously filed exhibits by reference to avoid unnecessary duplication of the record.

**EXHIBIT A: PHOTOGRAPHS OF VEHICLE / LICENSE PLATE**

* **Status:** **PREVIOUSLY FILED.**

* **Location:** Attached to the Original Verified Complaint (Doc. 1), filed on November 25, 2025. Incorporated herein by reference.

**EXHIBIT B: CERTIFIED STATE COURT RECORDS (2013 INCIDENT)**

* **Status:** **PREVIOUSLY FILED.**

* **Location:** Filed as an attachment to Plaintiff's **"Notice of Filing Supplemental Exhibit B"** (filed December 3/4, 2025).

* **Description:** Certified copies of the Bill of Information and Amended Plea/Disposition from *State of Louisiana v. Hugh Brian Street* (Case Nos. 86287-86292). Incorporated herein by reference.

**EXHIBIT C: PROOF OF PRESERVATION NOTICE (RECEIPT)**

* **Status:** **PREVIOUSLY FILED.**

* **Location:** Attached to the Original Verified Complaint (Doc. 1). Incorporated herein by reference.

**EXHIBIT D: VIDEO EVIDENCE (USB DRIVE)**

* **Status:** **MANUALLY FILED.**

* **Location:** The physical USB Drive containing 6 sequential video files was delivered to the Clerk of Court on **November 25, 2025**, along with the "Notice of Manual Filing." Incorporated herein by reference.

**EXHIBIT E: CHRONOLOGY OF EVENTS**

* **Status:** **FILED HEREWITH.**

* **Description:** Updated timeline of events regarding the 2011, 2013, and 2025 incidents (attached hereto).

Respectfully submitted,

_____

Hugh Brian Street

Plaintiff Pro Se