UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION


HUGH BRIAN STREET,

Plaintiff,


v.


DEPUTY CHUCK CHRIST, et al.,

Defendants.


Case No.: 2:25-CV-01882

Judge James D. Cain, Jr.

Magistrate Judge LeBlanc

---

EXHIBIT E: CHRONOLOGY OF EVENTS & PATTERN OF RETALIATION

---

1. **APPROX. 2011 / 2012 (THE "RESTRAINT CHAIR" INCIDENT)**

    * **Event:** Plaintiff was assaulted by a State Trooper and VPSO Deputies in the lobby of the Sheriff's Office after verbally questioning a command to leave the building.

    * **The Tyranny:** When Plaintiff asked if he needed to commit a crime to be jailed, the Trooper replied: **"Not if I decide any different."** Plaintiff responded: **"Well, where am I at, in fucking China?"**

* **Force:** Immediately following this speech, Plaintiff was grabbed, thrown **into** a glass window, and placed in a **Restraint Chair** for the duration of a weekend.

* **Spoliation:** VPSO refused to produce video evidence, citing a **"10-Day Deletion Policy"** (establishing a long-standing custom of spoliation).

* **Aftermath:** Plaintiff was convicted of "Failure to Obey" regarding the order to leave, but was forced to flee the parish and live out of his vehicle for 6 years to escape the systemic harassment and excessive force used during the enforcement of such orders.

2. **MAY 14, 2013 (THE ORIGIN OF THE VENDETTA)**

   * **Event:** Deputy Chuck Christ pursued Plaintiff to his home and physically assaulted Plaintiff and his mother.

   * **The Protected Activity:** Plaintiff verbally opposed this use of force ("Speaking Out").

   * **The Charge:** Plaintiff was charged with "Resisting an Officer with Force or Violence."

   * **The Resolution:** The violent felony charges were **AMENDED/REDUCED** by the State.

   * **Zero Contact:** From 2014 to 2025, there was zero contact between the parties.

3. **NOVEMBER 18, 2025 (09:40 AM) - THE TRAP**

   * **Event:** Plaintiff filmed Deputy Christ conducting a traffic stop.

   * **The Trap:** Deputy Christ ordered Plaintiff to "Drive off," then immediately shouted "Hold up" and detained him when he attempted to comply.

   * **The Malfeasance:** Deputy Christ claimed "Suspended License" and "Obstructed Plate" to seize Plaintiff's ID, but **did not run a check** on the ID before returning it, proving the probable cause was fabricated.

   * **The Solicitation:** He ordered Plaintiff to "Drive off." If the Deputy believed the license was suspended, he solicited a crime. If not, he lied to detain.

   * **The Admission:** Deputy Christ stated: **"I done been through this shit with you before, Brian,"** confirming the 2013 vendetta was the motive.

4. **NOVEMBER 18, 2025 (10:30 AM) - THE SECOND ASSAULT**

* **Event:** Plaintiff returned on foot, standing **50+ yards away**.

* **The Threat:** Deputy Christ threatened arrest for "Interfering" (Factually Impossible).

* **The Supervision:** While speaking on the phone with **Chief Calvin Turner**, Deputy Christ acknowledged Plaintiff's recording and deliberately grabbed his weapon again while staring Plaintiff down.

* **The Witness:** A Transport Deputy arrived and observed the scene.

5. **NOVEMBER 21, 2025 (THE RATIFICATION)**

   * **Event:** Plaintiff met with Sheriff Craft and Chief Turner.

   * **The Refusal:** Sheriff Craft refused to view the video.

   * **The Policy:** Chief Turner refused the complaint, stating: **"We do not investigate our own."**

   * **The Spoliation Threat:** Chief Turner admitted the "10-Day Auto-Delete" policy applied to the building video.

6. **NOVEMBER 24-26, 2025 (THE WARNINGS & SERVICE)**

   * **Event:** Plaintiff served multiple notices (Mail and Hand Delivery) to preserve evidence.

   * **Service:** Sheriff Craft accepted the notice on Nov 26 and stated: **"Consider me served."**

7. **DECEMBER 1, 2025 (THE DEADLINE)**

   * **Event:** The 10-Day Deletion Deadline expired.

_/s/ B. Street_

Hugh Brian Street

Plaintiff Pro Se