RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 5 2025

DANIEL J. MCCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: 2:25-CV-01882

JUDGE JAMES D. CAIN, JR.

MAGISTRATE JUDGE LEBLANC

---

PLAINTIFF'S NOTICE OF EMERGENCY FILING

(REQUEST FOR IMMEDIATE RULING ON SAFETY T.R.O.)

---

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and respectfully provides Notice to the Court of the filing of the attached **Motion for Clarification and Reconsideration**.

**BASIS FOR EMERGENCY STATUS:**

1. **Clerical Error Regarding Safety:** The Court's Order of December 1, 2025, appears to have denied Plaintiff's request for protection from physical harm (TRO) based on legal analysis applicable only to the preservation of electronic evidence.

2. **Continuing Threat:** Plaintiff remains unprotected from Defendant Deputy Chuck Christ, who has:

    * Threatened lethal force ("fixing to find out").

    * Admitted to a personal vendetta dating back to 2013.

    * Reached for a weapon while Plaintiff was compliant.

3. **No Administrative Remedy:** The Vernon Parish Sheriff's Office has explicitly refused to investigate these threats ("We do not investigate our own"), leaving this Court as the sole barrier against further retaliation.

**REQUEST:**

Plaintiff respectfully requests that the Court review the attached Motion **immediately** to address the "Safety/TRO" aspect of the original filing, which appears to have been overlooked in the previous Order.

Respectfully submitted,

_/s/ Brl_

Hugh Brian Street

Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December, 2025, a true and correct copy of the foregoing Notice was served upon the Defendants via **United States Mail**, postage prepaid, directed to:

Sheriff Sam Craft

Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446

_____

Hugh Brian Street