UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION


HUGH BRIAN STREET,

Plaintiff,


v.


DEPUTY CHUCK CHRIST, et al.,

Defendants.


Case No.: 2:25-CV-01882

JUDGE JAMES D. CAIN, JR.

MAGISTRATE JUDGE LEBLANC

---

[PROPOSED] ORDER GRANTING MOTION FOR CLARIFICATION

AND RECONSIDERATION OF T.R.O. RULING

---

Before the Court is Plaintiff's Motion for Clarification and Reconsideration.

The Court, having reviewed the record, finds that the Memorandum Order of December 1, 2025, primarily addressed the legal standards regarding the preservation of evidence but did not adjudicate the Plaintiff's separate request for protection from physical retaliation.

IT IS HEREBY ORDERED that:

1. The Plaintiff's Motion for Clarification is **GRANTED**.

2. The Court's previous denial of the Temporary Restraining Order is **VACATED** for the purpose of reconsideration.

3. The Court shall take the Plaintiff's **Emergency Motion for Temporary Restraining Order (Safety)** under advisement on the merits.

4. Defendants are ordered to show cause within **seven (7) days** why the Temporary Restraining Order should not be issued.

SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE