RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 5 2025

DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: 2:25-CV-01882

JUDGE JAMES D. CAIN, JR.

MAGISTRATE JUDGE LEBLANC

---

NOTICE OF FILING PROPOSED ORDER

(REGARDING MOTION FOR EXPEDITED DISCOVERY)

---

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and respectfully submits the attached **[Proposed] Order Granting Motion for Expedited Discovery**.

Plaintiff previously filed the *Motion for Leave to Conduct Expedited Discovery* on November 25, 2025. This Proposed Order was inadvertently omitted from the initial filing and is submitted now to facilitate the Court's ruling on that pending Motion.

Respectfully submitted,

Hugh Brian Street

Plaintiff Pro Se

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December, 2025, a true and correct copy of the foregoing Notice and attached Proposed Order was served upon the Defendants via **United States Mail**, postage prepaid, directed to:

Sheriff Sam Craft

Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446

Hugh Brian Street