1 of 2

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION


HUGH BRIAN STREET,

Plaintiff,


v.


DEPUTY CHUCK CHRIST, et al.,

Defendants.


Case No.: 2:25-CV-01882

JUDGE JAMES D. CAIN, JR.

MAGISTRATE JUDGE LEBLANC

---

[PROPOSED] ORDER GRANTING LEAVE FOR EXPEDITED DISCOVERY

---

Before the Court is Plaintiff's Motion for Leave to Conduct Expedited Discovery.

The Court finds that good cause exists for expedited discovery due to the imminent risk of spoliation of electronic evidence and the necessity of video evidence to adjudicate the pending request for Preliminary Injunction.

IT IS HEREBY ORDERED that:

1. The Motion is **GRANTED**.

2. Plaintiff is granted leave to serve the **First Set of Requests for Production of Documents** immediately upon the Defendants.

3. Defendants are ordered to respond to these specific requests (Video, Audio, Logs, and Insurance) within **seven (7) days** of service of this Order.

4. Preservation of all requested evidence is mandatory pending production.

SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE