**Exhibit 1**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: 2:25-CV-01882

Judge James D. Cain, Jr.

Magistrate Judge LeBlanc

---

PLAINTIFF'S FIRST AMENDED REQUESTS FOR PRODUCTION OF DOCUMENTS

(EXPEDITED DISCOVERY PURSUANT TO PENDING MOTION)

---

TO: All Defendants

FROM: Plaintiff Hugh Brian Street, Pro Se

**Exhibit 1**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff propounds the following **Amended Requests for Production**.

*Note: This amendment supersedes any previous discovery requests to incorporate requests relevant to the newly added claims.*

**DEFINITIONS & INSTRUCTIONS:**

* **Time, Place, and Manner of Production:** Pursuant to Fed. R. Civ. P. 34, Defendants are requested to produce the following documents and tangible things within thirty (30) days of service of this Request. Production shall be made by mailing true and correct copies (or digital media such as USB drives/DVDs for video files) to Plaintiff at 385 RC Stephens Rd, Leesville, LA 71446.

Alternatively, for electronic files (including video/audio), Defendants may provide a secure, password-protected download link via email to brian.street@southerntreeninjas.com.

* **"Document"** refers to any written, recorded, or graphic matter, including electronic data, emails, text messages, social media posts, and audio/video files.

* **"Metadata"** means the native digital information (creation date, modification history, author, GPS data) associated with an electronic file. Please produce electronic records in native format (e.g., do not convert Excel logs to PDF; do not strip video metadata).

* **"Timeframe":** Unless otherwise specified, the relevant time period for the incident is November 18, 2025. For historical/pattern records, the relevant period is **January 1, 2010 to Present**.

* **Privilege Log:** If any document is withheld based on privilege, provide a log detailing the date, author, recipient, and specific privilege claimed.

---

### **I. THE INCIDENT (NOVEMBER 18, 2025)**

**REQUEST NO. 1:**

Body Worn Camera (BWC) footage of **Deputy Chuck Christ** regarding the November 18, 2025 incident, in its entirety.

**REQUEST NO. 2:**

**Exhibit 1**

In-Car Dash Camera footage of **Deputy Chuck Christ** regarding the November 18, 2025 incident, in its entirety.

**REQUEST NO. 3:**

Body Worn Camera (BWC) footage of the **"Witness Deputy"** (Transport Unit) who arrived at the scene.

**REQUEST NO. 4:**

In-Car Dash Camera footage of the **"Witness Deputy"** (Transport Unit) who arrived at the scene.

**REQUEST NO. 5:**

Any still photographs taken by Deputy Christ (via department-issued or personal device) of Plaintiff, Plaintiff's vehicle, or Plaintiff's license plate.

**REQUEST NO. 6:**

Any video or audio recording of the administrative meeting held on **November 21, 2025**, between Plaintiff, Sheriff Sam Craft, and Chief Calvin Turner.

**REQUEST NO. 7:**

All Dispatch Logs, CAD (Computer Aided Dispatch) reports, and call history screens for the incident on November 18, 2025.

**REQUEST NO. 8:**

All radio traffic audio recordings and "Master Logging Recorder" files (ambient dispatch center audio) for the frequencies handling the incident.

**REQUEST NO. 9:**

**Exhibit 1**

All Mobile Data Terminal (MDT) messages, text messages, or "CAD Chat" logs sent or received by Deputy Christ on November 18, 2025.

**REQUEST NO. 10:**

Any Incident Report, Supplemental Narrative, Field Contact Card, or internal memo authored by **Deputy Chuck Christ** regarding the encounter, including **all initial drafts, unedited versions, and audit trails of changes**.

**REQUEST NO. 11:**

The daily activity log or citation ledger for Deputy Chuck Christ for **November 18, 2025**.

**REQUEST NO. 12:**

The **Voided / Deleted Citation Log** for Deputy Chuck Christ on November 18, 2025, showing any citations initiated but not finalized.

**REQUEST NO. 13:**

The complete **CAD "Notes" or "Remarks" Field History** for the incident, showing all typed comments between dispatchers and units.

**REQUEST NO. 14:**

The raw **"Radio Run Card"** or backend database entry for the CAD incident created on November 18, 2025.

**REQUEST NO. 15:**

The **Tow Truck / Wrecker Rotation Log** or Request History for November 18, 2025, showing any requests for towing services initiated by Deputy Christ.

**REQUEST NO. 16:**

**Exhibit 1**

Any "Response to Resistance," "Show of Force," or "Constructive Authority" forms completed by Deputy Christ for the incident (specifically documenting hand-on-weapon readiness).

**REQUEST NO. 17:**

Any reports, supplemental narratives, or statements authored by the **"Witness Deputy"** (Transport Unit).

