RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 8 2025

DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: 2:25-CV-01882

Judge James D. Cain, Jr.

Magistrate Judge LeBlanc

---

PLAINTIFF'S NOTICE OF SERVICE OF

FIRST AMENDED REQUESTS FOR PRODUCTION OF DOCUMENTS

---

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on **December 8, 2025**, Plaintiff **Hugh Brian Street**, proceeding Pro Se, served his **First Amended Requests for Production of Documents** upon all Defendants via

Certified Mail and/or included with the Service of Process packets, pursuant to the Plaintiff's pending **Motion for Expedited Discovery** and Federal Rules of Civil Procedure 26, 34, and 5(d).

A true and correct copy of the Requests for Production served upon the Defendants is attached hereto as **Exhibit 1**, to ensure the Court Record reflects the scope of preservation demanded by Plaintiff regarding the pending spoliation of evidence claims.

Respectfully submitted,

*[signature]*

**Hugh Brian Street**

Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446

Date: December 8, 2025

---

### **CERTIFICATE OF SERVICE**

I, **Hugh Brian Street**, Plaintiff Pro Se, hereby certify that a copy of this Notice (including Exhibit 1) was filed with the Clerk of Court and served upon the Defendants via Certified Mail on this **8th day of December, 2025** at the following addresses:

**1. Deputy Chuck Christ**

c/o Vernon Parish Sheriff's Office

203 S 3rd St

Leesville, LA 71446

**2. Chief Calvin Turner**

c/o Vernon Parish Sheriff's Office

203 S 3rd St

Leesville, LA 71446

**3. Sheriff Sam Craft**

c/o Vernon Parish Sheriff's Office

203 S 3rd St

Leesville, LA 71446

**4. Louisiana Sheriffs' Risk Management Program (LSRMP)**

c/o Executive Director

1175 Nicholson Drive

Baton Rouge, LA 70802

_____

**Hugh Brian Street**

Plaintiff Pro Se