RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 8 2025

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: 2:25-CV-01882

Judge James D. Cain, Jr.

Magistrate Judge LeBlanc

_____

NOTICE OF CLERK'S REFUSAL OF COURTESY COPIES

(CORRECTION OF RECORD REGARDING PRIOR NOTICE)

_____

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and respectfully submits this Notice to correct the record regarding the submission of courtesy copies to Chambers.

1.  **Prior Filing:** On November 25, 2025, a "**Notice of Submission of Courtesy Copy to Chambers**" was filed as part of the initial complaint packet. This document indicated that physical copies of the Emergency Motions were being delivered for the Judge's review.

2.  **Correction of Fact:** At the time of filing, the Clerk of Court advised Plaintiff that the Court does not accept physical courtesy copies in this manner and refused to accept possession of them. Although the "Notice of Submission" document was processed and docketed by the Clerk as part of the filing packet, the actual physical courtesy copies were returned to the Plaintiff immediately.

3.  **Current Status:** Plaintiff files this Notice to clarify the record and inform all parties that, contrary to the docketed Notice, the physical courtesy copies are **not** in the possession of Chambers.

Respectfully submitted,

Hugh Brian Street

Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December, 2025, a true and correct copy of the foregoing Notice was served upon the Defendants via **United States Mail**, postage prepaid, directed to:

**1. Sheriff Sam Craft**

Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446


**2. Deputy Chuck Christ**

c/o Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446


**3. Chief Calvin Turner**

c/o Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446


**4. Louisiana Sheriffs' Risk Management Program (LSRMP)**

1175 Nicholson Drive

Baton Rouge, LA 70802

_____

Hugh Brian Street

Plaintiff Pro Se