RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 8 2025

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, et al.,

Defendants.

Case No.: 2:25-CV-01882

Judge James D. Cain, Jr.

Magistrate Judge LeBlanc

---

NOTICE OF SERVICE OF INTERIM FILINGS AND

CORRECTION OF CERTIFICATES OF SERVICE

---

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, and respectfully submits this Notice to correct the record regarding the service of pleadings filed subsequent to the original Complaint.

**1. CORRECTION OF RECORD (MARSHAL SERVICE):**

Previous Certificates of Service attached to filings in this matter inadvertently indicated that copies were provided to the U.S. Marshal for service. Plaintiff has been advised by the Clerk of Court that the U.S. Marshal Service for this District generally does not serve civil process for non-pauper litigants without a specific order.

* **Correction:** Plaintiff hereby amends those certificates to reflect that service of the documents listed below is being effected via **United States Mail** and/or Private Process.

**2. CORRECTION OF RECORD (ALL DEFENDANTS):**

Previous Certificates may have listed only Sheriff Sam Craft. Plaintiff hereby certifies that copies of the documents listed below are being served upon **ALL** named Defendants (Craft, Christ, Turner, and LSRMP) to ensure full notice of pending emergency matters.

**3. DOCUMENTS SERVED:**

Plaintiff certifies that true and correct copies of the following documents (filed between November 25, 2025, and December 5, 2025) have been placed in the U.S. Mail today, directed to all four Defendants:

**A. ORIGINAL EMERGENCY MOTIONS & NOTICES (FILED NOV 25, 2025):**

* **Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction**

* **Memorandum of Law in Support of Plaintiff's Emergency Motion for Temporary Restraining Order**

* **Affidavit in Support of Emergency Motion for Temporary Restraining Order**

* **Plaintiff's Emergency *Ex Parte* Motion for Preservation of Evidence**

* **Plaintiff's Certification Pursuant to Fed. R. Civ. P. 65(b)(1)(B) Regarding Why Notice Should Not Be Required**

* **Plaintiff's Motion for Service of Process by United States Marshal Instanter**

* **Plaintiff's Motion for Leave to Conduct Expedited Discovery**

* **Plaintiff's First Set of Requests for Production of Documents (Expedited)**

* **Plaintiff's Motion for Appointment of Counsel**

* **Notice of Manual Filing of Exhibit D (Video Evidence)**

* **Affidavit of Authentication of Video Evidence**

* **Affidavit of Fact Regarding "Interference" Allegations**

* **Plaintiff's Notice of Filing of Administrative and Criminal Complaints to Federal and State Agencies**

* **Certificate of Interested Parties**

* **Plaintiff's Demand for Trial by Jury**

**B. EVIDENTIARY & SERVICE FILINGS (FILED DEC 1 – DEC 2, 2025):**

* **Notice of Filing Proof of Service / Actual Notice (Verbal Waiver of Service by Sheriff Craft)**

* **Affidavit of Service and Verbal Acceptance** (Attached to the Notice of Filing Proof of Service)

* **Notice of Filing Supplemental Exhibit B (Certified State Court Records)**

**C. CORRECTIVE & SUPPLEMENTAL FILINGS (FILED DEC 3 – DEC 5, 2025):**

* **Omnibus Notice of Correction to Record (Amending Complaint & Clarifying Exhibit B)**

* **Plaintiff's Notice of Clarification of Record Regarding "Reasonable Anticipation" of Litigation**

* **Plaintiff's Motion for Clarification and Reconsideration of Memorandum Order**

* **Plaintiff's Notice of Emergency Filing (Request for Immediate Ruling on Safety T.R.O.)**

* **Notice of Filing Proposed Order (Regarding Motion for Expedited Discovery)**

* **Plaintiff's Motion for Permission to Participate in Electronic Filing (CM/ECF)**

**D. THE OPERATIVE PLEADING (FILED DEC 5, 2025):**

* **First Amended Verified Complaint for Damages, Declaratory Relief, and Structural Injunctive Relief**

    * *Attached Exhibit A:* Photographs of Vehicle / License Plate

    * *Attached Exhibit B:* Certified State Court Records (2013 Incident)

    * *Attached Exhibit C:* Proof of Preservation Notice (Receipt)

    * *Attached Exhibit D:* Video Evidence on USB Drive (Incorporated by Reference)

    * *Attached Exhibit E:* Chronology of Events & Pattern of Retaliation

**4. CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on this 8th day of December, 2025, true and correct copies of the above-listed documents were served ^(and this Notice) via **United States Mail**, postage prepaid, upon:

**1. Sheriff Sam Craft**

Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446


**2. Deputy Chuck Christ**

c/o Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446


**3. Chief Calvin Turner**

c/o Vernon Parish Sheriff's Office

1203 South 4th Street

Leesville, LA 71446


**4. Louisiana Sheriffs' Risk Management Program (LSRMP)**

1175 Nicholson Drive

Baton Rouge, LA 70802


Respectfully submitted,

_____

Hugh Brian Street

Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446