Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Sheriff Sam Craft**
was received by me on *(date)* **12/09/2025**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* "I Personally served Sheriff Sam Craft who Identified himself as a Supervisor, authorised to accept service on behalf of the defendant at their Place of employment.

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12/09/2025**

_____
Server's signature

**Shadrick Taylor**
Printed name and title

**106 Cardinal st DeRidder, LA**
Server's address

Additional information regarding attempted service, etc:

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 9 2025

DANIEL J. MCCOY, CLERK
BY: AS

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Chief Calvin Turner__
was received by me on *(date)* __12/09/2025__.

☒ I personally served the summons on the individual at *(place)* __VPSO 1203 S 4th St. Leesville, LA__ on *(date)* __12/09/2025__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12/09/2025__

_____
Server's signature

__Shadrick Taylor__
Printed name and title

__106 Cardinal St. DeRidder, LA__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Deputy Chuck Christ__
was received by me on *(date)* __12/09/2025__

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: "Personally served Deputy Chuck Christ via Chief Calvin Turner, who Identified himself as a supervisor authorised to accept service on behalf of the defendant at their place of employment."

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/09/2025__

_____S. Taylor_____
Server's signature

_____Shadrick Taylor_____
Printed name and title

_____106 Cardinal St DeRidder, LA_____
Server's address

Additional information regarding attempted service, etc: