Case 2:25-cv-01882-JDC-TPL     Document 23     Filed 12/11/25     Page 1 of 1 PageID #: 409

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 11 2025

DANIEL J. McCOY, CLERK
BY: _H.S_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-01882

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Louisiana Sheriffs Risk Management Program LSRMP**

was received by me on *(date)* **12/09/2025**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Hope Beasley**, who is designated by law to accept service of process on behalf of *(name of organization)* **LSRMP 1175 Nicholson Dr Baton Rouge, LA 70802** on *(date)* **12/09/2025** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **12/09/2025**

_Sr Taylor_
Server's signature

_Shadrick Taylor_
Printed name and title

**106 Cardinal St, DeRidder, LA**
Server's address

Additional information regarding attempted service, etc: