UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

HUGH BRIAN STREET                                CIVIL ACTION NO. 2:25-CV-01882

                                                 DJUDGE JAMES D. CAIN, JR.

VERSUS

                                                 MAGISTRATE JUDGE LeBLANC

CHUCK CHRIST, ET AL.
**************************************************************************

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT,** through undersigned counsel, come Movers, Sheriff John Craft, Chief Calvin Turner, Deputy Chuck Christ, and the Louisiana Sheriff's Risk Management Program, the latter of which appears solely for the purpose of this motion, who respectfully request a thirty-day extension of time to file responsive pleadings in this matter for the following reasons:

1.

On November 25, 2025, Plaintiff filed his Original Complaint in this matter, which was followed by the filing of an Amended Complaint on December 5, 2025.[1]  Movers were served on or about December 9, 2025, thereby making their responsive pleadings due to be filed by no later than December 30, 2025.[2]

2.

Prior to filing responsive pleadings on behalf of Movers, undersigned counsel requires additional time to research Plaintiff's claims.  To that end, all named Movers respectfully request that they be given until January 29, 2026, to file responsive pleadings in this matter.

---

[1] R. Docs. 1 & 10, respectively.
[2] See R. Docs. 19 & 23.

-1-

3.

No Mover has previously requested an extension of time to plead and Mr. Street has not filed an objection to an extension of time into the record of this matter.

4.

On December 18, 2025, Mr. Street confirmed that he does not oppose the granting of this motion.

5.

The purpose of this motion is not to unduly delay litigation in this matter and no party will be prejudiced should this motion be granted.

**WHEREFORE,** Sheriff John Craft, Chief Calvin Turner, Deputy Chuck Christ, and the Louisiana Sheriff's Risk Management Program submit that this motion should be looked upon favorably and granted, and that they collectively be given until January 29, 2026, to file their responsive pleadings in this matter.

Respectfully submitted,

RODRIGUE & ARCURI LLP

s/ *Jason P. Wixom*
LAURA C. RODRIGUE (LSBN #30428)
BLAKE J. ARCURI (LSBN #32322)
JASON P. WIXOM (LSBN #32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel: (504) 592-4600 Fax: (504) 592-4641
COUNSEL FOR DEFENDANTS
Email: jason@rodriguearcuri.com
           laura@rodriguearcuri.com
           blake@rodriguearcuri.com

-3-

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 18th day of December, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by electronic mail.

                                                               s/ *Jason P. Wixom*  
                                                               JASON P. WIXOM