UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

HUGH BRIAN STREET                              CIVIL ACTION NO. 2:25-CV-01882

                                               DJUDGE JAMES D. CAIN, JR.
VERSUS

                                               MAGISTRATE JUDGE LeBLANC
CHUCK CHRIST, ET AL.
************************************************************************

### ORDER

**CONSIDERING** the Unopposed Motion for Extension of Time to File Responsive Pleadings on behalf of Movers, Sheriff John Craft, Chief Calvin Turner, Deputy Chuck Christ, and the Louisiana Sheriff's Risk Management Program, and finding the same to be good and sufficient;

**IT IS ORDERED** that Movers' Unopposed Motion for Extension of Time to File Responsive Pleadings is hereby **GRANTED.** All named Defendants must file their responsive pleadings by no later than January 29, 2026.

Thus done and signed this ____ day of December, 2025, in Lake Charles, Louisiana.

_____
THE HONORABLE JAMES D. CAIN, JR.
UNITED STATES DISTRICT COURT JUDGE