UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

HUGH BRIAN STREET

VERSUS

CHUCK CHRIST, ET AL.

CIVIL ACTION NO. 2:25-CV-01882

DJUDGE JAMES D. CAIN, JR.

MAGISTRATE JUDGE LeBLANC

*************************************************************************

## ORDER

**CONSIDERING** the Unopposed Motion for Extension of Time to File Responsive Pleadings [Doc. 24] on behalf of Movers, Sheriff John Craft, Chief Calvin Turner, Deputy Chuck Christ, and the Louisiana Sheriff's Risk Management Program, and finding the same to be good and sufficient;

**IT IS ORDERED** that the motion is **GRANTED**, and, accordingly, all named Defendants must file their responsive pleadings by no later than January 29, 2026.

Thus done and signed this 29th day of December, 2025, in Lake Charles, Louisiana.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE