RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 0 7 2026

DANIEL J. McCOY, CLERK
BY:_____H·S_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION


HUGH BRIAN STREET,

    Plaintiff,


v.                 Case No.: 2:25-CV-01882

                    Judge James D. Cain, Jr.

DEPUTY CHUCK CHRIST, et al.,

    Defendants.

---

PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

(NUNC PRO TUNC)

---

COMES NOW, Plaintiff Hugh Brian Street, Pro Se, who respectfully moves this Honorable Court pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rule 7.6 for leave to file the Second Amended Complaint.

In support of this Motion, Plaintiff states as follows:

1. PROCEDURAL HISTORY

Plaintiff filed the Original Complaint in this matter on November 25th, 2025. Subsequently, on December 3, 2025, Plaintiff filed an "Omnibus Notice of Correction to Record" (Doc. 10). Although intended as a factual correction, this filing effectively served as Plaintiff's one

amendment "as a matter of course" under Rule 15(a)(1).

## 2. THE AMENDMENT AT ISSUE

On December 5th 2025, Plaintiff filed a document styled "First Amended Verified Complaint" (Doc. 13). To ensure procedural compliance, Plaintiff seeks leave to deem this document the operative Second Amended Complaint. A clean copy of the proposed pleading is attached hereto as Exhibit A.

## 3. GOOD CAUSE (Fed. R. Civ. P. 15(a)(2))

Federal Rule of Civil Procedure 15(a)(2) mandates that "[t]he court should freely give leave when justice so requires." Granting leave here is appropriate because:

   A. Validation of Service: The "First Amended Verified Complaint" (Doc. 13) is the document that was attached to the Summonses and served upon the Defendants via private process service, consistent with Fed. R. Civ. P. 4(c)(2). Defendants have not been served with the Original Complaint. Granting leave is necessary to validate the service of process already completed and avoid the waste of judicial resources associated with re-serving Defendants.

   B. Factual Correction: It corrects an inadvertent material error regarding the 2013 state court proceedings (admitting a conviction rather than a dismissal). Plaintiff originally pleaded based on lay memory of the 12-year-old event; this amendment updates the record to match the Certified State Court Records, ensuring candor and accuracy.

   C. Establishing "Monell" Patterns & Damages: It adds historical evidentiary context regarding a 2011/2012 incident (specifically regarding video retention policies) to substantiate the "Pattern and Practice" allegations required for Monell liability. It further clarifies Plaintiff's theory of damages (specifically the "Eggshell Plaintiff" doctrine) based on this historical trauma.

   D. Consolidation: It merges the Original Complaint and the Omnibus Notice into a single, unified document, preventing the Court and parties from having to reference multiple fragmentary filings.

E. Procedural Misunderstanding: Plaintiff, proceeding pro se, filed the "Omnibus Notice" with the intent of correcting the evidentiary record, not exercising the one-time right to amend under Rule 15. After further research Plaintiff realized he misunderstood that the Court would treat the Notice as a substantive amendment. Granting leave cures this procedural misunderstanding and allows the case to proceed on the Plaintiff's intended pleadings.

F. No Prejudice: Defendants have appeared via a Motion to Continue but have not yet filed a responsive pleading. Since they were served with *this specific* Amended Complaint, they are already preparing their defense based on its contents.

4. CERTIFICATE OF CONFERENCE (Local Rule 7.6)

In compliance with LR 7.6, Plaintiff contacted counsel for Defendants, Jason P. Wixom, via email on January 5th 2025 regarding this Motion.

Defendants CONSENT to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court GRANT leave to file the Second Amended Complaint and deem the document currently located at Docket No. 13 as the operative Complaint in this matter.

Respectfully submitted,

*[signature]*

Hugh Brian Street

Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446

337-404-6465

brian.street@southerntreeninjas.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __7th__ day of January, 2026, a true and correct copy of the foregoing Motion for Leave was served upon counsel for Defendants via the Court's CM/ECF system (if registered) and/or via United States Mail, postage prepaid, directed to:

Jason P. Wixom

Rodrigue & Arcuri

1615 Poydras Street, Suite 1250

New Orleans, LA 70112

jason@rodriguearcuri.com

_/s/ Hugh Brian Street_

Hugh Brian Street

Plaintiff Pro Se