RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 0 7 2026

DANIEL J. McCOY, CLERK
BY: _____A.S._____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION


HUGH BRIAN STREET,

    Plaintiff,

v.            Case No.: 2:25-CV-01882

               Judge James D. Cain, Jr.

DEPUTY CHUCK CHRIST, et al.,

    Defendants.

---

[PROPOSED] ORDER GRANTING LEAVE TO AMEND

---

Upon consideration of Plaintiff's Motion for Leave to File Second Amended Complaint, and finding that justice so requires under Fed. R. Civ. P. 15(a)(2),

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the "First Amended Verified Complaint" (previously filed at Docket No. 13) is accepted as the Plaintiff's Second Amended Complaint and shall be deemed the operative pleading in this matter.

IT IS FURTHER ORDERED that Defendants shall respond to the Second Amended Complaint within 14 days of the entry of this Order.

THUS DONE AND SIGNED in Chambers, this _____ day of _____, 2026.


_____
UNITED STATES DISTRICT JUDGE