UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HUGH BRIAN STREET** | **CIVIL ACTION NO. 2:25-CV-01882** |
| | **DJUDGE JAMES D. CAIN, JR.** |
| **VERSUS** | |
| | **MAGISTRATE JUDGE LeBLANC** |
| **CHUCK CHRIST, ET AL.** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) FOR FAILURE TO STATE A CLAIM**</u>

**NOW INTO COURT,** through undersigned counsel, comes the Louisiana Sheriffs' Law Enforcement Program (misidentified as the Louisiana Sheriffs Risk Management Program), sought to be made a defendant herein, who files this Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). As more fully stated in the accompanying memorandum in support, the Louisiana Sheriffs' Law Enforcement Program is an interlocal risk management program which is not subject to direct action under Louisiana's Insurance Code, per the provisions of LSA-R.S. § 13:5573. As such, the Louisiana Sheriffs' Law Enforcement Program is not subject to Plaintiff's invocation of Louisiana's Direct Action Statute, in his Amended Complaint. Moreover, Plaintiff has not alleged that any act or omission of the Louisiana Sheriffs' Law Enforcement Program caused him damages under either § 1983 or Louisiana state law and, therefore, Plaintiff is not liable to Plaintiff under either § 1983 or Louisiana tort law.

**WHEREFORE,** the Louisiana Sheriffs' Law Enforcement Program respectfully submits that Plaintiff's action against it should be dismissed with prejudice, at Plaintiff's sole cost.

Respectfully submitted,

RODRIGUE & ARCURI LLP

 s/ *Jason P. Wixom*
LAURA C. RODRIGUE (LSBN #30428)
BLAKE J. ARCURI (LSBN #32322)
JASON P. WIXOM (LSBN #32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel:  (504) 592-4600 Fax: (504) 592-4641
COUNSEL FOR DEFENDANTS
Email: jason@rodriguearcuri.com
              laura@rodriguearcuri.com
              blake@rodriguearcuri.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by electronic mail.

  s/ *Jason P. Wixom*
JASON P. WIXOM