UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

HUGH BRIAN STREET                       CIVIL ACTION NO. 2:25-CV-01882

                                        JUDGE JAMES D. CAIN, JR.
VERSUS

                                        MAGISTRATE JUDGE LEBLANC
CHUCK CHRIST, ET AL.
**************************************************************************

**MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) FOR FAILURE TO STATE A CLAIM OR, ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e)**

**NOW INTO COURT,** through undersigned counsel, come Vernon Parish Sheriff John Craft, Chief Calvin Turner, and Deputy Chuck Christ, who are sought to be made Defendants herein, move this Honorable Court for the dismissal of this 42 U.S.C. § 1983 action with prejudice, and pursuant to Fed. R. Civ. P. 12(b)(6).  As more fully explained in the accompanying memorandum in support, Plaintiff has failed to advance a single valid claim arising under either the United States Constitution or Louisiana state law.  As such, Plaintiff's action should be dismissed with prejudice.

Alternatively, and only in the event this Court is not inclined to grant Movers' motion to dismiss, it is submitted that Plaintiff should be required to provide a more definite statement in accordance with Fed. R. Civ. P 12(e) considering the vagueness of Plaintiff's claims and his failure to identify, with any specificity, to whom they are directed.

**WHEREFORE,** Movers submit that this Rule 12 motion to dismiss should be granted and Plaintiff's claims dismissed with prejudice or, alternatively, that Plaintiff should be directed to provide a more definite statement in accordance with Rule 12(e).

> Respectfully submitted,
>
> RODRIGUE & ARCURI LLP
>
> s/ *Jason P. Wixom*
> LAURA C. RODRIGUE (LSBN #30428)
> BLAKE J. ARCURI (LSBN #32322)
> JASON P. WIXOM (LSBN #32273)
> 1615 Poydras Street, Suite 1250
> New Orleans, Louisiana 70112
> Tel: (504) 592-4600 Fax: (504) 592-4641
> COUNSEL FOR DEFENDANTS
> Email: jason@rodriguearcuri.com
> laura@rodriguearcuri.com
> blake@rodriguearcuri.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of January, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by electronic mail.

> s/ *Jason P. Wixom*
> JASON P. WIXOM