RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 2 2 2026

DANIEL J. McCOY, CLERK
BY:_____ A-Savoy_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION


HUGH BRIAN STREET,

Plaintiff,


v.


DEPUTY CHUCK CHRIST, ET AL.,

Defendants.


Case No.: 2:25-CV-01882

Judge James D. Cain, Jr.

Magistrate Judge LeBlanc

---

PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO LSLEP'S MOTION TO DISMISS

---


NOW COMES Plaintiff, Hugh Brian Street, appearing Pro Se, who respectfully submits this Statement of Non-Opposition to the Motion to Dismiss filed by Defendant Louisiana Sheriffs' Law Enforcement Program (LSLEP) [Doc. 27].

1. Plaintiff has reviewed the Defendant's Motion and the applicable statutes, specifically La. R.S. § 13:5573, which designates interlocal risk management agencies as non-insurers for the purposes of the Louisiana Direct Action Statute.

2. In the interest of judicial economy and to streamline the litigation toward the primary Defendants (Sheriff Sam Craft, Chief Calvin Turner, and Deputy Chuck Christ), Plaintiff DOES NOT OPPOSE the dismissal of LSLEP as a named Defendant in this action.

3. STIPULATION REGARDING COSTS: Plaintiff has conferred with counsel for LSLEP, and the parties have agreed that this dismissal shall not and is not intended to affect Plaintiff's right to pursue his claims against the remaining defendants, and that each party shall bear its own costs associated with this motion and dismissal.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order dismissing the Louisiana Sheriffs' Law Enforcement Program from this action, consistent with the stipulation above.

Respectfully submitted,

Hugh Brian Street

Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446

Date: January 22, 2026

CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I filed the foregoing "Plaintiff's Statement of Non-Opposition to LSLEP's Motion to Dismiss" with the Clerk of Court.

I further certify that I served a true and correct copy of this filing via electronic mail (as agreed by the parties) and/or U.S. Mail to counsel of record:

Jason P. Wixom

Rodrigue & Arcuri, LLP

1615 Poydras Street, Suite 1250

New Orleans, LA 70112

jason@rodriguearcuri.com

Counsel for Defendants

Hugh Brian Street

Plaintiff Pro Se