RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 2 2 2026

DANIEL J. McCOY, CLERK
BY: _____A. Savoy_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, ET AL.,

Defendants.

Case No.: 2:25-CV-01882

Judge James D. Cain, Jr.

Magistrate Judge LeBlanc

---

[PROPOSED] ORDER OF DISMISSAL

---

CONSIDERING the Motion to Dismiss filed by Defendant Louisiana Sheriffs' Law Enforcement Program (LSLEP) [Doc. 27] and the Plaintiff's Statement of Non-Opposition thereto;

IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that all claims against Defendant Louisiana Sheriffs' Law Enforcement Program (LSLEP) are hereby DISMISSED WITH PREJUDICE, with the express stipulation that:

1. This dismissal shall not and is not intended to affect Plaintiff's right to pursue his claims against the remaining defendants; and

2. Each party shall bear its own costs associated with this motion and dismissal.

THUS DONE AND SIGNED in Lake Charles, Louisiana, this _____ day of _____, 2026.

_____

JAMES D. CAIN, JR.

UNITED STATES DISTRICT JUDGE