UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**HUGH BRIAN STREET**                    **CASE NO.  2:25-CV-01882**

**VERSUS**                               **JUDGE JAMES D. CAIN, JR.**

**CHUCK CHRIST ET AL**                   **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to State a Claim (Doc. 27) is **GRANTED,** dismissing the Louisiana Sheriffs Law Enforcement Program with prejudice.

**THUS DONE AND SIGNED** in chambers on this 5th day of March, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE