**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **HUGH BRIAN STREET** | **CASE NO.  2:25-CV-01882** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CHUCK CHRIST ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJDUGED, AND DECREED** that the Motion to Dismiss Pursuant to Fed. R. of Civ. P. 12(b)(6) for Failure to State a Claim (Doc. 29) is **GRANTED** in its entirety, dismissing all of Plaintiff's claims with prejudice.

**THUS DONE AND SIGNED** in chambers on this 5th day of March, 2026.

_____
**JAMES. D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**