RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 0 2 2026

DANIEL J. McCOY, CLERK
BY:_____

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION


HUGH BRIAN STREET,

Plaintiff,


v.


DEPUTY CHUCK CHRIST, ET AL.,

Defendants.


CASE NO.: 2:25-CV-01882

JUDGE JAMES D. CAIN, JR.

MAGISTRATE JUDGE LEBLANC

---

## PLAINTIFF'S RULE 59(e) MOTION TO ALTER OR AMEND THE JUDGMENT

---

NOW INTO COURT comes Plaintiff, Hugh Brian Street, proceeding pro se, who respectfully

moves this Court pursuant to Federal Rule of Civil Procedure 59(e) to alter or amend the

Memorandum Ruling (Doc. 36) and corresponding Judgment entered by this Court on March

5, 2026.


As fully set forth in the accompanying Memorandum in Support, Plaintiff submits this

motion to correct manifest errors of law and fact apparent on the face of the ruling.

Specifically, this motion addresses the Court's misapplication of the Rule 12(b)(6) standard,

the impermissible resolution of factual disputes in favor of the defense at the pleading stage,

the application of unlawful evidentiary burdens, and the silent bypass of mandatory procedural safeguards for pro se litigants regarding leave to amend.

WHEREFORE, Plaintiff respectfully requests that the Court GRANT this Rule 59(e) Motion, VACATE the March 5, 2026 Judgment and Memorandum Ruling (Doc. 36), and either reopen the case for discovery or formally grant Plaintiff's motion for Leave to Amend the Complaint.

Respectfully submitted,

Hugh Brian Street, Plaintiff Pro Se

385 RC Stephens Rd

Leesville, LA 71446

Phone: 337-404-6465

Email: brian.street@southerntreeninjas.com

CERTIFICATE OF SERVICE

I hereby certify that on April 4th, 2026, a true and correct copy of the foregoing Rule 59(e) Motion and its supporting memorandum was filed with the Clerk of Court and served upon counsel for Defendants by placing a copy in the United States Mail, postage prepaid, addressed to:

Jason P. Wixom

Rodrigue & Arcuri, LLP

1615 Poydras Street, Suite 1250

New Orleans, LA 70112


Hugh Brian Street, Plaintiff Pro Se