IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION


HUGH BRIAN STREET,

Plaintiff,


v.


DEPUTY CHUCK CHRIST, ET AL.,

Defendants.


CASE NO.: 2:25-CV-01882

JUDGE JAMES D. CAIN, JR.

MAGISTRATE JUDGE LEBLANC

_____

ORDER

_____

Before the Court is Plaintiff Hugh Brian Street's Rule 59(e) Motion to Alter or

Amend the Judgment. Having considered the Motion, the accompanying

Memorandum in Support, the record, and the applicable law, the Court finds that the

Motion has merit.


IT IS HEREBY ORDERED that Plaintiff's Rule 59(e) Motion to Alter or Amend the

Judgment is GRANTED.

IT IS FURTHER ORDERED that the Court's Memorandum Ruling (Doc. 36) and the accompanying Judgment entered on March 5, 2026, are hereby VACATED.

IT IS FURTHER ORDERED that:

[ ] This case is REOPENED and restored to the Court's active docket for further proceedings.

- OR -

[ ] Plaintiff's Alternative Motion for Leave to Amend the Complaint is GRANTED. Plaintiff shall file his Second Amended Complaint within _____ days of the date of this Order.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this _____ day of _____, 2026.

_____

JAMES D. CAIN, JR.

UNITED STATES DISTRICT JUDGE

2 of 2