**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**HUGH BRIAN STREET**                          **CASE NO.  2:25-CV-01882**

**VERSUS**                                     **JUDGE JAMES D. CAIN, JR.**

**CHUCK CHRIST ET AL**                         **MAGISTRATE JUDGE LEBLANC**

## ORDER

Before the Court is "Plaintiff's Rule 59(e) Motion to Alter or Amend the Judgment" (Doc. 38) wherein, Plaintiff moves for the Court to amend and/or alter its Judgment issued March 5, 2026.[1] The Court has carefully reviewed the Motion and the arguments made and find that there is no basis in law or fact to grant Plaintiff's Motion. Accordingly,

**IT IS ORDERED** that Plaintiff's Rule 59(e) Motion to Alter or Amend the Judgment" (Doc. 38) is **DENIED.**

**THUS DONE AND SIGNED** in chambers on this 29th day of April, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Docs. 36 and 37.