RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 2 7 2026

DANIEL J. McCOY, CLERK
BY:_____

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

HUGH BRIAN STREET,

Plaintiff,

v.

DEPUTY CHUCK CHRIST, ET AL.,

Defendants.

CASE NO.: 2:25-CV-01882

JUDGE JAMES D. CAIN, JR.

MAGISTRATE JUDGE LEBLANC

---

## PLAINTIFF-APPELLANT'S CERTIFICATE OF TRANSCRIPT PURSUANT TO FRAP 10(b)(1)

---

NOW INTO COURT comes Plaintiff-Appellant, Hugh Brian Street, proceeding

pro se, who, pursuant to Federal Rule of Appellate Procedure 10(b)(1),

respectfully certifies that no transcripts of the proceedings are necessary or will

be ordered for this appeal.

As the basis for this certificate, Plaintiff-Appellant shows that the District Court dismissed all of his federal and state law claims at the pleading stage under Federal Rule of Civil Procedure 12(b)(6) via its March 5, 2026 Memorandum Ruling and Judgment (Docs. 36 & 37) and subsequently denied Plaintiff's Rule 59(e) Motion to Alter or Amend the Judgment on April 29, 2026 (Doc. 42). Because the case was terminated on the pleadings prior to discovery, and because there were no evidentiary hearings, trials, or other recorded oral testimonies taken in the District Court, there are no physical transcripts of proceedings in existence to order or compile for the Record on Appeal.

Respectfully submitted this 27th day of May, 2026.

HUGH BRIAN STREET

Plaintiff-Appellant, Pro Se

385 RC Stephens Rd

Leesville, LA 71446

337-404-6465

brian.street@southerntreeninjas.com

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2026, a true and correct copy of the foregoing Plaintiff-Appellant's Certificate of Transcript was filed with the Clerk of Court and served upon all counsel of record by depositing a copy in the United States Mail, postage prepaid, addressed to:

Jason P. Wixom

Laura C. Rodrigue

Blake J. Arcuri

RODRIGUE & ARCURI LLP

1615 Poydras Street, Suite 1250

New Orleans, Louisiana 70112

Counsel for Defendants-Appellees

_____

HUGH BRIAN STREET