**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

HUGH BRIAN STREET                          CASE NO.  2:25-CV-01882

VERSUS                                     JUDGE JAMES D. CAIN, JR.

CHUCK CHRIST ET AL                         MAGISTRATE JUDGE LEBLANC

**ORDER**

Before the Court is "Plaintiff-Appellant's Unopposed Motion and Memorandum in Support for Transmission of Video Exhibits to the Court of Appeals" (Doc. 45). Pro se Plaintiff, Hugh Brian Street, moves to have the Court issue an order to the clerk of court to transmit certain exhibits to the Fifth Circuit Court of Appeals, specifically, Exhibit D (files 1 through 6), which contains video recordings to the Fifth Circuit Court of Appeals. Plaintiff relies on Federal Rule of Appellate Procedure 11(b)(2).  Plaintiff's request is premature.  First, the Fifth Circuit has not yet certified Plaintiff's appeal, nor has it requested said records.  The Court is fully prepared to transmit any exhibits contained in the record in due course as requested by the Fifth Circuit and will do so on its directive. Accordingly,

        **IT IS ORDERED** that Plaintiff's Motion is **DENIED.**

        **THUS DONE AND SIGNED** in chambers on this 23rd day of June, 2026.

_____
                    JAMES D. CAIN, JR.
            **UNITED STATES DISTRICT JUDGE**