**REQUEST NO. 18:**

Documents sufficient to identify the **"Witness Deputy"** (Transport Unit) who arrived at the scene.

**REQUEST NO. 19:**

The **Dispatch Supervisor's Daily Log** or Shift Summary for November 18, 2025.

**REQUEST NO. 20:**

The **Roll Call Log, Shift Briefing Notes, or "Pass-On" Book** entries for the shift beginning on the morning of November 18, 2025.

**REQUEST NO. 21:**

Any **"BOLO" (Be On the Lookout), "Hot Sheet," or Target List** distributed to VPSO deputies in November 2025 that listed Plaintiff or his vehicle.

**REQUEST NO. 22:**

The **Supervisor's After-Action Review** or "Blue Team" sign-off regarding the Use of Force / Show of Force on November 18, 2025.

**REQUEST NO. 23:**

**Exhibit 1**

Copies of any **Third-Party Surveillance Video** (e.g., Residential security cameras, "Ring" or doorbell cameras, **Game/Trail cameras**, or private gate security systems) seized, collected, or downloaded by VPSO deputies regarding the incident.

---

### **II. FORENSICS, DATA, & SURVEILLANCE**

**REQUEST NO. 24:**

The complete **NCIC / TCIC / LLETS Inquiry Audit Log** showing every instance from **January 1, 2010 to Present** where any VPSO employee ran a query on "Hugh Brian Street" or his vehicle.

**REQUEST NO. 25:**

The specific digital return or screen capture displayed to Deputy Christ regarding Plaintiff's **Driver's License Status** at the time of the stop.

**REQUEST NO. 26:**

The specific physical printout/background check generated by **Sheriff Sam Craft** during the meeting on **November 21, 2025**.

**REQUEST NO. 27:**

The **Printer / Copier Audit Log** or "Job History Report" for the printer located in or near the Sheriff's Administrative Office for November 21, 2025.

**REQUEST NO. 28:**

The Automated Vehicle Locator (AVL) or GPS history for Deputy Chuck Christ's unit for the morning of **November 18, 2025**.

**Exhibit 1**

**REQUEST NO. 29:**

GPS / AVL historical data for Deputy Chuck Christ's unit for the **7 days prior** to the incident (November 11–18, 2025).

**REQUEST NO. 30:**

Any text messages, photos, or call logs related to the incident, **the Plaintiff, or First Amendment Auditing** sent/received on **any cellular device (Department-Issued or Personal)** used by Deputy Christ, Chief Turner, or Sheriff Craft.

**REQUEST NO. 31:**

All **Automated License Plate Reader (ALPR)** data scans, "hits," or tracking logs regarding Plaintiff's vehicle from Jan 1, 2024 to Present.

**REQUEST NO. 32:**

Any Audit Logs from **Private Data Aggregators** (e.g., TLOxp, Accurint, Clear) showing queries run on Plaintiff by VPSO employees.

**REQUEST NO. 33:**

The **Device Configuration Report** for the specific Body Worn Camera and Dash Camera units used by Deputy Christ (showing "Pre-Event Buffer" settings).

**REQUEST NO. 34:**

**Device Audit Logs** (Power On/Off, **Mute Toggles**) for the specific Body Worn Camera and Dash Camera units used by Deputy Christ.

**REQUEST NO. 35:**

The **Evidence Viewing Log** for the Body Worn Camera footage of the incident, showing who viewed the file prior to its alleged deletion.

**Exhibit 1**

**REQUEST NO. 36:**

The **Evidence Intake Log / Chain of Custody Report** showing the exact time video files were uploaded or tagged on November 18, 2025.

**REQUEST NO. 37:**

Server logs, IT tickets, or directives referencing the "deletion" or "purging" of video evidence related to Plaintiff (2010 to Present).

**REQUEST NO. 38:**

Any internal "Litigation Hold" directives issued after Plaintiff's notice of preservation.

**REQUEST NO. 39:**

System Audit Trails for all electronic evidence produced.

**REQUEST NO. 40:**

Contracts with data storage providers (e.g., Axon, WatchGuard) establishing the cost and capacity of video retention.

**REQUEST NO. 41:**

The **Archive Inventory / Backup Tape Catalog** for the years 2011-2013.

**REQUEST NO. 42:**

Copies of any **Certificates of Destruction** or official "Destruction Logs" generated by the VPSO Records Division.

**REQUEST NO. 43:**

**Exhibit 1**

The **Maintenance, Repair, and Error Log** for the specific Body Worn Camera and Dash Camera units assigned to Deputy Christ.

---

### **III. PERSONNEL & HIRING**

**REQUEST NO. 44:**

The complete "Internal Affairs" and "Disciplinary" file for **Deputy Chuck Christ**.

**REQUEST NO. 45:**

The complete Pre-Employment Application, Background Investigation, and Psychological Evaluation for **Deputy Chuck Christ**.

**REQUEST NO. 46:**

P.O.S.T. transcripts and certificates for **Deputy Chuck Christ** (1st Amendment, De-escalation, Use of Force).

**REQUEST NO. 47:**

Monthly statistical reports for **Deputy Chuck Christ** (citations/arrests) for the 12 months prior to the incident.

**REQUEST NO. 48:**

Payroll records indicating whether Deputy Christ was working a "LACE" or overtime grant detail on the date of the incident.

**REQUEST NO. 49:**

**Exhibit 1**

All **Early Intervention System (EIS)** alerts generated for Deputy Chuck Christ regarding Use of Force.

**REQUEST NO. 50:**

Any "Giglio" letters, "Brady" disclosures, or **"Do Not Call" List** notifications from the District Attorney regarding Deputy Christ.

**REQUEST NO. 51:**

Any screenshots or internal complaints regarding **Deputy Chuck Christ's** social media activity expressing bias against auditors.

**REQUEST NO. 52:**

All **Secondary Employment / Off-Duty Detail** requests and approvals for Deputy Chuck Christ.

**REQUEST NO. 53:**

Copies of all **Annual Performance Evaluations** for Deputy Chuck Christ from 2013 to Present.

**REQUEST NO. 54:**

The complete "Internal Affairs" file for **Chief Calvin Turner**.

**REQUEST NO. 55:**

Copies of the **Oath of Office and Official Bond / Surety Bond** filed by Deputy Christ, Chief Turner, and Sheriff Craft.

**REQUEST NO. 56:**

**Financial Disclosure Statements** for Defendants Sheriff Craft, Chief Turner, and Deputy Christ (for Punitive Damages).

**Exhibit 1**

---

### **IV. POLICIES & PROCEDURES**

**REQUEST NO. 57:**

The written retention policy regarding Digital Video Evidence (versions in effect for 2011, 2013, and 2025).

**REQUEST NO. 58:**

Official policies regarding **Traffic Stops** (Suspended Drivers) and **Citizen Complaints**.

**REQUEST NO. 59:**

The official **"Use of Force Continuum"** policy.

**REQUEST NO. 60:**

The official policy regarding the **right of citizens to record police**.

**REQUEST NO. 61:**

The official **VPSO Employee Handbook** or Code of Conduct.

**REQUEST NO. 62:**

The official **"Signal and 10-Code Legend"**.

**REQUEST NO. 63:**

The official policy regarding **Body Camera Activation** (mandatory buffering/recording).

**Exhibit 1**

**REQUEST NO. 64:**

The official policy regarding the **Use of the Restraint Chair**.

**REQUEST NO. 65:**

The official policy regarding **"Constructive Authority"** (pointing a firearm without firing).

**REQUEST NO. 66:**

The official policy regarding **Social Media Usage** by VPSO employees.

**REQUEST NO. 67:**

The official policy regarding **Vehicle Impoundment and Inventory Searches**.

**REQUEST NO. 68:**

The **User Manuals and Technical Specifications** for the specific models of Body Worn Camera used by Deputy Christ.

---

### **V. SYSTEMIC EVIDENCE (MONELL LIABILITY)**

**REQUEST NO. 69:**

Certified copies of **all insurance policies** (LSRMP) covering the VPSO.

**REQUEST NO. 70:**

Records of prior complaints against **Sheriff Sam Craft** regarding "Failure to Investigate" or "Spoliation."

**Exhibit 1**

**REQUEST NO. 71:**

Contracts regarding "LACE" revenue distribution.

**REQUEST NO. 72:**

The official VPSO Chain of Command roster.

**REQUEST NO. 73:**

Statistical reports for the VPSO showing total citations issued (Regular vs. LACE).

**REQUEST NO. 74:**

Financial records identifying total revenue generated from Fines, Forfeitures, and Citations.

**REQUEST NO. 75:**

The "Complaint Index" showing total Citizen Complaints vs. "Sustained" findings (2020-2025).

**REQUEST NO. 76:**

Any Grant Applications (LACE) submitted to the State mentioning quotas or targets.

**REQUEST NO. 77:**

All **Internal Emails, Memos, or Digital Correspondence** exchanged between any VPSO employees containing the keyword "Street" or "Hugh," from **Jan 1, 2010 to Present**.

**REQUEST NO. 78:**

The **"Notice of Loss" or Initial Claim Report** submitted by the VPSO to Defendant LSRMP regarding this lawsuit.

**Exhibit 1**

**REQUEST NO. 79:**

Copies of all **Settlement Agreements** paid by the VPSO or LSRMP in the last 10 years for Excessive Force or False Arrest.

**REQUEST NO. 80:**

Transcripts of any **Prior Deposition Testimony** given by Sheriff Craft or Deputy Christ in other civil litigation.

**REQUEST NO. 81:**

The **Internal Affairs "Complaint Control Log"** or Intake Ledger for November 2025.

**REQUEST NO. 82:**

The **Master Name Index, Person Jacket, or "Involvement History" Report** for "Hugh Brian Street" generated from the VPSO Records Management System (RMS) from **2010 to Present**.

**REQUEST NO. 83:**

The specific **Lesson Plans or Training Curriculum** used to train Deputy Christ on "First Amendment Audits."

---

### **VI. PLAINTIFF'S ARRESTS, DETENTIONS & STOPS (2010–PRESENT)**

**REQUEST NO. 84:**

The complete case file for **any and all arrests, detentions, warrants, non-custodial field interviews, traffic stops, or incarcerations of Plaintiff occurring between January 1, 2010 and Present**, including

**Exhibit 1**

but not limited to Arrest Affidavits, **Warrants for Probation Violation**, **DA Referral Packets**, Use of Force Reports, and Booking Records.

**REQUEST NO. 85:**

The **Restraint Chair Observation Logs** (15-minute check logs) for any confinement of Plaintiff occurring between 2010 and Present.

**REQUEST NO. 86:**

The **Booking Photograph (Mugshot)** and **Medical Intake/Screening Form** for any arrest of Plaintiff between 2010 and Present.

**REQUEST NO. 87:**

The **Jail Dietary / Meal Log** for the dates of Plaintiff's confinement between 2010 and Present.

**REQUEST NO. 88:**

The **Inmate Housing History / Cell Movement Report** showing timestamps of Plaintiff's movement between booking, general population, and the restraint chair/safety cells (2010–Present).

**REQUEST NO. 89:**

The **Safety Cell / Suicide Watch Log** for the Vernon Parish Jail regarding Plaintiff (2010–Present).

**REQUEST NO. 90:**

The **Electronic Rounds Tracking Logs** (e.g., "The Pipe," RFID) for the restraint area during Plaintiff's confinement (2010–Present).

**REQUEST NO. 91:**

The **Medical Clearance Form** authorizing the use of the Restraint Chair on Plaintiff (2010–Present).

**Exhibit 1**

**REQUEST NO. 92:**

The **Inmate Phone Call Log** for Plaintiff during any confinement between 2010 and Present.

**REQUEST NO. 93:**

Any **Inmate Grievances** submitted by Plaintiff during any confinement between 2010 and Present.

**REQUEST NO. 94:**

The **Restraint Chair Manufacturer's Manual** or User Guide in effect during the 2010–2015 timeframe.

**REQUEST NO. 95:**

Training Records for Jail Staff regarding the proper use of the Restraint Chair (2010–2015).

**REQUEST NO. 96:**

The **Probable Cause Determination** or "Magistrate Review" form signed by a Judge for any detention of Plaintiff between 2010 and Present.

**REQUEST NO. 97:**

The **Bond Surrender / Release Authorization** paperwork showing the exact time bond was posted vs. release time for any arrest between 2010 and Present.

**REQUEST NO. 98:**

The **Daily Jail Population / "Bed Count" Report** for the dates of Plaintiff's confinement (2010–Present).

**REQUEST NO. 99:**

**Exhibit 1**

Copies of any **Notice of Refusal, Nolle Prosequi, Dismissal of Charges, or Recall of Warrant** regarding any charges or warrants brought against Plaintiff between 2010 and Present.

**REQUEST NO. 100:**

The **Jail Accreditation Reports** or Inspection Findings for the Vernon Parish Jail for the years 2010 through 2015.

---

Respectfully submitted,

_____

**Hugh Brian Street**

Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446

---

### **CERTIFICATE OF SERVICE**

I, **Hugh Brian Street**, Plaintiff Pro Se, hereby certify that on **December 8, 2025**, a true and correct copy of the foregoing **First Amended Requests for Production of Documents** was served via **Certified Mail, Return Receipt Requested** and/or included with the Service of Process packets upon the following:

**1. Deputy Chuck Christ**

**Exhibit 1**

c/o Vernon Parish Sheriff's Office

203 S 3rd St

Leesville, LA 71446


**2. Chief Calvin Turner**

c/o Vernon Parish Sheriff's Office

203 S 3rd St

Leesville, LA 71446


**3. Sheriff Sam Craft**

c/o Vernon Parish Sheriff's Office

203 S 3rd St

Leesville, LA 71446


**4. Louisiana Sheriffs' Risk Management Program (LSRMP)**

c/o Executive Director

1175 Nicholson Drive

Baton Rouge, LA 70802


**5. Office of the Clerk of Court** (Original Filed)

United States District Court, Western District of Louisiana

Lake Charles Division


_____

**Exhibit 1**

**Hugh Brian Street**

Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446